**Sealed**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,⠀⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀**Plaintiff,**⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀**v.**⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:⠀⠀⠀**CASE NO.**
BKCOIN MANAGEMENT, LLC and⠀⠀⠀⠀:
MIN WOO KANG a/k/a "KEVIN" KANG,⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀**Defendants, and**⠀⠀⠀⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:⠀⠀⠀**UNDER SEAL**
BKCOIN CAPITAL, LP,⠀⠀⠀⠀⠀⠀⠀:
BK OFFSHORE FUND, LTD.,⠀⠀⠀⠀⠀:
BKCOIN MULTI-STRATEGY⠀⠀⠀⠀⠀:
MASTER FUND, LTD.,⠀⠀⠀⠀⠀⠀⠀:
BKCOIN MULTI-STRATEGY FUND, LP,⠀⠀:
BKCOIN MULTI-STRATEGY FUND LTD., AND⠀:
BISON DIGITAL LLC,⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀**Relief Defendants.**⠀⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:

FILED BY _____ D.C.

FEB 23 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### *EX PARTE* MOTION TO FILE UNDER SEAL

Plaintiff Securities and Exchange Commission (the "Commission"), pursuant to Local

Rule 5.4 of the Local Rules of the Southern District of Florida, moves to file and maintain under

seal, for a limited time (not to exceed three business days), its Complaint, *Ex Parte* Emergency

Motion and Memorandum of Law for Asset Freeze and Other Relief ("Emergency Motion"),

Agreed Motion and Memorandum of Law for Appointment of Receiver, all related pleadings,

Court orders and the docket sheet.

The Commission requests that the Court keep this emergency action under seal for the

same reasons, as described in its Fed. R. Civ. P. 65(b) Certificate, that it is not providing prior

notice to Defendants BKCoin Management, LLC ("BKCoin") and Min Woo Kang a/k/a "Kevin"

Kang ("Kang") (collectively, "Defendants"), and BKCoin Capital, LP, BK Offshore Fund, Ltd.,

BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd. (all funds collectively the "BKCoin Funds") and Bison Digital LLC (collectively "Relief Defendants").

As set forth in more detail in the Commission's Emergency Motion, from October 2018 to September 2022, Defendants raised approximately $100 million from at least 55 investors, who invested in one or more of the five BKCoin Funds or through separately managed accounts ("SMAs") managed by BKCoin. Defendants stated to investors and prospective investors in fund offering documents, investor agreements and other communications that their funds would be used to trade primarily in crypto assets, and that BKCoin generated returns for investors in the BKCoin Funds or SMAs through specific investment strategies focusing on crypto assets. BKCoin also stated to investors and prospective investors that BKCoin and/or one of the Multi-Strategy Funds had obtained a U.S. opinion from a top four audit firm.

These statements were false or materially misleading. In reality, Defendants disregarded the BKCoin Funds' structures, commingled investor assets, and used over $3.6 million to make Ponzi-like payments to fund investors. Kang also misappropriated at least $371,000 of investor funds to pay for vacations, tickets to sporting events and to purchase an apartment in New York City. Kang tried to conceal his misuse of funds by providing altered bank statements to the Multi-Strategy Funds' third-party administrator, which incorporated inflated balances in statements provided to investors. Neither BKCoin nor any of the BKCoin Funds have received an audit opinion from any audit firm.

Defendants' fraud began to unravel in October 2022. That same month, BKCoin filed an emergency petition in Miami-Dade County, Florida, seeking appointment of a receiver over three of the five BKCoin funds, which was granted and later expanded to include the remaining funds.

- 2 -

Of the nearly $100 million that BKCoin raised from investors, tens of millions of dollars are unaccounted for.

Although there is a state court-appointed receiver over BKCoin and the BKCoin Funds (but not Bison Digital LLC), and the receiver has been cooperating with the Commission, the Commission has significant concerns that if Kang learns of this case and the relief sought then investor assets will be subject to further risk. Kang had access to bank accounts, as well as crypto wallets that housed investors' funds, and may still have access to the unaccounted funds. Moreover, as further explained in the Emergency Motion, there is evidence that Kang has misappropriated investor assets. Should Kang learn that the Commission has filed this action and requested an asset freeze, Kang may move assets and/or further dissipate funds to the detriment of investors. There is also the risk of spoliation of evidence.

As such, the Commission asks that the Court seal the case only for a short period of time – the earlier of: (1) three business days after the date and time the Court issues an asset freeze in this matter; or (2) the day the Commission notifies the Court and Clerk of Court that the Commission has effectuated the asset freeze and the seal is no longer necessary.[1] Upon the occurrence of either of those two events, the Clerk of Court may then unseal the docket and all papers and orders filed in this case.

Accordingly, the Commission respectfully requests that the Court temporarily seal this matter according to the terms specified in this Motion.

---

[1] During the period the case is sealed, the Commission will be providing some or all of the papers and orders in this action to financial institutions and other providers to effectuate the freeze.

February 23, 2023

Respectfully submitted,

By: _____

Pascale Guerrier
Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov

Alexander H. Charap, Esq.
Senior Counsel
SDFL Special Bar No. A5502711
Direct Dial:  (305) 416-6228
Email:  charapal@sec.gov

Jeffrey B. Goldberg, Esq.
Counsel
Fla. Bar No. 0118689
Direct Dial (305) 982-6334
Email: goldergj@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE
COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146