UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

BKCOIN MANAGEMENT, LLC and
MIN WOO KANG a/k/a "KEVIN" KANG,

   Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

   Relief Defendants.

CASE NO.

UNDER SEAL

___ SEALED
___ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed
_____ years _____ (specific date); _____ permanently; _____ (other).

## ORDER AUTHORIZING PAPERS TO BE FILED UNDER SEAL

THIS MATTER is before the Court on Plaintiff Securities and Exchange Commission's ("Commission") *Ex Parte* Motion to File Under Seal.

The Commission having applied for an order directing that all pleadings and other documents filed with the Court in the above-captioned case be filed under seal, and good cause appearing, the Court **HEREBY ORDERS** that the Complaint, *Ex Parte* Emergency Motion and Memorandum of Law for Asset Freeze And Other Relief, all other pleadings, motions, exhibits, papers, any and all Court Orders in this matter, including this Order, and the docket sheet, shall be sealed until the earlier of: (1) three business days after the date and time the Court issues an asset freeze in this matter; or (2) the day the Commission notifies the Court and Clerk of Court that the Commission has effectuated the asset freeze and the seal is no longer necessary. Upon

the occurrence of either of those two events, the Clerk of Court may then unseal the docket and all papers and orders filed in this case.

In order to effectuate the asset freeze while the case is sealed, the Commission may provide documents and orders to individuals or entities that hold property or assets of the Defendants and the Relief Defendants. After effectuating the asset freeze, the Commission shall serve the Defendants and the Relief Defendants with all of the papers and orders in this action.

During the period this matter is sealed, the Plaintiff may provide documents to: (1) any financial institution to give it notice of the asset freeze and (2) other law enforcement and regulatory agencies, including foreign authorities.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ____ day of February, 2023.

_____

UNITED STATES DISTRICT JUDGE