# EXHIBIT 2

## DECLARATION OF JULIA D'ANTONIO

Pursuant to 28 U.S.C. §1746, the undersigned states as follows:

### I.   INTRODUCTION

1. My name is Julia D'Antonio and I am over 21 years of age. I have personal knowledge of the matters set forth herein.

2. I am an accountant employed by the United States Securities and Exchange Commission ("SEC") in the Division of Enforcement of the Miami Regional Office. I am a Certified Public Accountant ("CPA") in the State of Florida, a Certified Fraud Examiner ("CFE") regulated by the Association of Certified Fraud Examiners, hold a Certificate in Financial Forensics ("CFF") awarded by the Association of International Certified Professional Accountants, and am a Certified Financial Crime Specialist ("CFCS") regulated by the Association of Certified Financial Crime Specialists ("ACFCS"). I also hold the Chainalysis Reactor Certification awarded by Chainalysis and the Crypto Compliance Specialization awarded by the ACFCS.

3. I provide this Declaration in support of the SEC's emergency civil action for fraud against BKCoin Management LLC ("BKCoin Management") and Kevin Kang ("Kang"), one of its two managing members.

4. As part of my duties as an accountant with the SEC, as described in the paragraphs below, I was asked to perform financial analysis to identify sources and uses of funds, total raise amount, number of investors, and other facts surrounding the financial activity of the records analyzed. In addition to bank records, my analysis included other sources of financial information such as tax returns and financial statements as described below.

5. All amounts referred to in this Declaration are approximate and have been rounded.

## II.    RECORDS ANALYZED

6. As part of my analysis, I collected, reviewed, and analyzed financial records of activity in BKCoin Management, BKCoin Capital LP (the "Legacy Fund"), BK Offshore Fund Ltd. (the "Offshore Fund"), three "Multi-Strategy Funds:" BKCoin Multi-Strategy Master Fund Ltd., BKCoin Multi-Strategy Fund LP, and BKCoin Multi-Strategy Fund Ltd. (the "Multi-Strategy Funds"), and Bison Digital LLC ("Bison Digital").

7. I created tables, charts, and graphs, as set forth herein, from records provided for 26 bank and credit card accounts in response to subpoenas issued by the SEC. Those subpoenas resulted in production of over 2,100 pages of financial records to include, among other things, Know Your Customer (KYC) information, account opening documents, credit account applications, signature cards, bank statements, deposit slips, deposited checks, wire transfer details, and canceled checks. My analysis was performed on the following accounts from their stated account opening dates through October 31, 2022, unless otherwise stated (the "Analyzed Period"):

a. BKCoin Management Bank Accounts:

| Financial Institution | Account Ending | Opening Date | Closing Date (*if applicable*) | Authorized Signer(s) |
|---|---|---|---|---|
| Bank of America | x8329 | 09/05/2018 | 04/03/2019 | Kevin M Kang |
| TD Bank, N.A. | x9821 | 04/01/2019 | N/A | Kevin Kang<br>Carlos Betancourt *(added 10/14/2019)* |
| Silvergate Bank | x5478 | 07/13/2020 | N/A | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |

b. Legacy Fund Credit Card Accounts:

  i. Bank of America credit card account ending 1102 from opening date of October 7, 2018 to closing date of July 6, 2019. The only authorized cardholder was Kang; and

    ii.  Chase credit card account ending 9696 f/k/a 6043 from opening date of July 3, 2018 to statement date of November 18, 2022. Authorized cardholders are Kang, from inception, and Paul Magahis as of May 2022.

c.  Legacy Fund Bank Accounts:

| Financial Institution | Account Ending | Opening Date | Closing Date *(if applicable)* | Authorized Signer(s) |
|---|---|---|---|---|
| Bank of America | x9519 | 09/05/2018 | 01/31/2019 | Kevin M Kang |
| TD Bank, N.A. | x9839 | 04/01/2019 | N/A | Kevin Kang<br>Carlos Betancourt *(added 10/14/2019)* |
| Silvergate Bank | x5452 | 07/13/2020 | N/A | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Silvergate Bank | x5460 | 07/13/2020 | N/A | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Signature Bank | x3577 | 11/09/2020 | N/A | Carlos Ignacio Betancourt Rodriguez<br>Kevin Min Woo Kang |

d.  Offshore Fund Bank Accounts:

| Financial Institution | Account Ending | Opening Date | Authorized Signer(s) |
|---|---|---|---|
| Silvergate Bank | x5429 | 07/13/2020 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Silvergate Bank | x5437 | 07/13/2020 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Silvergate Bank | x5445 | 07/13/2020 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Signature Bank | x3585 | 11/20/2020 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt Rodriguez |

e.  Multi-Strategy Funds Bank Accounts, by entity identifier:

| Financial Institution | Entity Identifier | Account Ending | Opening Date | Authorized Signer(s) |
|---|---|---|---|---|
| State Street Bank & Trust | Fund LP | x9448 | 03/09/2022 | Kevin Kang<br>Carlos I. Betancourt |
| Silvergate Bank | Fund LP | x7060 | 04/05/2022 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Silvergate Bank | Fund LP | x0338 | 04/05/2022 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| State Street Bank & Trust | Fund Ltd | x0919 | 03/09/2022 | Kevin Kang<br>Carlos I. Betancourt |
| Silvergate Bank | Fund Ltd | x7409 | 06/27/2022 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt Rodriguez |
| Silvergate Bank | Fund Ltd | x8175 | 06/27/2022 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt Rodriguez |
| Silvergate Bank | Master Fund Ltd | x5270 | 06/27/2022 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt Rodriguez |
| Silvergate Bank | Master Fund Ltd | x5296 | 06/27/2022 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt Rodriguez |

f.  Bison Digital Bank Accounts:

| Financial Institution | Account Ending | Opening Date | Authorized Signer(s) |
|---|---|---|---|
| TD Bank, N.A. | x4138 | 01/15/2020 | Kevin Kang<br>Carlos Betancourt |
| Silvergate Bank | x5395 | 07/22/2020 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Silvergate Bank | x5403 | 07/22/2020 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |
| Silvergate Bank | x5411 | 07/22/2020 | Kevin Min Woo Kang<br>Carlos Ignacio Betancourt |

8.  My analysis was performed by grouping the accounts by the signature card entity resulting in a grouped account analysis as follows:

   a.  bank accounts identified in Paragraph 7(a) (collectively, "the BKCoin Management Accounts");

   b.  bank and credit card accounts identified in Paragraphs 7(b) – 7(c) (collectively, "the Legacy Fund Accounts");

   c.  bank accounts identified in Paragraph 7(d) (collectively, "the Offshore Fund Accounts");

   d.  bank accounts identified in Paragraph 7(e) (collectively, "the Multi-Strategy Funds Accounts"); and

   e.  bank accounts identified in Paragraph 7(f) (collectively, "the Bison Digital Accounts").

9.  In addition to the bank and credit card accounts identified above, this Declaration is based upon my review of:

   a.  Term sheets, investor statements, position reports, subscription agreements, redemption requests, balance sheets, trial balances, investment management agreements, and other documents provided by BKCoin Management;

b. Coinbase records for a Legacy Fund account to include KYC information, account details, transaction history, funding sources, wallet address history, and balance information for the period February 2019 through August 2022;

c. Coinbase records for a Kang account to include KYC information, account details, transaction history, funding sources, wallet address history, and balance information for the period January 2018 through November 2022;

d. Circle Internet Financial, LLC ("Circle") records for an Offshore Fund account to include KYC information, account balance information, transaction detail, and wallet address details for the period March 2021 through November 2022;

e. Circle records for a Multi-Strategy Funds account to include KYC information, account balance information, transaction detail, and wallet address details for the period April 2022 through November 2022;

f. Investor lists, client agreements, bank statements, transaction history, and other information provided by Formidium Corp. f/k/a Sudrania Fund Services for the period August 2019 through October 2022;

g. Investor lists, client holdings, bank statements, transaction history, and other information provided by State Street Bank & Trust Company ("State Street") for the period March 2022 through August 2022;

h. Tax returns as follows:

    i. BKCoin Management LLC Form 1065 U.S. Return of Partnership Income for Tax Years 2018, 2019, 2020, and 2021;

    ii. BKCoin Capital LP Form 1065 U.S. Return of Partnership Income for Tax Years 2018, 2019, 2020, and 2021; and

       iii.  Bison Digital LLC Form 1065 U.S. Return of Partnership Income for Tax Years 2020 and 2021; and

    i.  Contract of sale, closing statement, escrow letter, and other information provided by Enterprise Title Agency related to the purchase of a property at 76 Madison Avenue New York, NY in the name of the Offshore Fund in May 2022.

10. Additionally, this Declaration is based upon open source research performed on entities to identify relationships as well as to categorize transactions for analysis purposes. My research included internet searches of entities identified in transactions previously unfamiliar to me, to categorize them by type of service or establishment. Additionally I searched various databases of business records to identify individuals associated with corporate names and obtain more information by visiting some entity websites themselves.

11. On November 18, 2022 I accessed the CFA Institute's Member Directory on cfainstitute.org to perform a search for Kang's name. After searching known variations of the name, a true and correct copy of the search result identifying Min-Woo Kang as an Active Member is attached as **Attachment 1**.

12. My review of the documents identified in Paragraph 9(h) above, identified at least two investors of the BKCoin Funds located in the Southern District of Florida to include Miami Shores and Coral Springs. See **Attachment 2** for supporting information.

13. My review of the documents identified in Paragraph 9(g) above, identified that Kang was suspended from his position as Chief Investment Officer as of October 14, 2022. As of that date, Kang had no authority to act on behalf of the company in any capacity. See **Attachment 3** for supporting information.

### III.   SUMMARY OF FINANCIAL ANALYSIS FINDINGS

14. In summary, as detailed in Paragraphs 17 – 51, I concluded based on my financial analysis:

    a.  Between October 2018 and September 2022 the BKCoin Funds and separately managed accounts ("SMAs") managed by BKCoin Management received approximately $100 million from at least 55 investors and clients;

    b.  Of that amount, between October 2018 and September 2022 the BKCoin Funds received over $94.5 million from approximately 48 investors as follows:

| | |
|---|---|
| BKCoin Capital LP | $ 67,870,000 |
| BKCoin Multi-Strategy Funds | 18,700,000 |
| BK Offshore Fund Ltd | 7,939,000 |
| **Total:** | **$ 94,509,000** |

    c.  In October 2018, the initial two investor deposits totaling $11,000 to the Legacy Fund Bank of America account were shortly thereafter transferred to Kang's personal Coinbase account;

    d.  In April 2021, upon information and belief, Kang used at least $35,000 of SMA client funds for a property rental in Montauk, New York;

    e.  In February 2022, approximately $50,000 USD was transferred from the Offshore Fund account ending 5445 to the Offshore Fund Circle account to purchase 20,000 USDC, a crypto asset. That 20,000 USDC was ultimately exchanged for $20,000 USD in Kang's personal Coinbase account and transferred to Kang's personal checking account;

    f.  In May 2022, Kang purchased an apartment in New York City in the name of the Offshore Fund using at least $242,000 of money from Legacy Fund investors;

    g.  In June 2022, approximately $30,000 USD in the Offshore Fund Circle account was used to purchase 30,000 USDC. Again that 30,000 USDC was ultimately

exchanged for $30,000 USD in Kang's personal Coinbase account and transferred to Kang's personal checking account;

h.  In June and July 2022, upon information and belief, Kang used at least $3.6 million of money from Multi-Strategy Funds investors to pay redemptions to at least one SMA client and two investors in the Legacy Fund; and

i.  Upon information and belief, Kang used at least $83,000 of investor funds to make payments on a Legacy Fund credit card for what appear to be personal expenses, including travel to the Bahamas, tickets to concerts and sporting events, physical fitness supplements, and fine dining.

15. Based on my analysis, a significant amount of transfer activity occurred between the bank accounts described in Paragraphs 7(a) – 7(f), as summarized in the following table:

| | Transferred Deposits | # of Deposit Transfers | Transferred Withdrawals | # of Withdrawal Transfers |
|---|---|---|---|---|
| BKCoin Management Accounts | $ 14,389,000 | 84 | $ 10,020,000 | 34 |
| Legacy Fund Accounts | 43,520,000 | 45 | 56,180,000 | 41 |
| Offshore Fund Accounts | 76,854,000 | 63 | 53,387,000 | 100 |
| Multi-Strategy Funds Accounts | 51,000 | 2 | 19,774,000 | 11 |
| Bison Digital Accounts | 12,052,000 | 28 | 7,505,000 | 36 |
| Total Transfers: | $ 146,866,000 | 222 | $ 146,866,000 | 222 |

16. Excluding the transfer activity between BKCoin Management and the other accounts, approximately $122.5M was transferred between the BKCoin Funds and Bison Digital bank accounts, as summarized in the following table:

| | Transferred Deposits | # of Deposit Transfers | Transferred Withdrawals | # of Withdrawal Transfers |
|---|---|---|---|---|
| Legacy Fund Accounts | $ 41,050,000 | 30 | $ 54,246,000 | 32 |
| Offshore Fund Accounts | 70,129,000 | 48 | 43,294,000 | 43 |
| Multi-Strategy Funds Accounts | 51,000 | 2 | 17,749,000 | 9 |
| Bison Digital Accounts | 11,227,000 | 24 | 7,168,000 | 20 |
| Total Transfers: | $ 122,457,000 | 104 | $ 122,457,000 | 104 |

## IV.   FINANCIAL ANALYSIS OF THE BKCOIN MANAGEMENT ACCOUNTS

### A.  Summary of Activity

17. Based on my financial analysis, the BKCoin Management Accounts, exclusive of intracompany transfers, received approximately $28 million during the Analyzed Period. The sources of funds are summarized in the following table:

| Source of Funds | | Total Deposits | % of Deposits |
|---|---|---|---|
| Transfers – | | | |
| BKCoin Funds & Bison Digital | $ | 14,389,000 | 51.31% |
| Crypto & Trading Related Entities | | 7,406,000 | 26.41% |
| **SMA Clients** | | **4,830,000** | **17.22%** |
| **Legacy Fund Investors** | | **30,000** | **0.11%** |
| **Offshore Fund Investors** | | **19,000** | **0.07%** |
| Other Sources | | 1,371,000 | 4.88% |
| **Total Deposits: $** | | **28,045,000** | **100.00%** |

18. Based on my financial analysis, the BKCoin Management Accounts, exclusive of intracompany transfers, spent approximately $28 million during the Analyzed Period. The uses of funds are summarized in the following table:

| Use of Funds | | Total Withdrawals | % of Withdrawals |
|---|---|---|---|
| Transfers – | | | |
| BKCoin Funds & Bison Digital | $ | 10,020,000 | 35.80% |
| Crypto & Trading Related Entities | | 8,838,000 | 31.57% |
| **SMA Clients** | | **6,282,000** | **22.44%** |
| Staff Members | | 1,258,000 | 4.49% |
| Possible Business Expenses | | 886,000 | 3.17% |
| Credit Card Payments | | 275,000 | 0.98% |
| **Legacy Fund Investors** | | **21,000** | **0.08%** |
| Other Uses | | 411,000 | 1.47% |
| **Total Withdrawals: $** | | **27,991,000** | **100.00%** |

### B.  SMA Client Redemption Satisfied with Money Received for Multi-Strategy Funds

19. I concluded, based on my financial analysis that BKCoin Management used at least $2 million of money from Multi-Strategy Funds investors to satisfy the redemption request for at least one SMA client.

a. On or about June 28, 2022, a transfer of $2 million was made from Multi-Strategy Funds account ending 7060 to BKCoin Management account ending 5478. The balance in account ending 5478 prior to the transfer was approximately $10,700. The balance in account ending 7060 at the time of the transfer, thus funding the transfer to account ending 5478, was entirely sourced by Multi-Strategy Funds investor deposits.

b. On or about June 28, 2022 a $2 million payment was made to a SMA client of BKCoin Management from account ending 5478 using the funds transferred from account ending 7060. See **Attachment 4** for a visual representation of the flow of funds for this series of transactions.

**C. Legacy Fund Credit Card Payments**

20. My financial analysis included analyzing transactions in each category identified in the uses of funds table displayed in Paragraph 18. The Credit Card Payments category included payments on multiple credit card accounts, to include a Legacy Fund credit card at Chase Bank, described in Paragraph 7(b)(ii). Payments to that credit card specifically comprise approximately $159,000 (or 58%) of the category total of $275,000.

a. My financial analysis revealed that of the $159,000 paid for the Legacy Fund Chase credit card from BKCoin Management's TD Bank account, at least $83,000 of those payments were traced to BKCoin Funds' investor deposits. The following table summarizes the payment amounts from the TD Bank account as well as the portion of each payment traced to BKCoin Funds' investor deposits.

| Payment Date | Payment Amount | Portion Traced to Investor Deposits |
|---|---|---|
| 03/09/2021 | $ 4,000 | $ - |
| 04/09/2021 | 6,000 | - |
| 04/13/2021 | 3,000 | - |
| 05/11/2021 | 8,000 | 8,000 |
| 06/14/2021 | 5,000 | 5,000 |
| 07/09/2021 | 11,000 | - |
| 08/11/2021 | 5,000 | 3,000 |
| 09/10/2021 | 9,000 | - |
| 10/13/2021 | 2,000 | - |
| 11/15/2021 | 2,000 | 2,000 |
| 12/08/2021 | 7,000 | 7,000 |
| 01/11/2022 | 5,000 | - |
| 02/08/2022 | 1,000 | - |
| 03/11/2022 | 17,000 | - |
| 04/12/2022 | 7,000 | - |
| 05/12/2022 | 25,000 | 16,000 |
| 07/20/2022 | 42,000 | 42,000 |
| **Total Amount:** | **$ 159,000** | **$ 83,000** |

b.  Transactions during the statement periods covered by payments traced to investor deposits include travel, dining, retail purchases, entertainment, personal expenses, and possible business expenses. See the analysis of the Legacy Fund Chase credit card in Paragraphs 29 – 30 for a full detail of activity during the Analyzed Period.

**D.  Payment for Montauk Rent**

21. Based upon information and belief, I concluded that BKCoin Management used at least $35,000 of SMA client funds to pay for Kang's personal rent in Montauk, NY.

a.  On or about April 13, 2021 a wire was sent from BKCoin Management's TD Bank account to Montauk Property Owners for $6,000 with the memo of "Deposits".

b.  On or about April 26, 2021 a second wire was sent from BKCoin Management's TD Bank account to Montauk Property Owners for $35,000 with the memo of "June Rent". At the time of this wire transfer, the only source of funds in the TD Bank

Page 11 of 23

account were deposits from two SMA clients. See **Attachment 5** for a visual

representation of the flow of funds for this series of transactions.

## V.    FINANCIAL ANALYSIS OF THE LEGACY FUND ACCOUNTS

### A.  Summary of Activity

22. Based on my financial analysis, the Legacy Fund Accounts, exclusive of intracompany

transfers, received approximately $144 million during the Analyzed Period. The sources

of funds are summarized in the following table:

| Source of Funds | | Total Deposits | % of Deposits |
|---|---|---|---|
| **Legacy Fund Investors** | $ | **67,840,000** | **46.99%** |
| Transfers – BKCoin Management, BKCoin Funds & Bison Digital | | 43,520,000 | 30.15% |
| Crypto & Trading Related Entities | | 32,069,000 | 22.21% |
| **SMA Client** | | **180,000** | **0.13%** |
| Other Sources | | 750,000 | 0.52% |
| **Total Deposits:** | **$** | **144,359,000** | **100.00%** |

23. Based on my financial analysis, the Legacy Fund Accounts, exclusive of intracompany

transfers, spent approximately $145 million during the Analyzed Period. The uses of funds

are summarized in the following table:

| Use of Funds | | Total Withdrawals | % of Withdrawals |
|---|---|---|---|
| Transfers – BKCoin Management, BKCoin Funds & Bison Digital | $ | 56,180,000 | 38.64% |
| **Legacy Fund Investors** | | **43,269,000** | **29.76%** |
| Crypto & Trading Related Entities | | 37,419,000 | 25.74% |
| Other Uses | | 8,529,000 | 5.86% |
| **Total Withdrawals:** | **$** | **145,397,000** | **100.00%** |

### B.  Investor Funds Transferred To Kang's Personal Coinbase Account

24. My financial analysis identified the initial two Legacy Fund investor deposits to the Bank

of America account, over which Kang had sole signature authority, were shortly thereafter

transferred to Kang's personal Coinbase account. The transactions are summarized in the

following table:

| Posted Date | Details | Deposit | Withdrawal |
|---|---|---|---|
| 10/04/2018 | **Legacy Fund Investor #1** | $ 3,000 | |
| 10/22/2018 | **Legacy Fund Investor #2** | 8,014 | |
| 11/01/2018 | Coinbase.com/BTC | | 11,014 |

25. Furthermore, Coinbase documents reviewed show that a Legacy Fund business account was not opened until February 2019 with transactional activity beginning in July 2019.

**C. Legacy Fund Redemptions Satisfied with Money Received for Multi-Strategy Funds**

26. I concluded, based on my financial analysis that the Legacy Fund used at least $1.6 million of Multi-Strategy Funds investor deposits to satisfy redemption requests for two Legacy Fund investors.

27. Based on my financial analysis, Legacy Fund Investor #3's redemption payment of $10 million on July 20, 2022 was funded using at least $395,000 from Multi-Strategy Funds Investor #4's deposit received on May 31, 2022. The flow of funds, which originated in the Multi-Strategy Funds accounts, moved through an Offshore Fund account, and finally to a Legacy Fund account where the payment to the Legacy Fund investor was made, is detailed below.

   a. On or about May 31, 2022 deposits totaling $9.25 million were received from Multi-Strategy Funds Investor #4. On or about July 20, 2022 a transfer of $467,000 from the Multi-Strategy Funds account was made to the Offshore Fund account ending 5445, funded entirely with Multi-Strategy Funds Investor #4's dollars. Immediately thereafter on July 20, 2022 a transfer of $9 million was made from Offshore Fund account ending 5445 to Legacy Fund account ending 5452. Approximately $397,000 of that $9 million transfer were Multi-Strategy Funds Investor #4's dollars. Prior to this transfer from the Offshore Fund account, the balance in the Legacy Fund account was approximately $1 million.

b.   Immediately thereafter, on July 20, 2022 a $10 million payment was made to Legacy Fund Investor #3 from Legacy Fund account ending 5452. Approximately $395,000 of that $10 million redemption payment were Multi-Strategy Funds Investor #4's dollars. See **Attachment 6** for a visual representation of the flow of funds for this series of transactions.

28. Based on my financial analysis, Legacy Fund Investor #4's redemption payment of $1.25 million on July 26, 2022 was funded entirely using Multi-Strategy Funds Investor #5's deposit received on June 30, 2022. The flow of funds, which followed the same path described above, originated in the Multi-Strategy Funds accounts, moved through an Offshore Fund account, and finally to a Legacy Fund account where the payment to the Legacy Fund investor was made, is detailed below.

a.   On or about June 30, 2022 a deposit of $1.3 million was received from Multi-Strategy Funds Investor #5. On or about July 26, 2022 a transfer of $1.25 million was made from the Multi-Strategy Funds account to Offshore Fund account ending 5445 funded entirely with Multi-Strategy Funds Investor #5's dollars. Immediately thereafter on July 26, 2022 a transfer of $1.25 million was made from Offshore Fund account ending 5445 to Legacy Fund account ending 5452. That transfer was funded entirely with Multi-Strategy Funds Investor #5's dollars. Prior to the transfer from the Offshore Fund account, the balance in the Legacy Fund account was approximately $1,900.

b.   Immediately thereafter on July 26, 2022 a $1.25 million payment was made to Legacy Fund Investor #4 from Legacy Fund account ending 5452. The entirety of that $1.25 million redemption payment was Multi-Strategy Funds Investor #5's

dollars. See **Attachment 7** for a visual representation of the flow of funds for this series of transactions.

### D.  Legacy Fund Chase Credit Card Activity

29.  Based on my financial analysis, total charges to the Legacy Fund Chase credit card during the Analyzed Period were $287,000. Charges to Kang's card comprised approximately $271,000 of the total amount, as summarized in the following table.

| Cardholder: Kevin Kang | Total Charges | % of Charges |
|---|---|---|
| Possible Business Expenses | $    70,000 | 25.84% |
| Dining | 55,000 | 20.30% |
| Entertainment | 52,000 | 19.19% |
| Travel | 47,000 | 17.34% |
| Retail Purchases | 27,000 | 9.96% |
| Personal Expenses | 9,000 | 3.32% |
| Fees & Interest | 8,000 | 2.95% |
| Other | 3,000 | 1.10% |
| **Total Charges:** | **$  271,000** | **100.00%** |

a.  Notable transactions in the above categories include:

  i.  <u>Dining</u> – During June 2022, approximately $9,000 at Gurneys Restaurant and The Surf Lodge in Montauk and during July 2022, approximately $11,500 at RCI NYC Bar & Grill;

  ii.  <u>Entertainment</u> – One $15,000 charge for a suite at Madison Square Garden in February 2022; one $3,500 charge to Utah Jazz in November 2021; during a trip to Miami in June 2021, approximately $1,300 at a night club followed by approximately $900 at a live action gun range the next day;

  iii.  <u>Travel</u> – Charges for flights, hotels, and cab fares in Vancouver, London, Bahamas, Korea, Arizona, and Florida;

  iv.  <u>Retail Purchases</u> – Approximately $18,000 to Apple, and approximately $3,000 at Cartier; and

     v.  <u>Personal Expenses</u> – Purchases of glasses, contact lenses, nutritional supplements, gym memberships, medical expenses, and a spa visit in Whistler BC.

30. Charges to Paul Magahis' card during the Analyzed Period totaled approximately $16,000 for travel, dining, and entertainment primarily in the Bahamas and Singapore.

**E. Crypto Wallet**

31. My analysis identified at least one crypto wallet address affiliated with the Legacy Fund starting with as 0xB8a. As of the signing of this Declaration, the wallet appears to hold approximately $0.59 equivalent USD[1].

## VI.    <u>FINANCIAL ANALYSIS OF THE OFFSHORE FUND ACCOUNTS</u>

**A. Summary of Activity**

32. Based on my financial analysis, the Offshore Fund Accounts, exclusive of intracompany transfers, received approximately $171 million during the Analyzed Period. The sources of funds are summarized in the following table:

| Source of Funds | Total Deposits | % of Deposits |
|---|---|---|
| Crypto & Trading Related Entities | $ 89,606,000 | 52.35% |
| Transfers – BKCoin Management, BKCoin Funds & Bison Digital | 76,854,000 | 44.90% |
| **Offshore Fund Investors** | **4,520,000** | **2.64%** |
| Other Sources | 184,000 | 0.11% |
| **Total Deposits:** | **$ 171,164,000** | **100.00%** |

33. Based on my financial analysis, the Offshore Fund Accounts, exclusive of intracompany transfers, spent approximately $171 million during the Analyzed Period. The uses of funds are summarized in the following table:

---

[1] Equivalent USD per Chainalysis Reactor.

| Use of Funds | Total Withdrawals | % of Withdrawals |
|---|---|---|
| Crypto & Trading Related Entities | $ 109,576,000 | 64.03% |
| Transfers – BKCoin Management, BKCoin Funds & Bison Digital | 53,387,000 | 31.19% |
| **Offshore Fund Investors** | **3,059,000** | **1.79%** |
| NYC Apartment Purchase | 2,492,000 | 1.46% |
| **Legacy Fund Investor** | **200,000** | **0.11%** |
| Other Uses | 2,431,000 | 1.42% |
| **Total Withdrawals: $** | **171,145,000** | **100.00%** |

**B.  Purchase of Apartment with Money Received for the Legacy Fund**

34. I concluded, based on my financial analysis that the purchase of the apartment located at 76 Madison Avenue was funded with at least $242,000 of deposits from Legacy Fund investors.

35. On or about March 18, 2022 a wire transfer occurred from Offshore Fund account ending 5437 to Goldberg Corwin LLP for $242,000. Documents provided by Enterprise Title Agency identify this transaction as the deposit for the purchase of the apartment in the name of the Offshore Fund.

36. On or about March 18, 2022 a transfer occurred from Offshore Fund account ending 5445 to Offshore Fund account ending 5437. At the time of the transfer, the only source of funds in account ending 5445 were Legacy Fund investors' deposits, which were previously transferred from Legacy Fund account ending 5452. See **Attachment 8** for a visual representation of the flow of funds for this series of transactions.

**C.  Circle Account Used to Transfer Funds to Kang's Personal Coinbase Account**

37. On or about February 1, 2022 a transfer was made from the Offshore Fund account ending 5445 to the Offshore Fund Circle account of $50,000 USD. On that same date, $20,000 USD of that $50,000 was exchanged for 20,000 USDC, then sent to address starting with

0x70E ("0x70E"). The Circle records analyzed, included activity for 0x70E indicating that this address was affiliated with the Offshore Fund.

38. My blockchain analysis of 0x70E revealed on the same date that 20,000 USDC was sent from 0x70E to address starting with 0x2Ea ("0x2Ea") at Coinbase. KYC information provided by Coinbase shows 0x2Ea belongs to Kang personally. Once 0x2Ea received the 20,000 USDC from 0x70E, it was exchanged for $20,000 USD and transferred to Kang's personal checking account linked to Coinbase within approximately 59 minutes. See **Attachment 9** for a visual representation of the flow of funds for this series of transactions.

39. My blockchain analysis identified a similar flow of funds between the Offshore Fund Circle account and Kang's personal Coinbase account on or about June 9, 2022. On that date, the Offshore Fund Circle account contained approximately $93,000 USD and $30,000 of that amount was exchanged for 30,000 USDC, which was then sent to address starting with 0xFEd ("0xFEd") at Coinbase. KYC information provided by Coinbase shows 0xFEd belongs to Kang personally. Once 0xFEd received the 30,000 USDC from Circle, it was exchanged for $30,000 USD and transferred to Kang's personal checking account linked to Coinbase within approximately 17 minutes. See **Attachment 10** for a visual representation of the flow of funds for this series of transactions.

**D. Crypto Wallet**

40. As of the signing of this Declaration, 0x70E appears to hold approximately $703,674 equivalent USD[2].

---

[2] Equivalent USD per Chainalysis Reactor.

## VII.   FINANCIAL ANALYSIS OF THE MULTI-STRATEGY FUNDS ACCOUNTS

### A.  Summary of Activity

41. Based on my financial analysis, the Multi-Strategy Funds Accounts, exclusive of intracompany transfers, received approximately $24 million during the Analyzed Period. The sources of funds are summarized in the following table:

| Source of Funds | | Total Deposits | % of Deposits |
|---|---|---|---|
| **Multi-Strategy Funds Investors** | **$** | **18,700,000** | **77.24%** |
| Crypto & Trading Related Entities | | 5,459,000 | 22.55% |
| Transfers – BKCoin Management, BKCoin Funds & Bison Digital | | 51,000 | 0.21% |
| **Total Deposits:** | **$** | **24,210,000** | **100.00%** |

42. Based on my financial analysis, the Multi-Strategy Funds Accounts, exclusive of intracompany transfers, spent approximately $22 million during the Analyzed Period. The uses of funds are summarized in the following table:

| Use of Funds | | Total Withdrawals | % of Withdrawals |
|---|---|---|---|
| Transfers – BKCoin Management, BKCoin Funds & Bison Digital | $ | 19,774,000 | 88.19% |
| Crypto & Trading Related Entities | | 2,348,000 | 10.47% |
| **Multi-Strategy Funds Investor** | | **300,000** | **1.34%** |
| **Total Withdrawals:** | **$** | **22,422,000** | **100.00%** |

### B.  Multi-Strategy Funds Investor Deposits Used to Pay Other BKCoin Funds' Investors

43. I concluded based on my financial analysis that in June and July 2022, Kang used at least $3.6 million of Multi-Strategy Funds investor deposits to satisfy redemptions for at least one SMA client and two investors in the Legacy Fund as detailed previously in Paragraphs 19 and 26 – 28, respectively.

### C.  Comparative Analysis of Silvergate and State Street Documents

44. My financial analysis included performing a comparison of the Silvergate account activity for the Multi-Strategy Funds account ending 7060 produced by Silvergate to the Silvergate

account activity produced by State Street. The Silvergate activity produced by State Street was received by State Street via email from Kang, for use in the preparation of investor statements and Net Asset Value (NAV) calculations for the months ended June 30, July 31, and August 31, 2022.

45. I concluded that cash balance differences for the Silvergate account ending 7060 were reported by Kang to State Street for each month ended June 30, July 31, and August 31, 2022. Comparison of the records on a transaction by transaction basis for each month revealed that withdrawal transactions were removed for the months of June and July and a deposit transaction, which actually belonged to an Offshore Fund account, not a Multi-Strategy Funds account, was added for August's reported activity.

46. The following table summarizes the cash overstatement reported to State Street by Kang for each month for the account balance of Silvergate account ending 7060:

| Balance Date | Cash Balance Per Silvergate Statements | Cash Balance Reported to State Street | Cash Overstatement |
|---|---|---|---|
| 06/30/2022 | $ 6,244,543 | $ 15,602,600 | $ 9,358,057 |
| 07/31/2022 | $ 315,923 | $ 15,866,041 | $ 15,550,118 |
| 08/31/2022 | $ 315,923 | $ 15,879,158 | $ 15,563,235 |

47. Based on this comparative analysis of the documents described in Paragraphs 7(e), 9(a) and 9(g), I concluded that the overstated cash balances provided by Kang were used to calculate the NAVs reported on Investor Account Statements prepared by State Street as fund administrator for the Multi-Strategy Funds for the months ended June 30, July 31, and August 31, 2022.

## VIII.  FINANCIAL ANALYSIS OF BISON DIGITAL ACCOUNTS

### A. Summary of Activity

48. Based on my financial analysis, the Bison Digital Accounts, exclusive of intracompany transfers, received approximately $71 million during the Analyzed Period. The sources of funds are summarized in the following table:

| Source of Funds | Total Deposits | % of Deposits |
|---|---|---|
| Crypto & Trading Related Entities | $ 54,812,000 | 77.11% |
| Transfers – BKCoin Management & BKCoin Funds | 12,052,000 | 16.96% |
| **Offshore Fund Investor** | **3,400,000** | **4.78%** |
| Other Sources | 817,000 | 1.15% |
| **Total Deposits: $** | **71,081,000** | **100.00%** |

49. Based on my financial analysis, the Bison Digital Accounts, exclusive of intracompany transfers, spent approximately $71 million during the Analyzed Period. The uses of funds are summarized in the following table:

| Use of Funds | Total Withdrawals | % of Withdrawals |
|---|---|---|
| Crypto & Trading Related Entities | $ 61,315,000 | 86.28% |
| Transfers – BKCoin Management & BKCoin Funds | 7,505,000 | 10.56% |
| Other Uses | 2,248,000 | 3.16% |
| **Total Withdrawals: $** | **71,068,000** | **100.00%** |

50. Based on my review of the documents identified in Paragraph 9(g)(iii), Kang was one of two recipients of a Schedule K-1, Partners Share of Income, Deductions, Credits, etc. for calendar years 2020 and 2021 from Bison Digital.

### A. Crypto Wallet

51. My analysis identified at least one crypto wallet address affiliated with Bison Digital starting with 0xA32. As of the signing of this Declaration, the balance in this wallet appears to be approximately $4,552 equivalent USD[3].

---

[3] Equivalent USD per Chainalysis Reactor.

## IX.    **KNOWN ACCOUNT BALANCES AS OF OCTOBER 31, 2022**

52. The October 31, 2022 bank statements of all analyzed accounts reflect an aggregate balance of $1,829,503 as follows:

   a.  $3,380 for TD Bank account ending 9821, titled BKCoin Management LLC;

   b.  $1,930 for Silvergate Bank account ending 5478, titled BKCoin Management LLC;

   c.  $708 for TD Bank account ending 9839, titled BKCoin Capital LP;

   d.  $8,525 for Silvergate Bank account ending 5452, titled BKCoin Capital LP;

   e.  $7,639 for Signature Bank account ending 3577, titled BKCoin Capital LP;

   f.  $1,585 for Silvergate Bank account ending 5445, titled BK Offshore Fund Ltd.;

   g.  $6,521 for Silvergate Bank account ending 5429, titled BK Offshore Fund Ltd.;

   h.  $726 for Silvergate Bank account ending 5437, titled BK Offshore Fund Ltd.;

   i.  $10,000 for Signature Bank account ending 3585, titled BK Offshore Fund Ltd.;

   j.  $1,769,666 for Silvergate Bank account ending 5270, titled BKCoin Multi-Strategy Master Fund Ltd;

   k.  $17,823 for Silvergate Bank account ending 7060, titled BKCoin Multi-Strategy Fund LP;

   l.  $1,000 for Silvergate Bank account ending 7409, titled BKCoin Multi-Strategy Fund Ltd;

   m.  $3,881 for TD Bank account ending 4138, titled Bison Digital LLC; and

   n.  $9,362 for Silvergate Bank account ending 5395, titled Bison Digital LLC.

53. All other bank accounts analyzed reflected a balance of $0 as of October 31, 2022.

54. Crypto asset records provide the following account balances:

    a.  As of December 23, 2022 the Circle records report:

        ii.  $3,532 equivalent USD for account titled BK Offshore Fund Ltd; and

        iii.  $2,168 equivalent USD for account titled BKCoin Multi-Strategy Master

            Fund Ltd.

    b.  As of November 29, 2022 the Coinbase records report:

        i.  $0 equivalent USD for account titled BKCoin Capital, LP, and

        ii.  $569 equivalent USD for account titled Kevin Kang.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of February, 2023 in Fort Lauderdale, Florida

*Julia D'Antonio*

Julia D'Antonio, CPA, CFE, CFF, CFCS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | |
| v. : | |
| : | CASE NO. |
| BKCOIN MANAGEMENT, LLC and : | |
| MIN WOO KANG a/k/a "KEVIN" KANG, : | |
| : | |
| Defendants, and : | |
| : | |
| BKCOIN CAPITAL, LP, : | |
| BK OFFSHORE FUND, LTD., : | |
| BKCOIN MULTI-STRATEGY : | |
| MASTER FUND, LTD., : | |
| BKCOIN MULTI-STRATEGY FUND, LP, : | |
| BKCOIN MULTI-STRATEGY FUND LTD., AND : | |
| BISON DIGITAL LLC, : | |
| : | |
| Relief Defendants. : | |
| : | |

## INDEX TO ATTACHMENTS TO DECLARATION OF JULIA D'ANTONIO

| ATTACHMENT NO. | DESCRIPTION |
|---|---|
| 1. | Min-Woo Kang CFA Member Profile |
| 2. | BKCoin Capital LP Schedule K-1s Showing Investors in Southern District of Florida |
| 3. | BKCoin Capital – Letter of Suspension |
| 4. | Multi-Strategy Funds Investor Money Used to Pay SMA Client #1 Redemption |
| 5. | SMA Client Funds Used to Pay Kang's Montauk Rent |
| 6. | Multi-Strategy Funds Investor Money Used to Pay Legacy Fund Investor #3 Redemption |
| 7. | Multi-Strategy Funds Investor Money Used to Pay Legacy Fund Investor #4 Redemption |

| 8. | Legacy Fund Investor Money Used for NY Apartment Purchase |
|----|----|
| 9. | Offshore Fund Circle Account Used to Transfer USDC to Kang's Coinbase #1 |
| 10. | Offshore Fund Circle Account Used to Transfer USDC to Kang's Coinbase #2 |

# **ATTACHMENT 1**

# Attachment 1

# Member Profile

---

## Min-Woo Kang, CFA

Active Member

**Location**

SEONGNAM, GYEONGGI-DO, KOREA

**Charter Awarded**

12 August 2014

Looking for more information about this member?

CFA Institute members can <u>log in</u> to view more information about Min-Woo Kang, CFA.

Please note that individuals may use formal names or nicknames. If you are unable to locate the person you are looking for, please <u>contact us</u> to be certain they are not listed under a different name.

Inclusion in this Member Directory is not a referral or endorsement by CFA Institute.

Only current CFA Institute members and charterholders (those who have signed an annual Professional Conduct Statement and paid annual member dues) are included in the directory. The Member Directory does not reflect individuals whose CFA Institute membership has lapsed, been suspended, or revoked. Information about individuals who have been disciplined by CFA Institute can be found <u>here</u>. You may find additional disciplinary information through government and regulatory websites and databases.

Every effort has been made to keep the information contained in this directory accurate and current, but it is provided with no warranty of any kind.

© 2022 CFA Institute. All Rights Reserved.

# <u>ATTACHMENT 2</u>

# Attachment 2

**651121**

| **Schedule K-1**<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | | | | |
|---|---|---|---|---|

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**2021**

For calendar year 2021, or tax year

beginning ___/___/ 2021   ending ___/___/___

**Part I   Information About the Partnership**

**Part II   Information About the Partner**

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | Part III | Part I / II |
|---|---|---|
| 1 | Ordinary business income (loss) | **Part I** |
| 2 | Net rental real estate income (loss) | **A** Partnership's employer identification number 82-4667659 |
| 3 | Other net rental income (loss) | **B** Partnership's name, address, city, state, and ZIP code |
| 4a | Guaranteed payments for services | BKCOIN CAPITAL LP |
| 4b | Guaranteed payments for capital | 38 E 37TH STREET #11 |
| 4c | Total guaranteed payments | NEW YORK, NY 10016 |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |

**Schedule K-1 form fields:**

**Part I   Information About the Partnership**

A  Partnership's employer identification number
82-4667659

B  Partnership's name, address, city, state, and ZIP code

BKCOIN CAPITAL LP
38 E 37TH STREET #11
NEW YORK, NY 10016

C  IRS center where partnership filed return ► E-FILE

D  ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

E  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

F  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

CORAL SPRINGS, FL 33076

G  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H1  ☒ Domestic partner   ☐ Foreign partner

H2  ☐ If the partner is a disregarded entity (DE), enter the:
TIN ___  Name ___

I1  What type of entity is this partner? ___

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ☐

K  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ☐

L  **Partner's Capital Account Analysis**

Beginning capital account . . . . . . $
Capital contributed during the year . . . $
Current year net income (loss) . . . . $
Other increase (decrease) (attach explanation) . . . $
Withdrawals and distributions . . . . . . $( )
Ending capital account . . . . . . . $

M  Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

N  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . $
Ending . . . . . . . . . . . $

**Part III columns (right side):**

| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked . . . ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information   AG* |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss)   C | | |
| 12 | Section 179 deduction   I* | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions   W* | | |
| 22 | ☐ More than one activity for at-risk purposes* | | |
| 23 | ☐ More than one activity for passive activity purposes* | | |

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

PARTNER 7

PTPA0312L   08/11/21

1 of 2

SEC-SoldaviniM-E-0000291

# Attachment 2

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123     651121

For calendar year 2021, or tax year

beginning _____ / _____ / 2021 ending _____ / _____ / _____

**Partner's Share of Income, Deductions, Credits, etc.**
► See separate instructions.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
82-4667659

**B** Partnership's name, address, city, state, and ZIP code

BKCOIN CAPITAL LP
38 E 37TH STREET #11
NEW YORK, NY 10016

**C** IRS center where partnership filed return ►E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
■■■■■

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MIAMIA SHORES, FL 33138

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner     ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | % | % |
| Loss | % | % |
| Capital | % | % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

Check this box if Item K includes liability amounts from lower tier partnerships ☐

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____ $
Ending _____ $

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | 16 | Schedule K-3 is attached if checked ☒ |
| 4c | Total guaranteed payments | 17 | Alternative minimum tax (AMT) items |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 18 | Tax-exempt income and nondeductible expenses |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 19 | Distributions |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 20 | Other information |
| 10 | Net section 1231 gain (loss) | | AG* |
| 11 | Other income (loss) C | | |
| | T* | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions W* | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1065.     www.irs.gov/Form1065     **Schedule K-1 (Form 1065) 2021**

PARTNER 20

PTPA0312L   08/1/21

2 of 2

SEC-SoldaviniM-E-0000315

# ATTACHMENT 3

# Attachment 3

## ANNESSER ARMENTEROS

### TRIAL LAWYERS

October 14, 2022

**Via Email Only**
State Street
Armita Brown
armita.brown@statestreet.com

**RE: BKCoin Capital - Letter of Suspension.**

To Whom it May Concern,

This letter is to inform you that Kevin Kang has been suspended, effective immediately, from his position as Chief Investment Officer of BK Coin Capital, LLC.  Mr. Kang shall have no authority to act on behalf of the company in any capacity; please direct any communications regarding operational matters to Carlos Betancourt at Carlos@BKCoinCapital.com.  Should Mr. Kang contact you, please advise us immediately.

Yours truly,

*/s/ John W. Annesser*
John Annesser, Esq.
Annesser Armenteros PLLC
2525 Ponce de Leon
Coral Gables, Florida 33134
(786) 600-7446
jannesser@aa-firm.com

FOIA Confidential Treatment Requested
by State Street Bank and Trust Company

SSBT_0000262

# **ATTACHMENT 4**

## Attachment 4



# **ATTACHMENT 5**

## Attachment 5



# **<u>ATTACHMENT 6</u>**

# Attachment 6



Tracing was performed using the Lowest Intermediate Balance Rule (LIBR) Method assuming non-Multi-Strategy Funds dollars used first.
Green amounts are traced amounts of Multi-Strategy Funds Investor #4's dollars used in each transaction.
Red amounts are transaction amounts where they were not fully funded with Multi-Strategy Funds Investor #4's dollars.

# **ATTACHMENT 7**

## Attachment 7



# <u>ATTACHMENT 8</u>

# Attachment 8

3. **Purchase Price:** (a) The purchase price (**"Purchase Price"**) is **$ 2,420,000.00** , payable as follows:

(i) **$ 242,000.00** (**"Down payment"**) on the signing of this Contract by good check subject to collection, the receipt of which is hereby acknowledged, to be held in escrow pursuant to para. 16; and

**RE: 76 Madison Avenue, New York NY 3A (New York County)**
**Original deed and title closing documents**

This escrow letter hereby confirms that Enterprise Title Agency, Inc. will hold the original deed and closing documents in escrow pending written authorization from Paul M. Corwin, Esq. (the seller's attorney), that the seller's proceeds have been credited to GOLDBERG CORWIN LLP Attorney Trust Account and further authorize to release documents.

Tracing was performed using the Lowest Intermediate Balance Rule (LIBR) Method assuming non-Legacy Fund dollars used first.

# **ATTACHMENT 9**

## Attachment 9



# **ATTACHMENT 10**

**Attachment 10**

