# EXHIBIT 4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

SECURITIES AND EXCHANGE COMMISSION,      :
        :
      Plaintiff,      :
        :
    v.      :
        :
BKCOIN MANAGEMENT, LLC and      :
MIN WOO KANG a/k/a "KEVIN" KANG,      :
        :
      Defendants, and      :
        :
BKCOIN CAPITAL, LP,      :
BK OFFSHORE FUND, LTD.,      :
BKCOIN MULTI-STRATEGY      :
MASTER FUND, LTD.,      :
BKCOIN MULTI-STRATEGY FUND, LP,      :
BKCOIN MULTI-STRATEGY FUND LTD., AND      :
BISON DIGITAL LLC,      :
        :
      Relief Defendants.      :
_____ :

## <u>DECLARATION OF MICHAEL I. GOLDBERG</u>

1.      I, Michael I. Goldberg, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, and that I am over 18 years old and am competent to testify to these matters.

2.      I am a partner at Akerman LLP ("Akerman"), a Fellow of the American College of Bankruptcy and current Chair of Akerman's Fraud and Recovery Practice.  I have served as a court-appointed receiver in at least ten SEC federal enforcement receiverships and I have in the past or am presently handling over twenty federal equity receivership matters in the United States District Court for the Southern and Middle Districts of Florida.  In addition, I served as the Receiver over three of the largest receiverships in the State of Florida.  I am licensed to practice

1

law in Florida and New York.  My areas of expertise include, among other things, SEC

Receiverships and Ponzi schemes, fraudulent transfers, and recovery of financial assets.

3.     On October 28, 2022, BKCoin Management, LLC ("BKCoin") filed an

Emergency Petition for Appointment of Receiver ("Emergency Petition") in the Circuit Court of

the Eleventh Judicial Circuit in and for Miami-Dade County Florida, seeking appointment of a

receiver over BKCoin Multi-Strategy Master Fund, Ltd. (the "Multi-Strategy Master Fund"),

BKCoin Multi-Strategy Fund, LP ("Multi-Strategy Domestic"), and BKCoin Multi-Strategy

Fund Ltd. ("Multi-Strategy Offshore"), (collectively "the Multi-Strategy Funds"). *See BKCoin*

*LLC et al. v. BKCoin Multi-Strategy Fund Ltd. et al,* Case No. 2022-020760-CA-01 (Fla. 11th

Circ. Ct. 2022) ("the State Court Action").

4.     On November 2, 2022, I was appointed as Temporary Receiver with full powers

of an equity receiver over the receivership entities pursuant to the *Ex Parte Order Appointing a*

*Temporary Receiver* in the State Court Action.  On November 21, 2022, the receivership was

extended at my request pursuant to the *Order Granting Receiver's Expedited Verified Motion to*

*Extend Receivership* to include BKCoin, BKCoin Capital, LP (the "Legacy Fund") and BK

Offshore Fund, Ltd. (the "Offshore Fund").

5.     On November 29, 2022, I was also given authority in the State Court Action to:

(i) transfer any cryptocurrency assets within the receivership estate to a cryptocurrency

depository and/or to liquidate any such cryptocurrency assets as appropriate options to preserve

the value of such cryptocurrency assets; and (ii) direct any third party in possession of such

cryptocurrency assets to liquidate or transfer any such assets on an immediate basis upon request.

6.      I make this declaration based on personal knowledge of the facts below based on my examination of the records of the receivership entities and other information obtained in connection with my appointment as Receiver in the State Court Action.

7.      On January 4, 2023, I filed an Interim Report in the State Court Action covering the period from November 2, 2022 to January 4, 2022 (the "Interim Report"). A true and accurate copy of the Interim Report is attached hereto as Exhibit A.

8.      As described in the Interim Report, my team and I have conducted the following analysis: (a) examined the receivership entities' books and records; (b) sought and obtained comprehensive records from a variety of entities to determine the existence and location of significant assets, pending contracts, and business ventures with third parties; (c) issued over thirty-five freeze orders and at least seven subpoenas[1] to third parties; and (d) reviewed and analyzed trading and transaction history of the receivership entities. Moreover, pursuant to the authority conferred in the State Court Action, I have transferred cryptocurrency within the receivership estate to a New York cryptocurrency depository authorized as an appropriate depository institution.

9.      My analysis thus far has found that the assets of the receivership entities in the State Court Action were commingled in such a manner that the separate corporate identities of these entities were disregarded and rendered nonexistent. Investor funds deposited in Multi-Strategy Funds have been transferred immediately thereafter into BKCoin, BKCoin Offshore and the Legacy Fund for no identifiably-proper business purpose.

---

[1] Three subpoenas were rendered moot by the expansion of the Receivership on November 21, 2022.

3

10.     I have had considerable difficulties obtaining records and assets from third parties located outside the state of Florida and offshore pursuant to orders entered in the State Court Action.  Some third parties within jurisdictions outside of the State of Florida are reluctant to respond to document requests and requests for information.  On at least one occasion, I was unable to obtain requested documents and information in the State of New York based on the order in the State Court Action.

11.     Since my appointment as Receiver in the State Court Action, I have cooperated with the Commission's staff in its investigation of BKCoin and the Relief Defendants.  In November 2022, the Commission's staff asked me to conduct a search for all bank statements and trading records concerning BKCoin and Kang, among others.  In January 2023, the Commission's staff also asked me to conduct a search for all account statements provided to investors by the third-party fund administrator for the Multi-Strategy Funds, among other records.  The following documents were provided to the Commission in response to these requests.

    a.   Attached hereto as Exhibit B is a true and accurate copy of a Limited Partnership Agreement regarding the Multi-Strategy Domestic Fund, dated March 3, 2022.

    b.   Attached hereto as Exhibit C is a true and accurate copy of an email from leanna@bkcoincapital.com to an investor (copying Kevin Kang and others) on May 23, 2022.  The email includes two pdf. attachments titled "BKC 2- Pager - May 2022" and "BKC multi_strategy_deck -May 2022," respectively.

    c.   Attached hereto as Exhibit D is a true and accurate copy of an email from leanna@bkcoincapital.com to investors (copying Kevin Kang) on May 24, 2023.  The email includes the attachments described in paragraph 11.b above.

4

d.  Attached hereto as Exhibit E are true and accurate copies of 18 emails from

BKCoin and/or Kang to investors in 2022.  The emails include a version of one or

both attachments described in paragraphs 11.b above.

12.     If appointed receiver in the federal case, I will move to dismiss the State Court

Action.


I declare under penalty of perjury that the foregoing is true and correct.


Signed this __21st__ of February 2023

_____

Michael I. Goldberg

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　CASE NO.
BKCOIN MANAGEMENT, LLC and　　　　　　　　:
MIN WOO KANG a/k/a "KEVIN" KANG,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants, and　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
BKCOIN CAPITAL, LP,　　　　　　　　　　　　　　:
BK OFFSHORE FUND, LTD.,　　　　　　　　　　　:
BKCOIN MULTI-STRATEGY　　　　　　　　　　　:
MASTER FUND, LTD.,　　　　　　　　　　　　　　:
BKCOIN MULTI-STRATEGY FUND, LP,　　　　　:
BKCOIN MULTI-STRATEGY FUND LTD., AND　　:
BISON DIGITAL LLC,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Relief Defendants.　　　　　　　　　　:
_____:

## INDEX TO EXHIBITS TO DECLARATION OF MICHAEL I. GOLDBERG

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A. | Receiver's First Interim Report |
| B. | Limited Partnership Agreement of BKCoin Multi-Strategy Fund LP as of March 3, 2022 |
| C. | May 23, 2022 Email re: Updated Docs |
| D. | May 24, 2022 Email re: Updates from BKCoin |
| E. | Emails from BKCoin and/or Kang to investors |

# EXHIBIT A

Filing # 164058637 E-Filed 01/04/2023 12:58:29 PM

**IN THE CIRCUIT COURT OF THE 11th**
**JUDICIAL CIRCUIT IN AND FOR**
**MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2022-020760-CA-01
SECTION: CA44
JUDGE: Alan Fine

BKCOIN MANAGEMENT LLC, et al.

      Plaintiffs,

vs.

BKCOIN MULTI-STRATEGY FUND, LTD., et al.

      Defendants.

_____/

## RECEIVER'S FIRST INTERIM REPORT

    Michael I. Goldberg, in his capacity as Court-appointed Temporary Receiver pursuant to the *Ex Parte Order Appointing a Temporary Receiver* ("Receivership Order"), entered on November 2, 2022, and the *Order Granting Receiver's Expedited Verified Motion to Expand Receivership*, respectfully files his *First Interim Report* (the "Report") covering the period from November 2, 2022 up to and including January 4, 2022 (the "Reporting Period").

## I.   **BACKGROUND**

    On October 28, 2022, Petitioner BKCoin Management LLC ("BKCoin Management") filed an *Emergency Petition for Appointment of Receiver* ("Emergency Petition") seeking appointment of a receiver over BKCoin Multi-Strategy Fund LP ("Multi-Strat Domestic"), Bkcoin Multi-Strategy Fund, Ltd. ("Multi-Strat Offshore"), and Bkcoin Multi-Strategy Master Fund, Ltd. ("Multi-Strat Master" and together with Multi-Strat Domestic and Multi-Strat Offshore, the "Multi-Strat Funds"). *See generally id.*

    According to the *Emergency Petition*, in or around October 2022, BKCoin Management

68048200;1

alleged that Mr. Kang had engaged in certain suspicious and/or improper acts with regard to the management of the Multi-Strat Funds in contravention of the Investment Management Agreement, and that certain assets of the Multi-Strat Funds were being improperly diverted by Mr. Kang from the Multi-Strat Funds and being comingled with other assets under management. Emergency Pet. at ¶ 16. Based on these assertions, BKCoin Management sought the appointment of a temporary receiver over the Multi-Strat Funds. *See id.* at 5-6. The Court granted the *Emergency Petition* on November 2, 2022, appointing Michael I. Goldberg as temporary receiver (the "Receiver") of the Multi-Strat Funds with full powers of an equity receiver. *See* Receivership Order at 4.

## II.   ACTIONS TAKEN BY THE RECEIVER DURING THE REPORTING PERIOD

### A. Expansion of the Receivership Estate

Immediately upon his appointment, the Receiver and his professionals commenced the process of examining the Multi-Strat Funds' books and records. It was readily apparent that monies deposited in Multi-Strat Funds on behalf of its investors had been immediately thereafter transferred into accounts in the names of affiliated entities BKCoin Management, BKCoin Capital LP LP ("BKCoin Capital"), and BK Offshore Fund Ltd. LP ("BKCoin Offshore") in contravention to promises made to investors and for no identifiably-proper business purpose.

Specifically, the Receiver obtained and reviewed (i) Multi-Strat Domestic's bank account statements for accounts ending in 7060 (the "7060 Account") and 0338 (the "0338 Account"); (ii) Multi-Strat Master's bank account statements for accounts ending in 5270 (the "5270 Account"), 5296 (the "5296 Account"), and 7409 (the "7409 Account"); and (iii) Multi-Strat Offshore's bank account statements for an account ending in 8175 (the "8175 Account").

The Receiver identified what appeared to be misappropriation of $10,155,456.67 in Multi-Strat Funds investor monies in June 2022 alone from the 7060 Account. During this same

68048200,1

time frame, two transfers totaling $1,322,400 were allegedly made directly from the Multi-Strat Domestic's 7060 Account on behalf of two investors in the "Legacy" fund , *i.e.*, a domestic hedge fund operated by BKCoin Capital. In addition to the $2,000,000 transferred directly from the Multi-Strat Domestic's 7060 Account to BKCoin Management's 5478 Account, a review of BK Offshore's 5445 Account in conjunction with BKCoin Management's 5478 Account revealed an additional $1,219,385 in funds being first transferred from Multi-Strat Domestic's 7060 Account to BK Offshore's 5445 Account and then subsequently transferred to the BKCoin Management's 5478 Account. A minimum of $3,219,385.07 in Multi-Strat Funds were thus transferred to BKCoin Management from June through September of 2022.

In light of the forgoing, the Receiver sought expedited expansion of the receivership estate to encompass BKCoin Management, BKCoin Capital, and BK Offshore through his November 18, 2022 filing of the *Expedited Motion By Receiver Michael I. Goldberg to Expand Receivership* ("Expansion Motion"). On November 21, 2022, the Court entered its *Order Granting the Receiver's Expedited Verified Motion to Expand the Receivership* ("Expansion Order") finding BKCoin Management, BKCoin Capital, and BK Offshore to be Receivership Entities as defined by the paragraph 4 of the Receivership Order. *See* Expansion Order, ¶ 2.

### B.  Corporate Organization and Administration of the Receivership Entities

BKCoin Management is a Delaware limited liability company with its principal place of business in Florida. BKCoin Management employed several employees, whose services were purportedly terminated prior to the filing of the *Emergency Petition*.[1] Carlos Betancourt and Kevin Kang are its founding principals and served as its managing members. Each owned 47.5% of the equity in the company. BKCoin Management, in turn, serves as the general partner of

---

[1] The Receiver is in the process of identifying and interviewing all former employees.

68048200;1

Multi-Strat Domestic[2] and BKCoin Capital[3] and as investment manager for (i) various separately managed accounts governed by their respective *Investment Management Agreements* (the "SMAs"); (ii) the Multi-Strat Funds (consisting of Multi-Strat Domestic, Multi-Strat Offshore[4], and Multi-Strat Master[5]); (iii) the "Legacy" BKCoin Capital Fund; and (iv) the BK Offshore Fund. Betancourt and Kang are sole directors and beneficial owners of both Multi-Strat Master and Multi-Strat Offshore. BKCoin Management is a registered shareholder in possession of 100 Class M Shares, which, per each respective Memorandum of Association, entitles BKCoin Management (and thus, in turn Carlos Betancourt and Kevin Kang) to exclusive control of all offshore entities.

State Street Corporation ("State Street") served as fund administrator for the Multi-Strat Funds and Formidium Corporation f/k/a Sudrania Fund Services ("Formidium") served as fund administrator for the "Legacy" BKCoin Capital Fund and the BK Offshore Fund.

To date, based upon information provided from the foregoing fund administrators the Receiver has identified: (i) 2 limited partners and 3 shareholders invested in the Multi-Strat Funds; (ii) 44 limited partners invested in the "Legacy" BKCoin Capital Fund; and (iii) 7 shareholders invested in the BK Offshore Fund. The Receiver has also identified from receivership records 6 SMAs entered into by and between various third parties and BKCoin Management. The below represents the corporate structure as best determined by the Receiver during this Reporting Period.

---

[2] Multi-Strat Domestic is a Delaware Limited Liability Company organized under the laws of the State of Delaware with its principal place of business in the State of Florida.
[3] BKCoin Capital is a Delaware limited partnership with its principal place of business in Florida.
[4] Multi-Strat Offshore is a British Virgin Islands company limited by shares, with its principal place of business in British Virgin Islands.
[5] Multi-Strat Master is a British Virgin Islands company limited by shares, with its principal place of business in British Virgin Islands.

4



Upon information and belief, the Receivership Entities operated almost exclusively online with virtual office spaces in New York and Miami. In Miami, BKCoin Management LLC entered into an agreement with Pipeline Brickell, LLC. The agreement entitled Receivership Entities to access to non-dedicated space, conference rooms, and receptionist services at 1101 Brickell Avenue, South Tower, 8th Floor, Miami, Florida 33131. The agreement has been terminated by the Receiver. Upon information and believe, the Receivership Entities entered into a similar agreement for non-dedicated office space in New York, with the coworking space company Regus. The Receiver is in the process of identifying and terminating (if still operative) any such agreement with Regus.

## C. Custody, control, and possession of the Receivership Assets and Documents

The Court directed the Receiver to "[t]ake exclusive custody, control, and possession of

all Assets and Documents of, or in the possession, custody, or under the control of, any Receivership Entity, wherever situated..." and to "[c]onserve, hold, manage, and prevent the loss of all Assets of the Receivership Entities, and perform all acts necessary or advisable to preserve the value of those Assets." Receivership Order at II-B, C.

### a. *The Documents of Receivership Entities*

Knowledge of and access to all assets and documents of the Receivership Entities lies primarily, if not exclusively, with former principals Kevin Kang and Carlos Betancourt. Both Mr. Kang and Mr. Betancourt have obtained legal counsel. Requests from the Receiver have therefore been communicated through counsel and, to date, the information obtained from both principals has been limited in nature.[6] Given the lack of centralized records and the limited nature of assistance provided by Mr. Kang and Mr. Betancourt to date, the Receiver has therefore expended considerable time and effort obtaining custody, control and possession of Receivership assets and documents directly from third parties.

The Receiver has therefore sought and obtained comprehensive records from a variety of entities, including, but not limited to: (i) Silvergate Bank (a Californian bank that specializes in cryptocurrency transactions); (ii) State Street (fund administrator for the Multi-Strat Funds); (iii) Formidium (fund administrator for the "Legacy" BKCoin Capital Fund and the BK Offshore Fund); (iv) Standard Custody & Trust Company, LLC  (a digital asset custodian for BKCoin Management, Multi-Strat Master, BK Offshore, BKCoin Capital, and the SMAs,); (v) a multitude of digital currency exchanges; and (vi) investors in the Multi-Strat Funds, the "Legacy" BKCoin Capital Fund, and the BK Offshore Fund.

The Receiver and his professionals have reviewed the forgoing documents in an effort to

---

[6] The Receiver wishes to make clear that counsel for Petitioner, Mr. John Annesser, has been very cooperative in discharging his duties under the Receivership Order.

understand the operations of the Receiver Entities and corresponding flow of funds and in order to identify, freeze, and preserve all assets of the Receivership Entities and are in the process of establishing an electronic database to be maintained by an e-discovery vendor to store such documents. As a result of the ongoing review, the Receiver has issued over thirty-five freeze orders and at least 7 subpoenas to third parties with whom it is believed the Receivership Entities possess either active or historical account(s).

### b. *The Assets of Receivership Entities*

As a result of the forgoing investigatory process, the Receiver has located and secured digital assets valued at approximately $3,736,494.13 as of the filing of this Report. The Receiver and his professionals have likewise identified and are monitoring the activities of all wallets of interest utilizing blockchain analysis.

Given the extreme volatility of the cryptocurrency market, the Receiver sought and obtained Court authority, though his *Expedited Motion by Receiver Michael I. Goldberg to Confirm His Authority to Transfer Cryptocurrency Assets to Depository and/or Liquidate Cryptocurrency Assets* dated November 29, 2022, to transfer any cryptocurrency assets within the Receivership Estate to a cryptocurrency depository and/or to liquidate such cryptocurrency to preserve its value, which actions the Receiver submits are fully within his authority provided by Paragraph II-C of the Receivership Order. As part of this process, the Receiver identified Standard Custody & Trust Company, LLC ("Standard Custody") a limited liability company organized as a trust company under New York banking laws, having a place of business at 135 E. 57th St, 21st Floor, New York, NY 10022, as an appropriate depository institution.[7] The Court

---

[7] Standard Custody is not a cryptocurrency exchange. There is no trading on its platform and, accordingly, any cryptocurrency housed there appears to be significantly less at risk. Deposits into Standard Custody are not FDIC insured and Standard Custody's Custodian Services Agreement contains a broad limitation on liability. However, given the current extreme volatility in the cryptocurrency markets and the serial failures of cryptocurrency

68048200;1

in its November 29, 2022 *Order Granting Expedited Motion by Receiver Michael I. Goldberg to Confirm His Authority to Transfer Cryptocurrency Assets to Depository and/or Liquidate Cryptocurrency Assets* authorized the Receiver to transfer any cryptocurrency to any such digital asset custodian and likewise confirmed that the Receiver may, in his business judgment and in accordance with the Court's directive to preserve the Receivership estate's assets, liquidate cryptocurrency within the receivership estate and convert such assets into U.S. dollars.

As of the filing of this Report, cryptocurrency valued at approximately $2,049,905.98 is being held in receivership vaults at Standard Trust.

**D. Flow of Funds**

In response to asset freeze inquiries and subpoenas issued, the Receiver and his professionals have received all relevant bank account statements, as well as trading and transaction histories from fund administrators and 8 digital currency exchanges (as of the filing of this Report). The Receiver and his professionals have commenced the process of reviewing and analyzing this voluminous information. While the process is far from complete, what is clear is that the assets of all entities were comingled in a manner that demonstrates such a unity of interest and disregard of corporate formalities that the separate corporate identities of BKCoin Management, the Multi-Strat Funds, the "Legacy" BKCoin Capital Fund, and the BK Offshore Fund no longer appear to exist.

**E. Litigation and Third Party Claims**

*a. Southern District of New York*

There is one litigation matter pending before the United States District Court for the Southern District of New York, Case No. 22-cv-08858-JPO, styled *Canto v. BKCoin*

---

exchanges, including most recently BlockFi's Chapter 11 filing, Standard Custody appears to be a much more secure option for holding Receivership assets that are in the form of cryptocurrency than any existing exchange.

*Management, LLC et al.*, in which BKCoin Management, Carlos Betancourt and Kevin Kang are named defendants. Suit was brought by former investor Alejandro Canto against the named defendants based upon claims of breach of fiduciary duty, with allegations arising from the purported mismanagement of Mr. Canto's investment fund by BKCoin Management and its two principals. The Receiver filed a *Notice of Suggestion of Receivership and Stay* in the matter, which the *District* Court is treating as a pending Motion to Stay.

## III.    FINANCIAL AFFAIRS[8]

To date, the approximate total value of all cash and cryptocurrency assets identified as belonging to the Receivership Estate is $5,725,780.71.

### A.  Cash on Hand

The Receivership Entities' financial accounts at Silvergate Bank (totaling $1,807,776.87) were frozen pursuant to the Receivership Order, with all amounts subsequently transferred to the Receiver's segregated trust account. The Receiver and his professionals located an additional $181,509.71 in U.S. currency held at various digital currency exchanges and at Signature Bank. Steps are underway to transfer the entirety of the additional $181,509.71 to the Receiver's segregated trust account, making total cash on hand $1,989,286.58 as further detailed in the below chart.

---

[8] Because this receivership involves cryptocurrency wallets, the confidentiality of the Receivership Entities' financial data is important. Accordingly, the Receiver has not attached detailed financial statements to this Report, but has instead provided a general summary. Should the Court want to review such detailed financial data, the Receiver shall provide the information to the Court in-camera.

68048200;1

| Summary of Cash Assets Transferred to Receivership Estate | | |
|---|---|---|
| **Where held** | **Entity** | **Amount** |
| BitGo Prime[9] | BK Offshore Fund LTD | $125,978.45 |
| | *Subtotal* | *$125,978.45* |
| Circle[10] | BKCoin Multi-Strategy Master Fund LTD (-9315) | $2,168.00 |
| | BK Offshore Fund LTD (-7629) | $3,532.00 |
| | *Subtotal* | *$5,700.00* |
| Gemini[11] | BKCoin Capital LP | $32,192.48 |
| | *Subtotal* | *$32,192.48* |
| Silvergate[12] | BKCoin Multi-Strategy Master Fund LTD (-5270) | $1,769,665.75 |
| | BKCoin Multi-Strategy LP (-7060) | $17,822.71 |
| | BKCoin Multi-Strategy Fund LTD (-7409) | $1,000.00 |
| | BKCoin Management LLC (-5478) | $1,929.99 |
| | BKCoin Capital LP (-5452) | $8,525.53 |
| | BK Offshore Fund LTD (-5445) | $1,585.17 |
| | BK Offshore Fund LTD (-5437) | $726.45 |
| | BK Offshore Fund LTD (-5429) | $6,521.27 |
| | *Subtotal* | *$1,807,776.87* |
| Signature Bank | BKCoin Capital LP | $7,638.78 |
| | BK Offshore Fund LTD | $10,000.00 |
| | *Subtotal* | *$17,638.78* |
| | **Grand Total** | **$1,989,286.58** |

**B. Digital Assets**

To date, the approximate total value of all cryptocurrency assets identified as belonging to the Receivership Estate is $3,736,494.13. The majority of digital assets are comprised of cryptocurrency currently custodied at Standard Custody. The remainder are (currently) held at the following platforms: Deribit, Bittrex, Binance, and Hedera. The following chart contains a detailed breakdown of digital assets located as of the filing of this Report.

---

[9] BitGo Prime liquidated the collateral it held as part of a loan agreement with BK Offshore Fund, generating $125,978.45 of net excess collateral. This amount has been transferred to the Receiver's segregated trust account.
[10] These accounts have been frozen; the Receiver is in the process of transferring these funds to his segregated trust account.
[11] This amount has been transferred to the Receiver's segregated trust account.
[12] This amount has been transferred to the Receiver's segregated trust account.

| Summary of All Cryptocurrency Assets | | | |
|---|---|---|---|
| **Entity** | **Token** | **Quantity** | **USD Spot Value (12/29)** |
| BKCoin Capital LP | ETH* | 47.34 | $56,779.67 |
| | Misc. Tokens | - | $1,200.00 |
| | BTC* | 3.22 | $53,530.66 |
| | SOL* | 2,000.00 | $18,019.98 |
| | HBAR | 10,183,195.70 | $391,686.44 |
| | | *Subtotal* | *$521,216.75* |
| Master Fund | ETH* | 0.03 | $39.53 |
| | USDC* | 686,193.75 | $686,193.75 |
| | | *Subtotal* | *$686,233.28* |
| BK Offshore Fund | ETH** | 447.60 | $536,884.78 |
| | BTC** | 105.02 | $1,745,971.38 |
| | USDT | 230,408.24 | $230,408.24 |
| | BNB | 29.17 | $7,146.92 |
| | XVG | 1,036,748.80 | $2,799.22 |
| | LSK | 0.02 | $0.02 |
| | SXP | 2.25 | $0.48 |
| | WBTC | 0.01 | $246.54 |
| | VTHO | 2,649.73 | $2.39 |
| | ALGO | 312.87 | $52.59 |
| | DOGE | 49,480.16 | $3,364.65 |
| | BUSD | 0.33 | $0.33 |
| | BTTC | 5,981,098.90 | $3.59 |
| | NFT | 60,414.31 | $973.27 |
| | ETHW | 4.50 | $52.64 |
| | MASK | 0.07 | $0.15 |
| | DOT | 99.90 | $427.57 |
| | ENJ | 699.30 | $160.84 |
| | LINK | 99.90 | $544.46 |
| | LUNA | 24.81 | $0.14 |
| | LUNC | 79.92 | $0.01 |
| | SOL | 14.99 | $3.90 |
| | | *Subtotal* | *$2,529,044.10* |
| DeFi (Non-Receivership Entity) | ETH | 0.04 | $44.75 |
| | | *Subtotal* | *$44.75* |
| *already transferred to Standard Custody* **partially transferred** | | **Grand total** | **$3,736,494.13** |

*already transferred to Standard Custody*
**partially transferred*

11

68048200;1

As of December 29, 2022, the BKCoin-related vaults at Standard Custody hold approximately $2.05 million of cryptocurrency assets. There are four types of cryptocurrency assets currently housed at Standard Custody: Bitcoin, Ethereum, USD Coin, and Solana. Assets transferred into Standard Custody originated from BitGo Prime (44 BC and 420 ETH – BK Offshore Fund) and Gemini Trust Company (47.3373 ETH – BKCoin Capital LP). The below charts provide a breakdown of receivership digital assets by vault and by digital asset type.

| Standard Custody Vault Breakdown by Token | | | |
|---|---|---|---|
| **Token** | **Quantity** | **USD Spot Value (12/29)** | **Price (12/29)** |
| Bitcoin | 47.2198 | $785,050.90 | $16,625.46 |
| Ethereum | 467.407565 | $560,641.35 | $1,199.47 |
| USD Coin | 686,193.75 | $686,193.75 | $1.00 |
| Solana | 2,000.00 | $18,019.98 | $9.01 |
| | **Total** | **$2,049,905.98** | |
| | **Still To Be Transferred** | **$1,686,588.15** | |

| Summary of Crypto Vaults at Standard Custody (by Vault Name) | | |
|---|---|---|
| **#** | **Vault Name** | **USD Spot Value (12/29)** |
| 1 | BKCoin Multi-Strategy Master | $0.00 |
| 2 | BKCoin Multi-Strat Master FTX | $686,233.28 |
| 3 | BK Offshore Ltd FTX Quant Funding Account | $0.00 |
| 4 | DeFi | $44.75 |
| 5 | GP (Management LLC) | $1,292,077.31 |
| 6 | Legacy – Class C | $71,550.64 |
| 7 | MXP - SMAs | $0.00 |
| | **Total** | **$2,049,905.98** |

## IV.   ADMINISTRATION OF THE RECEIVERSHIP ESTATES

The Receiver continues to utilize the skills of his professionals, including his general counsel Akerman LLP.

### A. Ongoing Communications with Investors

The Receiver and his professionals have spent considerable time communicating with government officials, former employees, creditors, investors, and other interested parties. The Receiver continues to respond to detailed government official and investor inquiries, primarily through video and audio calls. The Receiver and in his professionals are also working to establish a comprehensive investor contact list for coordinated communication moving forward. Attached hereto as **Exhibit A** is an investor update letter that will be transmitted together with a copy of this Report through a combination of email and U.S. mail to all investors identified as of the filing of this Report. The Receiver has likewise established an email address for general inquiries BKCoin@akerman.com to provide up to date information for investors and interested parties.

### B. Forensic Professionals

The Receiver recognizes the importance of blockchain forensics in this matter, the results of will afford all investors with an understanding of the flow of digital assets and may assist in the recovery of misappropriated funds. The Receiver likewise understands the importance of identifying, securing, and monitoring, where appropriate, wallets of interest. The Receiver is thus in the process of interviewing and retaining a cost effective blockchain auditing and forensics team.

68048200;1

**C. Receiver's Recommendations**

The Receiver anticipates taking the following actions during the next Reporting Period: *(i)* continue to obtain and secure all assets and documents of the Receivership Entities; *(ii)* continue to review and analyze all trading and transaction history of the Receivership Entities; *(iii)* respond to inquiries from investors, creditors, government officials and interested parties; and *(vii)* provide updates through regular communication to investors.

Dated:  January 4, 2023.

Respectfully submitted,

By: */s/ Michael I. Goldberg*
Michael I. Goldberg, Esq.
Florida Bar No. 886602
Email: michael.goldberg@akerman.com
**AKERMAN LLP**
201 East Las Olas Blvd., Suite 1800
Ft. Lauderdale, FL 33301

*Court Appointed Receiver*

68048200;1

# EXHIBIT "A"

**MICHAEL I. GOLDBERG, RECEIVER**
The Main Las Olas
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Toll Free: (800) 223-2234
Email: BKCoin@akerman.com

January 4, 2023

Dear BKCoin Creditor:

Pursuant to court orders in the case of *BKCoin Management LLC v. BK Coin Multi-Strategy Fund, Ltd. et al.*, Case No.: 2022-20760-CA-01, I am the court appointed temporary receiver (the "Receiver") for (i) BKCoin Multi-Strategy Fund, LP; (ii) BKCoin Multi-Strategy Fund, Ltd.; (iii) BKCoin Multi-Strategy Master Fund Ltd.; (iv) BKCoin Management LLC; (v) BKCoin Capital LP; and (iv) BK Offshore Fund (collectively, the "Receivership Entities").

A receivership is a provisional remedy wherein the court presiding over a lawsuit appoints a neutral court representative such as myself to temporarily take control of, manage, and protect property to prevent it from being dissipated or disposed of during a pending lawsuit. Equitable receiverships are typically reserved for cases such as this in which there have been allegations of fraud, self-dealing, or waste.

You are receiving this communication because you have been identified as a potential investor or creditor in one of the Receivership Entities. Enclosed therefore for your review is a copy of my First Interim Report filed with the court covering the period from November 2, 2022 up to and including January 4, 2022.  Further updates will be forthcoming on a periodic basis.

I have also established a toll free number [(800) 223-2234] as well as a dedicated email address BKCoin@akerman.com to address investor questions and concerns pertaining to the receivership proceeding to the best of my ability.  Please feel free to send us by email any questions you may have. In the meantime, we would greatly appreciate you gathering all documents you have with respect to the Receivership Entities which evidence your investment and any transfers of assets (cryptocurrency, cash, etc…) that may have been transferred to you or for your benefit.  In the near future we will send you a link to upload your documents.

Thank you for your anticipated cooperation and we will continue to keep you apprised as the receivership further develops.

Sincerely,

Michael Goldberg, Receiver

# **<u>EXHIBIT B</u>**

# LIMITED PARTNERSHIP AGREEMENT

## OF

## BKCOIN MULTI-STRATEGY FUND LP

dated as of

**March 3, 2022**

THE LIMITED PARTNERSHIP INTERESTS OF BKCOIN MULTI-STRATEGY FUND LP HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED (THE "SECURITIES ACT"), THE SECURITIES LAWS OF ANY STATE OR ANY OTHER APPLICABLE SECURITIES LAWS IN RELIANCE UPON EXEMPTIONS FROM THE REGISTRATION REQUIREMENTS OF THE SECURITIES ACT AND SUCH LAWS. SUCH LIMITED PARTNERSHIP INTERESTS MUST BE ACQUIRED FOR INVESTMENT ONLY AND MAY NOT BE OFFERED FOR SALE, PLEDGED, HYPOTHECATED, SOLD, ASSIGNED OR TRANSFERRED AT ANY TIME EXCEPT IN COMPLIANCE WITH (i) THE SECURITIES ACT, ANY APPLICABLE STATE SECURITIES LAWS, AND ANY OTHER APPLICABLE SECURITIES LAWS; AND (ii) THE TERMS AND CONDITIONS OF THIS LIMITED PARTNERSHIP AGREEMENT. THE LIMITED PARTNERSHIP INTERESTS MAY NOT BE TRANSFERRED EXCEPT IN COMPLIANCE WITH SUCH LAWS AND THIS LIMITED PARTNERSHIP AGREEMENT. THEREFORE, PURCHASERS OF SUCH LIMITED PARTNERSHIP INTERESTS WILL BE REQUIRED TO BEAR THE RISK OF THEIR INVESTMENT FOR AN INDEFINITE PERIOD OF TIME.

SEC-RECEIVER-E-0001958

# LIMITED PARTNERSHIP AGREEMENT
## OF
## BKCOIN MULTI-STRATEGY FUND LP

This LIMITED PARTNERSHIP AGREEMENT (this "Agreement") of BKCoin Multi-Strategy Fund LP, a Delaware limited partnership (the "Partnership"), is entered into as of March 3, 2022 ("Effective Date"), by and among BKCoin Management LLC, a Delware limited liability company, as the General Partner and those additional parties who sign copies of this Agreement to become limited partners, and that have been or shall be admitted as Limited Partners in accordance with the terms of this Agreement.

## RECITALS

WHEREAS, the General Partner formed the Partnership pursuant to a certificate of limited partnership of the Partnership (the "Certificate of Limited Partnership") filed with the Secretary of State of the State of Delaware on October 28, 2021; and

WHEREAS, the relevant parties would now like to set forth, in writing, their respective rights and obligations in respect to the Partnership;

NOW, THEREFORE, in consideration of the mutual covenants herein contained and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

## ARTICLE I
## DEFINITIONS

**Section 1.01  Definitions.** Capitalized terms used herein and not otherwise defined shall have the meanings set forth in this Section 1.01.

"**Affiliate**" means, with respect to any Person, any other Person that, directly or indirectly (including through one or more intermediaries), controls, is controlled by or is under common control with such person. The term "control" means (a) the legal or beneficial ownership of securities representing a majority of the voting power of any Person or (b) the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of any Person, whether through ownership of voting securities or partnership or other ownership interests, by contract or otherwise; and the terms "controlling" and "controlled" shall have correlative meanings.

"**Administrator**" means any firm retained by the Partnership for the purpose of maintaining the Partnership's books and records and performing administrative services (which may include back-office and middle-office services) on behalf of the Partnership, including tax, anti-money laundering and accounting functions.

"**Agreement**" means this Limited Partnership Agreement, as it may be amended, modified, supplemented, or restated from time to time, as provided herein.

"**Bankruptcy**" means, with respect to any Person, the occurrence of any of the following: (a) the filing of an application by such Person for, or consent to, the appointment of a trustee of such Person's assets; (b) the filing by such Person of a voluntary petition in bankruptcy or the filing of a pleading in any court of record admitting in writing such Person's inability to pay its debts as they come due; (c) the making by such Person of a

1

SEC-RECEIVER-E-0001959

SEC-RECEIVER-E-0001958

general assignment for the benefit of such Person's creditors; (d) the filing by such Person of an answer admitting the material allegations of, or such Person's consenting to, or defaulting in answering a bankruptcy petition filed against, such Person in any bankruptcy proceeding; or (e) the expiration of sixty (60) days following the entry of an order, judgment or decree by any court of competent jurisdiction adjudicating such Person a bankrupt or appointing a trustee of such Person's assets.

"**BBA**" means the Bipartisan Budget Act of 2015.

"**BBA Procedures**" has the meaning set forth in Section 10.03(c).

"**BHCA**" has the meaning set forth at Section 14.14.

"**BHCA Subject Person**" has the meaning set forth at Section 14.14.

"**Business Day**" means any day other than a Saturday, Sunday or other day on which commercial banks in the City of New York are authorized or required to close.

"**Capital Account**" has the meaning set forth in Section 7.03.

"**Capital Contribution**" means, with respect to each Partner, the amount the Partner has contributed to the Partnership pursuant to the terms of this Agreement.

"**Certificate of Limited Partnership**" has the meaning set forth in the Recitals above.

"**Certificate of Cancellation**" has the meaning set forth in Section 12.02(c).

"**Closing**" means a date on which a Partner is admitted into the Partnership by the General Partner

"**Code**" means the U.S. Internal Revenue Code of 1986, as amended.

"**Covered Person**" means the General Partner (including, without limitation, the General Partner in its role as Partnership Representative and, if applicable, in its capacity as a special limited partner or a former general partner), the Investment Manager (if a separate Person from the General Partner), each of their Affiliates, any officers, directors, managers, employees, shareholders, partners, members, agents and consultants of any of the foregoing.

"**Delaware Act**" means the means the Delaware Revised Uniform Limited Partnership Act (6 Del. C. § 17-101 et seq.), as amended.

"**ECI**" means "effectively connected income" as defined in Section 864 of the Code or income treated as "effectively connected" under Section 897 of the Code.

"**Effective Date**" shall mean the date first set forth above, which is the date this Agreement goes into force and effect.

"**Election Notice**" has the meaning set forth at Section 14.14(d) below.

"**Fair Market Value**" of any asset as of any date means the price that a willing buyer having all relevant knowledge would pay a willing seller for such asset in an arm's length transaction, as determined in good faith by the General Partner based on such factors as the General Partner, in the exercise of its reasonable business judgment, considers relevant.

SEC-RECEIVER-E-0001960

SEC-RECEIVER-E-0001958

"**FATCA**" has the meaning set forth at <u>Section 10.05</u> below.

"**FINRA**" has the meaning set forth at <u>Section 8.02(d)</u> below.

"**Fiscal Period**" means a specified time period, which for purposes of the Partnership, shall commence either on the first day of each calendar month, on each date of any Capital Contribution to the Partnership, and on each date next following the date of any withdrawal of capital from the Partnership, and the prior Fiscal Period shall end on the date immediately preceding such date of commencement of a new Fiscal Period.

"**Fiscal Quarter**" means one of four three-month fiscal quarters of the Partnership, ending March 31, June 30, September 30, and December 31 respectively.

"**Fiscal Year**" means the calendar year (ending December 31), unless the Partnership is required to have a taxable year other than the calendar year, in which case the Fiscal Year shall be the period that conforms to its taxable year.

"**Fund-Level Gate**" has the meaning set forth in <u>Section 9.02</u>.

"**General Partner**" means BKCoin Management LLC, or any other Person who becomes a successor general partner pursuant to the terms of this Agreement.

"**Governmental Authority**" means any federal, state, local or foreign government or political subdivision thereof, or any agency or instrumentality of such government or political subdivision, or any self-regulated organization or other non-governmental regulatory authority or quasi-governmental authority (to the extent that the rules, regulations or orders of such organization or authority have the force of law), or any arbitrator, court or tribunal of competent jurisdiction.

"**High Water Mark**" has the meaning set forth at <u>Section 5.03</u> below.

"**Indemnification Obligations**" has the meaning set forth at <u>Section 4.03(b)</u> below.

"**Interest**" means the partnership interest of a Limited Partner in the Partnership at any particular time, including the right of such Partner to any and all benefits to which such Limited Partner may be entitled as provided in this Agreement or under the Delaware Act, together with the obligations of such Limited Partner to comply with all the terms and provisions of this Agreement and of the Delaware Act.

"**Investment Expenses**" means the sum of (a) Organizational Expenses, (b) Operating Expenses, and (c) the Partnership's pro rata share of Master Fund Expenses.

"**Investment Management Agreement**" shall mean any agreement executed with an investment manager, other than the General Partner, which sets forth the terms and conditions under which the investment manager will be providing services to the Fund.

"**Investment Manager**" means initially BKCoin Management LLC, engaged by the Partnership in accordance with an Investment Management Agreement, if applicable, and which entity initially is also the Partnership's General Partner.

"**Key Person**" means, each of Carlos Betancourt and Kevin Kang, and any replacement for any such person replaced in accordance with <u>Section 4.04</u>.

3

SEC-RECEIVER-E-0001961

"**Limited Partner**" means any limited partner admitted to the Partnership in accordance with the terms of this Agreement, and the Subscription Agreement.

"**Liquidator**" has the meaning set forth in Section 12.02(a).

"**Lock-Up Period**" has the meaning set forth in Section 9.01 below.

"**Majority in Interest**" means the Limited Partners, the aggregate value of whose Capital Account balances represents greater than Fifty Percent (50%) of the aggregate value of the Capital Account balances of all Limited Partners. Except as otherwise specifically provided herein, the Limited Partners shall be considered to constitute a single class or group, the vote of which shall be counted together for purposes of granting any consent of a Majority in Interest pursuant to this Agreement or the Delaware Act.

"**Management Fee**" has the meaning set forth in Section 5.01.

"**Master Fund**" means BKCoin Multi-Strategy Master Fund, Ltd.., a BVI company limited by shares.

"**Master Fund Expenses**" shall mean expenses incurred by the Master Fund which include, but are not limited to, legal accounting, auditing and other professional expenses, administration expenses, research expenses and investment and brokerage expenses, such as commissions, interest on margin accounts and other indebtedness, custodial fees, bank service fees and other reasonable expenses related to the purchase, sale, transmittal of Master Fund assets, as shall be determined by the directors of the Master Fund in their sole discretion.

"**Minimum Initial Investment**" has the meaning set forth at Section 7.02.

"**Negative Basis**" shall mean, with respect to any Limited Partner and as of any time of calculation, the amount by which its Interest in the Partnership (determined in accordance with Article VII) as of such time is less than its "adjusted tax basis", for Federal income tax purposes, in its Interest in the Partnership as of such time (determined without regard to such Limited Partner's share of the liabilities of the Partnership under Section 752 of the Code).

"**Negative Basis Limited Partner**" shall mean any Limited Partner who withdraws from the Partnership and who has Negative Basis as of the effective date of its withdrawal (determined prior to any allocations made pursuant to Section 8.01).

"**Net Asset Value**" or "**NAV**" shall have the meaning set forth in Section 10.06.

"**Net Income**" means, with respect to any Fiscal Year or other Fiscal Period, the excess of (i) the aggregate income realized during such Fiscal Period from all sources whatsoever (other than from the sale or purchase of Investments), plus (ii) the aggregate Realized Gain during such Fiscal Period from the sale or purchase of Investments adjusted to reflect that portion of such aggregate Realized Gain with respect to such Investments which was allocated to a Partner during any prior Fiscal Period, plus (iii) the aggregate Unrealized Gain during such Fiscal Period in the value of Investments held (long or short) at the end of such Fiscal Period adjusted to reflect that portion of such aggregate Unrealized Gain with respect to such Investments which was allocated to a Partner during any prior Fiscal Period, over (a) all expenses paid or accrued during such Fiscal Period by the Partnership, plus (b) the aggregate Realized Loss during such Fiscal Period from the sale or purchase of Investments adjusted to reflect that portion of such aggregate Realized Loss with respect to such Investments which was allocated to a Partner during any prior Fiscal Period, plus (c) the aggregate Unrealized Loss during such Fiscal Period in the value of Investments held (long or short) at the end of such Fiscal Period adjusted to reflect that portion of such aggregate Unrealized Loss with respect to such Investments which was allocated to a Partner during any prior Fiscal Period.

4

SEC-RECEIVER-E-0001958

"**Net Loss**" means, with respect to any Fiscal Year or other Fiscal Period, the excess of (i) all expenses paid or accrued during such Fiscal Period by the Partnership, plus (ii) the aggregate Realized Loss during such Fiscal Period from the sale or purchase of Investments adjusted to reflect that portion of such aggregate Realized Loss with respect to such Investments which was allocated to a Partner during any prior Fiscal Period, plus (iii) the aggregate Unrealized Loss during such Fiscal Period in the value of Investments held (long or short) at the end of such Fiscal Period adjusted to reflect that portion of such aggregate Unrealized Loss with respect to such Investments which was allocated to a Partner during any prior Fiscal Period over (x) the aggregate income realized during such Fiscal Period from all sources whatsoever(other than from the sale or purchase of Investments), plus (y) the aggregate Realized Gain during such Fiscal Period from the sale or purchase of Investments adjusted to reflect that portion of such aggregate Realized Gain with respect to such Investments which was allocated to a Partner during any prior Fiscal Period, plus (z) the aggregate Unrealized Gain during such Fiscal Period in the value of Investments held (long or short) at the end of such Fiscal Period adjusted to reflect that portion of such aggregate Unrealized Gain with respect to such Investments which was allocated to a Partner during any prior Fiscal Period.

"**Non-Public Information**" has the meaning set forth in Section 14.13(b).

"**Non-United States Limited Partner**" means a Limited Partner that is not a "United States person" as that term is defined in Section 7701(a)(30) of the Code.

"**Operating Expenses**" means, except as otherwise specifically provided in this Agreement, the Partnership's third-party costs and expenses of maintaining the operations of the Partnership and appraising and valuing, acquiring, maintaining, financing, hedging and disposing of Portfolio Investments, including, without limitation, taxes, fees and other governmental charges levied against the Partnership; insurance; administrative and research fees; expenses of custodians, outside advisors, counsel (including Partnership Counsel), accountants, auditors, administrators and other consultants and professionals; technological expenses; interest on and fees, costs and expenses arising out of all financings entered into by the Partnership (including, without limitation, those of lenders, investment banks, and other financing sources); travel expenses; brokerage commissions; custodial expenses; litigation expenses (including the amount of any judgments or settlements paid in connection therewith); winding up and liquidation expenses; expenses incurred in connection with any tax audit, investigation, settlement or review; the costs of any services provided by the General Partner or its Affiliates in accordance with Section 4.02; expenses associated with meetings the Limited Partners and the preparation and distribution of reports, financial statements, tax returns and K-1s to the Limited Partners; indemnification and other unreimbursed expenses; and any extraordinary expenses to the extent not reimbursed or paid by insurance, but specifically excluding the Organizational Expenses.

"**Organizational Expenses**" means the Partnership's out-of-pocket expenses incurred in connection with the organization and formation of the Partnership, and other related entities organized by the General Partner or its Affiliates and the offering of the interests therein, including, without limitation, legal and accounting fees and expenses; printing costs; filing fees; and the transportation, meal, and lodging expenses of the personnel of the General Partner and the Investment Manager.

"**Other Accounts**" means any investment fund, managed account, proprietary account or other account to which the General Partner, the Investment Manager (if a different entity from the General Partner) or any of their Affiliates provides investment services.

"**Ownership Percentage**" has the meaning set forth at Section 14.14(b) below.

"**Partner(s)**" means, as the context may require, some or all of Limited Partners or the General Partner.

5

SEC-RECEIVER-E-0001963

SEC-RECEIVER-E-0001958

"**Partnership**" means the limited partnership referred to in this Agreement, namely BKCoin Multi-Strategy Fund LP, a Delaware limited partnership, as it may from time to time be constituted.

"**Partnership Counsel**" has the meaning set forth in Section 14.12.

"**Partnership Representative**" has the meaning set forth in Section 10.03.

"**Percentage Interest**" means, as to any Partner, a fraction, expressed as a percentage, equal to the amount of the Capital Account balance of such Partner divided by the total Capital Account balances of all Partners, as may be adjusted from time to time in accordance with the provisions of this Agreement.

"**Performance Allocation**" shall have the meaning set forth in Section 5.02 below.

"**Person**" means any individual, corporation, partnership, joint venture, limited liability company, Governmental Authority, unincorporated organization, trust, association, or other entity.

"**Placement Agent**" means any placement agent, financial advisor, or finder retained by the General Partner in connection with the offering and sale of the Interests.

"**Positive Basis**" shall mean, with respect to any Limited Partner and as of any time of calculation, the amount by which its Interest in the Partnership (determined in accordance with Article VII) as of such time exceeds its "adjusted tax basis", for Federal income tax purposes, in its Interest in the Partnership as of such time (determined without regard to such Limited Partner's share of the liabilities of the Partnership under Section 752 of the Code).

"**Positive Basis Limited Partner**" shall mean any Limited Partner who withdraws from the Partnership and who has Positive Basis as of the effective date of its withdrawal (determined prior to any allocations made pursuant to this Section 8.01).

"**Portfolio Investments**" or "**Investments**" shall mean any investment of the Partnership, on margin or otherwise, in any of, but not limited to, the following, whether marketable or not: (i) investments into one more deregulated finance ("DeFi") protocols and the purchase or investment into all assets which are associated with such investment, (ii) digital assets, including, without limitation, various blockchain-based cryptocurrencies and digital currencies such as Bitcoin, Ethereum, and digital currency networks, digital coins, altcoins, cryptocurrency platforms, decentralized application tokens and protocol tokens, blockchain-based assets, synthetic assets, NFTs, all stages of ICOs / IDOs /IEOs, other cryptofinance and digital assets. In addition to the foregoing, "*Investments*" shall also include the following: any investment by the Partnership, on margin or otherwise, in any of, but not limited to, the following, whether readily marketable or not: securities and other financial instruments of the United States and foreign entities, including, without limitation, capital stock; shares of beneficial interest; partnership interests and similar financial instruments; bonds, notes and debentures (whether subordinated, convertible or otherwise); commodities; interest rate, currency, equity and other derivative products, including, without limitation, (i) futures contracts (and options thereon) relating to stock indices, currencies, United States Government securities, securities of foreign governments, other financial instruments and all other commodities (ii) swaps, options, warrants, caps, collars, floors and forward rate agreements, (iii) spot and forward currency transactions and (iv) agreements relating to or securing such transactions; loans; credit paper; accounts and notes receivable and payable held by trade or other creditors; trade acceptances; contract and other claims; executory contracts; participation; mutual funds; exchange traded funds and similar financial instruments; money market funds; obligations of the United States or any state thereof, foreign governments and instrumentalities of any of them; commercial paper; certificates of deposit; bankers' acceptances; and any other obligations and instrument or evidences of indebtedness of whatever kind or nature; in each case, of any person, corporation, government or other entity whatsoever, whether or

6

SEC-RECEIVER-E-0001964

not publicly traded or readily marketable, and to sell securities short and cover such sales. The assets that the Partnership may invest in are extremely broad, and are set forth in greater detail in the Private Placement Memorandum (*as defined below*).

"**Prime Rate**" means, on any day, the annual rate of interest for such day published by *The Wall Street Journal* as the "U.S. Prime Rate" and, if not published by *The Wall Street Journal*, then the rate of interest publicly announced from time to time by any money center bank as its prime rate in effect at its principal office, as notified in writing by the General Partner to the Limited Partners.

"**Private Placement Memorandum**" means the Confidential Private Placement Memorandum of the Partnership, with event date herewith, as amended and/or supplemented from time to time.

"**Realized Gain**" means, with respect to any Investment, the gain recognized thereon, reduced by any amount of Unrealized Gain thereon included in Net Income or Net Loss for any prior Fiscal Period and increased by any amount of Unrealized Loss thereon included in Net Income or Net Loss for any prior Fiscal Period.

"**Realized Loss**" means, with respect to any Investment, the loss recognized thereon, reduced by any Unrealized Loss thereon included in Net Income or Net Loss for any prior Fiscal Period and increased by any Unrealized Gain thereon included in Net Income or Net Loss for any prior Fiscal Period.

"**Regulations**" mean the final or temporary regulations of the United States Department of Treasury promulgated under the Code, and any successor regulations.

"**Revocation Notice**" has the meaning set forth at Section 14.14(d) below.

"**Securities Act**" means the Securities Act of 1933, as amended, or any successor federal statute, and the rules and regulations thereunder, which shall be in effect at the time.

"**Side Pockets**" has the meaning set forth at Section 9.03 below.

"**Subscription Agreement**" means the agreement executed and delivered by a Limited Partner pursuant to which it makes a Capital Contribution to the Partnership, among other terms and conditions.

"**Substitute Limited Partner**" has the meaning set forth in Section 11.03.

"**Successor Fund**" has the meaning set forth in Section 4.05.

"**Tax Exempt Limited Partner**" means a Limited Partner that is exempt from United States federal income taxation, including a partner that is exempt under Section 501 of the Code.

"**Taxing Authority**" means any federal, state, local or foreign taxing authority.

"**Transfer**" means to directly or indirectly, sell, transfer, assign, pledge, encumber, hypothecate or similarly dispose of, either voluntarily or involuntarily, by operation of law or otherwise, or to enter into any contract, option or other arrangement or understanding with respect to the sale, transfer, assignment, pledge, encumbrance, hypothecation or similar disposition of, all or a portion of an Interest or beneficial ownership thereof. "Transfer" when used as a noun shall have a correlative meaning.

"**UBTI**" means "unrelated business taxable income" within the meaning of Section 512 of the Code, determined without regard to the special rules contained in Section 512(a)(3) of the Code that are applicable solely to organizations described in paragraphs (7), (9), (17) or (20) of Section 501(c) of the Code.

SEC-RECEIVER-E-0001965

SEC-RECEIVER-E-0001958

"**Unrealized Gain or Unrealized Loss**" means, for any Portfolio Investment held by the Partnership as of the last day of a Fiscal Period, the unrealized appreciation or depreciation with respect to such Investment, determined by comparing the Fair Market Value of such Portfolio Investment as of the close of business on the last day of such Fiscal Period with the Fair Market Value of such Investment at the beginning of such Fiscal Period or, if or to the extent such Investment was not held by the Partnership at the beginning of such Fiscal Period, with the cost basis to the Partnership of such Portfolio Investment (determined without regard to any basis adjustment under Section 743 of the Code that is allocated under such Section to any particular Limited Partner).

"**Withdrawal Date(s)**" has the meaning set forth in <u>Section 9.01</u>.

"**Withholding Advances**" has the meaning set forth in <u>Section 10.04(b)</u>.

**Section 1.02 Interpretation.** For purposes of this Agreement, (a) the words "include," "includes" and "including" shall be deemed to be followed by the words "without limitation"; (b) the word "or" is not exclusive; and (c) the words "herein," "hereof," "hereby," "hereto" and "hereunder" refer to this Agreement as a whole. The definitions given for any defined terms in this Agreement shall apply equally to both the singular and plural forms of the terms defined. Whenever the context may require, any pronoun shall include the corresponding masculine, feminine, and neuter forms. Unless the context otherwise requires, references herein: (x) to Articles, Sections, Exhibits and Schedules mean the Articles and Sections of, and the Exhibits and Schedules attached to, this Agreement; (y) to an agreement, instrument or other document means such agreement, instrument or other document as amended, supplemented and modified from time to time to the extent permitted by the provisions thereof and (z) to a statute means such statute as amended from time to time and includes any successor legislation thereto and any regulations promulgated thereunder. This Agreement shall be construed without regard to any presumption or rule requiring construction or interpretation against the party drafting an instrument or causing any instrument to be drafted.

# ARTICLE II
# GENERAL PROVISIONS

**Section 2.01 Formation and Continuation.** The Partnership was formed as a limited partnership under the laws of the State of Delaware on October 28, 2021, by the filing of the Certificate of Limited Partnership with the Secretary of State of the State of Delaware by the General Partner, as required by the Delaware Act. The parties agree to continue the Partnership as a limited partnership pursuant to the Delaware Act. The General Partner is authorized to take all action necessary or appropriate to comply with all applicable requirements for the operation of the Partnership as partnership in the State of Delaware and in all other jurisdictions in which the Partnership may elect to conduct business.

**Section 2.02 Name.** The name of the Partnership is BKCoin Multi-Strategy Fund LP. The General Partner is authorized to make any variations in the Partnership's name that the General Partner may deem necessary or advisable to comply with the laws of any jurisdiction in which the Partnership may elect to conduct business; *provided*, that such name as varied shall be a name permitted for a limited partnership under the Delaware Act.

**Section 2.03 Principal Office.** The principal place of business and office of the Partnership is located at 1101 Brickell Avenue South Tower #8, Miami, Florida 33131, or such other place or places as the General Partner may from time to time designate. The General Partner may establish such additional places of business of the Partnership in such other jurisdictions as it may from time to time determine. The General Partner shall provide notice to the Limited Partners of any change in the Partnership's principal place of business.

SEC-RECEIVER-E-0001966

**Section 2.04  Registered Office; Registered Agent.**

(a)  The registered office of the Partnership shall be the office of the initial registered agent named in the Certificate of Limited Partnership or such other office (which need not be a place of business of the Partnership) as the General Partner may designate from time to time in the manner provided by the Delaware Act.

(b)  The registered agent for service of process on the Partnership in the State of Delaware shall be the initial registered agent named in the Certificate of Limited Partnership or such other Person or Persons as the General Partner may designate from time to time in the manner provided by the Delaware Act.

**Section 2.05  Term.** The term of the Partnership commenced on the date the Partnership's certificate of limited partnership was filed with the Secretary of State of the State of Delaware and shall continue in full force and effect through date of dissolution and termination of the Partnership as provided in Article XII. At such time as the Partnership is terminated, the General Partner, or if a different Person, the Liquidator, shall file a Certificate of Cancellation as required by the Delaware Act.

**Section 2.06  Conflict between Agreement and Statute.** This Agreement shall constitute the "partnership agreement" (as that term is used in the Delaware Act) of the Partnership. The rights, powers, duties, obligations, and liabilities of the Partners shall be determined pursuant to the Delaware Act and this Agreement. To the extent that the rights, powers, duties, obligations and liabilities of any Partner are different by reason of any provision of this Agreement than they would be under the Delaware Act in the absence of such provision, this Agreement shall, to the extent permitted by the Delaware Act, control.

# ARTICLE III
# PURPOSE AND BUSINESS

**Section 3.01  Purpose.** The purpose and character of the business of the Partnership shall be to engage in any business or activity which may be legally permitted under the Delaware Act, as determined pursuant to this Agreement. Subject to the Certificate of Limited Partnership and the terms and conditions of this Agreement, the Partnership shall have the power and authority to do all such acts and things as may be necessary, desirable, expedient, convenient for, or incidental to the furtherance and accomplishment of the foregoing objectives and purposes and for the protection and benefit of the Partnership. Notwithstanding the foregoing, the Partnership's initial purpose shall be to (i) acquire, manage, hold, operate, finance and dispose of Portfolio Investments, and (ii) carry on all activities incidental thereto and take any other necessary action in furtherance thereof.

**Section 3.02  Authorized Activities.** In carrying out the purposes of this Agreement, the Partnership and the General Partner, acting on behalf of the Partnership, shall have all powers necessary, suitable or convenient thereto, including, without limitation, the power and authority to do or cause to be done, or not to do, any and all acts deemed by the General Partner in good faith to be necessary or appropriate in furtherance of the purposes of the Partnership including, without limitation, the power and authority to:

(a)  acquire, invest in, hold, pledge, manage, sell, transfer, operate, or otherwise deal in or with the Portfolio Investments;

(b)  open, maintain, and close bank, brokerage, and money market accounts and draw checks and other orders for the payment of moneys;

(c)  borrow money or otherwise incur indebtedness for any Partnership purpose, enter into credit facilities,

9

SEC-RECEIVER-E-0001958

issue evidences of Indebtedness and guarantees, and secure any such evidences of Indebtedness and guarantees by pledges or other liens on assets of the Partnership;

(d) lend, either with or without security, any digital assets, funds, or other properties of the Partnership;

(e) aggregate purchase or sale orders made on behalf of the Partnership with orders for Other Accounts and allocate the digital assets so purchased or sold, on an average price basis or by any other method of fair allocation, among such accounts;

(f) enter into contracts, or create accounts on platforms, for or in connection with investments in digital assets;

(g) open, maintain, and close accounts with any digital asset counterparty, including any digital asset counterparty located outside the United States and any digital asset counterparty that is an Affiliate of the General Partner, and issue all instructions and authorizations to digital asset counterparties regarding the digital assts and/or money therein;

(h) hire consultants, advisors, custodians, attorneys, accountants, Placement Agents, and such other agents and employees of the Partnership, and authorize each such Person to act for and on behalf of the Partnership;

(i) enter into, perform and carry out contracts and agreements of any kind necessary, advisable or incidental to the accomplishment of the purposes of the Partnership;

(j) bring, sue, prosecute, defend, settle, or compromise actions and proceedings at law or in equity or before any Governmental Authority;

(k) have and maintain one or more offices and in connection therewith to rent or acquire office space and to engage personnel;

(l) execute, deliver, and perform all agreements in connection with the sale of Interests, including but not limited to the Subscription Agreements and any side letters with one or more Limited Partners;

(m) form one or more subsidiary corporations or partnerships or other entities;

(n) in connection with its Portfolio Investments, enter into derivative contracts and other financial instruments for the purpose of hedging such Portfolio Investments;

(o) make any and all elections under the Code or any state or local tax law (except as otherwise provided herein), including pursuant to Sections 734(b), 743(b), and 754 of the Code, provided that the General Partner shall not cause the Partnership to make an election to be treated as other than a partnership for United States federal income tax purposes;

(p) take all actions it deems necessary or appropriate so that the assets of the Partnership do not constitute "plan assets" for purposes of ERISA, and as defined in that legislation;

(q) maintain cash reserves for anticipated Investment Expenses, liabilities, and obligations of the Partnership, whether actual or contingent, in such amounts as the General Partner in its reasonable discretion deems necessary or advisable;

(r) issue a written Certificate of Limited Partnership to a Limited Partner upon the Partnership's approval

10

SEC-RECEIVER-E-0001968

SEC-RECEIVER-E-0001958

of the Limited Partner's subscription to the Partnership;

(s)  enter into arrangements with other investment funds managed by the General Partner with the same or substantially similar investment objectives as those of the Partnership to either allow other funds to contribute their assets to the Partnership to invest, or to pursue investment activities by investing all or a portion of the Partnership's assets in a "Master Fund";

(t)  issue additional classes of limited partnership interests pursuant to <u>Section 7.08</u> below; and

(u)  carry on any other activities necessary to, in connection with, or incidental to, any of the foregoing or the Partnership's investment and other activities.

### Section 3.03  Operating Expenses; Organizational Expenses; Master Fund Expenses.

Except as otherwise provided, the Partnership will pay all Operating Expenses, and will reimburse the General Partner or any of its Affiliates, as applicable, for its payment of Operating Expenses. Notwithstanding the foregoing and except as otherwise specifically provided in this Agreement, neither the General Partner nor the Investment Manager (if applicable) shall be reimbursed for any costs and expenses relating to the general operation of their businesses. In addition, the Partnership shall bear all Organizational Expenses, and to the extent that the General Partner has incurred any such Organizational Expenses on the Partnerships' behalf, the General Partner shall be reimbursed. The Partnership shall also pay its pro rata share of any Master Fund Expenses allocated to the Partnership by the Master Fund. Limited Partners will pay their pro rata share of any Master Fund Expenses allocated to the Partnership. Notwithstanding the foregoing, the General Partner may in its sole discretion, rebate, waive or reduce a Limited Partner's share of Master Fund expense. The General Partner and its Affiliates may not be charged a share of Master Fund expenses.

# ARTICLE IV
# THE GENERAL PARTNER

### Section 4.01  Management and Authority.

(a)  Subject to the provisions of this Agreement, the General Partner shall have the absolute, exclusive and complete right, power, authority, obligation, and responsibility vested in or assumed by a general partner of a limited partnership under the Delaware Act and as otherwise provided by law, including those necessary to make all decisions regarding the business of the Partnership and to take the actions specified in <u>Section 4.02</u>, and is hereby vested with absolute, exclusive and complete right, power, and authority to operate, manage, and control the affairs of the Partnership and carry out the business of the Partnership.

(b)  The General Partner shall have the authority to bind the Partnership to any obligation consistent with the provisions of this Agreement. Subject to, and except as otherwise provided in <u>Section 4.02</u>, the General Partner may contract with any Person for the transaction of the business of the Partnership, and the General Partner shall use reasonable care in the selection and retention of such Persons. The General Partner may delegate the management, operation, and control of the Partnership to the Investment Manager to the fullest extent permitted by law, provided that any such delegation shall not relieve the General Partner of its obligations to the Limited Partners under this Agreement.

(c)  The General Partner may rely in good faith on and shall be protected in acting or refraining from acting upon any resolution, certificate, statement, instrument, opinion, report, notice, request, consent, order, bond, debenture, or other paper or document reasonably believed by it to be genuine and to have

11

SEC-RECEIVER-E-0001969

been signed or presented by the proper party or parties.

(d) The General Partner may consult with legal counsel (including Partnership Counsel), accountants, appraisers, management consultants, investment bankers, and other consultants and advisers selected by it with reasonable care, and shall not have any liability to the Partnership or any other Partner for any act taken or omitted to be taken in good faith reliance upon the opinion or advice of such Persons.

(e) The General Partner will use reasonable efforts to minimize the incurrence of income that is treated as UBTI for Tax Exempt Limited Partners or ECI for Non-United States Limited Partners to the extent consistent with its goal of maximizing pre-tax income. The incurrence of UBTI or ECI by the Partnership shall in no way indicate that the General Partner has failed to comply with this covenant.

### Section 4.02  Transactions with Affiliates.

(a) Except as otherwise provided in <u>Section 4.02(b)</u>, the General Partner shall not cause the Partnership or its subsidiaries to enter into any transaction with the General Partner or its Affiliates (including acquiring all or a portion of a Portfolio Investment from or selling a Portfolio Investment to the General Partner or its Affiliates) or any transaction pursuant to which the General Partner or its Affiliates will receive compensation.

(b) Notwithstanding anything to the contrary set forth in <u>Section 4.02(a)</u>, the General Partner may:

> (i) cause the Partnership or its subsidiaries to enter into agreements with Affiliates of the General Partner for services relating to the Portfolio Investments, for compensation and on terms that are typically available in arm's-length transactions; *provided*, that each such agreement shall provide that it may be terminated by the Partnership without penalty upon the removal or withdrawal of the General Partner;

> (iii) receive the amounts described in <u>Section 5.01</u> and <u>Section 5.02</u>; and

> (iv) cause the Partnership to make Portfolio Investments in accordance with the terms of this Agreement with Successor Funds, or other funds and accounts controlled by the General Partner.

### Section 4.03  Liability for Acts and Omissions.

(a) To the fullest extent permitted by applicable law, no Covered Person shall be liable, in damages or otherwise, to the Partnership, the Limited Partners, or any of their Affiliates for any act or omission in connection with or in any way relating to the Partnership's business or affairs and matters related to Portfolio Investments (including, without limitation, any act or omission performed or omitted by such Covered Person in accordance with the provisions of this Agreement or in good faith reliance upon the opinion or advice of experts selected with reasonable care by the General Partner), except in the case of any act or omission with respect to which a court of competent jurisdiction (or other similar tribunal) has issued a final and non-appealable decision, judgment or order that such act or omission resulted from in the case of any Covered Person, such Covered Person's bad faith, gross negligence, willful misconduct, or fraud. The provisions of this Agreement, to the extent that such provisions expressly restrict or eliminate the duties (including fiduciary duties) and liabilities of a Covered Person otherwise existing at law or in equity are agreed by the Partners to replace such other duties and liabilities of such Covered Person.

(b) To the fullest extent permitted by applicable law, the Partnership shall and does hereby agree to indemnify and hold harmless each Covered Person from and against any damages, costs, losses, claims,

<center>12</center>

liabilities, actions, and expenses (including reasonable legal and other professional fees and disbursements and all expenses reasonably incurred investigating, preparing, or defending against any claim whatsoever, judgment, fines, and settlements (collectively "Indemnification Obligations") incurred by such Covered Person arising out of or relating to this Agreement, the Investment Management Agreement (if applicable), or any entity in which the Partnership invests (including, without limitation, any act or omission as a director, officer, manager or member of an Affiliate of the Partnership), except in the case of any act or omission with respect to which a court of competent jurisdiction (or other similar tribunal) has issued a final and non-appealable decision, judgment or order that such act or omission resulted from such Covered Person's bad faith, gross negligence, willful misconduct, or fraud. The indemnity set forth herein shall not apply to an internal dispute among the Covered Persons to which the Partnership is not a party. The provisions set forth in this Section 4.03(b) shall survive the termination of this Agreement.

(c) No Covered Person shall be liable to the Partnership or any Limited Partner for, and the Partnership shall also indemnify and hold harmless each Covered Person from and against any and all Indemnification Obligations suffered or sustained by such Covered Person by reason of, any acts or omissions of any broker or other agent of the Partnership unless such broker or agent was selected, engaged, or retained by such Covered Person and the standard of care exercised by such Covered Person in such selection, engagement or retention constituted bad faith, gross negligence, willful misconduct, or fraud.

(d) The satisfaction of any indemnification pursuant to this Section 4.03 shall be from and limited to Partnership assets.

(e) Expenses reasonably incurred by a Covered Person in defense or settlement of any claim that may be subject to a right of indemnification hereunder shall be advanced by the Partnership prior to the final disposition thereof upon receipt of a written undertaking by or on behalf of such Covered Person to repay such amount to the extent that it is ultimately determined that such Covered Person is not entitled to be indemnified hereunder. The termination of a proceeding or claim against a Covered Person by settlement or a plea of nolo contendere or its equivalent, shall not, of itself, create a presumption that any Covered Person's conduct constituted bad faith, gross negligence, willful misconduct, or fraud.

(f) The right of any Covered Person to the indemnification provided herein shall be cumulative of, and in addition to, any and all rights to which such Covered Person may otherwise be entitled by contract or as a matter of law or equity and shall extend to such Covered Person's heirs, successors, and assigns.

(g) Any Person entitled to indemnification from the Partnership hereunder shall initially seek recovery under any other indemnity or any insurance policies maintained the Partnership by which such Person is indemnified or covered, as the case may be, but only to the extent that the applicable indemnitor or insurer provides (or acknowledges its obligation to provide) such indemnity or coverage on a timely basis. A Covered Person other than the General Partner shall obtain the written consent of the General Partner (which shall not be unreasonably withheld) prior to entering into any compromise or settlement which would result in an obligation of the Partnership to indemnify such Person. If liabilities arise out of the conduct of the affairs of the Partnership and any other Person for which the Person entitled to indemnification from the Partnership hereunder was then acting in a similar capacity, the amount of the indemnification provided by the Partnership shall be limited to the Partnership's proportionate share thereof as determined in good faith by the General Partner.

(h) The General Partner may, but shall not be required to, cause the Partnership to purchase and maintain insurance coverage reasonably satisfactory to the General Partner that provides the Partnership with coverage with respect to losses, claims, damages, liabilities, and expenses that would otherwise be Indemnification Obligations. The fees and expenses incurred in connection with obtaining and

13

maintaining any such insurance policy or policies, including any commissions and premiums, shall be Operating Expenses.

**Section 4.04  Key Persons.**  So long as BKCoin Management LLC or any of its Affiliates is the General Partner, the General Partner shall cause the Key Persons to devote the required amount of their business time and attention to the investment and other activities of the Partnership. At any time and from time to time, the General Partner may replace any of the Key Persons with substitute Key Persons.

**Section 4.05  Successor Funds.**  The General Partner shall itself, or via any of its Affiliates, have the right, without any prior approval of any Limited Partner, to hold closings with current or third party investors on behalf of another pooled investment fund, for which the General Partner or its Affiliate acts as a manager or the primary source of transactions, with objectives either substantially similar or different to those of the Partnership (a "Successor Fund").

**Section 4.06  Other Activities.**  The General Partner and its Affiliates and the Limited Partners and their respective Affiliates may engage in or possess an interest in other business ventures of every nature and description for their own account, independently or with others, whether or not such other enterprises shall be in competition with any activities of the Partnership. None of the Partnership, the Limited Partners, and the General Partner shall have any right by virtue of this Agreement in and to such independent ventures or to the income or profits derived therefrom.

**Section 4.07  Withdrawal or Transfer by the General Partner.**  The General Partner may withdraw as the General Partner of the Partnership with ninety (90) days' prior written notice to the Limited Partners. In addition, in the case of the Bankruptcy or dissolution of the General Partner (and not the Bankruptcy or dissolution of the Partnership as a whole), the Partnership shall dissolve, unless within ninety (90) days after the occurrence of such event, the Majority-in-Interest follow the procedures in Section 4.10 below to select a Successor General Partner. In the case of withdrawal for any of the reasons set forth herein, the General Partner shall always be entitled to fully redeem the balance of its Capital Account in the Partnership, if applicable.

The General Partner shall not have the right to Transfer its Interest as the general partner of the Partnership, provided, that, without the consent of any Limited Partner, the General Partner may, at its own expense, (a) be reconstituted as or converted into a corporation or other form of entity (any such reconstituted or converted entity being deemed to be the General Partner for all purposes hereof) by merger, consolidation, conversion, or otherwise or (b) transfer all of its Interest as the general partner of the Partnership to one of its Affiliates so long as, in either case, such reconstitution or Transfer does not have material adverse tax or legal consequences for the Limited Partners. In the event of a Transfer of all of its Interest as a general partner of the Partnership in accordance with this Section 4.07 its transferee shall be substituted in its place as general partner of the Partnership and immediately thereafter the General Partner shall withdraw as the general partner of the Partnership and the business of the Partnership shall be continued without dissolution.

**Section 4.08  No Removal of General Partner by Limited Partners.**

The Limited Partners shall have no authority to remove the General Partner, at any time, and for any reason.

**Section 4.09  Obligations of a Former General Partner.**  In the event that the General Partner withdraws from the Partnership or Transfers its Interest, in each case, in accordance with Section 4.07, it shall have no further obligation or liability as a general partner to the Partnership pursuant to this Agreement in connection with any obligations or liabilities arising from and after such withdrawal, Transfer, or conversion, and all such future obligations and liabilities shall automatically cease and terminate and be of no further force or effect, provided that, the General Partner: (i) shall be and remain liable for all obligations and liabilities incurred by it as a General Partner during its membership in the Fund; (ii) shall be free of any obligations or liability

14

incurred on account of the activities of the Fund from and after the time it ceased to be a General Partner; and (iii) shall be entitled to receive (A) any expense reimbursement, or other amounts due and owing to it at the date of withdrawal plus (B) its Closing Capital Account as of the close of the Accounting Period in which the withdrawal is effective. In addition, the General Partner shall continue to be indemnified in accordance with Section 4.03 with respect to the activities of the Partnership prior to such withdrawal, Transfer, or conversion.

**Section 4.10  Successor to the General Partner.**

(a)  Following the proposed withdrawal of the General Partner, any Limited Partner may propose for admission a successor General Partner. If a successor General Partner proposed pursuant to this Section 4.10 satisfies the terms and conditions set forth in Section 4.10(b), then such proposed successor General Partner shall become the successor General Partner as of the date of withdrawal of the General Partner and shall thereupon continue the Partnership's business.

(b)  A Person shall be admitted as a successor General Partner only if the following terms and conditions are satisfied:

(i)  except as permitted by Section 4.07, the admission of such Person shall have been approved by consent of a Majority in Interest of the Limited Partners;

(ii)  the Person shall have accepted and agreed to be bound by all the terms and provisions of this Agreement by executing a counterpart hereof and thereof and such other documents or instruments as may be required or appropriate in order to effect the admission of such Person as a general partner of the Partnership; and

(iii)  the Partnership's certificate of limited partnership shall be amended to reflect the admission of such Person as a general partner (or managing member, as applicable).

(c)  If, within 90 calendar days of the date of the General Partner's withdrawal, a Majority in Interest of the Limited Partners has not approved the admission of a successor General Partner, effective as of the date of the General Partner's withdrawal, then the Partnership shall thereupon terminate and dissolve in accordance with Article XII.

**Section 4.11  Use of Name.** Promptly after the date the General Partner withdraws or is removed, the name of the Partnership will be changed to omit reference to "BKCOIN" and no further use of "BKCOIN" or any derivations thereof, including the appropriate trademark and service mark symbol will be permitted by the Partnership, the successor General Partner or any other Person in relation to the activities of the Partnership. The Partnership and each direct or indirect subsidiary shall file amendments to their certificates of limited partnership or other similar documents, take all further action necessary to remove the word "BKCOIN" from each such entity's name.

# ARTICLE V
# INVESTMENT MANAGEMENT ACTIVITIES

**Section 5.01  Management Fee.** The General Partner will receive a monthly management fee, calculated at an annual rate of 2.0% (~0.1667% per month) (the "Management Fee") of each Limited Partner's Capital Account. The Management Fee will be calculated and paid monthly in arrears, based on the value of each Limited Partner's Capital Account, as of the last day of the month. The General Partner may elect to reduce, otherwise modify or waive the Management Fee with respect to any Limited Partner. If Capital Contributions are made at any time other than at the beginning of a calendar month, a pro rata portion of the Management Fee will be paid to the General Partner in respect of such Capital Contribution (based on the actual number of

15

days remaining in such partial month). If a Capital Accounts are withdrawn at any time other than at the end of a calendar month, a pro rata portion of the Management Fee will be paid to the General Partner (based on the actual number of days elapsed in such partial month).

**Section 5.02 Performance Allocation.** Subject to Section 5.03 below, the General Partner shall be entitled to receive a performance allocation by the Partnership based on its investment performance. At the end of each Fiscal Quarter, 20% of the Net Profits (if any) allocated to each Capital Account of each eligible Limited Partner will be reallocated to the Capital Account of the General Partner (the "Performance Allocation"). In the event that the Limited Partner withdraws any portion of its Capital Account balance on a day other than on the last business day of a Fiscal Quarter, such deduction will be made with respect to such Limited Partner as though it were being made at the end of a Fiscal Quarter.

**Section 5.03 High Water Mark.** The General Partner's Performance Allocation is subject to a "High Water Mark" under which the General Partner receives a Performance Allocation from a Limited Partner's Capital Account only to the extent the Net Income allocated to that Limited Partner's Capital Account exceeds any Net Losses previously allocated to the Limited Partner's Capital Account that have not been recovered. If a Limited Partner makes a partial withdrawal or receives a distribution at a time when that Limited Partner has unrecovered Net Losses, for purposes of calculating future Performance Allocations, those unrecovered Net Losses will be reduced in proportion to the withdrawal.

# ARTICLE VI
# LIMITED PARTNERS

**Section 6.01 No Participation in Management of the Partnership.** No Limited Partner shall participate in the management or control of the business and affairs of the Partnership or have any authority or right to act on behalf of the Partnership in connection with any matter or the transaction of any business. No Limited Partner shall have any rights and powers with respect to the Partnership, except as provided in the Delaware Act or by this Agreement. The exercise of any of the rights and powers of the Limited Partners pursuant to the Delaware Act or the terms of this Agreement shall not be deemed taking part in the day-to-day affairs of the Partnership or the exercise of control over the business and affairs of the Partnership.

**Section 6.02 Limitation on Liability.** No Limited Partner shall have any obligation to contribute any amounts to the Partnership other than the Capital Contribution(s) it has already made to the Partnership, except as otherwise provided in this Agreement and the Delaware Act, and the liability of each Limited Partner shall be limited to such amounts.

**Section 6.03 Power of Attorney.**

(a) Each Limited Partner hereby irrevocably constitutes and appoints the General Partner, with full power of substitution, as its true and lawful attorney-in-fact (which appointment shall be deemed to be coupled with an interest) and agent, to execute, acknowledge, verify, swear to, deliver, record and file, in its or its assignee's name, place and stead, all in accordance with the terms of this Agreement:

(i) all certificates and other instruments, and amendments thereto, which the General Partner deems necessary or desirable to form, qualify or continue the Partnership as a limited partnership (or a partnership in which the Limited Partners have limited liability) in all jurisdictions in which the Partnership conducts or plans to conduct its affairs;

(ii) any agreement or instrument which the General Partner deems necessary or desirable to effect (a) the complete or partial Transfer, addition, substitution, withdrawal or removal (voluntary or

16

involuntary) of any Limited Partner or the General Partner pursuant to this Agreement; (b) the dissolution and liquidation of the Partnership in accordance with the provisions of Article XII or (c) any amendment or modification to this Agreement adopted in accordance with Section XIII;

(iii) all conveyances and other instruments which the General Partner deems necessary or desirable to reflect the dissolution and termination of the Partnership pursuant to Article XII, including the requirements of the Delaware Act;

(iv) certificates of assumed name or fictitious name certificates and such other certificates and instruments as may be necessary under the fictitious or assumed name statutes from time to time in effect in all jurisdictions in which the Partnership conducts or plans to conduct its affairs;

(v) all certificates, instruments, or other documents necessary or desirable to accomplish the business, purposes and objectives of the Partnership or required by any applicable law; and

(vi) all other documents or instruments that may reasonably be considered necessary by the General Partner to carry out the foregoing.

(b) Such attorney-in-fact and agent shall not, however, have the right, power, or authority to amend or modify this Agreement when acting in such capacities, except to the extent expressly authorized herein. Each Limited Partner hereby agrees not to revoke this power of attorney. This power of attorney shall terminate upon (i) with respect to such Limited Partner, a Transfer of the Limited Partner's entire Interest in accordance with the terms of this Agreement, and (ii) Bankruptcy, dissolution, or withdrawal of the General Partner, except that such power of attorney shall remain in effect with respect to any successor General Partner. The power of attorney granted herein shall be irrevocable, shall survive and not be affected by the death, incapacity, dissolution, Bankruptcy or legal disability of the Limited Partner, shall extend to its successors and assigns and may be exercisable by the General Partner by executing any instrument on behalf of the Limited Partner as its attorney-in-fact. To the fullest extent permitted by applicable law, this power of attorney may be exercised by such attorney-in-fact and agent for all Limited Partners (or any of them) by a single signature of the General Partner acting as attorney-in-fact with or without listing all of the Limited Partners executing an instrument. Any Person dealing with the Partnership may conclusively presume and rely upon the fact that any instrument referred to above, executed by the General Partner as attorney-in-fact, is authorized, regular and binding, without further inquiry. If required, each Limited Partner shall execute and deliver to the General Partner, within five (5) Business Days after receipt of a request from the General Partner, such further designations, powers of attorney or other instruments as the General Partner shall determine to be necessary for the purposes hereof consistent with the provisions of this Agreement, including as required by any applicable state statute or other similar legal requirement.

# ARTICLE VII
## INTERESTS; CAPITAL CONTRIBUTIONS; CAPITAL ACCOUNTS

**Section 7.01  General Partner.**

(a) The name and address of the General Partner is BKCoin Management LLC, a Delaware limited liability company, having an address at 1101 Brickell Avenue South Tower #8, Miami, Florida 33131.

(b) The General Partner may participate in and make Capital Contributions to the Partnership, in its sole discretion. There shall be no obligation to make any minimum investment into the Partnership on the part of the General Partner.

17

SEC-RECEIVER-E-0001975

SEC-RECEIVER-E-0001958

(c) The General Partner shall also be a Limited Partner to the extent that it subscribes for or becomes a transferee of all or any part of the Interest of a Limited Partner, and to such extent shall be treated as a Limited Partner in all respects, except as otherwise provided in this Agreement.

**Section 7.02 Limited Partners; Capital Contributions.** Except as provided in Article XI, a Person shall be admitted as a Limited Partner as of the time of the execution of the Limited Partner's subscription agreement and this Agreement, or when the General Partner holds a Closing with respect to such Person, if applicable. In the discretion of the General Partner, subscriptions to the Partnership may be made in cash or in kind, or partly in cash and partly in kind. Generally, such closing shall take place as of the first Business Day of a given month unless otherwise agreed to by the General Partner in its sole discretion. The General Partner shall maintain a record of the name, address, and Capital Contributions of each Limited Partner. The minimum initial investment by a Limited Partner is $1,000,000 for institutional investors and $250,000 for non-institutional investors (the "Minimum Initial Investment"), subject to waiver and acceptance by the General Partner. The General Partner, in its sole discretion, may increase, reduce, or waive the required Minimum Initial Investment at any time. A Partner may, with the consent of the General Partner, make additional contributions to the capital of the Partnership on the first Business Day of each calendar month, or any other date selected by the General Partner in its sole discretion, in a minimum amount of $100,000, subject to waiver at the discretion of the General Partner. At the discretion of the General Partner, Capital Contributions by existing Limited Partners and admissions of new Limited Partners may be permitted at other times.

**Section 7.03 Maintenance of Capital Accounts.** The Partnership shall establish and maintain, for each Partner, a separate capital account (a "Capital Account") on its books and records in accordance with this Section 7.03. Each Capital Account shall be established and maintained in accordance with the following provisions:

(a) Each Partner's Capital Account shall be increased by:

(i) the value of all Capital Contributions made by such Partner to the Partnership;

(ii) the amount of any Net Income or other item of income or gain allocated to such Partner pursuant to Article VIII; and

(iii) any liabilities of the Partnership that are assumed by such Partner or secured by any property distributed to such Partner.

(b) Each Partner's Capital Account shall be decreased by:

(i) the value of any property distributed to such Partner;

(ii) the amount of any Net Loss or other item of loss or deduction allocated to such Partner pursuant to Article VIII; and

(iii) the amount of any liabilities of such Partner assumed by the Partnership or which are secured by any property contributed by such Partner to the Partnership.

**Section 7.04 Interest.** Interest, if any, earned on Partnership funds shall inure to the benefit of the Partnership. The Partners shall not receive interest on their Capital Contributions or Capital Account balances. The General Partner shall have no obligation to keep Partnership funds in an interest-bearing account.

**Section 7.05 Succession Upon Transfer.** In the event that an Interest is transferred in accordance with the

18

SEC-RECEIVER-E-0001976

terms of this Agreement, the transferee shall succeed to the Capital Account of the transferor to the extent that it relates to the transferred Interest and shall receive allocations and distributions pursuant to Article VII, if applicable, in respect of such Interest.

**Section 7.06 Restoration of Negative Capital Accounts.** Subject to the terms of this Agreement, neither the General Partner nor any other Partner shall be obligated to restore any deficit balance in a Partner's Capital Account. A deficit in a Partner's Capital Account shall not constitute a Partnership asset.

**Section 7.07 Admission of Limited Partners After Effective Date.** The Limited Partners agree that the General Partner shall have the right to admit additional Limited Partners ("Additional Limited Partners") on the first Business Day of each month, or other times in its sole discretion. The Limited Partners hereby consent to such admission of any additional Limited Partners and agree to take all actions reasonably requested by the General Partner to give effect to the foregoing. Persons interested in subscribing to the Partnership should deliver the relevant Subscription Agreement to the General Partner at least five (5) days before the intended subscription date.

**Section 7.08 Additional Classes of Interests.** Notwithstanding anything in this Agreement to the contrary, the General Partner, on its own behalf, or on behalf of the Partnership, is specifically authorized without further consent by anyone to issue additional classes of Limited Partnership Interests which may differ in terms of, among other things, denomination of currency, the fees charged, minimum commitment amounts, withdrawal rights and other rights. Such additional class of Limited Partnership Interests shall be issued pursuant to a Separate Class Agreement. The terms of such classes will be determined by the General Partner in its sole discretion. Should a Limited Partner not be eligible to participate in "New Issues" pursuant to the relevant FINRA rules, then the General Partner, when issuing a class of Limited Partnership Interests pursuant to this Section 7.08, may designate the class additionally as "Restricted".

# ARTICLE VIII
# ALLOCATIONS

**Section 8.01 Allocations of Net Income and Net Loss; Special Allocations.**

    (a) **Net Income and Net Loss.** Except as otherwise required by this Agreement, Net Income and Net Loss for each Fiscal Period, shall be allocated to the Capital Accounts of the Limited Partners (including the General Partner) in proportion to the Capital Account balances as of the first day of such Fiscal Period. In connection with the allocations of Net Income to the Capital Accounts provided by this section (other than the General Partner and its affiliates), as of (i) the end of each Fiscal Quarter, (ii) the date of any withdrawal (for the withdrawing Limited Partner only), and (iii) the date of the termination of the Partnership, there shall be reallocated to the Capital Account of the General Partner from the Capital Account of the Limited Partners an amount equal to the Performance Allocation, if any, subject to the terms and conditions set forth in Sections 5.02, 5.03 above.

    (b) *No Deficit Restoration Obligation.* At no time during the term of the Partnership or upon dissolution and liquidation thereof shall a Partner with a negative balance in its Capital Account have any obligation to the Partnership or the other Partners to restore such negative balance, except as may be required by law or in respect of any negative balance resulting from a withdrawal of capital or dissolution in contravention of this Agreement.

    (c) *Loss Limitation.* Notwithstanding anything to the contrary contained in Section 8.01, the amount of items of Partnership expense and loss allocated pursuant to Section 8.01 to any Partner shall not exceed the maximum amount of such items that can be so allocated without causing such Partner (other than a General Partner) to have an Adjusted Capital Account Deficit at the end of any Fiscal Year. All such items in excess of the limitation set forth in this Section 8.01(c) shall be allocated first

19

to Partners who would not have an Adjusted Capital Account Deficit, pro rata in proportion to their Capital Account balances.

**Section 8.02  Certain Special Allocations.** Notwithstanding the provisions of <u>Section 8.01</u>, the following items of cost, expense, and, as applicable, income and gain, shall be specially allocated as provided in this <u>Section 8.02</u>:

(a) **Withdrawal Costs.** If Portfolio Investments are liquidated, distributed in kind, or segregated in a separate account in connection with any Limited Partner withdrawal (other than a mandatory withdrawal), the General Partner may cause some or all of the costs the Partnership incurs in connection with selling or transferring those Portfolio Investments to be specially allocated to that withdrawing Limited Partner.

(b) **Reserves.** The General Partner may cause some or all of the reserves contemplated in <u>Section 9.05</u> below, and any increase or decrease in any such reserve, to be specially accrued and charged against the Partnership's NAV, a Limited Partner's withdrawal proceeds, those persons who were Limited Partners at the time of the event that gave rise to the expense, liability or contingency for which the reserve was established (as determined by the General Partner), in proportion to their respective Capital Account balances at the beginning of the Fiscal Period during which the event occurred, a particular Limited Partner or Former Limited Partner to whom the General Partner determines that expense, liability or contingency is attributable and/or some combination of these, with whatever adjustments the General Partner determines are equitable and consistent with the intent expressed below. The Limited Partners intend in this <u>Section 8.02(b)</u> and other provisions in this Agreement related to reserves, to authorize the General Partner to take steps to cause, to the extent the General Partner considers equitable and practicable, (i) the risks and costs of a particular event to be borne by those who were Limited Partners at the time of the event, in proportion to their participation in the potential benefits of the event and (ii) particular contingent costs to be borne by Limited Partners to whom those costs are attributable.

(c) **Other Special Costs.** The Partnership may cause any expenditures, payments or amounts the General Partner determines are, were or should be made or withheld on behalf of, for the benefit of, or because of circumstances applicable to, fewer than all Limited Partners, to be charged to those Limited Partners.

(d) **New Issues.** Notwithstanding anything else in this Agreement, the Partnership may specially allocate all or a portion of any item of income, gain, loss and expense arising out of or related to any particular type or types of transaction or asset (including, for example, securities that constitute "new issues" under rules of the Financial Industry Regulatory Authority ("FINRA")) so as to exclude from some or all of those allocations one or more Partners as to whom the General Partner determines that, for reasons agreed or deemed to have been agreed upon between the General Partner and those Partners (including tax or regulatory reasons or reasons based on rules of self-regulatory organizations such as FINRA), it would be inappropriate for those items to be allocated to those Partners to the full extent they would otherwise be allocated to them. In regard to New Issues, the General Partner is authorized to determine, among other things: (i) the manner in which New Issues are purchased, held, transferred and sold by the Partnership and any adjustments with respect thereto; (ii) the Partners who are eligible and ineligible to participate in New Issues; (iii) the method by which profits and losses from New Issues are to be allocated among Partners in a manner that is permitted under the rules of FINRA (including whether the Partnership will avail itself of the "de minimis" exemption or any other exemption); and (iv) the time at which New Issues are no longer considered as such under the rules of FINRA. The General Partner may take such steps as it considers appropriate to effect the special allocations contemplated in this <u>Section 8.02(d)</u>.

**Section 8.03  Tax Allocations.**

(a) For each Fiscal Year, items of income, deduction, gain, loss or credit shall be allocated for income

20

tax purposes among the Limited Partners, in such a manner as to reflect equitably amounts credited or debited to each Partner's Capital Account for the current and prior Fiscal Year (or relevant portions thereof). Allocations under this Section 8.03(a) shall be made pursuant to the principles of Sections 704(b) and 704(c) of the Code, and Treasury Regulations Sections 1.704-1(b)(2)(iv)(f) and (g), 1.704-1(b)(4)(i) and 1.704-3(e) promulgated thereunder, as applicable, or the successor provisions to such Section and Regulations.

(b)   If the Partnership realizes ordinary income and/or capital gains (including short-term capital gains) for Federal income tax purposes for any Fiscal Year during or as of the end of which one or more Positive Basis Partners make a partial or full withdrawal from the Partnership pursuant to Article IX, the General Partner may elect to allocate such income and/or capital gains as follows: (i) to allocate such income and/or capital gains among such Positive Basis Limited Partners, pro rata in proportion to the respective Positive Basis Limited Partners of each such Positive Basis Limited Partner, until either the full amount of such income and/or capital gains shall have been so allocated or the Positive Basis of each such Positive Basis Limited Partner shall have been eliminated and (ii) to allocate any income and/or capital gains not so allocated to Positive Basis Limited Partners to the other Limited Partners in such manner as shall equitably reflect the amounts allocated to such Limited Partners' Capital Accounts pursuant to Section 8.01.

 (c)  If the Partnership realizes deductions, ordinary losses and/or capital losses (including long-term capital losses) for Federal income tax purposes for any Fiscal Year during or as of the end of which one or more Negative Basis Limited Partners make a partial or full withdrawal from the Partnership pursuant to Article IX, the General Partner may elect to allocate such losses and/or capital losses as follows: (i) to allocate such losses and/or capital losses among such Negative Basis Limited Partners, pro rata in proportion to the respective Negative Basis Limited Partners of each such Negative Basis Limited Partner, until either the full amount of such losses and/or capital losses shall have been so allocated or the Negative Basis of each such Negative Basis Limited Partner shall have been eliminated and (ii) to allocate any losses and/or capital losses not so allocated to Negative Basis Limited Partners to the other Limited Partners in such manner as shall equitably reflect the amounts allocated to such Limited Partners' Capital Accounts pursuant to Section 8.01.

   **Section 8.04  Allocations to Transferred Interests.** In the event an Interest is assigned during a Fiscal Year in compliance with the provisions of Article XI, Net Income, Net Losses, and other items of income, gain, loss, and deduction of the Partnership attributable to such Interest for such Fiscal Year shall be determined using the reasonable method selected by the General Partner, which shall be consistently applied.

# ARTICLE IX
# WITHDRAWALS AND DISTRIBUTIONS

   **Section 9.01  Lock Up Period; Withdrawal of Capital Contributions**. Subject to the relevant terms in this Agreement (including General Partner's ability to designate Side Pockets (*as defined below*), the General Partner's Performance Allocation, the terms of Section 9.02 below), the following terms shall apply to Partner withdrawals: for twelve (12) months following the date of admission to the Partnership, a Limited Partner shall not be allowed to withdraw all or any portion of its Capital Account ("Lock-Up Period"). Following the expiration of the Lock-Up Period, a Limited Partner may redeem any portion of the value of its Capital Account, but only monthly, as of the last day of each calendar month (the "Withdrawal Dates"). In order for the Limited Partner to be able to exercise this right of withdrawal, the Limited Partner must provide notice to the General Partner, at least fourteen (14) days prior to a Withdrawal Date that the Limited Partner intends to exercise this right of withdrawal with regards to that Withdrawal Date. The notice must also specify what portion of the value of the Limited Partners' Capital Account it intends to withdraw. After the notice has been

21

duly received by the General Partner, the Limited Partner shall not be entitled to withdraw a greater amount on the given Withdrawal Date than the amount stated in the notice. Withdrawal requests are irrevocable unless the General Partner determines otherwise in its sole and absolute discretion, or unless made during a period when the calculation of the Net Asset Value of the Partnership is suspended. The General Partner may waive notice requirements or permit withdrawals at such other times and under such other circumstances and on such conditions as it deems appropriate. Notwithstanding anything else set forth in this Section 9.01, withdrawals of Capital Accounts shall be suspended during any period of time that the determination of NAV has been suspended pursuant to Section 9.11 below.

**Section 9.02  Fund-Level Gate.**

(i)     In the event that the Partnership receives withdrawal requests and the withdrawal amounts pursuant to such requests exceed, in the aggregate, an amount equal to 30% of the Net Asset Value of the Partnership as of the applicable Withdrawal Date, the General Partner may, in its sole discretion, (A) satisfy all such withdrawal requests or (B) reduce all such withdrawal requests so that only 30% (or more, in the sole discretion of the General Partner) of the Net Asset Value of the Partnership is withdrawn on any Withdrawal Date (the "Fund-Level Gate"). Partners whose withdrawal amounts are reduced pursuant to the Fund-Level Gate will participate in the aggregate amount available for withdrawal on a pro-rata basis in accordance with their respective Percentage Interest.

(ii)    To the extent that a Limited Partner's requested withdrawal amount has been reduced by restrictions imposed by the Fund-Level Gate, a request for the remaining portion of the original withdrawal amount will be deemed made (unless thereafter rescinded) as of the next Withdrawal Date, and such remaining portion shall be satisfied as of the next Withdrawal Date, and such remaining portion shall be satisfied as of the next Withdrawal Date and thereafter to successive Withdrawal Dates until fully withdrawn, each time subject to the Fund-Level Gate; except that any withdrawal request that remains unsatisfied for more than two (2) consecutive Withdrawal Dates as a result of the Fund-Level Gate shall be satisfied as of the next Withdrawal Date, provided, however, that the Partnership is not in suspension, liquidation or dissolution.

(iii)   Capital not withdrawn from the Partnership by virtue of restrictions imposed by the Fund-Level Gate shall remain invested in the Partnership and, therefore, shall remain subject to the risks of the Partnership and subject to the Management Fee, Performance Allocation, and the expenses of the Partnership until such time as it is withdrawn from the Partnership.

**Section 9.03  Side Pockets.** The General Partner may designate certain assets as "Side Pockets" when the General Partner, in its sole discretion, determines that an asset is illiquid or it is in the best interest of the Partnership to value such investment separately from the Partnership's other assets. If the General Partner designates an asset as a Side Pocket, the Partners of the Partnership at the time of such designation will have a proportionate interest in that investment. The General Partner shall not receive a Performance Allocation with respect to any Side Pocket until the investment is liquidated, and the Limited Partners may not make a withdrawal with respect to a Side Pocket until that event. Notwithstanding the foregoing, the Partnership's financial statements will reflect the Performance Allocation as if it was earned, treating all assets and liabilities as if they were realized at the reporting date.

**Section 9.04  General Partner Withdrawals.** The General Partner may withdraw a portion of its Capital Account on the same terms as the Limited Partners or at such other times as it determines; provided that the General Partner may not withdraw capital from the Partnership if the General Partner suspends withdrawal rights (pursuant to Section 9.11). Notwithstanding the foregoing, the General Partner may withdraw capital from its Capital Account in the Partnership equal to the amount of a previously earned Performance Allocation at any time in the General Partner's sole and absolute discretion.

**Section 9.05  Costs and Reserves.** The Partnership, at any time in its discretion and in consultation with the

22

SEC-RECEIVER-E-0001958

General Partner, may establish reserves for contingencies (including general reserves for unspecified contingencies) which may or may not be in accordance with GAAP. The establishment of such reserves will not insulate any portion of the Partnership's assets from being at risk, and such assets may still be traded by the Partnership. A pro rata portion of any reserve may be withheld from distribution to a withdrawing Limited Partner.

**Section 9.06  Payment.** Subject to the General Partner's ability to designate Side Pockets (*as defined above*) and provided that withdrawals have not be suspended, provided that the Limited Partner follows all of the requirements of <u>Section 9.01</u> for the withdrawal of all or a portion of the value of that Limited Partner's Capital Account balance, the General Partner shall remit to the Limited Partner the requested value of its Capital Account, within thirty (30) days of a given Withdrawal Date. Except as otherwise provided in this Agreement or by law, no Partner shall have the right to demand and receive property other than property distributed by the Partnership in accordance with the terms hereof in return for its Capital Contributions, and any return of Capital Contributions to the Limited Partners shall be solely from Partnership assets, and the General Partner shall not be personally liable for any such return. Notwithstanding the foregoing, the General Partner shall have the right, at its discretion, to withhold up to 5% of the net asset value of the withdrawn Capital Account for the Partnership's liabilities and other contingencies until no later than thirty (30) days after the completion of the year-end review of the Partnership's financial statements for any withdrawals of 90% or more of a Limited Partner's Capital Account balance (or if a withdrawal, when combined with all other withdrawals of such Limited Partner during the preceding 12 months, would result in such Limited Partner having withdrawn 90% or more of such Limited Partner's Capital Account as of the beginning of such period). In those circumstances, the General Partner will remit the balance of the withdrawal proceeds without interest. The General Partner, in its sole discretion, may effect withdrawal payments in cash or in-kind.

**Section 9.07  Distributions.** The Partnership does not expect to make distributions of profits or capital, other than at times of Limited Partners' withdrawal from the Partnership. The Partnership expects to reinvest any net investment income and net realized gains. However, the General Partner, may, but is not required to, cause the Partnership to make a distribution to the Limited Partners of such amount as the General Partner may determine in its sole discretion. Such distribution shall be made to the Limited Partners according to their Percentage Interest, for the Fiscal Period in which the distributions are made.

**Section 9.08  Form of Distributions.** In the discretion of the General Partner, a Limited Partner may receive either a cash or in-kind distributions from the Partnership's portfolio, or a distribution which is partly in cash and partly in kind. Such investments so distributed in kind may not be readily marketable or saleable and may have to be held by such Limited Partner for an indefinite period of time. Any such in-kind distributions will not materially prejudice the interests of the remaining Limited Partners. If the Partnership distributes securities in-kind in satisfaction of a withdrawal request, the General Partner may, in its sole discretion, at the request of any Limited Partner and to the extent practicable, hold any such securities in trust or in a liquidating special purpose vehicle and liquidate such securities on the Limited Partner's behalf in which case (i) payment to such Limited Partner of that portion of its withdrawal attributable to such securities will be delayed until such time as such securities can be liquidated and (ii) the amount otherwise due such Limited Partner will be increased or decreased to reflect the performance of such securities through the date on which the liquidation of such securities is effected, and any applicable expenses, and the Performance Allocation.

**Section 9.09  Involuntary Withdrawal by Limited Partners.**

(a)  Upon the death, incapacity, Bankruptcy, dissolution or other cessation of existence of a Limited Partner, such Limited Partner shall not be entitled to receive the value of its Interest in the Partnership. Rather, such Limited Partner's duly appointed and qualified legal representative shall have all the rights of a Limited Partner for the purpose of settling or managing the estate or effecting the orderly winding up and disposition of the business of such Limited Partner and such power as such Limited Partner possessed

SEC-RECEIVER-E-0001981

to designate a successor as a transferee of its Interest and to join with such transferee in making application to substitute such successor or transferee as a Substitute Limited Partner. The foregoing shall, in each case, be subject to the General Partner's authority to require the representative to withdraw from the Partnership.

(b) The death, Bankruptcy, dissolution, disability, or legal incapacity of a Limited Partner shall not dissolve or terminate the Partnership.

**Section 9.10   Required Withdrawals.** The General Partner, in its sole discretion, may require any Limited Partner to withdraw all or any part of its Capital Account from the Partnership at any time, such withdrawal to be effective on the date specified in such notice. Under such circumstances, the General Partner will have the irrevocable power to act in the name of such Limited Partner to withdraw its Interest in the Partnership. The General Partner has the right to terminate the Partnership at any time by the compulsory withdrawal of all Interests.

**Section 9.11   Suspension of Withdrawals.** The General Partner may suspend Capital Account withdrawals and the determination of the net asset value, (a) if there is a suspension in the determination of the Master Fund's net asset value for any reason; (b) during any period when any stock exchange on which any of the Partnership's Investments are quoted is closed, other than for ordinary holidays and weekends, or during periods in which dealings are restricted or suspended; (c) during the existence of any state of affairs which, in the opinion of the General Partner, constitutes an emergency as a result of which disposal of investments by the Partnership would not be reasonably practicable or would be seriously prejudicial to the Partners of the Partnership; (d) during any breakdown in the means of communication normally employed in determining the price or value of any of the Partnership's Investments, or of current prices in any market as aforesaid, or when for any other reason the prices or values of any Investments owned or sold short by the Partnership cannot reasonably be promptly and accurately ascertained; (e) during any period when the transfer of funds involved in the realization or acquisition of any investments cannot, in the opinion of the General Partner, be effected at normal rates of exchange; or (f) during any period in which the Partnership receives withdrawal requests that, in the aggregate, would create, in the sole discretion of the General Partner, a material adverse effect on the Partnership if such withdrawal requests were satisfied. To the extent that a request for withdrawal of capital is not subsequently withdrawn, the withdrawal shall be effected as of the first Withdrawal Date following the recommencement of withdrawals.

**Section 9.12 Suspension of Withdrawal Proceeds.** The General Partner may suspend the right of any Partner to withdraw capital or receive a distribution from the Partnership if, in the General Partner's judgment, such a suspension would be in the best interests of the Partnership. Situations in which such a suspension might occur include: when the calculation of net asset value of the Master Fund has is suspended by the directors of the Master Fund (or similar event occurs at the Partnership), when a withdrawal would cause the Partnership or the General Partner to violate securities laws, commodities laws, or other laws; when significant withdrawals or disruptions in cryptocurrency or securities markets would make pricing and/or liquidation of some or all Partnership assets difficult or would result in losses if the Partnership attempted such liquidations; when the General Partner determines, in consultation with tax advisors, that the withdrawal could result in the Partnership being treated as a "publicly-traded partnership" and thus taxable as a corporation; or if other events make accurate determination of the Partnership's net asset value impractical. The General Partner will give notice to Partners who make withdrawal requests that are affected by any such suspension. Unless a Partner rescinds his suspended withdrawal request, the withdrawal will generally become effective after the suspension is lifted, on the basis of the Partner's Capital Account balance at that time.

SEC-RECEIVER-E-0001982

SEC-RECEIVER-E-0001958

# ARTICLE X
# ACCOUNTING AND REPORTS; TAX MATTERS; NET ASSET VALUE

### Section 10.01   Books and Records; Audit of Books

(a) The General Partner shall maintain at the office of the Partnership full and accurate books of the Partnership (which at all times shall remain the property of the Partnership), in the name of the Partnership and separate and apart from the books of the General Partner and its Affiliates, including all books, records and information required by the Delaware Act. The Partnership's books and records shall be maintained in U.S. dollars and in accordance with U.S. generally accepted accounting principles.

(b) Subject to Section 14.13 below, each Limited Partner, or its duly authorized representative, may reasonably inspect the records and books of account of the Partnership for a purpose reasonably related to such Limited Partner's Interest as a limited partner at the offices of the General Partner (or such other location designated by the General Partner in its sole discretion) during regular business hours, at its expense and upon reasonable notice to the General Partner. Each Limited Partner agrees that (i) such books and records contain confidential information relating to the Partnership and its affairs that is subject to Section 14.13, and (ii) the General Partner shall have the right, except as prohibited by the Delaware Act, to prohibit or otherwise limit in its reasonable discretion the making of any copies of such books and records. The names, addresses, capital account information and/or other identifying information of other Limited Partners will not be disclosed to any Limited Partner.

(c) The books of account and records of the Partnership shall be audited, in accordance with GAAP, as of the end of each Fiscal Year by independent certified public accountants designated from time to time by the General Partner.

### Section 10.02   Reports to Partners.

The Partnership will provide to each Limited Partner periodic unaudited periodic performance report, no less frequently than quarterly. Such performance reports shall generally be delivered to the Limited Partner directly from the Partnership's Administrator. Limited Partners will also receive annual audited financial statements and copies of such Limited Partner's Schedule K-1 to the Partnership's tax return.

### Section 10.03   Partnership Representative.

(a) **Designation.** The General Partner shall be designated as the "partnership representative" (the "Partnership Representative") as provided in Section 6223(a) of the Code (or under any applicable state or local law providing for an analogous capacity). Any expenses incurred by the Partnership Representative in carrying out its responsibilities and duties under this Agreement shall be an Operating Expense of the Partnership for which the Partnership Representative shall be reimbursed.

(b) **Tax Examinations and Audits** The Partnership Representative is authorized and required to represent the Partnership in connection with all examinations of the affairs of the Partnership by any Taxing Authority, including any resulting administrative and judicial proceedings, and to expend funds of the Partnership for professional services and costs associated therewith. Each Partner agrees that any action taken by the Partnership Representative in connection with audits of the Partnership shall be binding upon such Partners and that such Partner shall not independently act with respect to tax audits or tax litigation affecting the Partnership. The Partnership Representative shall have sole discretion to determine whether the Partnership (either on its own behalf or on behalf of the Partners) will contest or continue to contest any tax deficiencies assessed or proposed to be assessed by any Taxing Authority. Each Partner agrees to cooperate with Partnership Representative and to do or refrain from doing any or

25

SEC-RECEIVER-E-0001958

all things reasonably requested by the Partnership Representative with respect to the conduct of examinations by Taxing Authorities and any resulting proceedings.

(c) **BBA Elections and Procedures.** Except as otherwise set forth herein, in the event of an audit of the Partnership that is subject to the partnership audit procedures enacted under Section 1101 of the BBA (the "BBA Procedures") or any analogous provision of state or local law, the Partnership Representative, in its sole discretion, shall have the right to make any and all elections and to take any actions that are available to be made or taken by the Partnership Representative or the Partnership under the BBA Procedures (or analogous provisions of state or local law). To the extent that the Partnership Representative does not make an election under Section 6221(b) of the Code, the Partnership Representative shall use commercially reasonable efforts to reduce to the extent possible the amount of tax owed by the Partnership pursuant to an audit under the BBA Procedures (or analogous state or local partnership audit procedures) by either (i) making any modifications available under Section 6225(c)(3), (4), and (5) of the Code (or analogous provisions of state or local law) or (ii) making a timely election under Section 6226 of the Code (or an analogous provision of state or local law). If an election under Section 6226(a) of the Code is made, the Partnership shall furnish to each Partner for the year under audit a statement of the Partner's share of any adjustment set forth in the notice of final partnership adjustment, and each Partner shall take such adjustment into account as required under Section 6226(b) of the Code.

(d) **Tax Returns and Tax Deficiencies.** Each Partner agrees that such Partner shall not treat any Partnership item inconsistently on such Partner's federal, state, foreign or other income tax return with the treatment of the item on the Partnership's return. Any deficiency for taxes imposed on any Partner (including penalties, additions to tax or interest imposed with respect to such taxes and any tax deficiency imposed pursuant to Section 6226 of the Code) will be paid by such Partner and if required to be paid (and actually paid) by the Partnership, will be recoverable from such Partner.

(e) **Tax Returns** The General Partner shall cause to be prepared and timely filed all US and non-US tax returns required to be filed by or for the Partnership.

### Section 10.04 Withholding and Income Taxes.

(a) **Tax Withholding Information.** Each Partner agrees to:

(i) provide any information, certification, representation, form, or other document reasonably requested by and acceptable to the General Partner for the purpose of (A) obtaining any exemption, reduction, or refund of any withholding or other taxes imposed by any Taxing Authority or other governmental agency (including withholding taxes imposed pursuant to Sections 1471-1474 of the Code and the Treasury Regulations thereunder) or (B) to satisfy reporting or other obligations under the Code and the Treasury Regulations thereunder;

(ii) update or replace such information, certification, representation, form, or other document in accordance with its terms or subsequent amendments; and

(iii) otherwise comply with any reporting obligations or information disclosure requirements imposed by the United States or any other jurisdiction and any reporting obligations that may be imposed by future legislation.

If a Limited Partner fails or is unable to deliver to the General Partner such information, certification, representation, form, or other document described in Section 10.04(a)(i), the General Partner shall have full authority on behalf of the Partnership to withhold any taxes required to be withheld pursuant to any applicable laws, regulations, rules, or agreements

26

SEC-RECEIVER-E-0001984

(b) **Withholding Advances.**  The Partnership is hereby authorized at all times to make payments ("Withholding Advances") with respect to each Partner in amounts required to discharge any obligation of the Partnership (pursuant to the Code or any provision of United States federal, state or local or non-United States tax law or otherwise) to withhold or make payments to any Taxing Authority with respect to any distribution or allocation by the Partnership of income or gain to such Partner and to withhold the same from distributions to such Partner (including payments made pursuant to Section 6225 of the Code and allocable to a Partner as determined by the Partnership Representative in its sole discretion). Any funds withheld from a distribution by reason of this Section 10.04(b) shall nonetheless be deemed distributed to the Partner in question for all purposes under this Agreement and, at the option of the General Partner, shall be charged against the Partner's Capital Account.

(c) **Repayment of Withholding Advances.**  Any Withholding Advance made by the Partnership to a Taxing Authority on behalf of a Partner and not simultaneously withheld from a distribution to that Partner shall, with interest thereon accruing from the date of payment at a rate equal to the Prime Rate plus 2%:

    (i)  be promptly repaid to the Partnership by the Partner on whose behalf the Withholding Advance was made (which repayment by the Partner shall not constitute a Capital Contribution, but shall credit the Partner's Capital Account if the General Partner shall have initially charged the amount of the Withholding Advance to the Capital Account); or

    (ii)  with the consent of the General Partner, be repaid by reducing the amount of the next succeeding distribution or distributions to be made to such Partner (which reduction amount shall be deemed to have been distributed to the Partner, but which shall not further reduce the Partner's Capital Account if the General Partner shall have initially charged the amount of the Withholding Advance to the Capital Account).

Interest shall cease to accrue from the time the Partner on whose behalf the Withholding Advance was made repays such Withholding Advance (and all accrued interest) by either method of repayment described above.

(d) **Indemnification.**  Each Partner hereby agrees to indemnify and hold harmless the Partnership and the other Partners from and against any liability with respect to taxes, interest, or penalties, which may be asserted by reason of the Partnership's failure to deduct and withhold tax on amounts distributable or allocable to such Partner. The provisions of this Section 10.04(d) and the obligations of a Partner pursuant to Section 10.04(c) shall survive the termination, dissolution, liquidation, and winding up of the Partnership and the withdrawal of such Partner from the Partnership or transfer of its Interest. The Partnership may pursue and enforce all rights and remedies it may have against each Partner under this Section 10.04, including bringing a lawsuit to collect repayment with interest of any Withholding Advances.

(e) **Overwithholding.**  Neither the Partnership nor the General Partner shall be liable for any excess taxes withheld in respect of any distribution or allocation of income or gain to a Partner. In the event of an overwithholding, a Partner's sole recourse shall be to apply for a refund from the appropriate Taxing Authority.

**Section 10.05  Compliance with FATCA.**  Each Limited Partner hereby agrees to provide to the Partnership on a timely basis (i) such information, representations, forms or other documentation as the General Partner may reasonably request in order for the General Partner and the Partnership (and any member of any "expanded affiliated group" (as defined in Section 1471(e)(2) of the Code) of which the General Partner,

27

the Partnership or any of their Affiliates is a member) to comply with their obligations under, and avoid becoming subject to, withholding, or to obtain any available exemption, reduction or refund of any tax withheld, pursuant to (a) Sections 1471-1474 of the Code (or any amended or successor version thereof), Treasury Regulations and any forms, instructions or other guidance issued thereunder (now or in the future) and any intergovernmental agreement or other similar agreement between the United States and one or more other governments or tax authorities that is entered into in order to facilitate compliance with, or otherwise relates to, any of the preceding, together with any regulations, forms, instructions or other guidance issued (now or in the future) by any government or tax authority in a jurisdiction other than the United States in relation to any intergovernmental agreement or similar agreement ("FATCA"); or (b) any legislation in any jurisdiction that the General Partner reasonably believes to be similar to FATCA; or (ii) any other information required for the Partnership to comply with its tax obligations (including, for the avoidance of doubt, obligations pursuant to any agreement that the Partnership enters into pursuant to Section 1471 of the Code or any similar agreement) or to answer any inquiries from any tax authority. In the event that any Limited Partner fails to provide any of the information, representations, certificates or forms (or undertake any of the actions) required by this Section 10.05, the General Partner shall be entitled to (i) form an entity organized in the United States, transfer such Limited Partner's interest in the Partnership to such entity, admit such Limited Partner as an owner of such entity and cause such Limited Partner to cease to be a Partner in the Partnership or (ii) take any other steps as the General Partner determines in its sole discretion are necessary or appropriate to mitigate the consequences of such Limited Partner's failure to comply with the requirements of this Section 10.05. Each Limited Partner hereby consents to the General Partner's exercise of the remedies described above and agrees, to the fullest extent permitted by applicable law, to indemnify and hold harmless the Partnership, each investor in the Partnership, and the General Partner and any Affiliate thereof against the amount of any costs incurred by the Partnership or the General Partner (including, without limitation, the withholding of any tax on payments to the Partnership pursuant to FATCA) as a result of (A) such Limited Partner's failure to comply with any of the above requirements or to do so in a timely manner, or (B) such Limited Partner's participation in the Partnership.

**Section 10.06  Computation of Net Asset Value.**  For the purposes of determining Net Income and Net Losses and all other purposes hereunder, the assets and liabilities of the Partnership shall be valued as of the end of each Fiscal Year or other Fiscal Period ("Net Asset Value" or "NAV"). The General Partner shall determine the Fair Market Value of the Partnership's assets and liabilities in good faith, and generally with the assistance of the Administrator. To the extent applicable to any of the foregoing, the General Partner shall follow GAAP, except when it in its discretion deems the same to be inequitable or inappropriate. Such determination shall be conclusive and binding on all Partners and all parties claiming through or under them.

# ARTICLE XI
# TRANSFER OF LIMITED PARTNERSHIP INTERESTS

**Section 11.01  Transfers.**  A Limited Partner may not Transfer its Interest in the Partnership or any part thereof except as permitted in this Article XI. Any Transfer in violation of this Article XI shall be null and void and of no force or effect.

**Section 11.02  Transfer by Limited Partners**

(a)  A Limited Partner may Transfer all or a portion of its Interest in the Partnership only if the General Partner consents in writing to the Transfer, which consent it may grant or withhold in its sole discretion, and all of the following conditions are satisfied:

(i)  the transferring Limited Partner and proposed transferee file a notice, signed and certified by the transferring Limited Partner, with the General Partner at least thirty (30) Business Days in advance

28

SEC-RECEIVER-E-0001958

of the proposed Transfer which contains (A) the terms and conditions of and the circumstances under which the proposed Transfer is to be made, (B) a description of the Interests to be transferred, and (C) all other information reasonably requested by the General Partner;

(ii)  the Transfer does not cause the Partnership to be treated as a "publicly traded partnership" within the meaning of Section 7704 of the Code and the regulations promulgated thereunder;

(iii)  all costs and expenses incurred by the Partnership in connection with the Transfer are paid by the transferring Limited Partner to the Partnership, and the transferring Limited Partner shall be responsible for such costs and expenses whether or not the proposed Transfer is consummated;

(iv)  a fully executed and acknowledged written transfer agreement between the transferring Limited Partner and the transferee has been filed with the Partnership; and

(v)  the transferee has executed a copy of this Agreement.

**Section 11.03  Substitute Limited Partners.** A transferee of all or a portion of an Interest in the Partnership pursuant to Section 11.02 shall have the right to become a substitute Limited Partner (a "Substitute Limited Partner") in place of its transferor, effective as of the last day of a fiscal month, only if all of the following conditions are satisfied:

(a)  the fully executed and acknowledged written instrument of Transfer has been filed with the Partnership;

(b)  the transferee executes, adopts and acknowledges this Agreement and is listed in the books and records of the Partnership as a Limited Partner;

(c)  any costs and expenses of Transfer incurred by the Partnership are paid to the Partnership; and

(d)  the General Partner shall have provided its consent in writing to the substitution, which consent it may grant or withhold in its sole discretion.

Each Limited Partner consents to the admission of any Substitute Limited Partner consented to by the General Partner. Each Limited Partner shall, upon request of the General Partner, execute such certificates or other documents and perform such acts as the General Partner may require to preserve the status of the Fund as a limited partnership after the completion of any Transfer of an Interest.

# ARTICLE XII
## DISSOLUTION AND LIQUIDATION

**Section 12.01  Dissolution.** The Partnership shall be dissolved upon the first to occur of the following:

(a)  an election to dissolve the Partnership made by the General Partner in its sole discretion;

(b)  subject to the provisions of Section 4.07 above, the Bankruptcy, dissolution, or other withdrawal of the General Partner, or the Transfer of the General Partner's Interest in the Partnership;

(c)  the entry of a decree of a judicial dissolution pursuant to the Delaware Act; or

29

SEC-RECEIVER-E-0001987

(d) any other event causing dissolution of the Partnership under the Delaware Act.

**Section 12.02  Liquidation.**

(a) Upon dissolution of the Partnership and subject to Section 12.02(b), the General Partner, or if the General Partner's withdrawal, Bankruptcy, or dissolution caused the dissolution of the Partnership, such other Person who may be appointed by consent of a Majority in Interest of the Limited Partners, who shall be responsible for taking all action necessary or appropriate to wind up the affairs and distribute the assets of the Partnership following its dissolution (the "Liquidator") shall wind up the affairs of the Partnership and proceed within a reasonable period of time to sell or otherwise liquidate the assets of the Partnership, subject to obtaining fair value for such assets and any tax or other legal considerations, and, after paying or making due provision by the setting up of reserves for all liabilities to creditors of the Partnership, distribute the proceeds therefrom among the Partners in accordance with Section 12.02(b). Notwithstanding the foregoing, if it determines that it is in the best interests of the Partnership, in General Partner or the Liquidator in its sole discretion, may distribute part or all of any Portfolio Investments to the Partners in cash or in kind, or partly in cash and partly in kind. In the event of any distribution in kind, the value of any asset shall be determined in accordance with its Fair Market Value, and the Capital Account of each Partner receiving a distribution of such an asset shall be debited with the Fair Market Value of the Portfolio Investments distributed to such Partner. To the extent reasonably practicable, distributions of Portfolio Investments shall be made pro rata based on the amount which each such Partner receiving a distribution is entitled. Investments which are not publicly traded shall not be distributed to any Partner without the consent of that Partner, unless the distribution of such Portfolio Investments is made pro rata to all Partners.

(b) Upon liquidation of the Partnership, all of the assets of the Partnership, and any proceeds therefrom, shall be applied in the following order of priority:

(i) first, in discharge of (1) all claims of creditors of the Partnership, and (2) all expenses of liquidation;

(ii) second, to establish any reserves which the Liquidator may deem reasonably necessary for any contingent or unforeseen liabilities or obligations of the Partnership; and

(iii) third, to the Partners pro rata in proportion to the positive balances in their Capital Accounts after such Capital Accounts have been adjusted for allocations of Net Income and Net Loss during liquidation.

(c) When the Liquidator has complied with the foregoing liquidation plan, the termination of the Partnership shall be effective on the filing of, and the General Partner or Liquidator shall file, a certificate of cancellation of the Certificate of Limited Partnership (the "Certificate of Cancellation") with the Office of the Secretary of State of the State of Delaware.

# ARTICLE XIII
# AMENDMENTS AND MEETINGS

**Section 13.01  Amendment Procedure.** This Agreement may be amended or modified only as follows:

(a) Amendments to this Agreement shall be proposed by the General Partner.

30

SEC-RECEIVER-E-0001988

SEC-RECEIVER-E-0001958

(b) A proposed amendment will be adopted and effective only if it receives the consent of the General Partner, which consent it may grant or withhold in its sole discretion, and consent of a Majority in Interest of the Limited Partners, except that amendments may be adopted by the General Partner, without consent of a Majority in Interest of the Limited Partners, to (A) make any change that, in the good faith judgement of the General Partner, does not adversely affect the Limited Partners in any material respect, (B) effect changes of an administrative or ministerial nature or to cure ambiguities or inconsistencies in the Agreement, (C) admit or withdraw one or more Partners in accordance with the terms of this Agreement, (D) make changes to this Agreement negotiated with Additional Limited Partners so long as such changes do not materially adversely affect the rights and obligations of any existing Limited Partner or (E) change the name of the Partnership.

(c) The General Partner shall furnish each Limited Partner with a copy of each amendment to this Agreement promptly after its adoption.

(d) The Partnership or the General Partner may, without any further act, approval, or vote of any Partner, enter into side letters or other agreements with one or more Limited Partners that have the effect of establishing rights under, or altering or supplementing, the terms of, this Agreement, and any rights established or any terms of this Agreement altered or supplemented in a side letter with a Limited Partner shall govern solely with respect to such Limited Partner notwithstanding any other provision of this Agreement, provided, that no such side letter or other agreement shall adversely affect the rights of any other Limited Partner hereunder.

**Section 13.02 Exceptions.** Notwithstanding the provisions of <u>Section 13.01</u>, no amendment shall be effective as to any Limited Partner without the consent of such Limited Partner that:

(a) adversely affects the limited liability of such Limited Partner under this Agreement or the Delaware Act; or

(b) directly or indirectly affects or jeopardizes the status of the Partnership as a partnership for federal income tax purposes.

Notwithstanding anything herein to the contrary, this Agreement may be amended, and/or the Partnership may be reorganized or reconstituted, from time to time by the General Partner, without the consent of any Limited Partner, to address any change in regulatory or tax legislation, provided that any such amendment, reorganization, or reconstitution would not add to the obligations (including any tax liabilities) of any Limited Partner or adversely alter any of the rights or benefits (including entitlements to distributions or any other economic rights) of any Limited Partner.

**Section 13.03 Meetings and Voting.**

(a) Meetings of the Partners may be called by the General Partner for any purpose permitted by this Agreement or the Delaware Act at a time and place reasonably selected by the General Partner. Except as otherwise specified herein, the General Partner shall give all Limited Partners not less than 15 nor more than 60 days' notice of the purpose of such proposed meeting and any votes to be conducted at such meeting. Partners may participate in a meeting by telephone or similar communications by means of which all Persons participating in the meeting can hear and be heard. The General Partner shall call a meeting of the Partners for informational purposes at least once every Fiscal Year with at least 60 days' notice to discuss the Partnership's investment activities.

(b) The General Partner shall, where feasible, solicit required consents of the Limited Partners under this Agreement by written ballot with at least 15 days' notice or, if a written ballot is not feasible, at a meeting

31

SEC-RECEIVER-E-0001989

SEC-RECEIVER-E-0001958

held pursuant to Section 13.03(a).

# ARTICLE XIV
# MISCELLANEOUS

**Section 14.01  Severability.** Each provision of this Agreement shall be considered separable and if for any reason any provision or provisions herein are determined to be invalid, unenforceable, or illegal under any existing or future law in any jurisdiction, such invalidity, unenforceability, or illegality shall not impair the operation of or affect those portions of this Agreement which are valid, enforceable, and legal.

**Section 14.02  Governing Law.** All issues and questions concerning the application, construction, validity, interpretation, and enforcement of this Agreement shall be governed by and construed in accordance with the internal laws of the State of Delaware, without giving effect to any choice or conflict of law provision or rule (whether of the State of Delaware or any other jurisdiction) that would cause the application of laws of any jurisdiction other than those of the State of Delaware.

**Section 14.03  Submission to Jurisdiction.** The parties hereby agree that any suit, action, or proceeding seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby, whether sounding in contract, tort, or otherwise, shall be brought exclusively in the federal or state courts located in Miami Dade County, Florida, and that any cause of action arising out of this Agreement shall be deemed to have arisen from a transaction of business in the State of Florida. Each of the parties hereby irrevocably consents to the jurisdiction of such courts (and of the appropriate appellate courts therefrom) in any such suit, action, or proceeding and irrevocably waives, to the fullest extent permitted by law, any objection that it may now or hereafter have to the laying of the venue of any such suit, action, or proceeding in any such court or that any such suit, action, or proceeding which is brought in any such court has been brought in an inconvenient forum. Service of process, summons, notice, or other document by registered mail to the address set forth in the books and records of the Partnership shall be effective service of process for any suit, action, or other proceeding brought in any such court.

**Section 14.04  Successors and Assigns.** Subject to the restrictions on Transfers set forth herein, this Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, executors, administrators, successors, and assigns.

**Section 14.05  Waiver of Jury Trial.** Each party hereto hereby acknowledges and agrees that any controversy which may arise under this Agreement is likely to involve complicated and difficult issues and, therefore, each such party irrevocably and unconditionally waives any right it may have to a trial by jury in respect of any legal action arising out of or relating to this Agreement or the transactions contemplated hereby.

**Section 14.06  Waiver of Action for Partition.** Each of the parties hereto irrevocably waives during the term of the Partnership any right that it may have to maintain any action for partition with respect to any property of the Partnership.

**Section 14.07  Headings.** The headings in this Agreement are inserted for convenience or reference only and are in no way intended to describe, interpret, define, or limit the scope, extent, or intent of this Agreement or any provision of this Agreement.

**Section 14.08  Counterparts.** This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement. A signed copy of this Agreement delivered by facsimile, e-mail, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Agreement.

32

SEC-RECEIVER-E-0001990

SEC-RECEIVER-E-0001958

**Section 14.09 Notices.** All notices, requests, consents, claims, demands, waivers, and other communications hereunder shall be in writing and shall be deemed to have been given: (a) when delivered by hand (with written confirmation of receipt); (b) when received by the addressee if sent by a nationally recognized overnight courier (receipt requested); (c) on the date sent by facsimile or e-mail of a PDF document (with confirmation of transmission) if sent during normal business hours of the recipient, and on the next Business Day if sent after normal business hours of the recipient; or (d) on the third day after the date mailed, by certified or registered mail, return receipt requested, postage prepaid. All notices to the General Partner or the Partnership shall be sent to the following addresses:

| | |
|---|---|
| *If to the General Partner:* | BKCoin Management LLC<br>E-mail: trading@bkcoincapital.com<br>Attention: Manager |
| *with a copy to:* | Dzuba Law, P.A.<br>E-mail: peter@dzubalaw.com<br>Attention: Peter Dzuba, Esq. |
| *If to Partnership:* | BKCoin Multi-Strategy Fund LP<br>c/o BKCoin Management LLC<br>E-mail: trading@bkcoincapital.com<br>Attention: Manager |
| *with a copy to:* | Dzuba Law, P.A.<br>E-mail: peter@dzubalaw.com<br>Attention: Peter Dzuba, Esq. |

All notices addressed to a Limited Partner shall be addressed to such Partner at the address set forth on the books and records of the Partnership. Any Limited Partner may designate a new address by notice to that effect given to the Partnership.

**Section 14.10 Entire Agreement.** This Agreement (including any Schedules and Exhibits), the Subscription Agreements, the Private Placement Memorandum, and any other written agreements between the General Partner or the Partnership and the Limited Partners executed in connection with the subscription by the Limited Partners for the Interests (e.g. Side Letters), constitutes the sole and entire agreement of the parties to this Agreement.

**Section 14.11 No Third-Party Beneficiaries.** Except as expressly provided to the contrary in this Agreement (including, but not limited to, those provisions which are for the benefit of the Covered Persons), this Agreement is for the sole benefit of the parties hereto (and their respective heirs, executors, administrators, successors, and assigns) and nothing herein, express or implied, is intended to or shall confer upon any other Person any legal or equitable right, benefit, or remedy of any nature whatsoever under or by reason of this Agreement.

**Section 14.12 Counsel.** The General Partner, acting on behalf of the Partnership, has initially selected Dzuba Law, P.A. ("Partnership Counsel") as legal counsel to the General Partner when acting on behalf of the Partnership. Each Limited Partner acknowledges that Partnership Counsel does not represent any Limited Partner (in its capacity as such) and shall owe no duties directly to any Limited Partner (in its capacity as such)

33

SEC-RECEIVER-E-0001991

whether or not Partnership Counsel has in the past represented or is currently representing such Limited Partner with respect to other matters. Counsel to the Partnership may also be counsel to the General Partner and its Affiliates. The General Partner may execute on behalf of the Partnership and the Partners any consent to the representation of the General Partner when acting on behalf of the Partnership or the General Partner that counsel may request pursuant to the applicable rules of professional conduct in any jurisdiction. In the event any dispute or controversy (including litigation) arises between any Limited Partner and the General Partner when acting on behalf of the Partnership or itself, or between any Limited Partner or the General Partner when acting on behalf of the Partnership, on the one hand, and the General Partner (or an Affiliate of the General Partner) that Partnership Counsel represents, on the other hand, then each Limited Partner agrees that Partnership Counsel may represent either the General Partner when acting on behalf of the Partnership, or the General Partner (or its Affiliate), or both, in any such dispute or controversy to the extent permitted by the applicable rules of professional conduct in any jurisdiction, and each Limited Partner hereby consents to such representation.

**Section 14.13   Confidentiality.**

(a) Each Limited Partner shall maintain the confidentiality of (i) Non-Public Information (*as defined below*), (ii) any information subject to a confidentiality agreement binding upon the General Partner or the Partnership of which such Limited Partner has been provided written notice and (iii) the identity of other Limited Partners and their Affiliates so long as such information has not become otherwise publicly available unless, after reasonable notice to the Partnership by the Limited Partner, otherwise compelled by court order or other legal process or in response to other governmentally imposed reporting or disclosure obligations including, without limitation, any act regarding the freedom of information to which it may be subject; *provided*, that, for any *bona fide* business purpose reasonably related to its Interest in the Partnership, each Limited Partner may disclose "Non-Public Information" to its Affiliates, officers, employees, agents, professional consultants, and regulators upon notification to such Affiliates, officers, employees, agents, consultants, or regulators that such disclosure is made in confidence and shall be kept in confidence; *provided, further*, that each Limited Partner shall be liable for any subsequent disclosure of any such Non-Public Information disclosed by it to any such Person.

(b) As used in this Section 14.13, "Non-Public Information" means information regarding the Partnership, the General Partner, the Investment Manager, their respective Affiliates, any Portfolio Investment or potential investment, or any existing or potential counterparty of the Partnership or source of existing or potential Portfolio Investments received by such Limited Partner pursuant to this Agreement, but does not include information that was publicly known when received by such Limited Partner, subsequently becomes publicly known through no act or omission by such Limited Partner or is disclosed to such Limited Partner by a third party not known to such Limited Partner to be bound by any confidentiality obligation. The General Partner may not disclose the identities of the Limited Partners, except on a confidential basis to prospective and other Limited Partners in the Partnership, or to lenders, third-party partners, or other financial sources. In the event a Limited Partner receives a request for the disclosure of information under freedom of information acts or similar statutes that is Non-Public Information, the Limited Partner shall (i) promptly notify the Partnership and the General Partner of the existence, terms, and circumstances surrounding such request, (ii) consult with the Partnership and the General Partner regarding taking steps to resist or narrow such request, (iii) if disclosure of such information is required, furnish only such portion of such information as such Limited Partner is advised by counsel is legally required to be disclosed, and (iv) cooperate with the Partnership and the General Partner in their efforts to obtain an order or other reliable assurance that confidential treatment will be accorded to such portion of the information that is required to be disclosed. Notwithstanding any provision of the Agreement to the contrary, the General Partner may withhold disclosure of any Non-Public Information (other than this Agreement or tax reports) to any Limited Partner if the General Partner reasonably determines that the disclosure of such Non-Public Information to such Limited Partner may

34

SEC-RECEIVER-E-0001992

SEC-RECEIVER-E-0001958

result in the public disclosure of such Non-Public Information, and in such case the General Partner will use commercially reasonable efforts to make such information available to such Limited Partner through an alternate means; provided that such information will not thereby become subject to public disclosure.

The parties recognize and agree that any violation of this Section 14.13 by any Limited Partner, its officers, employees, consultants, agents, or other affiliates, if any, may cause irreparable harm to the Partnership for which monetary damages would be inadequate and that, in addition to such other remedies as may be available to the Partnership, including recovery of damages, the Partnership shall be entitled to seek and each Limited Partner hereby consents to specific enforcement of the provisions of this Section and/or injunctive relief. The parties hereto agree that irreparable damage would occur if the provisions of this Section are breached. Accordingly, it is agreed that the Partnership shall be entitled to seek an injunction or injunctions to prevent breaches of this Section and to enforce specifically the terms and provisions hereof in any court of the United States or of any state having jurisdiction, in addition to any other remedy to which the Partnership is entitled at law or in equity.

**Section 14.14  BHC Subject Persons.**  Notwithstanding any other provision of this Agreement to the contrary, with regards to any Limited Partner that is subject, directly or indirectly, to the provisions of Section 4 of the Bank Holding Company Act of 1956, as amended (the "BHCA") and the regulations of the Board of Governors of the Federal Reserve System promulgated thereunder (each such Limited Partner, a "BHCA Subject Person"):

(a) *Notice.* Any Limited Partner that is or becomes a BHCA Subject Person shall immediately inform the General Partner in writing that it is a BHCA Subject Person.

(b) *Nonvoting Interests.* Solely for purposes of any provision of this Agreement that confers voting rights on the Limited Partners and any other provisions hereof regarding consents of or action by the Limited Partners, any BHCA Subject Person that shall have given the Partnership an Election Notice (as defined below) and shall not thereafter have given the Partnership a Revocation Notice (as defined below), and that at any time has an ownership percentage (the "Ownership Percentage", calculated at any date by dividing such Partner's Capital Account balance at that date by the aggregate of all Partners' Capital Account balances at that date, except as described in this Section 14.14) in excess of four and nine-tenths percent of the aggregate Ownership Percentages of the Limited Partners entitled to participate in such voting or the giving of any consent or the taking of any action, shall be deemed to hold an Ownership Percentage of only four and nine-tenths percent of the aggregate Ownership Percentages of the Limited Partners (after giving effect to the limitations imposed by this Section 14.14 on all such Limited Partners), and such Ownership Percentage in excess of said four and nine-tenths percent shall be deemed held by the Limited Partners who are not BHCA Subject Persons, pro rata in proportion to their respective Ownership Percentages; provided that this limitation shall not prohibit a Limited Partner from voting or participating in giving or withholding consent or taking any action under any provision of the Agreement up to the full amount of its Ownership Percentage in situations where such Limited Partner's vote or consent or action is of the type customarily provided by statute or stock exchange rules with regard to matters that would significantly and adversely affect the rights or preference of the Limited Partnership Interest. The foregoing voting restriction shall continue to apply with respect to any assignee or other transferee of such BHCA Subject Person's Limited Partnership Interest; provided, however, that the foregoing voting restriction shall not continue to apply if the Limited Partnership Interest is transferred: (i) to the Partnership; (ii) to the public in an offering registered under the Securities Act; (iii) in a transaction pursuant to Rule 144 or Rule 144A under the Securities Act in which no person acquires more than two percent (2%) of the Partnership's outstanding Limited Partnership Interests; or (iv) in a single transaction to a third party who acquires at least a majority of the Partnership's outstanding Limited Partnership Interests without regard to the transfer of such Limited Partnership Interests.

35

SEC-RECEIVER-E-0001993

SEC-RECEIVER-E-0001958

(c) *Limited Right To Consent.* Except as specifically provided otherwise in this Agreement, a Limited Partner that is a BHCA Subject Person that shall have given the Partnership an Election Notice (as defined below) and shall not thereafter have given the Partnership a Revocation Notice (as defined below), shall not be entitled to exercise any rights to consent to actions to be taken with respect to the Partnership, including rights conferred by any applicable law. Such right to consent shall be deemed granted to the Limited Partners who are not BHCA Subject Persons, pro rata in proportion to their respective Ownership Percentages.

(d) *Election Notice and Revocation Notice.* A Limited Partner that is a BHCA Subject Person and that elects to be subject to this Section 14.14 (b) and (c) shall notify the Partnership thereof (an "Election Notice") and, upon the Partnership's receipt of such Election Notice, such Limited Partner shall be subject to this Section (b) and (c) until ninety (90) days after such Limited Partner notifies the Partnership that it elects no longer to be subject to this Section 14.14 (b) and (c) (a "Revocation Notice"), which ninety day period may be reduced by the Partnership.

(e) *Special Right of Withdrawal.* Promptly on receipt from any Limited Partner of a notice of intention to withdraw any portion of such Limited Partner's Capital Account pursuant to this Agreement and prior to consenting to any such withdrawal that requires the General Partner's consent or giving a notice of the General Partner's intention to redeem a Limited Partner's Interest in the Partnership pursuant to the provisions of this Agreement governing redemptions, if such withdrawal or redemption would result in a BHCA Subject Person having an Ownership Percentage in excess of twenty-four and nine-tenths percent, even if such BHCA Subject Person shall not have given the General Partner an Election Notice or, having given an Election Notice, shall thereafter have given a Revocation Notice, the General Partner shall so notify such BHCA Subject Person, which shall have the right to withdraw, at the time of the withdrawal or redemption giving rise thereto or as soon thereafter as is practical, so much of its Capital Account, after giving effect to any other withdrawals or redemptions (including withdrawals by other BHCA Subject Persons), as shall be required to reduce such BHCA Subject Person's Ownership Percentage to no more than twenty-four and nine-tenths percent. If any BHCA Subject Person has a right to withdraw a portion of its Capital Account under the preceding sentence but does not exercise that right, the General Partner may require such BHCA Subject Person to make a withdrawal to reduce such BHCA Subject Person's Ownership Percentage to no more than twenty-four and nine-tenths percent.

SEC-RECEIVER-E-0001994

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above by their respective officers thereunto duly authorized.

**THE FUND:**

BKCoin Multi-Strategy Fund LP

*By:* _Kevin Kang_

*Name:* Kevin Kang
*Title:* Manager of BKCoin Management LLC, General Partner of BKCoin Multi-Strategy Fund LP

**GENERAL PARTNER:**

BKCoin Management LLC

*By:* _Kevin Kang_

*Name:* Kevin Kang
*Title:* Manager, BKCoin Management LLC

**LIMITED PARTNERS:**

*By:* BKCoin Management LLC

*As Attorney-in-Fact*

*By:* _Kevin Kang_

*Name:* Kevin Kang
*Title:* Manager, BKCoin Management LLC

37

SEC-RECEIVER-E-0001958

**LIMITED PARTNERSHIP AGREEMENT**
**COUNTERPART SIGNATURE PAGE**

By its signature below, the undersigned hereby agrees that effective as of the date of its admission to the Partnership initialed above as a Limited Partner it shall (i) be bound by each and every term and provision of the Limited Partnership Agreement of such Partnership as the same may be duly amended from time to time in accordance with the provisions thereof; and (ii) become and be a party to said Limited Partnership Agreement of such Partnership.

*By:* _____

*Print Name:* _____

*Address:* _____

_____

*Title (if applicable):* _____

*Date:* _____

38

SEC-RECEIVER-E-0001996

# **<u>EXHIBIT C</u>**

| | |
|---|---|
| **From:** | Leanna Haakons |
| **To:** | ██████ |
| **Cc:** | Carlos Betancourt; ████████; Paul Magahis; Kevin Kang; BK Investor Relations; ██████████ |
| **Subject:** | Updated Docs |
| **Date:** | Monday, May 23, 2022 12:08:37 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | BKC 2-Pager - May 2022.pdf |
| | BKC multi strategy deck - May 2022.pdf |

Hi ██

I hope you had a nice weekend.

We've made some recent updates to our marketing materials to reflect our up-to-date net performance figures which I've updated in your data room, as well as attached here. I have re-shared data room access to you. ████████████████████. Please let me know if you'd like me to share access with any other members of your team.

If you have any questions please don't hesitate to reach out.

Many thanks,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Thu, May 12, 2022 at 11:16 AM Leanna Haakons <leanna@bkcoincapital.com> wrote:
Hi ██,

I hope you're well.

We had an update call with your team at ██████ last week and I believe you were on hold in completing your onshore and offshore onboarding with Nova. Please don't hesitate to reach out to our team if you have any further questions as you continue to complete the process.

Have a great day.

Kind regards,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Tue, May 3, 2022 at 12:08 PM Leanna Haakons <leanna@bkcoincapital.com> wrote:
Hi J██

Here you will find everything you need for offshore subscriptions to our BKCoin Multi-Strategy Fund. If you have any questions, please don't hesitate to reach out. As always, if you have any questions please don't hesitate to reach out.
https://app.novahq.com/start/transaction?entity=bkcmultistratoff&template=c2e3eea0-2324-40ff-921b-c6e57e25a797

Many thanks,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Tue. May 3, 2022 at 11:50 AM ███████████

Thanks Leanna. We're all set with the application for our U.S. entity. We would also like to apply with our Cayman entity, but I don't see an option within the portal to add another entity. Would it be possible to send me another link to have that setup?

Thanks.

███

**From:** Leanna Haakons <leanna@bkcoincapital.com>
**Sent:** Tuesday. May 3, 2022 11:17 AM
**To:** ███████████
**Cc:** Deeth. Geoffrey <Geoffrey.Deeth@statestreet.com>: Brown. Armita <armita.brown@statestreet.com>:
Carlos Betancourt <carlos@bkcoincapital.com>: ███████████: Paul
Magahis <paul@bkcoincapital.com>: Kevin Kang <kevin@bkcoincapital.com>: BK Investor Relations
<ir@bkcoincapital.com>: ████████████████████████
██████████████>
**Subject:** Re: Introducing ████████ and State Street

Hi ███.

████ from State Street was able to provide some further clarity to your questions. See below.

In addition. Carlos mentioned in his previous email that it would be ok to respond "no" to the questions you had on restricted person status.

Please let us know if you have any other questions while moving through Nova.

1.   Register of Managing Members:  We need to understand the Controlling Parties (individuals) of the Investor.  Often the LLC Agreement is provided. If the MM is another entity. an Authorized Signatory can work as long as it includes title and we can clearly connect back to Investing entity. Our funds are Limited Partnerships ("LP"), but I see there are several fields for this requirement. Am I OK to just attach the LP agreement for the both of these given I am unable to bypass this requirements within the portal?

[[Armita Brown]] Our policy asks that we identify/verify one controlling person, typically an individual. However when we have a regulated entity acting as a controlling party, we would consider that a natural stopping point.  So in this case, if the GP is a Regulated (e.g. SEC Registered Investment Manager, Regulated through FINRA, NFA, etc.) the LP Agreement will usually suffice and we can confirm the details we require independently.  Otherwise, we would look to obtain data points (name, address, DOB) for an Individual who has authority over the account (e.g. Sr. Manager/Signatory of the GP)

2.   As this is an Onshore Fund. we are required to Identify any Ultimate Beneficial Owner who directly/indirectly owns 25% or greater.  We do not need to Identify ALL beneficial owners.  Assuming no other high risk factors. we do not require any identification documentation for the UBO's. just minimum data points. ████████████████

████████████████████████████ | ███████████

████████ Where there are no Ultimate Beneficial Owners (i.e.) natural persons who directly/indirectly own 25% or greater of the Investing entity, a signed letter confirming this will suffice

Many thanks,

Leanna Haakons

Business Development & Investor Relations

On Fri. Apr 29, 2022 at 5:17 PM ███████████████████ wrote:

> Thanks Leanna – I'll circle back on this early next week. Please let me know when you receive feedback on the attached

> Regards,

> ██

> **From:** Leanna Haakons <leanna@bkcoincapital.com>
> **Sent:** Friday, April 29, 2022 3:49 PM
> **To:** ████████████████████
> **Cc:** Carlos Betancourt <carlos@bkcoincapital.com>; ██████████████ Paul Magahis <paul@bkcoincapital.com>; Kevin Kang <kevin@bkcoincapital.com>; BK Investor Relations <ir@bkcoincapital.com>;
> **Subject:** Introducing █████ and State Street

> Hi ███

> ████████ are our team at SS and ████ offered to discuss any questions with you directly to make sure you get all the information you need. He just sent the following, and I've added both of them to this email to facilitate planning a call for next week if you'd like.

> *"My apologies. I was unexpectedly away/offline for a few days. Thank you for following up.*

>> 1. *Apologies for any confusion. Our policy asks that we identify/verify one controlling person.*

*typically an individual. However when we have a regulated entity acting as a controlling party, we would consider that a natural stopping point. So in this case, if the GP is a Regulated (e.g. SEC Registered Investment Manager, Regulated through FINRA, NFA, etc.) the LP Agreement will usually suffice and we can confirm the details we require independently. Otherwise, we would look to obtain data points (name, address, DOB) for an Individual who has authority over the account (e.g. Sr. Manager/Signatory of the GP)*

2. *Where there are no Ultimate Beneficial Owners (i.e.) natural persons who directly/indirectly own 25% or greater of the Investing entity, a signed letter confirming this will suffice.*

*I hope this helps but let me know if any other questions. Happy to arrange a call for early next week to talk through our AML/KYC requirements with the team if you think that would be beneficial."*

I'll leave it to your teams to connect.

All the best,

Leanna

Leanna Haakons

Business Development & Investor Relations

On Fri, Apr 29, 2022 at 10:43 AM ███████████████████ wrote:

Thanks Leanna – appreciate the follow up. Have a great weekend if we don't connect

Regards,

███

**From:** Leanna Haakons <leanna@bkcoincapital.com>
**Sent:** Friday, April 29, 2022 10:41 AM
**To:** ████████████████
**Cc:** Carlos Betancourt <carlos@bkcoincapital.com>; ████████████████████████
Paul Magahis <paul@bkcoincapital.com>; Kevin Kang <kevin@bkcoincapital.com>; BK Investor
Relations <ir@bkcoincapital.com>; ███████████████████████████████
████████████
**Subject:** Re: Nova Onboarding Link

Hi ███

I wanted to let you know I've followed up with State Street's team again to confirm their position on

your comments in red. I will get back to you as soon as I hear so we can complete your onboarding.

Have a lovely weekend.

Kind regards,

Leanna

Leanna Haakons

Business Development & Investor Relations

On Wed, Apr 27, 2022 at 11:44 AM ███████████████ wrote:

Great! Please let me know what the feedback is from Statestreet on these two points:

1. What type of document do you need for "Register of Managing Members"? Would an authorized signers list be sufficient?
2. We're not comfortable in sharing these details. Is there anything in lieu that we can provide or can we bypass this request entirely?

Thank you,

███

**From:** Carlos Betancourt <carlos@bkcoincapital.com>
**Sent:** Wednesday, April 27, 2022 11:42 AM
**Cc:** Leanna Haakons <leanna@bkcoincapital.com>; ████████████████
Paul Magahis <paul@bkcoincapital.com>; Kevin Kang <kevin@bkcoincapital.com>; BK Investor
Relations <ir@bkcoincapital.com>; ██████████████████████████
**Subject:** Re: Nova Onboarding Link

███

I believe that should be ok!

Best,

-CB


On Wed. Apr 27. 2022 at 8:23 AM █████████████████ wrote:

Thanks Leanna. Also. with regards to the "Subscription Representations – Restricted Person
Status". the below questions are quite difficult to answer as we have a host of onshore and offshore
investors within our LP. Are we OK to default to "NO" on these?


Is the Subscriber or a person having a beneficial interest in the Subscriber, an
executive officer or director of a public company?

| | |
|---|---|
| | **No** |

Is the Subscriber or a person having a beneficial interest in the Subscriber, an
executive officer or director of a covered non-public company?

| | |
|---|---|
| | **No** |

Is the Subscriber or a person having a beneficial interest in the Subscriber, a
person materially supported by an executive officer or director of a public
company or a covered non-public company?

| | |
|---|---|
| | **No** |

Is the Subscriber or a person having a beneficial interest in the Subscriber, a
corporation, partnership, trust or other entity in which persons are described in
one of the three questions above (each, a "Rule 5131 Restricted Person") have a
beneficial interest?

| | |
|---|---|
| | **No** |


Thank you.

████


**From:** Leanna Haakons <leanna@bkcoincapital.com>
**Sent:** Monday. April 25. 2022 4:05 PM
**To:**
**Cc:** ████████████████████████   Carlos Betancourt

<carlos@bkcoincapital.com>; Paul Magahis <paul@bkcoincapital.com>; Kevin Kang
<kevin@bkcoincapital.com>; BK Investor Relations <ir@bkcoincapital.com>; ███████████

**Subject:** Re: Nova Onboarding Link

Hi J█████

Thanks for your email. I followed up with our State Street team again today and will have a response to you as soon as possible.

In the meantime, you can continue to complete the other sections of the Nova onboarding system by clicking into them within the menu. That way as soon as we have a solution from State Street we can complete the onboarding process.

Kind regards,

Leanna Haakons

Business Development & Investor Relations

On Mon, Apr 25, 2022 at 1:57 PM ███████████████████████ wrote:

Hi Leanna –

Apologies for the quick follow-up, but I am conscious of the 5/1 timeline. Can you please confirm at your earliest convenience

Thank you,

██████

**From:** Leanna Haakons <leanna@bkcoincapital.com>
**Sent:** Friday, April 22, 2022 9:49 AM
**To:** ████████████
**Cc:** ████████████████████████ ; Carlos Betancourt
<carlos@bkcoincapital.com>; Paul Magahis <paul@bkcoincapital.com>; Kevin Kang
<kevin@bkcoincapital.com>; BK Investor Relations <ir@bkcoincapital.com>; ███████████
████████████████████████████████████
**Subject:** Re: Nova Onboarding Link

Hi ▮

I've reached out to our team at State Street on this and will get back to you shortly.

Many thanks,

Leanna Haakons

Business Development & Investor Relations

On Thu, Apr 21, 2022 at 3:56 PM ▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Leanna –

I took a quick peek and have some feedback. Can you please confirm the following:

1. What type of document do you need for "Register of Managing Members"? Would an authorized signers list be sufficient?
2. We're not comfortable in sharing these details. Is there anything in lieu that we can provide or can we bypass this request entirely?



Register of Managing Members

Drag and drop here,
or click to browse

Required

Current and Official Identification Document for for all Partners

Drag and drop here,
or click to browse

Required

Thank you,

▮

**From:** ███████████████████████████
**Sent:** Thursday. April 21. 2022 2:58 PM
**To:** Leanna Haakons <leanna@bkcoincapital.com>
**Cc:** Carlos Betancourt <carlos@bkcoincapital.com>: Paul Magahis
<paul@bkcoincapital.com>: Kevin Kang <kevin@bkcoincapital.com>: BK Investor Relations
<ir@bkcoincapital.com>; ███████████████████████████
**Subject:** RE: Nova Onboarding Link

Hi Leanna.

Thanks so much. I'm looping in ████ from our team who will assist with completing any
AML/KYC requirements you may have for the 5/1 investment.

Thank you.

████████

**From:** Leanna Haakons <leanna@bkcoincapital.com>
**Sent:** Tuesday. April 19. 2022 1:59 PM
**To:** ████████
**Cc:** Carlos Betancourt <carlos@bkcoincapital.com>: Paul Magahis
<paul@bkcoincapital.com>: Kevin Kang <kevin@bkcoincapital.com>: BK Investor Relations
<ir@bkcoincapital.com>
**Subject:** Nova Onboarding Link

Hello ████████

Here you will find everything you need for onshore subscriptions to our BKCoin Multi-
Strategy Fund. If you have any questions. please don't hesitate to reach out.

https://app.novahq.com/start/transaction?entity=bkcmultistrat&template=326fb7e2-
f925-490b-bd92-17efdc1ed642 [app.novahq.com]

Kind regards.

Leanna

**Leanna Haakons**

Business Development & Investor Relations

**BKCoin Capital, LP**

38 E 37th Street Ste 11

New York, NY 10016

D (646) 968-0600

M (604) 626-2222

leanna@bkcoincapital.com

--

**Carlos I. Betancourt**

**Founding Principal**

**BKCoin Capital, LP**

1101 Brickell Ave. S-800

Miami, Florida 33131

+1(786) 623-4656

38 E 37th Street Ste. 11

New York, NY 10016

+1(646) 600-5182

bkcoincapital.com [bkcoincapital.com]

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemption | |
| Liquidity | | Custodian | |
| Minimum Investment | | Administration | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Year To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BKCoin Multi-Strategy Fund | 2022 | | 2.30 | 3.10 | 1.90 | | | | | | | | 5.86 | 505.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.75 | 9.50 | 8.03 | 1.20 | 83.79 |
| | 2020 | 13.48 | 0.14 | 3.45 | 7.31 | 2.96 | 1.00 | 2.51 | 1.65 | 0.51 | 1.44 | 8.66 | 9.43 | 293.01 |
| | 2019 | | 1.68 | 3.57 | 1.37 | 3.06 | 2.73 | 1.61 | 0.25 | 1.29 | 1.14 | 2.61 | 2.95 | 18.95 |
| | 2018 | | | | | | | | | | | | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 13.95 | | | | | 7.65 | 28.84 | | 40.15 | | | |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | | | | | | | 15.39 | |
| | 2020 | 43.76 | 1.81 | | 35.85 | 0.16 | | 39.48 | 11.21 | | 14.91 | 62.41 | 38.46 | 276.46 | *Nov 2018-Apr 2022 |
| | 2019 | | 15.54 | 5.92 | | 15.45 | 58.10 | 17.2 | | | 10.58 | | 7.08 | | |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | | | 3.71 | | 0.70 | 2.55 | 2.58 | 3.04 | | | 4.48 | | 587.5* |
| | 2021 | | 2.76 | 4.58 | 5.34 | | | | | | 7.01 | | | 28.71 |
| | 2020 | | | | 18.83 | 4.76 | 1.39 | 5.64 | 7.39 | | | 10.95 | 3.84 | 18.41 | *Nov 2018-Apr 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 31.5 |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs, giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm's core nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

## Firm Overview

| Founded | Employees | Assets | Markets | Strategy |
|---|---|---|---|---|
| 2018 | 14 | $150M | Cryptocurrencies | Multi-strategy |

**Quantitative Systematic Investing**

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

**Tight Risk Controls**

Our multi-tiered risk management system allows us to confidently and fully put investors' capital making our clients' emotional well being our number one priority.

**Trusted by Institutional Investors**

With more than over $150M in assets and our investment base is made up of ± 4 HFs, invested across UHNW investors, family offices and fund of funds.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the firm's CTO, Adriano Caloiaro.

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of institutional quality service providers to give allocators peace of mind. Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real-time alerts for new trade opportunities, including:

- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full service physical commodities brokerage and consulting firm. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University.



**Paul Magahis**
President

Paul has over 22 years of experience in the alternative investments industry. Prior to BKCoin Capital, Paul was the Head of Capital Strategy at Coinbase. Previously, he was a Managing Director and Global Co-Head of Capital Introduction at StoneX Group Inc.

Prior to that, he managed family office investments at Stifel. Paul was also an SVP and Head of Business Development in the Prime Services group at Lazard. Paul started his career as a buy-side analyst, investing across asset classes and strategies at hedge funds, including Merlin BioMed Group (healthcare fund), Paloma Partners/SBZ Partners (multi-strategy), and Merrill Lynch (Strategic Investment Group) within the firm's internal hedge fund. Paul earned his B.B.A. in Finance at Pace University.



**Kevin Kang, CFA**
Founding Principal

Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi-asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University.



**Mark Treinkman**
Head of Quantitative Trading

Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc, building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and it can be no assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation will be profitable, equal any corresponding indicated historical performance level or be suitable for your portfolio. Due to various factors, including changing market conditions, the use of leverage and different strategies or so-called shadow assets, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

# Table of Contents

Why BKCoin Capital ........................ 3

Firm Overview ........................ 4

Performance ........................ 5

Inflection Point in Institutional Crypto ........................ 6

Multi-Strategy Investment Process ........................ 9

Risk Management ........................ 12

Technology & Operations ........................ 14

Team ........................ 18

Terms ........................ 20

Appendix ........................ 21

BKCoin Multi-Strategy Fund



## Why BKCoin Capital



### Institutional Crypto Pioneer

From inception in 2018, it was BKCosin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

# Firm Overview

At the Forefront of Crypto Asset Management



| | Founded | Employees | AUM | Market | Strategy |
|---|---------|-----------|-----|--------|----------|
| | 2018 | 14 | $150M | Cryptocurrencies | Multi-strategy |

## BKCoin Capital Fund

**305.89%** Return

**95%** Winning Months

**0.21** Beta to Bitcoin

**3.29** Sharpe Ratio

### Quantitative Systematic Investing

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

### Tight Risk Controls

Our multi-tiered risk management system allows us to confidently deploy our investor's capital, making our client's emotional well being our number one priority.

### Trusted by Institutional Investors

We manage over $150M in assets and our investment base is made up of 14 LPs diversified across UHNW investors, family offices and funds of funds.

BKCoin Multi-Strategy Fund

# Performance



| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | YTD | Since Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BKCoin Multi-Strategy Fund | 2022 | 4.50 | 2.30 | 3.10 | 1.90 | | | | | | | | | 5.86 | 305.89 |
| BKCoin Digital Asset Fund ** | 2021 | 8.43 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 83.79 | |
| | 2020 | 13.18 | 0.14 | 3.43 | 7.31 | 2.36 | 1.00 | 2.31 | 1.03 | 0.31 | 1.44 | 8.66 | 9.90 | 63.33 | 283.01 |
| | 2019 | | 1.68 | 3.57 | 1.37 | 3.06 | 2.73 | 1.61 | 0.25 | 1.29 | 1.14 | 2.61 | 2.96 | 18.35 | |
| | 2018 | | | | | | | | | | | | 7.91 | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 13.93 | | | | | | | | | | | 642.64* |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | | 153.39 | |
| | 2020 | 40.26 | 1.81 | | 35.85 | 0.16 | | 39.48 | 11.21 | | 14.91 | 62.41 | 18.46 | 276.44 | *Nov 2018-Apr 2022 |
| | 2019 | | 15.54 | 5.92 | 13.41 | 58.10 | 17.2 | | | | 10.56 | | | 7.08 | |
| | 2018 | | | | | | | | | | | | | | |
| S&P 500 | 2022 | | 2.99 | 3.71 | | | | | | | | | | | 58.73* |
| | 2021 | | 2.76 | 4.38 | 5.34 | 0.70 | 2.33 | 2.38 | 3.04 | | 7.01 | | 4.48 | 28.71 | |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 18.41 | *Nov 2018-Apr 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 31.5 | |
| | 2018 | | | | | | | | | | | | | | |

** Track record for the legacy investment vehicle that employed a market neutral strategy, & returns have been rolled in to the Multi-Strategy Fund. Performance figures are not material or indicative of future performance.

## Inflection Point

The Entrance of Legacy Asset Managers



**The total market capitalization of cryptocurrency markets now stands at nearly $3T** and will continue to rapidly expand as half of traditional hedge funds are now considering allocating to digital assets.

The entrance of traditional asset managers will accelerate alpha decay **causing popular arbitrage opportunities to diminish.**

**Current quantitative funds have capacity constraints** and will not be able to handle the inflow of new institutional capital.

Institutional allocators have minimal options to deploy capital that provides low beta exposure to cryptocurrency markets.

BKCoin Multi Strategy Fund

6

# Inflection Point

Strategy Evolution Through the Years



**2020 – 2021**   **2022 – Future**

### Inter-Exchange, Triangular Currency Pair Arbitrage

BkCoin's initial flagship strategy capitalized on market infrastructure inefficiencies, delivering our clients consistent returns while eliminating currency fluctuation risk as well as exchange risk.

Pivoted once the first wave of HFTs entered the space

### Future-Spot, Option Vol Arbitrage

The growth of the cryptocurrency derivatives market allowed BkCoin to provide clients with a market neutral approach that would deliver investors consistent returns despite the market environment

This strategy will continue to be deployed in our multi-strategy portfolio, however we are seeing alpha decay within the strategy as institutions continue to adopt cryptocurrency assets.

### Multi-Strategy

The new inflow of institutional capital entering the space wants the upside benefits of being exposed to a new asset class, but does not want the volatility that comes along with its immaturity.

A multi-strategy approach allows us to deliver our institutional clients low beta returns without having to worry about capacity affecting our risk-adjusted returns

BkCoin Multi-Strategy Fund

7

## Inflection Point

The Future is Multi-Strategy, But Why?



BKCoin employs a rigorous systematic approach to multi-strategy investing
to exploit pricing dislocations and market inefficiencies within crypto.
The firm's multi-strategy approach provides the holy trinity of benefits to investors:

### Capacity

Quant funds deploying an individual strategy do not have the capacity to take on institutional capital.

A multi-strategy approach allows us to service institutions while enabling us to continue to provide low beta exposure to digital assets.

### Avoiding Alpha Decay

The fund's livelihood will no longer be predicated on just one strategy. Instead, by diversifying across a wide range of strategies, the fund will be able to minimize the impact of alpha decay on our investors' returns, while continually being able to navigate the rapidly changing cryptocurrency market.

### Diversification

A broad portfolio of strategies allows us to diversify risk across not just the strategy universe, but across different time frames, asset classes and products.

This allows our investors to be confident in our ability to deliver absolute returns despite the current market environment.

## Investment Process

### From Research to Production



The firm's quantitative research process continually analyzes over 30 different strategies by gathering as much relevant data as possible from exchanges and third-parties to backtest and stress test these strategies for ongoing viability and alpha generation.

The idea generation process begins with observing human biases and / or discovering market microstructure anomalies.

Our Head of Quant Trading, **Mark Treinkman** has made a 16 year career from successfully capitalizing on price inefficiencies caused by these events.

"Research is the lifeblood of our firm"
Carlos Betancourt, Founding Principal

BkCoin Multi-Strategy Fund

| Idea Generation | → | Quantitative Analysis | → | Strategy Development | → | Historical Simulation / Backtest |

| Live testing | → | Review | → | Full Tech Implementation | → | Scale Strategy (Capital) |

| Strategy Fully Deployed | → | Live Risk Monitoring / Strat Monitoring | → | Alpha Decay | → | Walk-forward optimize to adjust for changing market conditions |

9

## Portfolio Construction
### Strategy Implementation



Allocation between strategies is highly opportunistic, dynamic and based on quant signals the investment team analyzes on a daily basis. Similarly, there are tight risk controls, and the team employs a hedge fund trader's mentality of being disciplined around stop losses, quickly exiting trades that aren't working.

**Strategy Mix**

- Mean Reversion
- Momentum
- Relative Value
- Volatility Arbitrage
- Stat Arb
- Pattern Recognition
- Event Driven

**Strategy Classification**

- Strategy Turnover
- Asset Universe
- Instrument Universe
- Risk Return Profile
- Return Distribution

**Risk Management Process**

- Quantifying Current Risks
- Simulating Future Risks

Rebalance

**Allocation**

Bk Coin Multi Strategy Fund

10

# Investment Universe



BKCoin Digital Asset Fund utilizes proprietary analysis to identify statistical arbitrage opportunities and exploit market dislocations and inefficiencies within the digital asset universe through digital asset spot markets, digital asset futures, digital asset options, digital asset lending facilities and other relevant derivative products within the digital asset space.

Our short arbitrage strategies transact in spot pairs and corresponding derivatives when price deviations between them exceed rigorously tested thresholds as defined by our proprietary models.



| Spot / Cash Market | → | Top 100 cryptocurrencies by market capitalization | → | Active on +30 cryptocurrency exchanges |
| Derivatives | → | Options and futures on the top 50 cryptocurrencies by market capitalization | → | Partnerships with 60+ liquidity providers, OTC counterparties and broker dealers |
| Other Asset Classes | → | Cash Equities / Options on cash equities | → | Interactive Brokers |

We have close-knit relationships with several of the largest exchanges and liquidity providers in crypto allowing us to access deep liquidity at premium discounts across the spectrum of financial instruments

# Risk Management



Before entering a trade, we evaluate the current and forecasted liquidity of the market and target assets, portfolio PnL, profit targets, counterparty risk and the current volatility regime of the market and asset being traded in order to determine whether the expected return of the investment is worth the assumed risk.

We identify the risk neutral position for the currency, design a hedging program to reach that exposure, and actively manage around that exposure



Quantify Risk

| Concentration | Market |
| Liquidity | Frequent Trading |
| Operational | Margin |
| Basis | Counterparty |

Simulate Future Risk on Portfolio

**Regime Shifts**

Price Shocks

Live Risk Monitoring

Bkr'sin Multi-Strategy Fund

12

# Risk Notification System
## Live Trading





| Event | Triggers | Notification System (Three Tiered) | |
|---|---|---|---|
| Connection errors | HTTP/s error, exchange updates | Real-time Risk Dashboard | Real-time Telegram updates (each event has its own channel) |
| Risk limits hit | Drawdown thresholds | | Email sent to all team members (during/after working hours) |
| Price level breach | Direction and rate of change of price move | | Human Oversight (anticipate before/during event occurrence) |
| | | Communicate event with team | |
| | | Deploy resources to resolve event | |
| | | Communicate resolution with rest of team | |

The risk notification system provides three backstops in an unlikely event one of our systems temporarily shuts down.

## Technology & Operations Overview



From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures **the highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the **firm's CTO, Adriano Caloiaro.**

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the **first funds to use State Street for outsourced fund administration.**

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** - most only have Cayman opinions

BKCoin has a **dedicated server monitoring market conditions 24/7** with real time alerts for new trade opportunities, including:

- Unusually large contango in the futures markets
- Options arbitrage
- Extreme funding rates across multiple exchanges
- Automated execution of options combo trades taking the best price from public markets, OTC desks and liquidity networks

# Operational Process Flow Architecture



The firm's tech stack integrates the OMS/EMS, risk system, PMS, back-office and data analytics into one streamlined process for enhanced operational efficiency. This is an integral part of our strategy as it allows BKCoin to prioritize delivering consistent risk-adjusted returns for our clients.



## Key Features

- Mainbloq and proprietary systems are used for our OMS / EMS providers. Allowing us to plug into 50+ exchanges and acquire the **best pricing for execution**.

- Our custody process entails the most **cutting edge security model** utilizing Gemini and Standard Custody (all private keys must be present to re-allocate funds).

- Our risk management system provides real time **feedback** to enhance our decision making process.

BKCoin Multi-Strategy Fund

15

# Tech Overview
## Security Deep Dive



## Custody

As we further enhance our tech stack, we look forward to more efficient strategy development and real-time analysis of our strategies.

This will help us move at a rapid pace throughout the strategy development life cycle.

## Tech

Within the last twelve months, we have made incredible progress towards our long term goal of streamlining our strategy development process. In other words, taking proof-of-concept strategy ideas and transforming them into profitable trading systems. Within the next twelve months, our intention is to continue to make this process as painless as possible by facilitating rapid testing, analysis and deployment so we can continue to focus on idea generation and research.

Key steps taken include:

- Dedicated server monitoring market conditions 24/7.

- Real time alerts for new trade opportunities, including:

  - Unusually large contango in the futures markets.

  - Options arbitrage.

  - Extreme funding rates across multiple exchanges.

  - Automated execution of options combo trades, taking the best price from public markets, OTC desks and liquidity networks.

- Internal process for automatically evaluating the efficacy of new backtested strategies.

- Internal process for automatically generating daily research newsletters.

# The Future of BKCoin Capital Technology



| Fall 2022 | Spring 2023 | |
|---|---|---|

## Fully Automate Hedging Mechanism

Implement automatic hedging software to instantaneously hedge an on-chain position when an event is triggered.

## AI Market Filter Regime

Probabilistic AI software to identify market regimes.

## Robo Cash Management System

Daily lending / borrowing software that identifies and allocates to the highest yielding assets across all major L1 Blockchains.

# Team
## Management





### Carlos I. Betancourt
Founding Principal

Carlos oversees the firm's daily operations, including legal and compliance. [text illegible] Prior to founding BkCoin Capital, Carlos was the Founder and Managing Director of [text illegible] Commodities, a full service physical commodities brokerage and consulting firm that offered financing services to small and medium-sized companies operating in the energy, mining and natural resources sectors in North America and Latin America.

[text illegible] His prior work experience includes working at AMG Group as a Commodities Manager at TM Asset Management, an Equity Analyst and The Newport Group as a Business Analyst. Carlos is actively involved in helping current students from his alma mater's prestigious Roland George Investment Program develop skills to become successful professionals. As a former Division I student-athlete, Carlos is an active sports fan and participates in several sports leagues in NYC. Carlos earned his BA in Finance and MBA with a concentration in Finance from Stetson University. He is fluent in English, Spanish, and is a [text illegible]



### Kevin Kang, CFA
Founding Principal

Kevin shares the daily management and trading responsibilities for the Fund. Prior to founding BkCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in risk-based portfolios specializing in liquid credit and fixed income. His previous experience includes being Associate Portfolio Manager at Ariana Bancshares. In NYC. During his tenure at Ariana [text illegible] the short keys consolidated with multiple portfolio managers managing the largest US equities product by AUM.

Additionally, he quickly built, implemented investment decisions and efficiently oversaw the firm's best positioning of $3.6 billion portfolio. Kevin is a CFA Charterholder and is earning his BA in Economics from Stetson University. He is fluent in English and Korean.

# Team
## Management





### Paul Magahis
Present

Paul is the President of BKCoin Capital, LP. He oversees corporate strategy, development, operations and is a member of the investment committee.



### Mark Treinkman
Head of Quantitative Trading

# Team

## Management





### Kevin Valentine
*Venture Partner*

Kevin Valentine is a venture investor and entrepreneur with 23 years of experience in capital markets and venture capital. His career began at Missouri Growth Service in the Financial Institution and Sovereign Risk Group and Head to a role as Director of Risk Management.

Prior to that, Mr. Valentine managed a venture capital at Bank Group Venue and Bank. Mr. Valentine collaborates with academic institutions such as the University of Oxford and MIT as well as the Department of Defense and DEPA, commercializing emerging technologies across several different sectors such as cognitive computing, cybersecurity, the blockchain and digital health. Prior to joining BK, Joins was the Managing Partner at Auro Ventures, where he focused on venture and angel investments in crypto positions. Mr. Valentine brings a deep understanding of asset pricing, DeFi and Web3 protocols. Mr. Valentine graduated from Morehouse College with a BA in Business Administration and with a concentration in finance.



### Adriano Caloiaro
*Chief Technology Officer*

Adriano builds and maintains BKCoin's computation and strategy execution platform, while also setting out and implementing the vision for the future of the firm's technology stack.

An experienced software professional and builds BKCoin from the ground up. Adriano has started and brought under startable and custom software. Adriano spent over five years at TubeMouse Software, as the primary software systems and taking a critical software company executive. Prior to that, Adriano was a technical and software engineer at Myatta Software, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and a Masters Administration from Ashland University.

# Terms



| | BKCoin Multi-Strategy Fund |
|---|---|
| Domicile | Delaware, British Virgin Islands |
| Eligibility | Qualified Purchaser |
| Minimum Investment | $100,000 |
| Management Fee | 2% |
| Performance Fee | 20% |
| Subscriptions | Monthly |
| Redemptions | Monthly, 24 days notice |
| Custodian | Standard Custody, Gemini |
| Administrator | State Street |
| Auditor | KPMG |
| US Counsel | Dzidra Law |
| BVI Counsel | Harneys |

# Appendix

## Historical Track Record

| Strategy | Annual Return | Monthly Sharpe | Beta to BTC Monthly | Winning Months (%) | Max Drawdown (%) |
|---|---|---|---|---|---|



BkCoin Multi-Strategy Fund



## $150M

Assets
Under Management

## 12

Managers
on the Investment
Team

## 27%

At Capacity

# Appendix

## Organizational chart

- BKCoin Management LLC (GP)
- BKCoin Multi-Strategy Master Fund Ltd
- BKCoin Opportunistic DeFi Fund LP (Domestic)
- BK Offshore Fund Ltd. (Offshore - BVI)
- BKCoin Venture Fund I, LP



# Appendix
## Advisory Board



### Vittorio Fratta, CFA
Advisor

- Years of investment experience
- Chief Investment Officer at Orbis Asset Management
- Former Portfolio Manager at BlackRock Management Firm

### Peter Heise
Advisor

- 17 years of investment experience
- Former Portfolio Manager at SLB Energy Office
- Former Director of Trading at HM Asset Management
- Former Trader at Merrill Lynch

### Justin Simmons
Advisor

- 16 years of investment experience
- Former Director of Orion HLT Hedge Fund
- Former Managing Director at BlackRock
- Former Trader at JP Morgan

**HQ**

BKCoin Capital, LP
1101 Brickell Ave. S-800
Miami, Florida 33131
+1(786) 623-4656

**New York**

38 E 37th Street St. 11
New York, NY 10016
+1(646) 600-5192



**BKCoin Capital**

bkcoincapital.com

# **<u>EXHIBIT D</u>**

| | |
|---|---|
| **From:** | Leanna Haakons |
| **To:** | ██████████████████████ |
| **Cc:** | BK Investor Relations; Carlos Betancourt; Kevin Kang; Paul Magahis |
| **Subject:** | Updates from BKCoin |
| **Date:** | Tuesday, May 24, 2022 1:37:45 PM |
| **Attachments:** | BKC 2-Pager - May 2022.pdf |
| | BKC multi_strategy_deck - May 2022.pdf |

Hi ████████████

Following up with your team on your progress with Nova onboarding. Please let me know if you have any questions while completing.

I also wanted to let you know I've attached here our updated marketing documents to reflect our 2022 monthly performance and have added these to your data room which I re-shared with the three of you today.

In addition, I've included below our company letter which went out to investors two weeks ago to give you some color on BKCoin's current position and reassurance during market volatility.

As always, please reach out with any questions or comments.

All the best,
Leanna
---------- Forwarded message ---------
From: **BK Investor Relations** <ir@bkcoincapital.com>
Date: Thu, May 12, 2022 at 1:24 PM
Subject: Market Update: Terra (LUNA) & UST
To:


Dear Investors,


As there continues to be a high level of volatility and pressure in the cryptocurrency market this week, we wanted to provide an update from our investment management team at BKCoin.


**To confirm, our firm and our investment vehicles have never had any exposure to Terra (LUNA), and/or UST.** We continue to be in close contact with all of our counterparties and will always promptly communicate any changes we see which would affect your investment positions.


Though being active managers in the cryptocurrency ecosystem is not without its risks, our team continues to mitigate all risk measures through diligent 24/7 monitoring, team communications, and our extensive due diligence processes.

Currently, our up-to-date monthly performance estimates are as follows: 1.2% Dec, -1.5% Jan, 2.3% Feb, 3.1% March, 1.9% April, and YTD 5.86%. Our portfolio is down 3.1% MTD thus far as some of our options trades were exposed to the negative convexity this month. Our team has done a tremendous job on deep diving into LUNA and UST and we therefore decided internally not to include UST in our book. Though we were fortunate to have no exposure to this saga, our team will continue to work hard to assess any risks moving forward as this is still a nascent asset class.

We will continue to communicate any material updates to our investors and community as appropriate. If you have any questions in connection, please do not hesitate to reach out to our team.

Thank you for being a partner with BKCoin Capital.

Sincerely,

--

**Investor Relations Team**

**BKCoin Capital, LP**
1101 Brickell Ave S-800
Miami, Florida 33131
+1(786) 623-4656

38 E 37th Street Ste 11
New York, NY 10016
+1(646) 600-5182
ir@bkcoincapital.com
**Leanna Haakons**
Business Development & Investor Relations

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (604) 626-2222
leanna@bkcoincapital.com

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum investment | | Administration | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD / Since Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | | 2.30 | 3.10 | 1.90 | | | | | | | | 5.86 | 305.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 85.79 |
| | 2020 | 15.18 | 0.14 | 5.45 | 7.54 | 2.56 | 1.00 | 2.51 | 1.05 | 0.51 | 1.44 | 8.66 | | 65.53 |
| | 2019 | | 1.68 | 3.57 | 1.47 | 4.36 | 2.73 | 1.63 | 0.25 | 1.29 | 1.14 | 2.61 | 2.96 | 18.35 |
| | 2018 | | | | | | | | | | | | 7.91 | 285.04 |
| Bloomberg Galaxy Crypto Index | 2022 | -27.44 | 3.99 | 13.93 | -14.96 | | | 7.65 | 28.84 | | 40.15 | | -26.09 | |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | | | | | | | 15.59 | 155.59 |
| | 2020 | 40.26 | 1.81 | -25.85 | | 2.76 | 5/2 | | | | 14.31 | 62.41 | 38.46 | 276.44 |
| | 2019 | | 15.54 | 5.82 | 18.40 | | | | | | 10.56 | | | 7.08 |
| | 2018 | | | | | | | | | | | | | Dec 2018 - Apr 2022 |
| S&P 500 | 2022 | -5.17 | -2.95 | 3.71 | -8.72 | | | | | | | | -12.92 | 58.75 |
| | 2021 | | | 2.76 | 4.58 | 0.70 | 2.33 | 2.38 | 3.04 | | 7.01 | | 4.48 | 28.71 |
| | 2020 | | | | 12.82 | 4.76 | 1.99 | 5.64 | 7.19 | 18.85 | 10.75 | | | 18.41 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.84 | 3.02 | 31.5 |
| | 2018 | | | | | | | | | | | | | Nov 2018 - Apr 2022 |

## Why BKCoin Capital

**Institutional Crypto Pioneer**

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

**Proven Alpha Generation**

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

**In-house Quant Expertise**

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function.

**Institutional Infrastructure**

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

**Independent**

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is mine-nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

## Firm Overview

| Founded | Employees | Assets | Markets | Strategy |
|---|---|---|---|---|
| 2018 | 14 | $150M | Cryptocurrencies | Multi-strategy |

**Quantitative Systematic Investing**

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

**Tight Risk Controls**

Our multi-tiered risk management system allows us to confidently employ our clients' capital making our clients' emotional well being our number one priority.

**Trusted by Institutional Investors**

We manage over $150M in assets and our investment base is made up of 141 Pinstitutioned across UHNW investors, family offices and type of funds.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BkCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the **firm's CTO, Adriano Caloiaro.**

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real-time alerts for new trade opportunities, including:

- unusually large contagion in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service physical commodities brokerage and consulting firm. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University.



**Paul Magahis**
President

Paul has over 22 years of experience in the alternative investments industry. Prior to BKCoin Capital, Paul was the Head of Capital Strategy at Coinbase. Previously, he was a Managing Director and Global Co-Head of Capital Introduction at StoneX Group Inc.

Prior to that, he managed family office investments at Stife. Paul was also an SVP and Head of Business Development in the Prime Services group at Lazard. Paul started his career as a buy-side analyst, investing across asset classes and strategies at hedge funds including: Merlin BioMed Group (healthcare fund), Paloma Partners/SBZ Partners (multi-strategy), and Merrill Lynch (Strategic Investment Group) within the firm's internal hedge fund. Paul earned his B.B.A in Finance at Pace University.



**Kevin Kang, CFA**
Founding Principal

Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University.



**Mark Treinkman**
Head of Quantitative Trading

Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be no assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including changing market conditions, the use of leverage and different strategies in allocated shared assets, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

# Table of Contents

Why BKCoin Capital                                    3

Firm Overview                                         4

Performance                                           5

Inflection Point in Institutional Crypto             6

Multi-Strategy Investment Process                    9

Risk Management                                      12

Technology & Operations                             14

Team                                                18

Terms                                               20

Appendix                                            21

BKCoin Multi-Strategy Fund



# Why BKCoin Capital



## Institutional Crypto Pioneer

From inception in 2018, it was BKCosin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

## Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe

## In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function

## Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

## Independent

BkCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

**Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.**

# Firm Overview

At the Forefront of Crypto Asset Management





| | Founded | Employees | Assets | Market | Strategy |
|---|---|---|---|---|---|
| | 2018 | 14 | $150M | Cryptocurrencies | Multi-strategy |

## BKCoin Capital Fund

**305.89%**
Return

**95%**
Winning Months

**0.21**
Beta to Bitcoin

**3.29**
Sharpe Ratio

### Quantitative Systematic Investing

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

### Tight Risk Controls

Our multi-tiered risk management system allows us to confidently deploy our investor's capital, making our clients' emotional well being our number one priority.

### Trusted by Institutional Investors

We manage over $150M in assets and our investment base is made up of 14 LPs, diversified across UHNW investors, family offices and funds of funds.

BKCoin Multi-Strategy Fund

4

# Performance



| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD | Since Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BKCoin Multi-Strategy Fund | 2022 | 1.50 | 2.30 | 3.10 | 1.90 | | | | | | | | | 5.86 | 305.89 |
| BKCoin Digital Asset Fund ** | 2021 | 8.43 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 83.79 | 283.01 |
| | 2020 | 13.18 | 0.14 | 3.43 | 7.31 | 2.36 | 1.00 | 2.31 | 1.03 | 0.31 | 1.44 | 8.66 | 9.90 | 63.33 | |
| | 2019 | | 1.68 | 3.57 | 1.37 | 3.06 | 2.73 | 1.61 | 0.25 | 1.29 | 1.14 | 2.61 | 2.96 | 18.35 | |
| | 2018 | | | | | | | | | | | | 7.91 | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | 23.30 | 3.99 | 13.93 | 32.88 | | | | | | | | | 53.39 | 642.64* |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | | 153.39 | *Nov 2018- Apr 2022 |
| | 2020 | 40.26 | 1.81 | | 35.85 | 0.16 | | 39.48 | 11.21 | | 14.91 | 62.41 | 18.46 | 276.44 | |
| | 2019 | | 15.54 | 5.92 | 13.41 | 58.10 | 17.2 | | | | 10.56 | | | 7.08 | |
| | 2018 | | | | | | | | | | | | | | |
| S&P 500 | 2022 | 5.17 | 2.99 | 3.71 | 8.72 | | | | | | | | | 12.92 | 58.73* |
| | 2021 | | 2.76 | 4.38 | 5.34 | 0.70 | 2.33 | 2.38 | 3.04 | | 7.01 | | 4.48 | 28.71 | *Nov 2018- Apr 2022 |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 18.41 | |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.95 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 31.5 | |

** Track record for this legacy investment vehicle in which played a market-neutral strategy. All investors have been moved to the Multi-Strategy Fund. Performance figures are estimated and are not indicative of future performance.

## Inflection Point

The Entrance of Legacy Asset Managers



**The total market capitalization of cryptocurrency markets now stands at nearly $3T** and will continue to rapidly expand as half of traditional hedge funds are now considering allocating to digital assets.

The entrance of traditional asset managers will accelerate alpha decay **causing popular arbitrage opportunities to diminish.**

**Current quantitative funds have capacity constraints** and will not be able to handle the inflow of new institutional capital.

Institutional allocators have **minimal options to deploy capital that provides low beta exposure** to cryptocurrency markets.

# Inflection Point

Strategy Evolution Through the Years



| 2020 – 2021 | 2022 – Future |

### Inter-Exchange, Triangular Currency Pair Arbitrage

BkCoin's initial flagship strategy capitalized on market infrastructure inefficiencies, delivering our clients consistent returns while eliminating currency fluctuation risk as well as exchange risk.

BkCoin was one the first wave of HFTs entered the space.

### Future-Spot, Option Vol Arbitrage

The growth of the cryptocurrency derivatives market allowed BkCoin to provide clients with a market neutral approach that would deliver investors consistent returns regardless the market environment.

This strategy will continue to be deployed in our multi-strategy portfolio, however we are seeing alpha decay within the strategy as institutions continue to adopt cryptocurrency assets.

### Multi-Strategy

The new inflow of institutional capital entering the space wants the upside benefits of being exposed to a new asset class, but does not want the volatility that comes along with it's immaturity.

A multi-strategy approach allows us to deliver our institutional clients key beta returns without having to worry about volatility affecting our risk adjusted returns.

BkCoin Multi-Strategy Fund

7

## Inflection Point

The Future is Multi-Strategy. But Why?

BKCoin employs a rigorous systematic approach to multi-strategy investing
to exploit pricing dislocations and market inefficiencies within crypto.
The firm's multi-strategy approach provides the holy trinity of benefits to investors:



### Capacity

Quant funds deploying an individual
strategy do not have the capacity to
take on institutional capital.

A multi-strategy approach allows us
to service institutions while enabling
us to continue to provide low beta
exposure to digital assets.

### Avoiding Alpha Decay

The fund's livelihood will no longer be
predicated on just one strategy.
Instead, by diversifying across a wide
range of strategies, the fund will be
able to minimize the impact of alpha
decay on our investors' returns, while
continually being able to navigate the
rapidly changing cryptocurrency
market.

### Diversification

A broad portfolio of strategies allows us
to diversify risk across not just the
strategy universe, but across different
time frames, asset classes and products.

This allows our investors to be confident
in our ability to deliver absolute returns
despite the current market environment.

## Investment Process

From Research to Production



The firm's quantitative research process continually analyzes over 30 different strategies by gathering as much relevant data as possible from exchanges and third-parties to backtest and stress test these strategies for ongoing viability and alpha generation.

The idea generation process begins with observing human biases and , or discovering market microstructure anomalies.

Our Heart of Quant Trading
**Mark Treinkman** has made a 16 year career from successfully capitalizing on price inefficiencies caused by these events.

"Research is the lifeblood of our firm"
Carlos Betancourt, Founding Principal



BKCoin Multi-Strategy Fund

# Portfolio Construction
## Strategy Implementation



Allocation between strategies is highly opportunistic, dynamic and based on quant signals the investment team analyzes on a daily basis. Similarly, there are tight risk controls, and the team employs a hedge fund trader's mentality of being disciplined around stop losses, quickly exiting trades that aren't working.

**Strategy Mix**

Mean Reversion
Momentum
Relative Value
Volatility Arbitrage
Stat Arb
Pattern Recognition
Event Driven

**Strategy Classification**

Strategy Turnover
Asset Universe
Instrument Universe
Risk Return Profile
Return Distribution

**Risk Management Process**

Quantifying Current Risks
Simulating Future Risks

Rebalance

**Allocation**

BkCoin Multi Strategy Fund

10

# Investment Universe



BKCoin Digital Asset Fund utilizes proprietary analysis to identify statistical arbitrage opportunities and exploit market dislocations and inefficiencies within the digital asset universe through digital asset spot markets, digital asset futures, digital asset options, digital asset lending facilities and other relevant derivative products within the digital asset space.

Our quant arbitrage strategies transact in spot pairs and corresponding derivatives when price deviations between them exceed rigorously tested thresholds as defined by our proprietary models.



We have close-knit relationships with several of the largest exchanges and liquidity providers in crypto allowing us to access deep liquidity at premium discounts across the spectrum of financial instruments

## Risk Management



Before entering a trade, we evaluate the current and forecasted liquidity of the market and target assets, portfolio PnL, profit targets, counterparty risk and the current volatility regime of the market and asset being traded in order to determine whether the expected return of the investment is worth the assumed risk.

We identify the risk neutral position for the currency, design a hedging program to reach that exposure, and actively manage around that exposure.



BK Coin Multi Strategy Fund

12

# Risk Notification System

## Live Trading

**Event**
- Connection errors → HTTP/s error, exchange updates
- Risk limits hit → Drawdown thresholds
- Price level breach → Direction and rate of change of price move

**Triggers**
- HTTP/s error, exchange updates
- Drawdown thresholds
- Direction and rate of change of price move

→ **Notification System (Three Tiered)**

| Real-time Risk Dashboard | Real-time Telegram updates (each event has its own channel) |
|---|---|
| | Email sent to all team members (during/after working hours) |
| | Human Oversight (anticipate before/during event occurrence) |

- Communicate event with team
- Deploy resources to resolve event
- Communicate resolution with rest of team

The risk notification system provides three backstops in an unlikely event one of our systems temporarily shuts down.

## Technology & Operations Overview



From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures **the highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in house by the **firm's CTO, Adriano Caloiaro.**

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the **first funds to use State Street for outsourced fund administration**

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real time alerts for next trade opportunities, including:

- Unusually large contango in the futures markets
- Options arbitrage
- Extreme funding rates across multiple exchanges
- Automated execution of options contract trades taking the best price from public market, OTC desks and liquidity network).

BKCoin Multi Strategy Fund

# Operational Process Flow Architecture



The firm's tech stack integrates the OMS/EMS, risk system, PMS, back-office and data analytics into one streamlined process for enhanced operational efficiency. This is an integral part of our strategy as it allows BKCoin to prioritize delivering consistent risk-adjusted returns for our clients.



## Key Features

- Mainbloq and proprietary systems are used for our OMS / EMS providers. Allowing us to plug into 30+ exchanges and acquire the **best pricing for execution**

- Our custody process entails the most **cutting edge security model** utilizing Gemini and Standard Custody (all private keys must be present to re-allocate funds).

- Our risk management system provides **real time feedback** to enhance our decision making process.

BKCoin Multi-Strategy Fund

15

# Tech Overview
Security Deep Dive



## Custody

As we further enhance our tech stack, we look forward to more efficient strategy development and real-time analysis of our strategies.

This will help us move at a rapid pace throughout the strategy development life cycle.

## Tech

Within the last twelve months, we have made incredible progress towards our long term goal of streamlining our strategy development process. In other words, taking proof-of-concept strategy ideas and transforming them into profitable trading systems. Within the next twelve months, our intention is to continue to make this process as painless as possible by facilitating rapid testing, analysis and deployment so we can continue to focus on idea generation and research.

Key steps taken include:

- Dedicated server monitoring market conditions 24/7

- Real time alerts for new trade opportunities, including:

  - Unusually large contango in the futures markets.

  - Options arbitrage.

  - Extreme funding rates across multiple exchanges

  - Automated execution of options combo trades, taking the best price from public markets, OTC desks and liquidity networks.

- Internal process for automatically evaluating the efficacy of new backtested strategies.

- Internal process for automatically generating daily research newsletters.

# The Future of BKCoin Capital Technology



**Fall 2022**                                    **Spring 2023**

### Fully Automate Hedging Mechanism

Implement automatic hedging software to instantaneously hedge an on-chain position when an event is triggered.

### AI Market Filter Regime

Probabilistic AI software to identify market regimes.

### Robo Cash Management System

Daily lending / borrowing software that identifies and allocates to the highest yielding assets across all major DeFi Blockchains

# Team
## Management



### Carlos I. Betancourt
Founding Principal

Carlos oversees the firm's daily operations, including legal and compliance. He also manages the BK Ecosystem. In the [...] the Founder and Managing Director [...] Founder and Managing Director [...] a full service phone commodity brokerage and consulting firm that manages a long portfolio of financial instruments futures for clients operating, marketing, mining or trading resources from North America and LATAM.

Prior to BK Betancourt included working at BNP [...] and others Hedge Managers for Asset Management as an Equity Analyst and [...] active involvement [...] students from a graduate school as a Roland George Investment Program developed skills to become part of [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] [...] fluent in English Spanish and Portuguese.



### Kevin Kang, CFA
Founding Principal

Kevin shares the daily management and trading responsibilities for the Fund. [...] [...] [...] [...] Kevin's approach [...] a manager development of Amalgamated Bank, managing [...] part of a [...] years of experience. He used various Accounts and Portfolio Managers of Asset Benefits [...] fund trading in derivatives and equities in the other asset class and the role in the common management on managing the best [...] product by ACP.

Additionally, he successfully implemented in [...] [...] decisions and property over as this firm, also concerning a [...] part of an [...] [...] [...] [...] an earlier a dream earn a BA in Finance from Graduate University [...] [...] [...] [...] [...] [...]

# Team

## Management





### Paul Magahis
Presid[en]t

Paul is the President of BkCoin Capital, LP. He oversees, corporate strategy, development, operations and is a member of the investment committee. He has over 22 years of experience in the alternative investment industry. Prior to BkCoin Capital, Paul was the Head of Capital Strategy at [illegible]. He and his Team developed capital building relationships with institutional allocators such as family offices, pensions, sovereign wealth funds and various fund-of-funds groups. Previously, he was a Managing Director and Global Co-Head of the Introduction Service Group of [illegible] that managed family office investment staffing working in alternative assets. He also ran ISP and head of Business Development in the formative developmental days of [illegible].

Paul started his career in accurate asset investing and risk strategies at managers of hedge funds including Merlin Partners (healthcare fund), [illegible] Partners (multi-strategy), and Merrill Lynch strategies. He started his up where he earned his hedge fund management's B.B.A. in Finance at [illegible] University.



### Mark Treinkman
Head of Quantitative Trading

[illegible body paragraph]

[illegible body paragraph]

# Team
## Management



### Kevin Valentine
Venture Partner

Kevin Valentine is a venture investor and entrepreneur with 23 years of experience in capital markets and venture capital.



### Adriano Caloiaro
Chief Technology Officer

Adriano builds and maintains BKCoin's computation and strategy execution platform, while also setting out and implementing the vision for the future of the firm's technology stack.

# Terms



|  | BKCoin Multi-Strategy Fund |
|---|---|
| Domicile | Delaware, British Virgin Islands |
| Eligibility | Qualified Purchaser |
| Minimum Investment | $1,000,000 |
| Management Fee | 2% |
| Performance Fee | 20% |
| Subscriptions | Monthly |
| Redemptions | Monthly, 45 day notice |
| Custodian | Standard Custody, Venture |
| Administrator | State Street |
| Auditor | BMO |
| US Counsel | Cole Schotz |
| BVI Counsel | Harney |

# Appendix

## Historical Track Record

| Strategy | Annual Return | Monthly Sharpe | Beta to BTC Monthly | Winning Months (%) | Max Drawdown (%) |
|---|---|---|---|---|---|





**$150M**
Assets
Under Management

**12**
Members
of the Investment
Team

**27%**
At Capacity

# Appendix
## Organizational chart

- BKCoin Management LLC (GP)
- BKCoin Multi-Strategy Master Fund Ltd.
- BKCoin Opportunistic DeFi Fund LP (Domestic)
- BK Offshore Fund Ltd. (Offshore - BVI)
- BKCoin Venture Fund I, LP



# Appendix
## Advisory Board



### Vittorio Fratta, CFA
Advisor

- [illegible] years of investment experience
- [illegible] at [illegible] Asset Management
- [illegible] at [illegible] Management Fund

### Peter Heise
Advisor

- [illegible] years of investment experience
- [illegible] a family office
- [illegible] at [illegible] Asset Management
- [illegible] Member [illegible]

### Justin Simmons
Advisor

- [illegible] years of investment experience
- [illegible] at [illegible] Hedge Fund
- [illegible] at [illegible] [illegible]
- [illegible] at [illegible] Strategy

**HQ**

BkCoin Capital, LP
1101 Brickell Ave. S-800
Miami, Florida 33131
+1(786) 623-4656

**New York**

38 E 37th Street St. 11
New York, NY 10016
+1(646) 600-5182



**BKCoin Capital**

bkcoincapital.com

# **<u>EXHIBIT E</u>**

| **From:** | Carlos Betancourt |
|---|---|
| **To:** | ████████████ |
| **Cc:** | Leanna Haakons; BK Investor Relations |
| **Subject:** | BKCoin Multi-Strategy Fund Inc.: Presentation (Confidential) |
| **Date:** | Tuesday, February 15, 2022 2:52:06 PM |
| **Attachments:** | BKC2798-Multi-StrategyPresentation-V3.pptx |

████ ,

It was a pleasure speaking with you today. As discussed, please see the attached presentation on our new investment vehicle launching in the next month or so.

We will be adding you to our Newsletter distribution list and provide you access to the full data room when it's ready to go. In the meantime, if you have any questions related to crypto - you know where to find us!

Best,

-CB

--
**Carlos I. Betancourt**
**Founding Principal**

**BKCoin Capital, LP**
1101 Brickell Ave  S-800
Miami, Florida 33131
+1(786) 623-4656

38 E 37th Street Ste  11
New York, NY 10016
+1(646) 600-5182
bkcoincapital.com



# BKCoin Multi-Strategy Fund

**JANUARY 2022**



BKCoin Capital

strictly confidential. Not for distribution

| From: | Carlos Betancourt |
|---|---|
| To: | ▮▮▮▮ |
| Cc: | kevin@bkcoincapital.com; ir@bkcoincapital.com; ▮▮▮▮ ▮▮▮▮ ; ▮▮▮ |
| Subject: | Re: Quick Questions about the Fund |
| Date: | Wednesday, February 23, 2022 12:56:39 PM |
| Attachments: | BKC3029-Two Pager-V4.pdf |
| | BKC2798-Multi-StrategyPresentation-V3.pptx |

Hey ▮▮▮▮

Apologies for the delay in responding to you. I've been traveling and finally in NYC for the Hedgeweek event tomorrow. Please, see comments in red:

Can you send us the breakdown of the fund's returns grouped by strategy? We are interested in seeing the breakdown of returns, not just the allocation by assets (i.e. in January 2022, how much was generated through market making/arbitrage/L/S, etc.?). - Arbitrage: 80%, Options Volatility Arb: 10%, L/S: 10%

Is the long/short portion of your fund discretionary? Also does the strategy aim to be dollar neutral? - Our fund aims to always be dollar and delta neutral.

Can you share who your one family office investor is? How easy would it be to liquidate your positions if this investor hypothetically redeemed their position? - Can unwind all our positions within 48 hours.

There isn't that much information about the statistical arbitrage portion of the fund. Can you give a brief description of the strategy and how you are implementing it? - They revolve mostly around options volatility arbitrage - mean reversion of implied & realized vol.

Additionally, see comments for ▮▮▮▮ questions from Telegram:

1) need latest tear sheet with official Nov - Jan 2022 performance
See attached 2-pager. November 8.03%. December and January (estimates see: #3) we are still waiting on final numbers from the fund admin. as they are having a hard time with some of the options trades we've put on starting in early November. We expect to have December finalized this week and will share that performance as soon as we have it.
2) confirmation of gross or net performance Net of fees
3) estimated monthly performance removing the SOL directional exposure December estimate 1.12% and January estimate -1.7%. However, we won't know 100% until our fund admin. provides the latest versions of statements after our weekly call from this past Tuesday where we had to walk them through our options positions, so they can actually perform and verify the correct valuations.
4) estimated date when your SOL position is fully hedged (we assume this is Deribit's go-live date) Correct
5) any deck or collateral for the new fund See attached (keep confidential for the time being as we continue to make a concerted effort to launch in Mid-March or April 1st.)

I can start providing a ton of information on Multi-Strat particularly on the ODD side. Please let me know everyone that needs access to the data room. Once again, apologies for the delay in responding but it's been a whirlwind the past few days. Do not worry about the exact date of a deployment as we will make sure to waive the date of first contribution if need be.

Best,

-CB

On Sun, Feb 20, 2022 at 10:26 AM ██████████████████ wrote:

Hi Carlos,


Thanks for your time last week. We have been reading through your fund docs and are wrapping up our DD process. The due diligence questionnaire was definitely very helpful and we appreciate the time spent to compile it.


We just had four questions we'd like if you could elaborate on below.

1. Can you send us the breakdown of the fund's returns grouped by strategy? We are interested in seeing the breakdown of returns, not just the allocation by assets (i.e. in January 2022, how much was generated through market making/arbitrage/L/S, etc.?).
2. Is the long/short portion of your fund discretionary? Also does the strategy aim to be dollar neutral?
3. Can you share who your one family office investor is? How easy would it be to liquidate your positions if this investor hypothetically redeemed their position?
4. There isn't that much information about the statistical arbitrage portion of the fund. Can you give a brief description of the strategy and how you are implementing it?


Thanks in advance,

██████████████████████

**From:** ██████████████████
**Date:** Wednesday, February 16, 2022 at 10:40 PM
**To:** ████████████████████████████
**Cc:** Carlos Betancourt <carlos@bkcoincapital.com>, Kevin Kang <kevin@bkcoincapital.com>, BK Investor Relations <ir@bkcoincapital.com>, ████████
**Subject:** Re: BKCoin - ██████████████████

Hi Carlos,

great to chat earlier this week. We are now mapping out our March through May deployments.

If your team is on Telegram I've created us a channel to facilitate faster communications:
███████████████████████

█████████ will need your onboarding documents and has a DD process to follow up with.

Mean while I have a few things to chat on regarding the January figures which is impacting our selection process, best we jump on Telegram for that I think.

Best

███

------- Original Message -------
On Friday, February 4th, 2022 at 11:18, █████████████████████ wrote:

*moving the rest of the team to bcc*

Hi Carlos,

Happy to schedule the call for the all of you!

█████████ and ████████ are available at the following times, kindly advise which works best and I can send around the Zoom invite for the call -

Feb 14, 15, 17 at 3-4pm CET / 10-11pm HKT

Please also suggest alternative times if these do not work for you, thank you!



On Tue, Feb 1, 2022 at 4:05 AM Carlos Betancourt <carlos@bkcoincapital.com> wrote:

Hi ███

The week of February 14th-18th works well for us, but please feel free to get the best times from ████████ and we will work around their schedules.

Best,

-CB

On Fri, Jan 28, 2022 at 12:21 AM ███████████ wrote:

Hi Carlos,

Happy to schedule a call for all of you. Please allow me to revert early next week to suggest times for the call when we have more clarity on █████ schedule as he will be traveling for the next two weeks. Thank you!



On Thu, Jan 27, 2022 at 1:37 PM ███████████████ wrote:

Hi Carlos,

Thank you ██████ (moving to bcc).

Great to connect, shall we line up an intro call?

cc: ██████ who can find a best time for us all

██████ is in ██████ setting up our new office there while I'm in HK. ██████ will be enroute to Bahamas for business next week.

Look forward to the call!

██

------- Original Message -------
On Thursday, January 27th, 2022 at 04:27, Carlos Betancourt <carlos@bkcoincapital.com> wrote:

Hey ████

Thank you for the introduction.

Hey ████ and ████

It's great to connect with both of you. I am currently in Miami for the iConnections conference, so it's taking me a bit longer than usual to respond to emails. However, I'm happy to set up a call next week or the following to chat with you guys and tell you more about our firm and team. What's the best date/time?

I hope you are all having a great week!

Best,

-CB

On Wed, Jan 26, 2022 at 10:05 AM ████████
████████ wrote:

> Carlos,
>
> As discussed, it's my pleasure to introduce you to ████████
> and
> ████████ of our sister ████████ and thank
> you for
> offering to adjust fees to 2%/19% if/when we in the aggregate
> exceed
> $10MM in your fund, and to 1%/18% when we exceed
> $15MM.
>
> As you may know, ████████████████
> ████████, and
> they're now launching the ████ market neutral fund of funds
> with a

focus on ███ capital. They're fantastic investors and fantastic
partners, and I do hope we can all invest together for many years to
come.

Best,

███

--

**Carlos I. Betancourt**

**Founding Principal**

**BKCoin Capital, LP**

1101 Brickell Ave S-800

Miami, Florida 33131

+1(786) 623-4656

38 E 37th Street Ste 11

New York, NY 10016

+1(646) 600-5182

bkcoincapital.com



--

**Carlos I. Betancourt**

**Founding Principal**


**BKCoin Capital, LP**

1101 Brickell Ave S-800

Miami, Florida 33131

+1(786) 623-4656


38 E 37th Street Ste 11

New York, NY 10016

+1(646) 600-5182

bkcoincapital.com


❓

--
**Carlos I. Betancourt**
**Founding Principal**

**BKCoin Capital, LP**
1101 Brickell Ave S-800
Miami, Florida 33131
+1(786) 623-4656

38 E 37th Street Ste 11
New York, NY 10016
+1(646) 600-5182
bkcoincapital.com



# BKCoin Multi-Strategy Fund

FEBRUARY 2022


BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors returns across a broad spectrum of strategies, including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline allows us to continually implement new alpha generation strategies, while replacing strategies that have suffered alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | Delaware | Redemptions | Monthly, 90 days notice |
| Eligibility | Qualified Purchaser | Custodian | Gemini, Fidelity, State Street |
| Minimum Investment | $1,000,000 | Administration | State Street |
| Management Fee | 2% | Auditor | KPMG USA |
| Performance Fee | 20% | US Counsel | Troutman Law |
| Subscriptions | Monthly | Offshore Counsel | Harneys |

## Performance

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BKCoin Multi-Strategy Fund | 2022 | | | | | | | | | | | | | |
| BKCoin Digital Asset Fund * | 2021 | 8.43 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | | 81.60 |
| | 2020 | 13.18 | 0.14 | 3.43 | 7.31 | 2.36 | 1.00 | 2.51 | 1.03 | 0.31 | 1.44 | 8.66 | 9.90 | 71.80 |
| | 2019 | | 1.68 | 3.57 | 1.57 | 3.06 | 2.73 | 1.61 | 0.25 | 1.29 | 1.14 | 2.61 | 22.90 | 313.76 |
| | 2018 | | | | | | | | | | | | 7.91 | 7.91 |
| Bloomberg Galaxy Crypto Index | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | -24.77 | -10.53 | 7.65 | 28.84 | -11.31 | 40.15 | -0.42 | | 227.18 |
| | 2020 | 40.26 | 1.81 | | 35.85 | 0.16 | | 39.48 | 11.21 | | 14.91 | 62.41 | 18.46 | 276.44 |
| | 2019 | | 15.54 | 5.92 | 13.41 | 58.10 | 17.2 | | | | 10.56 | | 7.08 | 187.09 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2021 | -1.01 | 2.76 | 4.38 | 5.34 | 0.70 | 2.33 | 2.38 | 3.04 | -4.65 | 7.01 | -0.69 | | 23.20 |
| | 2020 | | 7.86 | 2.97 | 1.79 | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | 10.95 | 3.84 | 18.41 |
| | 2019 | | | | 3.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 31.5 | 74.52 |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years (compared with most that have only been going for 18 months or less).

### Proven Alpha Generation

Given the firm's tenure, it has been at the forefront of understanding which strategies have the ability to generate the most alpha, which are suffering from alpha decay, and where capacity constraints and opportunities lie within the crypto investment universe.

### Inhouse Quant Expertise

Key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function. The Quant Team is led by Mark Treinkman, a Wall Street veteran.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allow us to access deep liquidity with low execution costs giving us the means to support institutional capital. BKCoin's tech team and capabilities are led by CTO Adriano Caloiaro, an experienced/seasoned software engineer.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic with decision-making, which is crucial for trading the everchanging/evolving crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come and ultimately give you peace of mind.

## Firm Overview

| | | | | |
|---|---|---|---|---|
| 2018 | 11 | $140M | Cryptocurrencies | Multi-strategy |

| Quantitative Systematic Investing | Tight Risk Controls | Trusted by institutional investors |
|---|---|---|
| Capitalize on inefficient returns within cryptocurrency markets whilst benefiting from emerging markets | | |

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the **firm's CTO, Adriano Caloiaro.**

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** — most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real time alerts for new trade opportunities, including:
- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

**Carlos oversees the firm's daily operations, including legal and compliance.** He also manages the Fund's research staff. Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service physical commodities brokerage and consulting firm that offered financing services to small and medium-sized companies operating in the energy, mining, and natural resources sectors in North America and LATAM. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University. He is fluent in English, Spanish and Papamento.



**Kevin Kang, CFA**
Founding Principal

**Kevin shares the daily management and trading responsibilities for the Fund.** Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi-asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. During his tenure at AllianceBernstein, he effectively collaborated with multiple portfolio managers in managing the largest US equities' product by AUM. Additionally, he successfully implemented investment decisions and efficiently oversaw the firm's daily positioning of its $40 billion portfolio. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University. He is fluent in English and Korean.



**Mark Treinkman**
Head of Quantitative Trading

**Mark is a quantitative trader with a deep understanding of market micro-structure.** He has developed numerous algorithms to maximize returns, reduce volatility and minimize risk in client portfolios, including long-term investing techniques and active trading strategies. Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

Adriano builds and maintains BKCoin's computation and strategy execution platform, while also setting out and implementing the vision for the future of the firm's technology stack. An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Adriano spent over five years at Greenhouse Software building many of the systems and teams critical to the company's success. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Informations Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation, will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including but not limited to changing market conditions, the use of leverage and different strategies in isolated share classes, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

**JANUARY 2022**



BKCoin Capital

Strictly confidential. Not for distribution.

| From: | Leanna Haakons |
| To: | Paul Magahis |
| Cc: | ▮▮▮▮▮▮▮▮▮▮  BK Investor Relations; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ carlos@bkcoincapital.com; kevin@bkcoincapital.com |
| Subject: | Re: Request for Materials (Multi-Strat Fund) - ▮▮ |
| Date: | Monday, April 25, 2022 4:07:56 PM |
| Attachments: | BKCoin Multi-Strategy - Two Pager-V4.pdf<br>BKCoin Multi-Strategy Presentation-V3.pdf |

Hi ▮▮

Please see attached our 2-pager and presentation for the BKCoin Multi-Strategy Fund. Do let me know if you have any questions.

Kind regards,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Mon, Apr 25, 2022 at 3:00 PM Paul Magahis <paul@bkcoincapital.com> wrote:
Thanks ▮▮

Leanna Haakons our Director of IR and BD will send to you shortly. Kevin and I are at Crypto Bahamas this whole week. As always, thank you for thinking of us.

All the best,
Paul

On Mon, Apr 25, 2022 at 2:20 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Paul & Carlos – I hope all is well. ▮▮▮▮ from ▮▮▮▮ has interest in learning more about the new Multi-Strat Fund. Could you please send your latest factsheet/presentation. Below is a brief description and contact details for ▮▮▮▮. Please don't hesitate to reach out with any questions.

**Background:**

AUM across ▮▮▮▮ is $6bln and comprises a managed account platform, co-mingled fund of funds, as well as customized and advisory mandates. They have 80 to 100 approved managers on the platform. The research team is organized by strategy: credit & distressed ($1bln), fundamental equity L/S ($1.5bln), event ($600mm), macro/CTA ($800mm) & quant. ($1bln). ▮▮▮▮ is a senior member of the team and is responsible for Credit Strategies. The credit portfolio (which includes distressed) is sized at $1bln and they are invested in 14-16 managers. They are biased towards funds that can support a managed account given their platform. Tend to prefer mid-sized managers (a few hundred million in AUM) but are open to looking at newer managers if there is a portable track record or pre-existing relationship. Do not seed. Allocation size varies but can range from $15-40M and can scale up over time.

**Send Materials to:**







--
Paul J. Magahis
President

BKCoin Capital, LP
(M) 917-648-8146
(E) paul@bkcoincapital.com

# BKCoin Multi-Strategy Fund

**FEBRUARY 2022**



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors returns across a broad spectrum of strategies, including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline allows us to continually implement new alpha generation strategies, while replacing strategies that have suffered alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | Delaware | Redemptions | Monthly, 34 days notice |
| Eligibility | Qualified Purchaser | Custodian | Gemini, Coinbase, State Street |
| Minimum Investment | $100,000 | Administration | State Street |
| Management Fee | 2% | Auditor | Withum LLP |
| Performance Fee | 35% | US Counsel | Seward Law |
| Subscriptions | Monthly | Offshore Counsel | Harneys |

## Performance

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Yearly |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BKCoin Multi-Strategy Fund | 2022 | | | | | | | | | | | | | |
| BKCoin Digital Asset Fund | 2021 | 8.43 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | 9.90 | 89.60 |
| | 2020 | 13.18 | 0.14 | 3.43 | 7.51 | 2.36 | 1.00 | 2.31 | 1.03 | 0.31 | 1.44 | 8.66 | 2.96 | 71.80 |
| | 2019 | | 1.68 | 3.57 | 1.37 | 3.06 | 2.73 | 1.61 | 0.25 | 1.29 | 2.63 | 2.90 | 22.90 | 313.76 |
| | 2018 | | | | | | | | | | | 7.91 | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | -24.17 | -10.53 | 7.65 | 28.84 | -11.51 | 40.15 | -0.42 | 22718 | |
| | 2020 | 40.26 | 1.81 | | 35.85 | 0.16 | | 39.48 | 11.21 | | 14.91 | 62.41 | 18.46 | 276.44 | |
| | 2019 | | 15.54 | 5.92 | 13.41 | 58.10 | 17.2 | | | 10.56 | | | 7.08 | |
| | 2018 | | | | | | | | | | | | 1897.09 | |
| S&P 500 | 2021 | -1.01 | 2.76 | 4.38 | 5.34 | 0.70 | 2.33 | 2.38 | 3.04 | -4.65 | 7.01 | -0.69 | 23.20 | |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 18.41 | 74.52 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 31.5 | |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years (compared with most that have only been going for 18 months or less)

### Proven Alpha Generation

Given the firm's tenure, it has been at the forefront of understanding which strategies have the ability to generate the most alpha, which are suffering from alpha decay, and where capacity constraints and opportunities lie within the crypto investment universe.

### Inhouse Quant Expertise

Key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function. The Quant Team is led by Mark Treinkman, a Wall Street veteran.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allow us to access deep liquidity with low execution costs giving us the means to support institutional capital. BKCoin's tech team and capabilities are led by CTO Adriano Caloiaro, an experienced/seasoned software engineer

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic with decision-making, which is crucial for trading the everchanging/evolving crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come and ultimately give you peace of mind

## Firm Overview

| | | | |
|---|---|---|---|
| 2018 | 11 | $140M | Cryptocurrencies | Multi-strategy |

**Quantitative Systematic Investing**

Capitalize on inefficiencies within cryptocurrency markets with quantitative systematic strategies.

**Tight Risk Controls**

Quantitative models aim to generate smooth returns with tight risk controls to capture crypto asset performance in multiple market conditions.

**Trusted by Institutional Investors**

Trusted by family offices, fund of funds, high net worth individuals, financial advisors, and institutions.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the firm's CTO, Adriano Caloiaro.

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of institutional quality service providers to give allocators peace of mind. Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also one of the few firms with a US opinion from a top four auditor (KPMG) – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions** 24/7 with real time alerts for new trade opportunities, including:

- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

**Carlos oversees the firm's daily operations, including legal and compliance.** He also manages the Fund's research staff. Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service commodities brokerage and consulting firm that offered financing services to small and medium-sized companies operating in the energy, mining, and natural resources sectors in North America and LATAM. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University. He is fluent in English, Spanish, and Papiamento.



**Kevin Kang, CFA**
Founding Principal

**Kevin shares the daily management and trading responsibilities for the Fund.** Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi-asset portfolio specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. During his tenure at AllianceBernstein, he effectively collaborated with multiple portfolio managers in managing the largest US equities product by AUM. Additionally, he successfully implemented investment decisions and efficiently oversaw the firm's daily positioning of its $40 billion portfolio. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University. He is fluent in English and Korean.



**Mark Treinkman**
Head of Quantitative Trading

**Mark is a quantitative trader with a deep understanding of market micro-structure.** He has developed numerous algorithms to maximize returns, reduce volatility and minimize risk in client portfolios, including long-term investing techniques and active trading strategies. Mark began his career in equities as a director onary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

**Adriano builds and maintains BKCoin's computation and strategy execution platform, while also setting out and implementing the vision for the future of the firm's technology stack.** An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Adriano spent over five years at Greenhouse Software building many of the systems and teams critical to the company's success. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Informations Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation, will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including but not limited to changing market conditions, the use of leverage and different strategies in isolated share-classes, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

JANUARY 2022



**BKCoin Capital**

| From: | Leanna Haakons |
|---|---|
| To: | ███████ |
| Cc: | Carlos Betancourt; Kevin Kang; Paul Magahis; BK Investor Relations |
| Subject: | Nice to meet you |
| Date: | Thursday, April 28, 2022 1:58:57 PM |
| Attachments: | BKCoin Multi-Strategy Presentation-V3.pdf |

Hi ███████

It was a pleasure to meet you this morning.

I've attached here our presentation. It is also included in the data room "Marketing" folder I've prepared for your team at ███████ . Please let me know who you'd like to grant shared access to.

Please let our team know your availability for a strategy call over the next couple of weeks.

Enjoy the rest of your time in the Bahamas!

All the best,
Leanna

**Leanna Haakons**
Business Development & Investor Relations

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (604) 626-2222
leanna@bkcoincapital.com

# BKCoin Multi-Strategy Fund

JANUARY 2022



**BKCoin Capital**

From: Leanna Haakons
To: Kevin Kang
Cc: ███████ ; Carlos Betancourt; BKCoin Cap tal ███████
Subject: Re: BKCoin Capital January Newsletter
Date: Friday, May 6, 2022 2:12:07 PM
Attachments: BKCoin Multi-Strategy - Two Pager-V4.pdf
BKCoin Multi-Strategy Presentation-V3.pdf

Hi ████ ,

It's a pleasure.

As we are currently updating our marketing documents, please see attached our most recent BKCoin Multi-Strategy Fund 2-pager and deck. Our up-to-date monthly performance estimates are as follows: 1.2% Dec, -1.5% Jan, 2 3% Feb, 3.1% March, 1 9% April, and YTD 5.86%.

Please let me know if you have any questions and how I may assist in coordinating a meeting if you like.

Kind regards,

Leanna

Leanna Haakons
Business Development & Investor Relations

On Fri, May 6, 2022 at 12:15 PM Kevin Kang <kevin@bkcoincapital.com> wrote
Hi ████ - thanks for reaching out! Our director of IR, Leanna Haakons (cc'd), will send you our materials

Thanks,
Kevin

On Fri, May 6, 2022 at 12:04 PM ███████████████ wrote:

Hi Carlos,

Hope all is well

To refresh your memory, we had an intro conversation in early 2021, however as a firm we have made slow progress on the crypto font during this time, due to operational/ODD considerations that we no doubt touched on  Either way, we are revisiting crypto at the moment and shortlisting managers we might like to reengage  I was wondering if you could send us your up to date materials, including a marketing presentation and monthly track record for the fund

Regards,

████

████
████████

████
████

████████
█████

From: BKCoin Capital <mail@sendfoxmail.com>
Sent: 01 March 2022 06 59
To: ████████████████
Subject: [SUSPICIOUS MESSAGE] BKCoin Capital January Newsletter

This Message contains suspicious characteristics and has originated outside your organization.

## January 2022 BKCoin Capital Newsletter

Dear Limited Partners,

Our Newsletter is dedicated to keeping all stakeholders informed about BKCoin Capital LP and the current state of the digital asset and blockchain space

**BKCoin in the news**

*Congratulations to Carlos Betancourt, BKCoin Founding Principal, on discussing accessing the winning crypto funds at BattleFin Miami 2022 (Link)*

## Resource of the Week

The digital assets space is an underdeveloped industry, which is rapidly changing so we have decided to add an educational section to our monthly newsletter to provide our readers with several insights and resources to help keep them up to date with the latest terminology, trends and fads within the space

In this month's newsletter we would like to feature a blog that our team uses as an informational resource. Gaby Goldberg's blog is a repository of interesting articles and podcasts that discusses developments within the Web3 world and is constantly being updated with fresh content. We have linked both the Reading List and Podcasts List here. As always, if you have any questions please do not hesitate to contact our team at our website

## Industry News

- Jamaica completes first CBDC pilot - ThePaypers
- SEC Punts Again on NYDIG Bitcoin ETF, Delaying Decision to March - Bloomberg
- Samsung enters the metaverse, opening flagship 837 store in Decentraland
- Incentive Ecosystem Foundation is Raising $100M to Support Solana-based Serum - Blockworks
- FTX.US Valued at $8 Billion With Backing From SoftBank, Paradigm - Bloomberg
- Jack Dorsey Says Block, Formerly Square, Is Getting Into Bitcoin Mining - Decrypt
- Crypto liquidations pass $700M as altcoins take a hit from Bitcoin sinking below $40K
- GameStop hires 20+ employees to lead a new NFT and crypto division
- Meta reportedly plans to integrate NFTs on Facebook and Instagram profiles
- Powell Says Fed Report on Crypto and Central Bank Digital Currency Is 'Ready to Go' - Decrypt

## Key Regulatory Updates

**Uncle Sam is Keen on Crypto:** The White House is releasing an executive order on cryptocurrencies as soon as next month. The directive will both task federal agencies with evaluating the apparent risks and opportunities of digital assets, while entrusting Federal Agencies with the regulatory reach in order to maintain the United States' dominance in the digital asset space. Several of the top cryptocurrency innovators such as Sam Bankman-Fried, have advocated for more regulation by the US government arguing that it would render the cryptocurrency market more transparent as there is currently no legal framework for the digital asset market. This has caused both retail and institutional investors to be hesitant when investing within the digital asset space (Business Insider)

**India Back Pedals:** The global adoption of digital assets has appeared to stymie India's plan to ban digital assets. The Cryptocurrency and Regulation of Official Digital Currency Bill, which was originally introduced to "ban all private cryptocurrencies" in India, has been left out of the 15 other bills the Indian government will consider when it meets for its Budget Session. Rather, Indian lawmakers will be attending a training event regarding cryptocurrency and its effects on the economy. Although the populace remains unsure of India's current stance on digital assets, The Reserve Bank of India, is continuing to develop its Central Bank Digital Currency (CBDC) (Cointelegraph)

## Monthly Performance

BKCoin Digital Asset Fund lost 1.74% while the Bloomberg Galaxy Crypto Index benchmark lost 22.44% and S&P 500 was down 5.17% for the month of January. After two years of uptrend in the cryptocurrency market, 2022 met with a big shift in sentiment amid Fed's rate hike expectations and the high inflation number. We saw the correlation between cryptocurrencies and US equities increasing with more uncertainty ahead. Spot-future basis and the options volatility came in significantly as we saw put-call ratio come up significantly. Inverted curves and persistent negative rates across the board were detrimental for the portfolio in January.

## What's Hot in Crypto

**Crypto Cracks as Fed Spooks:** Cryptocurrency markets suffered substantial losses during the month of January as the price of Bitcoin fell almost 20%, while the Alt-market and Ethereum suffered even greater losses losing -28% and -29%, respectively. January's FOMC meeting was the catalyst for the unwind. Federal Reserve Chairman, Jerome Powell, hinted that the market could see a rate hike as soon as March, while also expressing that the Federal Reserve plans to reduce asset purchases before the end of the year. Powell also indicated that Covid-19 is no longer a substantial risk to the US economy stating that the Federal Reserve's current goal is to counteract rising inflation. However, economists cite that the result of the Fed's hawkish tone and elevated interest rates, are the biggest threat to the US economy in 2022 (Reuters)

image



**Non-Fungible Flows:** Despite the recent drop in cryptocurrency markets, investment flows continue to pour into the NFT markets. OpenSea, the largest secondary market for NFTs, set a new all-time high in monthly trade volumes exceeding $3.5B in total volumes eclipsing its previous record of $3.42B set in August 2021. The increase in OpenSea trading volumes was driven by celebrity demand for Bored Ape Yacht Club NFTs. The collection processed around $285M in total trading volume during the month. OpenSea's recent success has even landed the platform a recent capital injection of $300M via its recent Series C funding round, placing the marketplace's current valuation at $13.3B (Cointelegraph). However, OpenSea is not the only NFT marketplace achieving record breaking milestones. LooksRare (LOOKS), a community lead NFT market place and "vampire attack" on OpenSea, has surpassed OpenSea in daily trading volumes within a month of its launch. Unlike OpenSea all fees generated by LooksRare are paid out to Looks stakers as opposed to the platform keeping the fees for itself. This creates an incentive for users to both utilize and be "stakeholders" of the platform. Although, it's been discovered that the platform is rife with wash trading in an attempt to rig the platform's token rewards system the platform has amassed an impressive fully diluted valuation of over $3B. Nevertheless, OpenSea still remains at the forefront of the NFT marketplace space (Decrypt). Lastly, Metaplex Foundation, the team behind the protocol that empowers over 5.6M Solana NFTs, has raised $46M by several of the most prominent funds within the cryptocurrency space such as Alameda Research, Jump Crypto and Multicoin Capital, as well as several notable celebrity investors such as Michael Jordan and The Chainsmokers' Mantis VC firm. The capital injection will be allocated towards building tools to facilitate developing on the protocol as well as expanding the feature set for Solana NFTs so they can be utilized in the metaverse, video games and social applications (Decrypt)

image



**Bitcoin... One Step Closer to Global Reserve Currency:** El Salvador continues to move forward with its plan to make it the first Bitcoin integrated country as the President purchased another 410 Bitcoin for the country's treasury during the month of January and more countries and municipalities continue to embrace Bitcoin across the globe (Coindesk). Eduardo Paes, mayor of Rio De Janeiro, is making the second most populous city in Brazil a cryptocurrency hub. He plans to allocate 1% of the city's treasury to cryptocurrency while applying discounts to tax payments made in Bitcoin (Coindesk). The tiny Polynesian nation of Tonga also has big crypto plans for its economy as the government of Tonga is introducing a bill this November that will render Bitcoin as legal tender. The bill being introduced will be modeled after El Salvador's bill that rendered Bitcoin as legal tender in its country. Tonga's adoption of crypto stems from its citizens' reliance on money transfers to power the country's economy. Bitcoin helps facilitate this by offering Tonga citizens a borderless low cost payment network (Aviation Analysis). Finally, Arizona may become the first US state to accept Bitcoin as legal tender. In a recent bill proposed by Senator Wendy Rogers, a Republican, state agencies would be obligated to accept cryptocurrencies as a payment method for fines, civil and other penalties, rent, rates, taxes, fees, charges, revenue, financial obligations, and "special

assessments" due to the state. If passed, the bill will go into effect Saturday December 31 of this year(KGUN9)

### **Breaking Down the Basis**

image

Bitcoin Future's quarterly basis remained flat throughout January ending the month averaging an annualized return of 5% across cryptocurrency exchanges. The Fed's hawkish outlook on interest rates caused traders to de-risk causing a sell off within the cryptocurrency market. This caused a dearth of leverage within the cryptocurrency derivatives market, in turn, suppressing basis volatility for another month.

Learn More about BKCoin Capital

SendFox

BKCoin Capital 1101 Brickell Ave S-800 Miami, FL 33131 United States

Kevin Kang, CFA
Founding Principal

BKCoin Capital, LP
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (435) 262-2302
kevin@bkcoincapital.com

# BKCoin Multi-Strategy Fund

FEBRUARY 2022



## Overview

The BKCoin Multi-Strategy Fund is designed to give investors returns across a broad spectrum of strategies, including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline allows us to continually implement new alpha generation strategies, while replacing strategies that have suffered alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | Delaware | Redemptions | Monthly (14 days notice) |
| Eligibility | Qualified Purchaser | Custodian | Gemini, Fireblocks, State Street |
| Minimum Investment | $100,000 | Administration | State Street |
| Management Fee | 2% | Auditor | WithumSmith+Brown |
| Performance Fee | 20% | US Counsel | Dzubnkow LLP |
| Subscriptions | Monthly | Offshore Counsel | Harneys |

## Performance

| Fund | Year | | | | | | | | | | | | | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BKCoin Multi-Strategy Fund | 2022 | | | | | | | | | | | | | |
| BKCoin Digital Asset Fund | 2021 | 8.43 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | | 81.60 |
| | 2020 | 13.18 | 0.14 | 3.43 | 7.31 | 2.36 | 1.00 | 2.31 | 1.03 | 0.31 | 1.44 | 8.66 | 9.90 | 71.80 |
| | 2019 | 1.68 | 3.57 | 1.57 | 5.06 | 2.73 | 3.61 | 0.25 | 1.29 | 1.14 | 2.61 | 2.96 | 2.90 | 513.76 |
| | 2018 | | | | | | | | | | | 7.91 | | 7.91 |
| Bloomberg Galaxy Crypto Index | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | -24.17 | -10.53 | 7.65 | 28.84 | -10.51 | 40.15 | -0.42 | | 227.18 |
| | 2020 | 40.26 | 1.81 | 35.85 | 0.16 | 39.48 | 11.21 | 14.91 | 62.41 | 18.46 | 276.44 | | | |
| | 2019 | | 15.54 | 5.92 | 13.41 | 58.10 | 17.2 | 10.56 | 7.08 | | | | | 1397.09 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2021 | -1.01 | 2.76 | 4.38 | 5.34 | 0.70 | 2.33 | 2.38 | 3.04 | -4.65 | 7.01 | -0.69 | | 23.20 |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | 1.87 | 10.95 | 3.63 | 5.84 | 18.41 | 74.52 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | 7.84 | 1.44 | | 2.17 | | 3.02 | 3.15 | | |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years (compared with most that have only been going for 18 months or less).

### Proven Alpha Generation

Given the firm's tenure, it has been at the forefront of understanding which strategies have the ability to generate the most alpha, which are suffering from alpha decay, and where capacity constraints and opportunities lie within the crypto investment universe.

### Inhouse Quant Expertise

Key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function. The Quant Team is led by Mark Treinkman, a Wall Street veteran.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allow us to access deep liquidity with low execution costs giving us the means to support institutional capital. BKCoin's tech team and capabilities are led by CTO Adriano Caloiaro, an experienced/seasoned software engineer.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic with decision-making, which is crucial for trading the everchanging/evolving crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come and ultimately give you peace of mind.

## Firm Overview

| 2018 | 11 | $140M | Cryptocurrencies | Multi-strategy |
|------|----|-------|------------------|----------------|

**Quantitative Systematic Investing**

Capitalize on the highest level return within cryptocurrency markets without inherent risk from emotional trades.

**Tight Risk Controls**

**Trusted by Institutional Investors**

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the firm's CTO, Adriano Caloiaro.

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of institutional quality service providers to give allocators peace of mind. BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also one of the only firms with a US opinion from a top four auditor (KPMG) – most only have Cayman opinions.

BKCoin has a dedicated server monitoring market conditions 24/7 with real time alerts for new trade opportunities, including:

- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

**Carlos oversees the firm's daily operations, including legal and compliance.** He also manages the Fund's research staff. Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service commodities brokerage and consulting firm that offered financing services to small and medium-sized companies operating in the energy, mining, and natural resources sectors in North America and LATAM. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University. He is fluent in English, Spanish, and Papiamento.



**Kevin Kang, CFA**
Founding Principal

**Kevin shares the daily management and trading responsibilities for the Fund.** Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi-asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. During his tenure at AllianceBernstein, he effectively collaborated with multiple portfolio managers in managing the largest US equities product by AUM. Additionally, he successfully implemented investment decisions and efficiently oversaw the firm's daily positioning of its $40 billion portfolio. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University. He is fluent in English and Korean.



**Mark Treinkman**
Head of Quantitative Trading

**Mark is a quantitative trader with a deep understanding of market micro-structure.** He has developed numerous algorithms to maximize returns, reduce volatility and minimize risk in client portfolios, including long-term investing techniques and active trading strategies. Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

**Adriano builds and maintains BKCoin's computation and strategy execution platform, while also setting out and implementing the vision for the future of the firm's technology stack.** An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Adriano spent over five years at Greenhouse Software building many of the systems and teams critical to the company's success. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Informations Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation, will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including but not limited to changing market conditions, the use of leverage and different strategies in isolated share-classes, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

JANUARY 2022



**BKCoin Capital**

**From:** Leanna Haakons
**To:**
**Cc:** ▆ BK Investor Relations; Paul Magahis; Kevin Kang
**Subject:** Re: ▆ BKCoin Update and Information Request
**Date:** Monday, May 23, 2022 12:36:38 PM
**Attachments:** image001.png
image002.png
BKC 2-Pager - May 2022.pdf
BKC multi strategy deck - May 2022.pdf

Hi Oxana,

Pleasure to meet you. Yes, our team had a discovery call with ▆ back in early March.

I've gone ahead and re-shared your data room with ▆ and yourself for review which has all the required information requested. For convenience, I've also attached our updated marketing materials here which are also in your shared data room.

When you've had a chance to review the data room documents, please let us know when a good time would be to reconnect with your team to further discuss our strategies.

Kind regards,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Fri, May 20, 2022 at 10:38 AM ▆▆▆▆▆▆▆▆ > wrote:

Good morning Leanna,

Hope you're well. My name is ▆ and I work on the ▆▆▆▆▆ team here at ▆▆. I work closely with ▆▆▆, who I believe you had a conversation with. We are currently in the process of gathering and updating our information on notable digital asset managers as clients have begun to express interest in the space. As such, could you please send an updated stack of marketing materials on current offerings at your firm? We are also building out an internal "market map" and would like to gather the specific information listed below. If not all included in materials, could you please let us know the following?

- Fund Name/Fund Series Name
- Fundraising info (i.e. open/closed, raising/not raising)
- Firm Inception
- Fund Inception (for open end) / Vintage year
- Firm AUM
- Fund AUM
- Employee count
- Liquidity (fund term, monthly/quarter for liquid strategies, lockups/gates)

Management Fee
- Performance Fee

Additionally, we would like to invite you to participate in our investment manager portal, , to enter your firm and fund information to assist in our ongoing diligence process. Lastly, it would be great to get an update meeting on the books in the next few weeks.

Thanks so much in advance, and please reach out if you have any specific questions or concerns.

Best,



CONFIDENTIALITY NOTICE: This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum Investment | | Administration | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD | Since Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | | 2.50 | 3.10 | 1.90 | | | | | | | | | 5.86 | 305.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.45 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.75 | 9.50 | 8.03 | 1.20 | 85.79 | |
| | 2020 | 13.18 | 0.14 | 5.45 | 7.51 | 2.56 | 1.90 | 2.51 | 1.05 | 0.51 | 1.44 | 8.66 | 9.90 | 65.55 | |
| | 2019 | | 1.68 | 3.57 | 1.57 | 5.06 | 2.73 | 1.61 | 0.25 | 1.20 | 0.14 | 2.96 | 18.55 | 283.01 |
| | 2018 | | | | | | | | | | | 7.91 | 7.91 | | |
| Bloomberg Galaxy Crypto Index | 2022 | 22.24 | 5.99 | 13.95 | 28.67 | | | | | | | | | 153.59 | 642.6* |
| | 2021 | 42.44 | 21.91 | 25.73 | | 7.65 | 28.84 | | 40.15 | | | | | | |
| | 2020 | 40.26 | 1.21 | 35.85 | 0.16 | | 59.48 | 11.29 | 40.51 | 60.41 | 18.46 | 2.76 | | | |
| | 2019 | | 15.54 | 5.97 | 13.41 | 58.10 | 7.72 | | 10.56 | | | 7.08 | | *Nov 2018-Apr 2022 |
| | 2018 | | | | | | | | | | | | | | |
| S&P 500 | 2022 | 5.17 | 2.99 | 3.71 | | | | | | | | | | 28.71 | 58.75* |
| | 2021 | | 2.76 | 4.38 | 5.34 | 0.70 | 2.55 | 2.38 | 3.04 | | 7.01 | 4.48 | | | |
| | 2020 | | | | 18.85 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | | *Nov 2018-Apr 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.65 | 3.02 | 31.5 | |
| | 2018 | | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analytical capabilities by hiring experienced individuals instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

## Firm Overview

| Founded | Employees | Assets | Markets | Strategy |
|---|---|---|---|---|
| 2018 | 14 | $150M | Cryptocurrencies | Multi-strategy |

**Quantitative Systematic Investing**

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

**Tight Risk Controls**

Our multi-tiered risk management system allows us to confidently divide our investors' capital making our clients' emotional well being our number one priority.

**Trusted by Institutional Investors**

We manage over $150M in assets and our investment base is made up of a HNW diversified across UHNW investors, family offices and fund of funds.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BkCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the **firm's CTO, Adriano Caloiaro.**

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real time alerts for new trade opportunities, including:

- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full service physical commodities brokerage and consulting firm. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University.



**Paul Magahis**
President

Paul has over 22 years of experience in the alternative investments industry. Prior to BKCoin Capital, Paul was the Head of Capital Strategy at Coinbase. Previously, he was a Managing Director and Global Co-Head of Capital Introduction at StoneX Group Inc.

Prior to that, he managed family office investments at Stifel. Paul was also an SVP and Head of Business Development in the Prime Services group at Lazard. Paul started his career as a buy-side analyst, investing across asset classes and strategies at hedge funds including: Merlin BioMed Group (healthcare fund), Paloma Partners/SBZ Partners (multi-strategy), and Merrill Lynch (Strategic Investment Group) within the firm's internal hedge fund. Paul earned his B.B.A in Finance at Pace University.



**Kevin Kang, CFA**
Founding Principal

Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi-asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University.



**Mark Treinkman**
Head of Quantitative Trading

Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be no assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation, will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including but not limited to changing market conditions, the use of leverage and different strategies in isolated shared assets, the content may no longer be reflective of current positions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

| | |
|---|---|
| **From:** | Leanna Haakons |
| **To:** | ████████ ; ████████ |
| **Cc:** | BK Investor Relations; Carlos Betancourt; Kevin Kang; Paul Magahis |
| **Subject:** | Marketing Documents |
| **Date:** | Monday, May 23, 2022 11:52:00 AM |
| **Attachments:** | BKC multi_strategy_deck - May 2022.pdf |
| | BKC 2-Pager - May 2022.pdf |

Hello ████████

Thank you for your time on Friday. It was nice to catch up with you all.

I've attached here our updated marketing documents to reflect our up-to-date net performance figures. These have also been updated in your data room.

As always, please let us know if you have any questions.

Kind regards,
Leanna

**Leanna Haakons**
Business Development & Investor Relations

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (604) 626-2222
leanna@bkcoincapital.com

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility, arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile while capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | Delaware | Redemptions | Monthly with 30 days notice |
| Liquidity | Quarterly (1 year) | Custodian | Fireblocks, Gemini, BitGo |
| Minimum Investment | $100,000 | Administrator | Theorem Fund Services |
| Management Fee | 2% | Auditor | WithumSmith+Brown |
| Performance Fee | 20% | US Counsel | Cole-Frieman & Mallon |
| Subscriptions | Monthly | Offshore Counsel | Harney |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BKCoin Multi-Strategy Fund | 2022 | | 2.30 | 3.10 | 1.90 | | | | | | | | 5.86 | 305.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.75 | 9.50 | 8.03 | 1.20 | 8.79 |
| | 2020 | 13.18 | 0.14 | 5.43 | 2.31 | 2.56 | 1.00 | 2.51 | 10.5 | 0.51 | 1.44 | 8.66 | 9.62 | 65.55 |
| | 2019 | | 1.68 | 5.57 | 1.57 | 3.06 | 2.23 | 1.61 | 0.25 | 1.29 | 1.12 | 2.61 | 2.58 | 38.65 |
| | 2018 | | | | | | | | | | | | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | 42.44 | 5.99 | 13.93 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | 15.39 | 542.64* |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | 15.39 | |
| | 2020 | 40.26 | 1.81 | 35.85 | 0.16 | | | 39.48 | 11.21 | | 14.31 | 62.41 | 18.46 | 7.04 |
| | 2019 | | 18.54 | 5.92 | 15.41 | 58.10 | 17.2 | | | | 30.56 | | | |
| | 2018 | | | | | | | | | | | | | *Nov 2018–Apr 2022 |
| S&P 500 | 2022 | 5.17 | 2.98 | 3.71 | | | | | | | | | | 58.75* |
| | 2021 | | 2.76 | 4.58 | 5.54 | 0.70 | 2.33 | 2.58 | 3.04 | | 7.01 | | 4.48 | |
| | 2020 | | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.59 | | 10.95 | 3.84 | |
| | 2019 | | 7.86 | 2.97 | 1.74 | 5.96 | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 3.15 |
| | 2018 | | | | | | | | | | | | | *Nov 2018–Apr 2022 |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

From: Leanna Haakons
To: ██████████ ff@bkcoincapital.com; ████████
Cc: ██████████ ff@bkcoincapital.com; ████████
Subject: Updated Documents
Date: Monday, May 23, 2022 12:13:58 PM
Attachments: image001.png
image003.png
BKC multi_strategy_deck - May 2022.pdf
BKC 2-Pager - May 2022.pdf

Hi ████

I hope you and your team are well

I've attached here our updated marketing documents to reflect our up-to-date net performance figures. This is also updated in your data room which has been re-shared with your team. As always, please let your team know if you have any questions or comments while reviewing

Kind regards,
Leanna


Leanna Haakons
Business Development & Investor Relations


On Tue, May 17, 2022 at 11:02 AM Leanna Haakons <leanna@bkcoincapital.com> wrote:
Hi ████

Good to hear from you. I hope you enjoyed your time OOO

For the one month that had less than 100%, this is due to the lending strategy with a counterparty that didn't fit into any strategies/categories

For the months that had over 100%, this is due to options call overwrites and implied leverage that are included in the futures trades which we typically top up the collateral to bring the leverage ratio down to zero

I've included below our company letter which went out to investors last week to give you some color on BKCoin's current position and reassurance during market volatility

As always, please reach out with any questions or comments

All the best,
Leanna
---------- Forwarded message ----------
From: BK Investor Relations <ir@bkcoincapital.com>
Date: Thu, May 12, 2022 at 1:24 PM
Subject: Market Update: Terra (LUNA) & UST
To:


Dear Investors,


As there continues to be a high level of volatility and pressure in the cryptocurrency market this week, we wanted to provide an update from our investment management team at BKCoin


**To confirm, our firm and our investment vehicles have never had any exposure to Terra (LUNA), and/or UST.** We continue to be in close contact with all of our counterparties and will always promptly communicate any changes we see which would affect your investment positions


Though being active managers in the cryptocurrency ecosystem is not without its risks, our team continues to mitigate all risk measures through diligent 24/7 monitoring, team communications, and our extensive due diligence processes


Currently, our up-to-date monthly performance estimates are as follows: 1.2% Dec, -1.5% Jan, 2.3% Feb, 3.1% March, 1.9% April, and YTD 5.86%. Our portfolio is down 3.1% MTD thus far as some of our options trades were exposed to the negative convexity this month. Our team has done a tremendous job on deep diving into LUNA and UST and we therefore decided internally not to include UST in our book. Though we were fortunate to have no exposure to this saga, our team will continue to work hard to assess any risks moving forward as this is still a nascent asset class


We will continue to communicate any material updates to our investors and community as appropriate. If you have any questions in connection, please do not hesitate to reach out to our team


Thank you for being a partner with BKCoin Capital


Sincerely,

--

**Investor Relations Team**

BKCoin Capital, LP
1101 Brickell Ave S-800
Miami, Florida 33131
1-786-623-4456

30 E 37th Street Ste 11
New York, NY 10016
1-646-600-5182
english_us@gmail_us

**Leanna Haakons**
Business Development & Investor Relations

On Tue, May 17, 2022 at 9:42 AM ███████████████████ wrote:

Hi Leanna,

Thanks for the two files, they are very helpful. I was out last week and just had a chance to review – on the attribution data, I noticed that certain months had less than 100% while other had greater than 100% attribution. Is this due to leverage or potentially some item (e.g., hedges or yield farming) that isn't captured in this worksheet?

Separately, we also wanted to check in given last week's UST LUNA event. Could you share any commentary about MTD performance or positioning in response to last week?

Best,

████

**From:** Leanna Haakons <leanna@bkcoincapital.com>
**Sent:** Friday, May 6, 2022 3:22 PM
**To:** █████████████████████████████
**Cc:** Paul Magalhis <pmd@bkcoincapital.com>; IR@bkcoincapital.com ████████████████████
**Subject:** Re: ████████████ BKCoin Dataroom Access

> EXTERNAL*

Hi ████

Kevin has put together 2 documents attached here which should be helpful. Please let me know if you have any additional questions.

Many thanks,

Leanna Haakons
Business Development & Investor Relations

On Wed, May 4, 2022 at 4:36 PM ████████████████████ wrote:

Hi Leanna,

This is a very helpful explanation, we should view the Drive's daily returns as a blended "composite" for the weighted average investor across the share classes / fee schedules.

With that in mind, would you be able to send a daily return series for just Class C (i.e. 2/20 fees)? Hopefully this data is easily accessible, from a consistency standpoint, it would be helpful for our IC's purposes to have returns in the diligence materials broadly match what is found in the official external marketing materials.

Additionally, while I was looking through the dataroom I did not see any information regarding strategy attribution – would you be willing to share that data too? Monthly attribution would be fine for our purposes

Best,

████

**From:** Leanna Haakons <leanna@bkcoincapital.com>
**Sent:** Wednesday, May 4, 2022 2:38 PM
**To:** ████████████████████████████
**Cc:** Paul Magahis <pm@bkcoincapital.com>; IR@bkcoincapital.com: ████████████████████
**Subject:** Re: ██████ - BKCoin Dataroom Access

| EXTERNAL* |
|---|

Hi ████

The dailies numbers are aggregated average performance of six different share classes with different fees. Fee structures range from 0 and 30 to 2 and 15. The performance listed on the marketing materials are the representation of the main share class C, which has 70% of the AUM with 2/20 fee structure.

With our new multi-strategy fund, we are going to offer only two share classes to streamline our offerings. One market neutral and the other 75% market neutral with 25% beta exposure.

I hope this brings some clarity to your thoughts below. As always, our team is here discuss further if you like.

Many thanks,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Tue, May 3, 2022 at 5:40 PM ████████████████████

Hi Leanna,

Thanks for your response, it's helpful context.

Apologies for not clarifying in my initial email, but the December 2018 figure I referenced was just an example of what I saw in the data. There were some other months where we found differences between the daily return file on the Drive vs the monthly returns in the materials. While we would expect there to be some small differences between the monthlies/dailies for various reasons, we noticed there were a number of months that had ~ 50bp differences (in either direction) while others exactly matched or were very close.

For reference, I've pasted below a comparison of our calculation of monthly returns (from the daily return file on the Drive) vs monthly figures presented in the deck, with monthly differences > +/- 50bps highlighted in pink. Any insights you could provide on these differences would be helpful.

Best,

████

••••••••••••••••••••••••••••••••••••••

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Daily Calcs | +1.02% | +2.06% | | | | | | | | | | | +3.11% |
| | Monthly Est | -1.50% | +2.30% | | | | | | | | | | | +0.77% |
| | Difference | +2.52% | -0.24% | | | | | | | | | | | +2.34% |
| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
| 2021 | Daily Calcs | +8.43% | +9.83% | +8.09% | +7.57% | +2.04% | +0.27% | +1.52% | +1.56% | +1.65% | +9.45% | +8.11% | +1.13% | +77.65% |
| | Monthly Est | +8.43% | +9.38% | +8.09% | +7.57% | +4.89% | +0.88% | +1.83% | +1.58% | +1.73% | +9.50% | +8.03% | +1.20% | +83.81% |
| | Difference | | +0.45% | | | -2.85% | -0.61% | -0.31% | -0.03% | -0.08% | -0.05% | +0.08% | -0.07% | -6.15% |
| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
| 2020 | Daily Calcs | +16.70% | +0.16% | +4.12% | +8.96% | +2.78% | +1.18% | +2.72% | +1.21% | +0.36% | +1.44% | +8.66% | +9.90% | +74.33% |
| | Monthly Est | +13.18% | +0.14% | +3.43% | +7.31% | +2.36% | +1.00% | +2.31% | +1.03% | +0.31% | +1.44% | +8.66% | +9.90% | +63.34% |
| | Difference | +3.52% | +0.02% | +0.69% | +1.65% | +0.42% | +0.18% | +0.41% | +0.18% | +0.05% | -- | -- | -- | +10.98% |
| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
| 2019 | Daily Calcs | -5.02% | +1.98% | +4.20% | +1.61% | +3.60% | +3.21% | +3.21% | +0.29% | +1.52% | +1.34% | +3.07% | +3.48% | +24.56% |
| | Monthly Est | -5.02% | +1.68% | +3.57% | +1.37% | +3.06% | +2.73% | +1.61% | +0.25% | +1.29% | +1.14% | +2.61% | +2.98% | +18.35% |
| | Difference | -- | +0.30% | +0.63% | +0.24% | +0.54% | +0.48% | +1.60% | +0.04% | +0.23% | +0.20% | +0.46% | +0.52% | +6.27% |
| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
| 2018 | Daily Calcs | | | | | | | | | | | +7.91% | | +7.91% |
| | Monthly Est | | | | | | | | | | | +7.91% | | +7.91% |
| | Difference | | | | | | | | | | | -- | | -- |

From: Leanna Haakons <leanna@bkcomcapital.com>
Sent: Tuesday, May 3, 2022 4:30 PM
To: ████████████████
Cc: ██@bkcomcapital.com
Subject: Re: ██████ - BKCom Dataroom Access

> EXTERNAL*

Hi ████

Kevin Kang took a look at this, and our performance on the marketing materials are net of fees. Also, in regard to the December 2018 number, we started trading on the last day of November of 2018 for the inception, given the 24-hour nature of the market. Once you include the November 30th number, we get 7.91%

To give you a further update on our performance, our estimates are 1.2% Dec, -1.5% Jan, 2.3% Feb, and 3.1% for March

I hope this helps. Please let me know if you have any additional questions

Many thanks,

Leanna Haakons

Business Development & Investor Relations

On Fri, Apr 29, 2022 at 9:34 AM ████████████████ wrote:

Hi Leanna,

Thank you for helping with this – I was able to successfully log back into the dataroom. If you could also provide ████████ access, that would be great

Separately, I had a data-related question that hopefully has an easy answer. I was reviewing the performance in the two-pager - marketing materials and the fund's daily reconciliation Excel on the drive. While running some calcs on the daily returns, I noticed that there was some variance between

the daily returns and the marketing materials  For example, in the marketing materials it shows 7 91% return for December 2018 but when I compounded the daily delta from the file on the drive I got 7 07%  I thought it might be due to fees, but with the daily returns sometimes showing a lower return (i e , December 2018) it seems like that wouldn t be the full answer either

Could you please provide some insight on these differences and how we should think about the daily return file vs  the return series in the marketing materials?

Thanks,

██████

**From:** Leanna Haakons <leanna@bkcomcapital com>
**Sent:** Thursday, April 28, 2022 2 24 PM
**To:** ████████████████████
**Cc:** IR@bkcomcapital Com>
**Subject:** Re: ████████████  BKCom Dataroom Access

| EXTERNAL* |
| --- |

Hi ██████

No problem  You should have just received a notification that access has been extended

Would you like me to give ████████ or anyone else access as well?

All the best,
Leanna

Leanna Haakons

Business Development & Investor Relations

On Wed, Apr 27, 2022 at 4 42 PM ███████████████████████ wrote:

    BKCom IR,

    Resending my email given Leanna is OOO

    We are in the process of continuing our diligence on BKCom but the Drive access seems to have expired  Any help reactivating the link/dataroom access would be appreciated

    Best,

    ██████

    **From:** ██████████
    **Sent:** Wednesday, April 27, 2022 4 39 PM
    **To:** Leanna Haakons <leanna@bkcomcapital com>
    **Cc:** ██████████
    **Subject:** ██████  BKCom Dataroom Access

    Hi Leanna,

Thanks again for your time a few weeks ago. as well as for your patience as we've debriefed internally

We're continuing our due diligence on BKCoin but it seems like the dataroom link has expired  I've requested renewed access to the dataroom via Google Drive but I also wanted to send a quick note as well

Thanks in advance for your help  Please let us know if you have any questions or issues reactivating our dataroom access

Best

█████

**From:** Leanna Haakons (via Google Drive) - drive-shares-dm-noreply@google.com
**Sent:** Thursday, March 31, 2022 12.58 PM
**To:** ███████████████████████████████████████████████████
**Cc:** ███████████████████████████████████████████████████
**Subject:** Folder shared with you ██████████████

| EXTERNAL* |
|---|

## leanna@bkcoincapital.com shared a folder

leanna@bkcoincapital.com added you as a viewer  Verify your email to securely view this shared folder  You will need to verify your email every 7 days  **Learn more**

Hello  here you will find access to your data room for our BKCoin flagship multi strategy fund  Please note  you will have access to this folder for 3 weeks  Please keep this information confidential

Kind regards
Leanna

████████████

Open

This email was sent to the Google **Privacy Policy**

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because leanna@bkcoincapital.com shared a file or folder located on Google Drive with you
**Delete visitor session**

*This is an external E-mail. Do not click links or open attachments unless you recognise the sender and know the content is safe.



# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition, and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continuously implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | |
| --- | --- |
| Domicile | |
| Eligibility | |
| Minimum Investment | |
| Management Fee | |
| Performance Fee | |
| Subscriptions | |

| | |
| --- | --- |
| Redemptions | |
| Custodian | |
| Administration | |
| Auditor | |
| US Counsel | |
| Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total (Inception) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BK Coin Multi-Strategy Fund | 2022 | 1.56 | 2.30 | 3.10 | 1.90 | | | | | | | | 5.86 | 305.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.45 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.85 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 8.79 |
| | 2020 | 13.18 | 0.14 | 5.45 | 2.51 | 2.56 | 1.00 | 2.51 | 1.05 | 0.51 | 1.44 | 8.66 | 9.66 | 65.55 |
| | 2019 | | 1.68 | 5.57 | 1.87 | 5.26 | 2.73 | 1.61 | 0.25 | 1.29 | 7.04 | 2.61 | 2.96 | 18.95 | 283.04 |
| | 2018 | | | | | | | | | | | | 7.91 | 7.91 |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 15.93 | | | | | | | | | | |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | | 15.39 | 542.04* |
| | 2020 | 40.76 | | 5.54 | 55.85 | 0.16 | 9.22 | | 39.48 | 0.29 | 4.31 | 62.41 | 18.46 | 270.44 | *Nov 2018– |
| | 2019 | | | 3.54 | 5.42 | 13.4 | 58.10 | | | | 10.56 | | | 7.09 | Apr 2022 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | | | 3.71 | | | | | | | | | | 58.75* |
| | 2021 | | 2.76 | 4.38 | 5.54 | 0.70 | 2.35 | 2.58 | 3.04 | | 7.01 | | 4.48 | | *Nov 2018– |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 08.21 | Apr 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 5.90 | | 7.84 | 1.44 | | 1.87 | 2.07 | 3.63 | 3.02 | 31.5 | |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals instead of outsourcing this function.

### Institutional Infrastructure

Our in-house research and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is made nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

**Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.**

| From: | Leanna Haakons |
| --- | --- |
| To: | ███████████ |
| Cc: | BK Investor Relations; Carlos Betancourt; Kevin Kang; Paul Magahis |
| Subject: | Re: Checking In |
| Date: | Tuesday, May 24, 2022 8:07:49 PM |
| Attachments: | BKC multi strategy deck - May 2022.pdf |
| | BKC 2-Pager - May 2022.pdf |

Hi ███████

I hope you're doing well.

I've attached here our updated marketing documents to reflect our 2022 monthly performance and have added these to your data room today.

In addition, I've included below our company letter which went out to investors May 12 to give you some color on BKCoin's current monthly position estimated at -2.0% MTD currently, with AUM of ~$150M, and zero exposure to UST/LUNA/Terra.

We are currently in the process of rolling over all of our existing LPs into the new master-feeder fund structure.

As always, please reach out with any questions or comments.

All the best,
Leanna

---------- Forwarded message ---------
From: **BK Investor Relations** <ir@bkcoincapital.com>
Date: Thu, May 12, 2022 at 1:24 PM
Subject: Market Update: Terra (LUNA) & UST
To:


Dear Investors,


As there continues to be a high level of volatility and pressure in the cryptocurrency market this week, we wanted to provide an update from our investment management team at BKCoin.


**To confirm, our firm and our investment vehicles have never had any exposure to Terra (LUNA), and/or UST.** We continue to be in close contact with all of our counterparties and will always promptly communicate any changes we see which would affect your investment positions.


Though being active managers in the cryptocurrency ecosystem is not without its risks, our

team continues to mitigate all risk measures through diligent 24/7 monitoring, team communications, and our extensive due diligence processes.

Currently, our up-to-date monthly performance estimates are as follows: 1.2% Dec, -1.5% Jan, 2.3% Feb, 3.1% March, 1.9% April, and YTD 5.86%. Our portfolio is down 3.1% MTD thus far as some of our options trades were exposed to the negative convexity this month. Our team has done a tremendous job on deep diving into LUNA and UST and we therefore decided internally not to include UST in our book. Though we were fortunate to have no exposure to this saga, our team will continue to work hard to assess any risks moving forward as this is still a nascent asset class.

We will continue to communicate any material updates to our investors and community as appropriate. If you have any questions in connection, please do not hesitate to reach out to our team.

Thank you for being a partner with BKCoin Capital.

Sincerely,

--

**Investor Relations Team**

**BKCoin Capital, LP**
1101 Brickell Ave S-800
Miami, Florida 33131
+1(786) 623-4656

38 E 37th Street Ste 11
New York, NY 10016
+1(646) 600-5182
ir@bkcoincapital.com
**Leanna Haakons**
Business Development & Investor Relations

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (604) 626-2222
leanna@bkcoincapital.com
Leanna Haakons
Business Development & Investor Relations

On Tue, May 24, 2022 at 7:35 PM ███████████████ wrote:
Hi Leanna,

Thank you very much; I got the docs and will work on them tomorrow!

I noticed the last published return is for Dec 2021 (Digital Asset Fund).
Could you share the updated monthly performance and possibly also the anticipated MTD? I am particularly curious about the impact of UST.

Also, has the Digital Asset Fund been completely rolled into the new Multi Strat, and what is the current AUM for both?

Best,



On Wed, May 18, 2022 at 8:23 AM Leanna Haakons <leanna@bkcoincapital.com> wrote:
Hi ████████

Great to hear from you.

I've gone ahead and shared your data room with you again - within it you will see one of four folders is "Subscription Docs". Please let me know if you have any questions during your review.

All the best,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Wed, May 18, 2022 at 7:56 AM ███████████████ wrote:
Hi Leanna,

Thank you very much for the update.

It has been an erratic period. I am finally back to this.
Could you also share the legal/subscription docs? I am afraid I couldn't find them in the shared folder.

Best regards,



On Thu, May 12, 2022 at 6:52 PM Leanna Haakons <leanna@bkcoincapital.com> wrote:

Hi ███████

I hope you're well.

Carlos and I wanted to check in to see how you're doing, and if you had time to review the data room we shared with you last month. Happy to re-share if you'd like to take another look.

To give you a brief update from BKCoin, we've been busy onboarding LPs into our new flagship Multi-Strategy fund with State Street, and have zero exposure to Terra/Luna/UST so we're grateful to have avoided the debacle this week. Our up-to-date monthly performance estimates are as follows: 1.2% Dec, -1.5% Jan, 2.3% Feb, 3.1% March, 1.9% April, and YTD 5.86%.

Looking forward to reconnecting. Please let me know if you have any questions.

Kind regards,
Leanna

**Leanna Haakons**
Business Development & Investor Relations

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (604) 626-2222
leanna@bkcoincapital.com

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility, arbitrage, statistical arbitrage, pattern recognition and event driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies, allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum investment | | Administration | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | | 2.50 | 3.10 | 1.90 | | | | | | | 5.86 | 505.89 |
| BKCoin Digital Asset Fund | 2021 | 8.45 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.85 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 83.79 |
| | 2020 | 13.18 | 0.14 | 5.45 | 7.31 | 2.36 | 1.00 | 2.31 | 1.05 | 0.51 | 0.34 | 8.66 | 9.90 | 63.54 |
| | 2019 | | 1.68 | 3.57 | 1.57 | 3.06 | 2.73 | 1.61 | 0.35 | 1.29 | 3.14 | 2.61 | 2.96 | 285.01 |
| | 2018 | | | | | | | | | | | | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 13.95 | | | | | | | | | | |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | 7.65 | 28.84 | | 40.15 | | | 14.39 | |
| | 2020 | 40.76 | 1.81 | | 35.85 | 0.16 | 59.48 | 0.21 | | 14.31 | 67.41 | 38.46 | | *Nov 2018– |
| | 2019 | | 15.54 | 5.82 | 15.41 | 58.12 | 17.2 | | | 10.56 | | | 7.08 | Apr 2022 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | | 5.71 | | | | | | | | | | | 587.5* |
| | 2021 | | 2.76 | 4.58 | 5.34 | 0.70 | 2.55 | 2.58 | 3.04 | | 7.01 | | 4.48 | |
| | 2020 | | | | 38.83 | 4.76 | 1.99 | 5.64 | 7.81 | | | 10.95 | 3.84 | *Nov 2018– |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | | 7.94 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | Apr 2022 |
| | 2018 | | | | | | | | | | | | 5.15 | |

## Why BKCoin Capital

**Institutional Crypto Pioneer**

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

**Proven Alpha Generation**

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

**In-house Quant Expertise**

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals instead of outsourcing this function.

**Institutional Infrastructure**

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

**Independent**

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

| From: | Leanna Haakons |
|-------|----------------|
| To: | BK Investor Relations |
| Cc: | ████████ Carlos Betancourt; ████████ |
| Subject: | Re: BKCoin Capital | ████ |
| Date: | Thursday, May 26, 2022 4:18:00 PM |
| Attachments: | BKC 2-Pager - May 2022.pdf |
| | BKC multi_strategy_deck - May 2022.pdf |

Hi  ████, ████,

I hope you're both well.

I've attached here our updated 2-pager and deck for your review.

In addition, I've included below our company letter which went out to investors May 12 to give you some color on BKCoin's current monthly position estimated at -2.0% MTD, with AUM of ~$150M, and zero exposure to UST/LUNA/Terra.

We are currently in the process of rolling over all of our existing LPs into the new master-feeder fund structure administered by State Street.

As always, please reach out with any questions or comments, or if you'd like to have a further discussion about our strategies or data room access.

All the best,
Leanna

---------- Forwarded message ---------
From: **BK Investor Relations** <ir@bkcoincapital.com>
Date: Thu, May 12, 2022 at 1:24 PM
Subject: Market Update: Terra (LUNA) & UST
To:


Dear Investors,


As there continues to be a high level of volatility and pressure in the cryptocurrency market this week, we wanted to provide an update from our investment management team at BKCoin.


**To confirm, our firm and our investment vehicles have never had any exposure to Terra (LUNA), and/or UST.** We continue to be in close contact with all of our counterparties and will always promptly communicate any changes we see which would affect your investment positions.


Though being active managers in the cryptocurrency ecosystem is not without its risks, our

team continues to mitigate all risk measures through diligent 24/7 monitoring, team communications, and our extensive due diligence processes.

Currently, our up-to-date monthly performance estimates are as follows: 1.2% Dec, -1.5% Jan, 2.3% Feb, 3.1% March, 1.9% April, and YTD 5.86%. Our portfolio is down 3.1% MTD thus far as some of our options trades were exposed to the negative convexity this month. Our team has done a tremendous job on deep diving into LUNA and UST and we therefore decided internally not to include UST in our book. Though we were fortunate to have no exposure to this saga, our team will continue to work hard to assess any risks moving forward as this is still a nascent asset class.

We will continue to communicate any material updates to our investors and community as appropriate. If you have any questions in connection, please do not hesitate to reach out to our team.

Thank you for being a partner with BKCoin Capital.

Sincerely,

--

**Investor Relations Team**

**BKCoin Capital, LP**
1101 Brickell Ave S-800
Miami, Florida 33131
+1(786) 623-4656

38 E 37th Street Ste 11
New York, NY 10016
+1(646) 600-5182
ir@bkcoincapital.com

Leanna Haakons
Business Development & Investor Relations

On Thu, May 26, 2022 at 3:56 PM BK Investor Relations <ir@bkcoincapital.com> wrote:
Hi ███,

Adding Leanna to this thread. She will help you out with the request.

Thanks!

On Thu, May 26, 2022 at 11:24 AM ██████████████████████████████ wrote:

Hi guys,

Could you please send John and I an updated tear sheet please?

Thanks,

██████

**From:** Carlos Betancourt <carlos@bkcoincapital.com>
**Sent:** Wednesday, March 2, 2022 10:55 AM
**To:** ████████████████████████████
**Cc:** BK Investor Relations <ir@bkcoincapital.com>
**Subject:** BKCoin Capital | ███████████████

Hi ████

I received your contact information from the folks at ████████. What's your availability over the next few weeks for a discovery call?

We are currently closed to new subscribers, but our newest investment vehicle BKCoin Multi-Strategy (see attached) is due to launch come April 1st.

Please, don't hesitate to reach out directly with any questions.

Best,

-CB

\--

**Carlos I. Betancourt**

**Founding Principal**

**BKCoin Capital, LP**

1101 Brickell Ave S-800

Miami, Florida 33131

+1(786) 623-4656

38 E 37th Street Ste 11

New York, NY 10016

+1(646) 600-5182

bkcoincapital.com



**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



--

**Investor Relations Team**

**BKCoin Capital, LP**
1101 Brickell Ave  S-800
Miami, Florida 33131
+1(786) 623-4656

381 37th Street Ste  11
New York, NY 10016
+1(646) 600-5182
ir@bkcoincapital.com



# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum Investment | | Administrator | |
| Management Fee | | Auditor | |
| Performance Fee | | Offshore Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD / Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | | 2.30 | 3.10 | 1.90 | | | | | | | 5.86 | | 305.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.45 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.05 | 1.20 | 85.79 |
| | 2020 | 15.18 | 0.14 | 6.45 | 7.51 | 2.36 | 1.90 | 2.51 | 1.05 | 0.51 | 14.44 | 8.66 | 9.90 | 65.55 | 283.01 |
| | 2019 | | 1.68 | 3.57 | 1.57 | 5.06 | 2.73 | 1.61 | 0.25 | 3.59 | 1.14 | 2.61 | 2.98 | 18.95 |
| | 2018 | | | | | | | | | | | | 7.91 | 7.91 |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 13.93 | | | | | | | | | 153.39 | 647** |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | 0.16 | | 7.65 | 28.84 | 11.21 | 40.15 | | | |
| | 2020 | 40.26 | 1.81 | 35.85 | | 58.10 | 37.2 | 69.48 | | | 14.31 | 60.41 | 38.46 | 2.79 |
| | 2019 | | 15.54 | 5.92 | 15.41 | | | | | | 10.56 | | | 7.98 | *Nov 2018- Apr 2022 |
| S&P 500 | 2022 | | | 3.71 | | | | | | | | | | 58.75* |
| | 2021 | | 2.76 | 4.58 | 5.54 | 0.70 | 2.55 | 2.58 | 3.04 | | 7.01 | | 4.48 | 28.71 | |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 5.84 | 18.41 | *Nov 2018- Apr 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.95 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.65 | 3.02 | 5.15 | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third party taking a GP stake. As such, the firm is more humble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

## Firm Overview

| Founded | Employees | Assets | Markets | Strategy |
|---|---|---|---|---|
| 2018 | 14 | $150M | Cryptocurrencies | Multi-strategy |

### Quantitative Systematic Investing

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

### Tight Risk Controls

Our multi-tiered risk management system allows us to confidently and quickly exit capital making our clients' hard-earned well being our number one priority.

### Trusted by Institutional Investors

With trust over $150M in assets and our investment base is made up of a HNP investors, family offices and fund of funds.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the **firm's CTO, Adriano Caloiaro.**

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real time alerts for new trade opportunities, including:

- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



### Carlos Betancourt
Founding Principal

Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service physical commodities brokerage and consulting firm. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University.



### Paul Magahis
President

Paul has over 22 years of experience in the alternative investments industry. Prior to BKCoin Capital, Paul was the Head of Capital Strategy at Coinbase. Previously, he was a Managing Director and Global Co-Head of Capital Introduction at StoneX Group Inc.

Prior to that, he managed family office investments at Stife. Paul was also an SVP and Head of Business Development in the Prime Services group at Lazard. Paul started his career as a buy-side analyst, investing across asset classes and strategies at hedge funds including: Merlin BioMed Group (healthcare fund), Paloma Partners/SBZ Partners (multi-strategy), and Merrill Lynch (Strategic Investment Group) within the firm's internal hedge fund. Paul earned his B.B.A in Finance at Pace University.



### Kevin Kang, CFA
Founding Principal

Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi-asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. Kevin is a CFA charterholder and earned his B.A. in Finance from Stetson University.



### Mark Treinkman
Head of Quantitative Trading

Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



### Adriano Caloiaro
Chief Technology Officer

An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be no assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including but not limited to changing market conditions, the use of leverage and different strategies in associated shared assets, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

**From:** <u>Leanna Haakons</u>
**To:** ███████████
**Cc:** <u>Paul Magahis</u>; <u>BK Investor Relations</u>
**Subject:** Fwd: Intro - Cowen Conference
**Date:** Friday, June 10, 2022 11:39:07 AM
**Attachments:** BKC multi strategy deck - May 31, 2022.pdf
BKC 2-Pager - May 2022.pdf

Hi ████

Pleased to meet you. Thanks for getting in touch with our team.

Would you be available for a discovery call with Paul Magahis our President and myself at 10am ET on Monday? If that doesn't work, please feel free to suggest other times on Monday that work for you.

I've attached our updated marketing materials here and will open up a data room for your viewing shortly. Please let us know if you have any questions in advance.

Kind regards,
Leanna

Leanna Haakons
Business Development & Investor Relations


> **From:** ████████████████████████
> **Date:** June 9, 2022 at 2:47:00 PM EDT
> **To:** <u>ir@bkcoincapital.com</u>
> **Subject: Intro - Cowen Conference**
>
>
> Hi Carlos and Kevin - nice job with the presentation today!  I was interested in learning more about your offering.  Some background on ███████████ ████████████████████████████████████████ ███████████. I'm currently focusing my efforts full time in crypto and working on behalf of a family that's looking to allocate to the space.
>
> I was wondering if you're free for a call next week Monday or Wednesday AM ET?
>
> Look forward to hearing back.
>
> ████

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies, including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies, allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | Cayman | Redemptions | |
| Eligibility | | Custodian | |
| Minimum Investment | | Administration | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | Monthly | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD | Since Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | 2.50 | 2.30 | 3.10 | 1.90 | | | | | | | | | 5.86 | 305.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 8.79 | 283.01 |
| | 2020 | 13.18 | 0.14 | 5.43 | 7.01 | 2.56 | 1.00 | 2.51 | 1.03 | 0.51 | 1.44 | 8.66 | 9.90 | 65.55 | |
| | 2019 | | 1.68 | 3.57 | 1.57 | 5.06 | 2.75 | 1.61 | 0.25 | 1.29 | 1.14 | 2.61 | 2.96 | 18.35 | |
| | 2018 | | | | | | | | | | | | 7.91 | | |
| Bloomberg Galaxy Crypto Index | 2022 | | 5.99 | 13.93 | | | | | | | | | | | Dec 2014- |
| | 2021 | 42.44 | 21.91 | 25.75 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | | 156.39 | |
| | 2020 | 40.26 | 1.81 | 35.65 | 0.16 | | 59.48 | 0.21 | | 14.91 | 67.41 | 38.46 | 276.44 | *Nov 2018- | |
| | 2019 | | 15.54 | 5.92 | 13.41 | 58.10 | 17.2 | | | 10.56 | | | 7.08 | Apr 2022 | |
| | 2018 | | | | | | | | | | | | | | |
| S&P 500 | 2022 | | | 3.71 | | | | | | | | | | 4.48 | 58.75* |
| | 2021 | | 2.76 | 4.58 | 5.34 | 0.70 | 2.55 | 2.58 | 3.04 | | 7.01 | | 28.71 | *Nov 2018- | |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.96 | 3.84 | 18.41 | Apr 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.95 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 31.5 | |
| | 2018 | | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs, giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

| | |
|---|---|
| **From:** | Leanna Haakons |
| **To:** | ███████████ |
| **Cc:** | BK Investor Relations; Paul Magahis |
| **Subject:** | Introduction to BKCoin |
| **Date:** | Friday, June 10, 2022 12:19:34 PM |
| **Attachments:** | BKC multi_strategy_deck - May 31, 2022.pdf |
| | BKC 2-Pager - May 2022.pdf |

Hello ██████,

Thank you for reaching out to BKCoin via Peregrine. I'd be pleased to set up a discovery call with Paul Magahis our President and myself at a time of your convenience.

I've attached here our BKCoin Multi-Strategy Fund 2-pager and deck here for your review.

Looking forward to connecting.

Kind regards,
Leanna

**Leanna Haakons**
Business Development & Investor Relations

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (604) 626-2222
leanna@bkcoincapital.com

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies, including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies, allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | |
|---|---|
| Domicile | |
| Eligibility | |
| Minimum Investment | |
| Management Fee | |
| Performance Fee | |
| Subscription | |

| | |
|---|---|
| Redemptions | |
| Custodian | |
| Administration | |
| Auditor | |
| US Counsel | |
| Offshore Counsel | |

## Performance

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | | 2.50 | 3.10 | 1.90 | | | | | | | 5.86 | 30.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.05 | 1.20 | 83.79 |
| | 2020 | 15.18 | 0.14 | 3.43 | 7.51 | 2.56 | 3.60 | 2.51 | 1.03 | 0.51 | 1.44 | 8.66 | 9.30 | 65.55 |
| | 2019 | | 1.68 | 3.57 | 1.57 | 3.06 | 2.73 | 1.61 | 0.25 | 1.34 | 2.63 | 2.96 | 18.36 | 283.04 |
| | 2018 | | | | | | | | | | | | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 13.95 | | | | | | | | | | |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | | |
| | 2020 | 40.76 | 1.81 | | 33.85 | 9.16 | | 59.48 | 11.21 | | 14.91 | 60.41 | 99.46 | 153.59 |
| | 2019 | | 15.54 | 5.92 | 13.41 | 58.10 | 17.2 | | | | 10.50 | | | 7.98 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | | | 5.71 | | | | | | | | | | 58.75* |
| | 2021 | | 2.76 | 4.58 | 5.34 | 0.70 | 2.55 | 2.58 | 3.04 | | 7.01 | | 4.48 | 28.71 |
| | 2020 | | | | 8.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 18.41 |
| | 2019 | 7.86 | 2.97 | 1.79 | 5.93 | | 2.84 | 1.44 | 1.87 | 2.17 | 3.65 | 5.02 | 3.15 | |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

**Institutional Crypto Pioneer**

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

**Proven Alpha Generation**

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

**In-house Quant Expertise**

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function.

**Institutional Infrastructure**

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs, giving us the means to support institutional capital.

**Independent**

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

| From: | Leanna Haakons |
|---|---|
| To: | ██████████ |
| Cc: | Carlos Betancourt; Kevin Kang; Paul Magahis; BK Investor Relations |
| Subject: | Intro to BKCoin |
| Date: | Tuesday, June 14, 2022 10:11:11 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | BKC multi_strategy_deck - May 31, 2022.pdf |
| | BKC 2-Pager - May 2022.pdf |

Hi ██

It's a pleasure to meet you through ████████████.

I've attached here our marketing materials for our flagship BKCoin Multi-Strategy Fund. Please note, our May and YTD estimates are net -0.91% May / 4.90% YTD. We have no exposure to Celsius or the halt on Binance this week and are navigating the markets accordingly.

Please review at your convenience and I'd be happy to set up a discovery call with our executive team when you're ready.

Kind regards,
Leanna

Leanna Haakons
Business Development & Investor Relations

**From:** ████████████████
**Sent:** Monday, June 13, 2022 7:44 AM
**To:** BKCoin <BKCoin@peregrinecommunications.com>
**Subject:** BKCoin - Inquiry

Hi All,

Hope you are well.

I work within the ████████████████████. We heard about the

launch of your new Hedge Fund from an HFM article. Please may you provide more information on the new launch?

Thank you in advance.

Kind regards,



This message is confidential and may be legally privileged.
If you are not the intended recipient, please destroy the message and notify the sender immediately. Any disclosure, use, copying or distribution, either whole or partial, is prohibited.



# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies, including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies, allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum investment | | Administration | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD / Since Inception |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | 4.50 | 2.30 | 3.10 | 1.90 | | | | | | | | | 5.86 / 305.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.05 | 1.20 | 83.79 |
| | 2020 | 15.18 | 0.14 | 5.43 | 7.51 | 2.56 | 3.00 | 2.51 | 1.05 | 0.51 | 1.44 | 8.66 | 6.53 | 65.53 |
| | 2019 | | 1.68 | 4.57 | 1.57 | 3.56 | 2.75 | 1.61 | 0.25 | 1.29 | 0.44 | 2.61 | 2.36 | 18.55 |
| | 2018 | | | | | | | | | | | | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | 22.41 | 3.99 | 13.95 | | | | | | | | | 31.98 | 542.94 |
| | 2021 | 42.44 | 21.91 | 25.75 | 28.67 | | | 7.65 | 28.84 | | 40.15 | | | 153.59 | |
| | 2020 | 40.76 | 1.81 | 35.85 | 0.76 | | 39.48 | 11.21 | | 1.31 | 60.41 | 38.46 | 276 | *Nov 2018- |
| | 2019 | | 15.54 | 5.92 | 13.47 | 58.30 | 7.2 | | | 10.56 | | | 7.08 | Apr 2022* |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | 5.31 | 2.99 | 3.71 | 8.72 | | | | | | | | | 58.75* |
| | 2021 | | 2.76 | 4.58 | 5.34 | 0.70 | 2.55 | 2.58 | 5.04 | | 7.01 | | 4.48 | 28.71 |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 18.41 | *Nov 2018- |
| | 2019 | 7.86 | 2.97 | 1.79 | 5.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 515 | Apr 2022* |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has recognize the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs, giving us the means to support institutional capital.

### Independent

BKC othis is one of only a few firms to have grown organically via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

**From:** Leanna Haakons
**To:** Kevin Kang; Paul Magahis
**Cc:** ██████████ BK Relations; Carlos Betancourt ███████
**Subject:** Re: Intro ██████
**Date:** Thursday, June 16, 2022 3:47:45 PM
**Attachments:** BKC 2-Pager - May 2022.pdf
BKC multi strategy deck - May 31, 2022.pdf

Hi ████,

I've attached here our 2-pager and deck for the BKCoin Multi-Strategy Fund

Please let me know when a good time for a discovery call with me and our President would be, Paul Magahis

Kind regards,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Thu, Jun 16, 2022 at 10:49 AM Kevin Kang <kevin@bkcoincapital.com> wrote:
████████ to connect  Our director of investor relations, Leanna Haakons (cc'd), will forward you any relevant materials for your review

Thanks,
Kevin

On Wed, Jun 15, 2022 at 5:44 PM ██████████████ wrote:
Hi all,

Great to be connected

My name is ████  I'm a long time friend of ████ - I worked with him to restructure his assets/company, as well as helping him with investments

By way of intro, I am the Principal for █████████████████████████ Our portfolio funds include some top tier funds, and some very strong emerging/new fund managers  I analyse funds and venture investments all day, and I know many of the best in the space - so I am excited to learn about you guys

Please send all relevant marketing material - as much information as possible, especially with regards to performance, strategy and thesis

Thx

All the best,

████

On Wed, 15 Jun 2022 at 10 08, Kevin Kang <kevin@bkcoincapital.com> wrote:
Thanks for the intro ████████

████ great to connect! Please let me know if you're free for a quick call in the coming weeks

Thanks,
Kevin

On Tue, Jun 14, 2022 at 4:24 PM ███████████████ wrote:
Hi Carlos and Kevin,

This is my boy ████  You guys definitely have seen him, the famous online magician that does all the cool magic tricks

I had spoke to him last year about crypto and mentioned that I'm a client of Bk  I told him my experience with the fund and that it's something I strongly recommend  He just hit me back up today  He wants to buy 1M of btc and have someone grow the total amount of it  I told ████ I'd make an intro  He asked me to make an intro with him and his financial advisor

Guys please connect

████ like I mentioned to you today, these guys are badass  Carlos is a very close friend of mine  So is Kevin  Carlos is based in LA and Miami and Kevin's in NY  These two guys have a tremendous background in traditional wallstreet ecosystem and have been crushing it in the crypto space since 2019  I've been a client of theirs since 2018  I think their performance will outshine other competitors like block tower that you mentioned  I back up my name with these guys ████

Lmk if I can help

Thanks

--
**Kevin Kang, CFA**
Founding Principal

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (435) 262-2302
kevin@bkcoincapital.com

--



This email and any attachments may be confidential, privileged or otherwise exempt from disclosure under applicable law. No confidentiality or privilege is waived or lost by any transmission errors. This communication is intended solely for the intended recipient, and if you are not the intended recipient, please notify the sender immediately, delete it from your system and do not copy, distribute, disclose or otherwise act upon any part of this email communication or its attachments. The content of this email is provided for information only ███████████ does not accept any liability for any direct, indirect or consequential loss, damage, cost or expense of any kind whatsoever and howsoever caused. Use of the information is without any implied warranty of fitness for any purpose or use whatsoever, and is entirely at the user's own risk.

--
Kevin Kang, CFA
Founding Principal

BkCoin Capital, LP
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (435) 262-2302
kevin@bkcoincapital.com

# BKCoin Multi-Strategy Fund

MAY 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies, allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum investment | | Administration | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual (program) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | 1.50 | 2.30 | 3.10 | 1.90 | | | | | | | | 5.86 | 105.89 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 8.79 |
| | 2020 | 15.18 | 0.14 | 5.45 | 7.51 | 2.56 | 1.90 | 2.51 | 10.5 | 0.31 | 14.4 | 8.68 | 6.53 | 63.52 | 284.04 |
| | 2019 | | 1.68 | 5.57 | 1.57 | 5.96 | 2.23 | 1.63 | 0.25 | 1.29 | 1.74 | 2.61 | 2.96 | 18.56 |
| | 2018 | | | | | | | | | | | | 2.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 13.93 | | | | | | | | | 15.39 | 6 =7m* |
| | 2021 | 47.44 | 21.91 | 25.73 | 28.67 | | 7.65 | 28.84 | | 40.15 | | | | |
| | 2020 | 40.26 | 1.81 | 35.85 | 0.16 | | 39.48 | 11.21 | | 14.91 | 62.41 | 18.46 | 276.444 | **Nov 2018- |
| | 2019 | | 15.54 | 5.52 | 13.47 | 58.23 | 1.72 | | | 10.56 | | | 7.08 | Apr 2022 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | 5.17 | 2.95 | 3.71 | 9.42 | | | | | | | | | 58.75* |
| | 2021 | | 2.76 | 4.58 | 5.34 | 0.70 | 2.55 | 2.58 | 3.04 | | 7.01 | | 4.48 | 28.71 |
| | 2020 | | | | 18.85 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 18.41 | **Nov 2018- |
| | 2019 | | 7.86 | 2.97 | 1.79 | 5.96 | | 7.84 | 1.44 | | 1.87 | 2.17 | 2.63 | 5.02 | 3.1% | Apr 2022 |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-house Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically over investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

## Firm Overview

| Founded | Employees | Assets | Markets | Strategy |
|---|---|---|---|---|
| 2018 | 14 | $150M | Cryptocurrencies | Multi-strategy |

**Quantitative Systematic Investing**

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

**Tight Risk Controls**

Our multi-tiered risk management system allows us to confidently deploy our investors' capital making our clients' emotional well being our number one priority.

**Trusted by Institutional Investors**

With more than over $150M in assets and our investment base is made up of a mix of HNW investors, family offices and fund of funds.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BkCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the firm's CTO, Adriano Caloiaro.

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real time alerts for new trade opportunities including:

- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team

 **Carlos Betancourt**
Founding Principal

Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service physical commodities brokerage and consulting firm. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University.

 **Paul Magahis**
President

Paul has over 22 years of experience in the alternative investments industry. Prior to BKCoin Capital, Paul was the Head of Capital Strategy at Coinbase. Previously, he was a Managing Director and Global Co-Head of Capital Introduction at StoneX Group Inc.

Prior to that, he managed family office investments at Stifel. Paul was also an SVP and Head of Business Development in the Prime Services group at Lazard. Paul started his career as a buy-side analyst, investing across asset classes and strategies at hedge funds including: Merlin BioMed Group (healthcare fund), Paloma Partners/SBZ Partners (multi-strategy), and Merrill Lynch (Strategic Investment Group) within the firm's internal hedge fund. Paul earned his B.B.A in Finance at Pace University.

 **Kevin Kang, CFA**
Founding Principal

Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University.

 **Mark Treinkman**
Head of Quantitative Trading

Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high-net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.

 **Adriano Caloiaro**
Chief Technology Officer

An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisit on software. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be no assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation, will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including changing market conditions, the use of leverage and different strategies or illiquid shared assets, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

MAY 2022



**BKCoin Capital**

| | |
|---|---|
| **From:** | <u>Paul Magahis</u> |
| **To:** | ███████████████ |
| **Cc:** | <u>leanna@bkcoincapital.com</u>; <u>ir@bkcoincapital.com</u> |
| **Subject:** | BKCoin: Latest tear sheet |
| **Date:** | Thursday, June 23, 2022 12:20:13 PM |
| **Attachments:** | <u>BKC 2-Pager - June 2022.pdf</u> |

Hi 

Please disregard previous email. Please see attached. Thank you.

Best,
Paul

# BKCoin Multi-Strategy Fund

JUNE 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemption | |
| Liquidity | | Custodian | |
| Minimum investment | | Administrator | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | YTD/ITD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | 3.50 | 2.30 | 3.10 | 1.90 | | | | | | | | 4.90 | 502.77 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.75 | 9.50 | 8.03 | 1.20 | 83.79 |
| | 2020 | 13.18 | 0.14 | 3.45 | 7.31 | 2.96 | 3.60 | 2.31 | 1.05 | 0.51 | 1.44 | 8.66 | 9.90 | 63.55 |
| | 2019 | | 1.68 | 3.57 | 1.97 | 5.08 | 2.75 | 1.61 | 6.25 | 1.29 | 1.14 | 2.61 | 2.96 | 18.45 |
| | 2018 | | | | | | | | | | | | 7.91 | 283.04 |
| Bloomberg Galaxy Crypto Index | 2022 | 22.44 | 5.99 | 13.95 | | 28.34 | | | | | | | | |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | 7.65 | 28.84 | | 40.15 | | | 15.69 | 450.41 |
| | 2020 | 40.26 | 1.81 | 35.85 | 0.96 | | 89.48 | 8.23 | | 14.31 | 62.41 | 18.46 | 37.64 | |
| | 2019 | | 15.54 | 5.92 | 15.41 | 58.10 | 17.2 | | | 10.56 | | | 7.08 | *Nov 2018–May 2022 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | 5.17 | 2.99 | 3.71 | 8.72 | 0.18 | | | | | | | 1.24 | 60.01* |
| | 2021 | | 2.76 | 4.58 | 5.34 | 0.70 | 2.53 | 2.58 | 3.04 | | 7.01 | | 4.48 | 28.71 |
| | 2020 | | | | 38.83 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 3.84 | 18.41 | *Nov 2018–May 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 3.02 | 31.5 |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-House Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs, giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

| | |
|---|---|
| **From:** | Leanna Haakons |
| **To:** | Carlos Betancourt |
| **Cc:** | ███████ BK Investor Relations |
| **Subject:** | Re: Fact Sheet Digital Assets Fund |
| **Date:** | Monday, June 20, 2022 12:42:43 PM |
| **Attachments:** | BKC 2-Pager - June 2022.pdf |

Hi ██

I hope you're well.

I've attached here our latest tear sheet and will make sure your team is on our distribution list as well.

All the best,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Mon, Jun 20, 2022 at 12:26 PM Carlos Betancourt <carlos@bkcoincapital.com> wrote:
██

Cc'ing Leanna and our IR team. They can assist you with you questions.

Best,

-CB

On Mon, Jun 20, 2022 at 9:20 AM ████████████ wrote:
Dear team,

Could you maybe send us the most recent monthly performance numbers of the Digital Assets Fund? Are we subscribed to a monthly fact sheet newsletter?

It would be great to get monthly performance updates. Thank you.

Best regards,

██

--
**Carlos I. Betancourt**
**Founding Principal**

**BKCoin Capital, LP**
1101 Brickell Ave S-800
Miami, Florida 33131
+1(786) 623-4656

38 E 37th Street Ste 11

New York, NY 10016
+1(646) 600-5182
bkcoincapital.com



# BKCoin Multi-Strategy Fund

JUNE 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum Investment | | Administrator | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Full Year (Since Incep.) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | | 2.30 | 3.10 | 1.90 | | | | | | | | 4.90 | 502.17 |
| BKCoin Digital Asset Fund* | 2021 | 8.43 | 9.58 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.75 | 9.50 | 8.05 | 1.20 | 85.79 |
| | 2020 | 1.18 | 0.14 | 5.43 | 7.91 | 2.96 | 1.00 | 2.51 | 1.05 | 0.51 | 1.54 | 8.66 | 9.90 | 65.53 |
| | 2019 | | 1.68 | 5.57 | 1.57 | 5.06 | 2.73 | 1.61 | 8.25 | 1.51 | 1.44 | 2.61 | 2.86 | 18.35 | 283.01 |
| | 2018 | | | | | | | | | | | | 7.91 | |
| Bloomberg Galaxy Crypto Index | 2022 | | 3.99 | 13.95 | | | | | | | | | | |
| | 2021 | 42.44 | 21.91 | 25.75 | 28.67 | | 7.65 | 28.84 | | 40.15 | | | 15.59 | 4.30 =1* |
| | 2020 | 40.76 | 4.81 | 35.85 | 0.16 | | 59.48 | 11.29 | | 4.30 | 67.41 | 18.46 | 2.76 | *Nov 2018- |
| | 2019 | | 15.94 | 5.92 | 15.41 | 58.30 | 7.2 | | | 10.56 | | | 7.58 | May 2022 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | | | 3.71 | | 0.18 | | | | | | | | 60.01* |
| | 2021 | | 2.76 | 4.58 | 5.24 | 0.70 | 2.55 | 2.58 | 3.04 | | 7.01 | | 4.48 | 28.71 |
| | 2020 | | | | 38.85 | 4.76 | 1.99 | 5.64 | 7.19 | | | 10.95 | 5.84 | 18.41 | *Nov 2018- |
| | 2019 | 7.86 | 2.97 | 1.79 | 5.93 | | 7.84 | 1.44 | | 1.87 | 2.17 | 3.63 | 5.02 | 3.15 | May 2022 |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

### Institutional Crypto Pioneer

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

### Proven Alpha Generation

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

### In-House Quant Expertise

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals instead of outsourcing this function.

### Institutional Infrastructure

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution cost, giving us the means to support institutional capital.

### Independent

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

**From:** <u>Leanna Haakons</u>
**To:** ████████████████
**Cc:** <u>Kevin Kang</u>; <u>Paul Magahis</u>; <u>BK Investor Relations</u>
**Subject:** Intro to BKCoin
**Date:** Wednesday, June 29, 2022 5:38:52 PM
**Attachments:** <u>BKC 2-Pager - June 2022.pdf</u>
<u>BKC multi_strategy_deck - June 14, 2022.pdf</u>

Hi 

Kevin told me the two of you met in London this week. I've attached here our BKCoin Multi-Strategy Fund 2-pager and deck here for your review.

I'd be pleased to set up a discovery call with Paul Magahis our President and myself at a time of your convenience to learn more about BKCoin and our team.

Looking forward to connecting.

Kind regards,
Leanna

**Leanna Haakons**
Business Development & Investor Relations

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (604) 626-2222
<u>leanna@bkcoincapital.com</u>

# BKCoin Multi-Strategy Fund

JUNE 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capital appreciation with static alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Liquidity | | Custodian | |
| Minimum Investment | | Administrator | |
| Management Fee | | Auditor | |
| Performance Fee | | SEC Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

| | | | | May | | | | | | | | | | Since Incep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BK Coin Multi-Strategy Fund | 2022 | 1.50 | 2.30 | 3.10 | 1.90 | | | | | | | | 4.90 | 502.17 |
| BKCoin Digital Asset Fund* | 2021 | 8.45 | 9.38 | 8.09 | 7.57 | 4.89 | 0.88 | 1.83 | 1.57 | 1.73 | 9.50 | 8.03 | 1.20 | 83.79 |
| | 2020 | 13.18 | 0.14 | 5.45 | 7.31 | 2.56 | 1.00 | 2.51 | 1.05 | 0.51 | 1.44 | 8.66 | 9.50 | 65.55 | 283.01 |
| | 2019 | | 16.8 | 3.57 | 1.57 | 3.06 | 2.75 | 1.61 | 0.25 | 1.29 | 1.14 | 2.61 | 2.96 | 18.55 |
| | 2018 | | | | | | | | | | | | 7.41 | 7.91 |
| Bloomberg Galaxy Crypto Index | 2022 | 22.1 | 5.99 | 13.95 | 28.67 | | | | | | | | 39.1 | |
| | 2021 | 42.44 | 21.91 | 25.73 | 28.67 | | 7.65 | 28.84 | | 40.15 | | | 15.3.59 | +50 +1* |
| | 2020 | 40.76 | 1.91 | | 33.85 | 0.76 | | 24.48 | 5.21 | 14.31 | n/a +1 | 38.46 | 2.76 +++ | *Nov 2018- |
| | 2019 | | 19.54 | 5.92 | 15.41 | 58.10 | 9.2 | | | 10.56 | | | 7.08 | May 2022 |
| | 2018 | | | | | | | | | | | | | |
| S&P 500 | 2022 | 4.3 | | 3.71 | 9.2 | 0.18 | | | | | | | 4.48 | +60 01* |
| | 2021 | | 2.76 | 4.58 | 5.34 | 0.70 | 2.55 | 2.38 | 3.04 | 7.01 | | | 28.71 | *Nov 2018- |
| | 2020 | | | | 18.83 | 4.76 | 1.99 | 5.64 | 7.19 | | 30.99 | 3.84 | 38.41 | May 2022 |
| | 2019 | 7.86 | 2.97 | 1.79 | 3.46 | | 7.84 | 1.44 | | 1.87 | 2.17 | 5.65 | 3.02 | 31.5 |
| | 2018 | | | | | | | | | | | | | |

## Why BKCoin Capital

**Institutional Crypto Pioneer**

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

**Proven Alpha Generation**

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

**In-House Quant Expertise**

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals instead of outsourcing this function.

**Institutional Infrastructure**

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs giving us the means to support institutional capital.

**Independent**

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

## Firm Overview

| Founded | Employees | Assets | Markets | Strategy |
|---|---|---|---|---|
| 2018 | 13 | $150M | Cryptocurrencies | Multi-strategy |

**Quantitative Systematic Investing**

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

**Tight Risk Controls**

Our multi-tiered risk management system allows us to confidently control our investors' capital making our clients' emotional well being our number one priority.

**Trusted by Institutional Investors**

We manage over $150M in assets and our investment book is made up of 141 LPs invested across UHNW investors, family offices and fund of funds.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures the **highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BKCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the firm's CTO, Adriano Caloiaro.

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real-time alerts for new trade opportunities, including:

- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service physical commodities brokerage and consulting firm. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University.



**Paul Magahis**
President

Paul has over 22 years of experience in the alternative investments industry. Prior to BKCoin Capital, Paul was the Head of Capital Strategy at Coinpase. Previously, he was a Managing Director and Global Co-Head of Capital Introduction at StoneX Group Inc.

Prior to that, he managed family office investments at St.fel. Paul was also an SVP and Head of Business Development in the Prime Services group at Lazaro. Paul started his career as a buy-side analyst, investing across asset classes and strategies at hedge funds including Merlin BioMed Group (healthcare fund), Paloma Partners/SBZ Partners (multi strategy), and Merrill Lynch (Strategic Investment Group) within the firm's internal hedge fund. Paul earned his B.B.A in Finance at Pace University.



**Kevin Kang, CFA**
Founding Principal

Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University.



**Mark Treinkman**
Head of Quantitative Trading

Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Chimera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and therecan no assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation, will be profitable, equal any corresponding indicated historical performance level, or be suitable for your portfolio. Due to various factors, including but not limited to changing market conditions, the use of leverage and different strategies in related share classes, the content may no longer be reflective of current opinions or positions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

# BKCoin Multi-Strategy Fund

June 2022



**BKCoin Capital**

| From: | Leanna Haakons |
|---|---|
| To: | Kevin Kang |
| Cc: | ██████████████ Carlos Betancourt; BK Investor Relations; Paul Magahis |
| Subject: | Re: Touching Base |
| Date: | Friday, July 15, 2022 9:53:05 AM |
| Attachments: | imagef75a9a.PNG |
| | BKC 2-Pager - June 2022.pdf |
| | BKC multi_strategy_deck - June 14, 2022.pdf |

Hi ██

I've attached here our most recent marketing documents. Our June gross estimate is 0.01%.

You should have just received an email sharing our BKCoin Multi-Strategy Fund data room with you. You will have viewing access to this for 2 weeks.

I've also added you to our distribution list for weekly market and portfolio commentary and monthly newsletters.

Have a lovely weekend.

Kind regards,
Leanna

Leanna Haakons
Business Development & Investor Relations

On Fri, Jul 15, 2022 at 8:32 AM Kevin Kang <kevin@bkcoincapital.com> wrote:
Hi ██ - great to hear from you and hope all is well.

My colleague, Leanna, will share our latest materials as well as our data room. We'll add you to our distribution list as well.

Happy to jump on a call to catch up at your convenience in the coming weeks.

Thanks,
Kevin

On Thu, Jul 14, 2022 at 1:17 PM ████████████████████ wrote:

Hi Kevin—

I hope you're doing well.

As a quick update, I have been speaking with the team on and off about pursuing

a digital assets fund of funds strategy for our clients and while this is still tentative and may take some time for us to develop, I would like to maintain a short list of candidate strategies to track including your funds. On that note, I wanted to circle back from our call a few months back to see if you might be able to share any recent materials and to request that you add us to your performance distribution for on a go forward basis? If you are amenable, please add ███████████████

Thanks,

███



--
**Kevin Kang, CFA**
Founding Principal

**BKCoin Capital, LP**
38 E 37th Street Ste 11
New York, NY 10016
D (646) 968-0600
M (435) 262-2302
kevin@bkcoincapital.com

# BKCoin Multi-Strategy Fund

JUNE 2022



BKCoin Capital

## Overview

The BKCoin Multi-Strategy Fund is designed to give investors exposure to a broad spectrum of strategies, including mean reversion, momentum, relative value, volatility arbitrage, statistical arbitrage, pattern recognition and event-driven. The diversification across our quantitative strategies allows investors to achieve a low volatility return profile from capitalizing on idiosyncratic alpha opportunities, while reducing concentration risk. Our strategy development pipeline gives us the ability to continually implement new strategies, allowing us to replace older strategies that have suffered from alpha decay.

## Terms

| | | | |
|---|---|---|---|
| Domicile | | Redemptions | |
| Eligibility | | Custodian | |
| Minimum Investment | | Administrator | |
| Management Fee | | Auditor | |
| Performance Fee | | US Counsel | |
| Subscriptions | | Offshore Counsel | |

## Performance

*(Performance table illegible due to image degradation)*

## Why BKCoin Capital

**Institutional Crypto Pioneer**

From inception in 2018, it was BKCoin's aim to bring more transparency and sophistication to a space that lacked institutional-grade investment offerings. BKCoin has one of the longest institutional track records of any crypto investment firm at over three years, while most crypto investment firms have only been in operation for 18 months or less.

**Proven Alpha Generation**

Given the firm's tenure, the team has developed the ability to recognize sustainable alpha, alpha decay, capacity constraints and innovative research opportunities within the crypto investment universe.

**In-House Quant Expertise**

The key to BKCoin's success has been a commitment to investing in and developing the firm's quantitative research and data analysis capabilities by hiring experienced individuals, instead of outsourcing this function.

**Institutional Infrastructure**

Our in-house tech and trusted relationships with the most cutting-edge counterparties in digital assets allows us to access deep liquidity with low execution costs, giving us the means to support institutional capital.

**Independent**

BKCoin is one of only a few firms to have grown organically, via investing success, without any third parties taking a GP stake. As such, the firm is more nimble and dynamic in decision-making, which is crucial for trading the ever-changing crypto markets.

Our aim is to continue to build a sustainable diversified business that can be a partner to institutional allocators for decades to come.

## Firm Overview

| Founded | Employees | Assets | Markets | Strategy |
|---------|-----------|--------|---------|----------|
| 2018 | 13 | $150M | Cryptocurrencies | Multi-strategy |

**Quantitative Systematic Investing**

Capitalize on pricing inefficiencies within cryptocurrency markets without suffering from emotional biases.

**Tight Risk Controls**

Our multi-tiered risk management system allows us to confidently deploy our investors' capital making our clients' emotional well being our number one priority.

**Trusted by Institutional Investors**

We manage over $150M in assets and our investment base is made up of HNW investors, family offices and fund of funds.

## Technology & Operations Overview

From inception, BKCoin has always focused on creating and maintaining an institutional quality operational infrastructure that ensures **the highest levels of security, resiliency and efficiency.**

Given the highly quantitative nature of BkCoin's strategy, and the importance of efficient data analysis, testing and strategy deployment, the firm's tech stack is managed in-house by the **firm's CTO, Adriano Caloiaro.**

This allows the investment team to focus solely on idea generation and research.

One of the firm's key differentiators is the use of **institutional quality service providers to give allocators peace of mind.** Notably, BKCoin will be one of the first funds to use State Street for outsourced fund administration.

It is also **one of the only firms with a US opinion from a top four auditor (KPMG)** – most only have Cayman opinions.

BKCoin has a **dedicated server monitoring market conditions 24/7** with real time alerts for new trade opportunities, including:
- unusually large contango in the futures markets
- options arbitrage
- extreme funding rates across multiple exchanges
- automated execution of options combo trades (taking the best price from public markets, OTC desks and liquidity networks)

## Management Team



**Carlos Betancourt**
Founding Principal

Prior to founding BKCoin Capital, Carlos was the Founder and Managing Director of Yorkville Commodities, a full-service physical commodities brokerage and consulting firm. His previous experience includes working at AMCI Group as a Commodities Manager, KCM Asset Management as an Equity Analyst, and The Newport Group as a Business Analyst. Carlos earned his B.A. in Finance and MBA with a concentration in Finance from Stetson University.



**Paul Magahis**
President

Paul has over 22 years of experience in the alternative investments industry. Prior to BKCoin Capital, Paul was the Head of Capital Strategy at Coinbase. Previously, he was a Managing Director and Global Co-Head of Capital Introduction at StoneX Group Inc.

Prior to that, he managed family office investments at Stifel. Paul was also an SVP and Head of Business Development in the Prime Services group at Lazard. Paul started his career as a buy-side analyst, investing across asset classes and strategies at hedge funds including; Merlin BioMed Group (healthcare fund), Paloma Partners/SBZ Partners (multi-strategy), and Merrill Lynch (Strategic Investment Group) within the firm's internal hedge fund. Paul earned his B.B.A in Finance at Pace University.



**Kevin Kang, CFA**
Founding Principal

Prior to founding BKCoin Capital, Kevin was the portfolio manager and trader at Amalgamated Bank, managing over $4 billion in multi asset portfolios specializing in US equities and fixed income. His previous experience includes being Associate Portfolio Manager at AllianceBernstein in NYC. Kevin is a CFA® charterholder and earned his B.A. in Finance from Stetson University.



**Mark Treinkman**
Head of Quantitative Trading

Mark began his career in equities as a discretionary trader with Madison Proprietary Trading Group, where he learned to trade with an emphasis on consistent returns and small drawdowns. He later joined Colmera Securities LLC as an equity trader and transitioned to quantitative approaches to trading capital markets. Mark began his financial management career at Pattern Capital Management, serving clients such as small businesses, high net-worth individuals and independent RIAs. Mark holds a B.S. in Computer Science from the Pennsylvania State University.



**Adriano Caloiaro**
Chief Technology Officer

An experienced software engineer, Adriano joined BKCoin from Greenhouse Software, the fastest growing provider of enterprise talent acquisition software. Prior to this, Adriano was a Partner and Software Engineer at Myatt & Johnson, Inc., building a high-performance computational biology platform funded by a grant from the National Institute of Health. Adriano holds a BS in Computer Information Systems and Business Administration from Stetson University.

## Disclaimer

Past performance is not a guarantee of future results. Different types of investments involve varying degrees of risk, and there can be no assurance that the future performance of any specific investment, investment strategy, or product made reference to directly or indirectly in this presentation, will be profitable, equal any corresponding indicated historical performance level(s), or be suitable for your portfolio. Due to various factors, including but not limited to changing market conditions, the use of leverage and different strategies or isolated share classes, the content may no longer be reflective of current positions or opinions. Moreover, you should not assume that any discussion or information contained in this document serves as the receipt of, or as a substitute for, personalized investment advice from BKCoin Management, LLC or any of its investment vehicles.

