# EXHIBIT 6

## Declaration of Greg Grinberg

Pursuant to 28 U.S.C. Section 1746, the undersigned declares as follows:

1. My name is Greg Grinberg. I am over the age of twenty-one and I have personal knowledge of the matters set forth herein.

2. I reside in Marlboro, New Jersey. I provided accounting services to BKCoin Management, LLC ("BKCoin Management") from approximately September 1, 2022 to approximately October 15, 2022. I worked as an independent contractor and consultant.

3. In or around September 2022, I asked Kevin Kang to provide me with copies of all audited financial statements for BKCoin Management and for all of the funds for which BKCoin Management serves as investment adviser. Mr. Kang told me that no auditor had audited the financial statements of BKCoin Management or any of the funds for which it serves as investment adviser.

4. Around the same time, in September 2022, Mr. Kang told me that BKCoin Management attempted, but was ultimately unable, to engage an audit firm to provide audit services for BKCoin Capital, LP.

5. In February 2022, BKCoin Management entered into an agreement with KPMG, LLP for audit services for the BKCoin Multi-Strategy Fund, LP. KPMG was supposed to start field work on the audit in or around October 2022. Before KPMG started any field work, BKCoin Management informed fund investors it was suspending the payment of redemption proceeds. My understanding is that KPMG did not complete any field work for the audit and has not issued an audit opinion for the BKCoin Multi-Strategy Fund, LP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 1st day of February, 2023.

_____
Greg Grinberg