United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, <br><br> v. <br><br> BKCoin Management, LLC, and others, Defendants. | ) ) ) ) ) Case No. 23-20719-Civ-Scola ) ) ) ) |

## Order Authorizing Papers to Be Filed Under Seal

    This matter is before the Court on Plaintiff Securities and Exchange Commission's (the "Commission") Ex Parte Motion to File Under Seal. (ECF No. 3, sealed.) The Commission has applied for an order directing that all pleadings and other documents filed with the Court in this case be filed under seal. Having found good cause for the pleadings and other documents in this matter to be filed under seal, the Court **grants** the Motion. (**ECF No. 3, sealed**.)

    Accordingly, it is **ORDERED and ADJUDGED** that the Complaint (ECF No. 1, sealed), Ex Parte Emergency Motion and Memorandum of Law for Asset Freeze And Other Relief (ECF No. 5, sealed), all other pleadings, motions, exhibits, papers, any and all Court Orders in this matter, including this Order, and the docket sheet, shall be sealed until the earlier of the follwing: (1) three business days after the date and time the Court issues an asset freeze in this matter; or (2) the day the Commission notifies the Court and Clerk of Court that the Commission has effectuated the asset freeze and the seal is no longer necessary. Upon the occurrence of either of those two events, the Clerk of Court may then unseal the docket and all papers and orders filed in this case.

    In order to effectuate the asset freeze while the case is sealed, the Commission may provide documents and orders to individuals or entities that hold property or assets of the Defendants and the Relief Defendants. After effectuating the asset freeze, the Commission shall serve the Defendants and the Relief Defendants with all of the papers and orders in this action.

    During the period this matter is sealed, the Plaintiff may provide documents to the following: (1) any financial institution to give it notice of the asset freeze; and (2) other law enforcement and regulatory agencies, including foreign authorities.

**Done and ordered** in Miami, Florida, on February 24, 2023.

_____
Robert N. Scola, Jr.
United States District Judge