

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | CASE NO. |
| BKCOIN MANAGEMENT, LLC and | |
| MIN WOO KANG a/k/a "KEVIN" KANG, | |
| Defendants, and | |
| BKCOIN CAPITAL, LP, | |
| BK OFFSHORE FUND, LTD., | |
| BKCOIN MULTI-STRATEGY MASTER FUND, LTD., | **UNDER SEAL** |
| BKCOIN MULTI-STRATEGY FUND, LP, | FILED BY _____ D.C. |
| BKCOIN MULTI-STRATEGY FUND LTD., AND | |
| BISON DIGITAL LLC, | FEB 23 2023 |
| Relief Defendants. | ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI |

## PLAINTIFF'S CERTIFICATE PURSUANT TO
## RULE 65(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Securities and Exchange Commission ("Commission") files this Certificate, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, in support of its *Ex Parte* Emergency Motion and Memorandum of Law for Asset Freeze and Other Relief ("Emergency Motion"). The purpose of this Certificate is to advise the Court that the Commission has not provided notice to Defendants BKCoin Management, LLC ("BKCoin") and Min Woo Kang a/k/a "Kevin" Kang ("Kang") (collectively, "Defendants"), and Relief Defendants BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP and BKCoin Multi-Strategy Fund Ltd. (all funds collectively, the "BKCoin Funds"), and Bison Digital LLC (collectively "Relief Defendants"), and to explain why notice should

not be required.

This Certificate is based on the Complaint and declarations and other exhibits presented to this Court in support of the Emergency Motion. As set forth in those papers, and as set forth in more detail in the Commission's Memorandum of Law in support of its Emergency Motion, Defendants raised approximately $100 million from at least 55 investors, who invested in one or more of the five BKCoin Funds or through separately managed accounts ("SMAs") managed by BKCoin. Defendants stated to investors and prospective investors in fund offering documents, investor agreements and other communications that their funds would be used to trade primarily in crypto assets, and that BKCoin generated returns for investors in the BKCoin Funds or SMAs through specific investment strategies focusing on crypto assets. BKCoin also stated to investors and prospective investors that BKCoin or the Multi-Strategy Funds had obtained a U.S. opinion from a top four audit firm.

These statements were false or materially misleading. In reality, Defendants disregarded the BKCoin Funds' structures, commingled investor assets, and used over $3.6 million to make Ponzi-like payments to fund investors. Kang also misappropriated at least $371,000 of investor funds to pay for vacations, tickets to sporting events and to purchase an apartment in New York City. Kang tried to conceal his misuse of funds by providing altered bank statements to the Multi-Strategy Funds' third-party administrator, which incorporated inflated balances in statements provided to investors. Neither BKCoin nor any of the BKCoin Funds received any audit opinion from any audit firm.

Defendants' fraud began to unravel in October 2022. That same month, BKCoin filed an emergency petition in Miami-Dade County, Florida, seeking appointment of a

receiver over three of the five BKCoin funds, which was granted and later expanded to include the remaining funds. Of the nearly $100 million that BKCoin raised from investors, tens of millions of dollars are unaccounted for.

For the foregoing reasons, the Commission respectfully requests that this Court grant its *Ex Parte* Emergency Motion for an Asset Freeze and Other Relief and enter the proposed Order submitted in connection with that motion without requiring the Commission to provide prior notice to Defendants or Relief Defendants.[1]

February 23, 2023

Respectfully submitted,

By: _____

Pascale Guerrier
Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov

Alexander H. Charap, Esq.
Senior Counsel
SDFL Special Bar No. A5502711
Direct Dial: (305) 416-6228
Email: charapal@sec.gov

Jeffrey B. Goldberg, Esq.
Counsel
Fla. Bar No. 0118689
Direct Dial (305) 982-6334
Email: goldergj@sec.gov

---

[1] The Commission is mobilized with process servers to serve the Defendants and Relief Defendants to immediately apprise them of this action at the appropriate time.

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146