**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

    Plaintiff,

vs.                                                                                     Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## NOTICE OF APPEARANCE

Michael I. Goldberg, the court appointed receiver ("Receiver") of Defendant, BKCoin Management, LLC, and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC requests copies of all documents related to this action be served on him at the address set forth below.

    Date:  March 6, 2023

                                                                                                  Respectfully submitted,

                                                                                                  By: */s/ Michael I. Goldberg*_____
                                                                                                  Michael I. Goldberg, Esq.
                                                                                                  Florida Bar Number: 886602
                                                                                                  **AKERMAN LLP**
                                                                                                  Las Olas Centre II, Suite 1800
                                                                                                  201 East Las Olas Boulevard
                                                                                                  Fort Lauderdale, FL  33301-2999
                                                                                                  Phone: (954) 463-2700
                                                                                                  Fax: (954) 463-2224
                                                                                                  Primary Email: michael.goldberg@akerman.com
                                                                                                  Secondary Email: charlene.cerda@akerman.com

69083512;1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida New York using the CM/ECF system.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                                        */s/ Michael I. Goldberg*

69083512;1