UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                        Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## NOTICE OF APPEARANCE

Katherine Johnson and the law firm Akerman LLP hereby give notice of their appearance as counsel of record for Michael I. Goldberg, court appointed receiver ("Receiver") of Defendant, BKCoin Management, LLC, and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC, in this case and request that copies of all documents related to this action be served on them at the address set forth below.

Date: March 6, 2023

                                                Respectfully submitted,

                                                By: */s/ Katherine Johnson*
                                                Katherine Johnson, Esq.
                                                Florida Bar Number: 1040357
                                                **AKERMAN LLP**
                                                Las Olas Centre II, Suite 1800
                                                201 East Las Olas Boulevard
                                                Fort Lauderdale, FL  33301-2999
                                                Phone: (954) 463-2700
                                                Fax: (954) 463-2224
                                                Primary Email: katie.johnson@akerman.com
                                                Secondary Email: joyce.gutierrez@akerman.com

                                                *Counsel for the Receiver*

69083408;1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 6, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court, Southern District of Florida New York using the CM/ECF system.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/ Katherine Johnson*_____

69083408;1