**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

    Plaintiff,

vs.    Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**RECEIVER'S EX PARTE MOTION SEEKING**
**ENTRY OF AN ORDER REAPPOINTING RECEIVER**

Michael I. Goldberg, Court-appointed receiver ("Receiver") of Defendant BKCoin Management, LLC and Relief Defendants BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC (collectively "Receivership Entities"), files this *Ex Parte Motion Seeking Entry of an Order Reappointing Receiver* ( "Motion"). In support of the Motion, the Receiver states as follows:

1. This action was commenced on February 23, 2023 by the filing of a *Complaint for Injunctive and Other Relief* ("Complaint") (ECF No. 1) by the United States Securities and Exchange Commission ("SEC"). The Complaint and accompanying filings were filed by the SEC under seal of the Court. *See Order Authorizing Papers to be Filed Under Seal* (ECF No. 7).

2. On February 24, 2023, the Court entered an *Order Appointing Receiver* ( "Order of Appointment") (ECF No. 8).

3. The Order of Appointment provides the Receiver with "all powers and authority of a receiver at equity, and all powers conferred upon a receiver by the provisions of 28 U.S.C. §§ 754, 959 and 1692, and Fed. R. Civ. P. 66." *See Order of Appointment*, ¶ 3.

69093975;1

4. Section 754 provides, in relevant part:

> A receiver appointed in any civil action or proceeding involving property, real, personal or mixed, situated in different districts shall, upon giving bond as required by the court, be vested with complete jurisdiction and control of all such property with the right to take possession thereof.
> …
> **Such receiver shall, within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located.** The failure to file such copies in any district shall divest the receiver of jurisdiction and control over all such property in that district.

28 U.S.C. § 754 (emphasis added).[1]

5. The Receiver's deadline to file copies of the Complaint and Order of Appointment in other federal districts pursuant to 28 U.S.C. § 754 is therefore March 6, 2023.

6. The Receiver was unable to adhere with the filing requirements of 28 U.S.C. § 754, however, until such time as the Complaint and the Order of Appointment were unsealed by the Clerk of Courts. The Order of Appointment remained under seal of the Court until the morning of March 6, 2023. *See Clerk's Notice of Compliance* (ECF No. 11). And some districts of interest require delivery of certified copies of relevant filings via mail in order to commence a proceeding under 28 U.S.C. § 754, thereby making the timely filing of the Complaint and Order of Appointment an impossibility.

7. Courts have held that 28 U.S.C. § 754 permits a receiver who has failed to file within the 10-day period to reassume jurisdiction by a later filing, as long as the rights of others have not been prejudiced during the intervening period. *See Securities & Exchange Com. v Equity Service Corp*. 632 F 2d 1092 (3d Cir. 1980); *Ashmore v. Barber*, Case No. 8:15-cv-04487-JMC,

---

[1] 28 U.S.C. §§ 754 and 1692 operate together to extend the court of appointment's territorial jurisdiction. *See Sec. & Exch. Comm'n v. Ross*, 504 F.3d 1130, 1146 (9th Cir. 2007).

2016 WL 4555340 (D.S.C. Sept. 1, 2016) (the court found what was described as a "Fourth Amended Order of Appointment" restarted the ten-day clock under § 754). The matter was commenced eleven days ago, on February 23, 2023, and the Order of Appointment was issued one day later, on February 24, 2023. In light of the minimal amount of time that has passed since commencement of these proceedings and the resulting appointment of the Receiver, it is highly unlikely that the rights of any third parties will be prejudiced by the relief requested herein.

8. The Receiver thus seeks entry of an order by the Court reappointing the Receiver, and thereby reestablishing the 28 U.S.C. § 754 deadline. The Receiver does **not** seek to extend any other deadlines of the Order of Appointment and respectfully requests that any such deadlines, including, but not limited to those contained in ¶¶ 8, 9, 10, 16(c), 51, 52, 58 of the Order of Appointment remain in full force and effect.

WHEREFORE, the Receiver respectfully requests this Court grant its *Ex Parte Motion Seeking Entry of an Order Reappointing Receiver* and any such other relief as this Court deems just and proper. A proposed order granting this Motion is attached hereto and incorporated herein as **Exhibit A**.

## LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that the Receiver has conferred with counsel for the SEC, and the SEC consents to the relief requested herein.

Dated March 6, 2023	Respectfully submitted,

By: */s/ Catherine Kretzschmar*
Catherine Kretzschmar, Esq.
Florida Bar Number: 85843
catherine.kretzschmar@akerman.com
Katherine Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Monday, March 6, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: */s/ Catherine Kretzschmar*
Catherine D. Kretzschmar, Esq.

69093975;1

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                      Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## ORDER REAPPOINTING RECEIVER

This matter came before the Court on the Receiver's *Ex Parte Motion Seeking Entry of an Order Reappointing Receiver* [ECF No. --] (the "Motion"). The Court, having found that the Receiver has made a sufficient and proper showing in support of the relief requested, and noting the agreement of Plaintiff, Securities and Exchange Commission, to the relief requested herein, it is therefore

**ORDERED, ADJUDGED, AND DECREED:**

1. The Motion is **GRANTED**.

2. Michael I. Goldberg is hereby reappointed as Receiver over Defendant, BKCoin Management, LLC and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC.

3. The Receiver is hereby authorized to take all actions contemplated by 28 U.S.C. § 754 within ten (10) days of the issuance of this Order.

4. Other than as set forth herein, the Court's *Order Appointing Receiver* (ECF No. 8) remains in full force and effect.

5. This Court shall retain jurisdiction of this matter for all purposes.

69095088;1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this ___ day of March, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record

69095088;1