United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) |
| v. | ) ) Case No. 23-20719-Civ-Scola ) |
| BKCoin Management, LLC, and others, Defendants. | ) ) ) |

### Order Reappointing Receiver

This matter comes before the Court on the motion of the Receiver (Mot., ECF No. 16) to amend the Court's original order appointing the Receiver (ECF No. 8.) The Court, having reviewed the motion, the record, and the relevant legal authorities, finds that the Receiver has made a proper and sufficient showing of support for the relief requested, and therefore **grants** the motion. (**ECF No. 16**.)

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Michael I. Goldberg is hereby reappointed as Receiver over Defendant, BKCoin Management, LLC and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC.

2. The Receiver is hereby authorized to take all actions contemplated by 28 U.S.C. § 754 within ten (10) days of the issuance of this Order.

3. Other than as set forth herein, the Court's Order Appointing Receiver (ECF No. 8) remains in full force and effect.

4. This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on March 7, 2023.

_____
Robert N. Scola, Jr.
United States District Judge