UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20719-Civ-Scola

Securities and Exchange Commission,

    Plaintiff,

v.

BK Coin Management, LLC and others,

    Defendants.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Notice is given that the undersigned counsel for the SMA Investors, parties in interest in this case, hereby enters its appearance as counsel of record in this matter and designates the following email addresses for the purpose of receiving service and notices in this case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> **DGIM Law, PLLC**
> Jonathan Groth, Esq.
> Primary Email: jonathan@dgimlaw.com
> Secondary Email: colleen@dgimlaw.com
> Daniel Gielchinsky, Esq.
> Primary Email: dan@dgimlaw.com
> Secondary Email: colleen@dgimlaw.com
> 2875 NE 191st Street, Suite 705
> Aventura, FL 33180
> Phone: (305) 763-8708

Respectfully submitted on March 7, 2023

**DGIM Law, PLLC**
*Counsel for the SMA Investors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Jonathan Groth*
Jonathan Groth, Esq.
Florida Bar No. 102648
jonathan@dgimlaw.com
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 97646
dan@dgimlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that, on this March 7, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

*/s/ Jonathan Groth*
Jonathan Groth