UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : | |
| : | |
| **Plaintiff,** : | |
| v. : | |
| : | Case No. 23-20719-Civ-Scola |
| **BKCOIN MANAGEMENT, LLC** and : | |
| **MIN WOO KANG a/k/a "KEVIN" KANG,** : | |
| : | |
| **Defendants, and** : | |
| : | |
| **BKCOIN CAPITAL, LP,** : | |
| **BK OFFSHORE FUND, LTD.,** : | |
| **BKCOIN MULTI-STRATEGY** : | |
| **MASTER FUND, LTD.,** : | |
| **BKCOIN MULTI-STRATEGY FUND, LP,** : | |
| **BKCOIN MULTI-STRATEGY FUND LTD., AND** : | |
| **BISON DIGITAL LLC,** : | |
| : | |
| **Relief Defendants.** : | |
| _____ : | |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Southern District of Florida Local Rule 11.1 (g) and CM/ECF Administrative Procedures 3D, the undersigned provides the following information regarding correct address and correct service email:

Pascale Guerrier, Esq.
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Phone: (305) 982-6301
Email: guerrierp@sec.gov

March 7, 2023

Respectfully submitted,

By: */s/* Pascale Guerrier
Pascale Guerrier
Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov

**ATTORNEY FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300