UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>BKCOIN MANAGEMENT, LLC and  :<br>MIN WOO KANG a/k/a "KEVIN" KANG,  :<br>:<br>Defendants, and  :<br>:<br>BKCOIN CAPITAL, LP,  :<br>BK OFFSHORE FUND, LTD.,  :<br>BKCOIN MULTI-STRATEGY  :<br>MASTER FUND, LTD.,  :<br>BKCOIN MULTI-STRATEGY FUND, LP,  :<br>BKCOIN MULTI-STRATEGY FUND LTD., AND  :<br>BISON DIGITAL LLC,  :<br>:<br>Relief Defendants.  :<br>_____  : | Case No. 23-20719-Civ-Scola |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Southern District of Florida Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, the undersigned provides the following information regarding correct address and correct service email:

Jeffrey B. Goldberg
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Phone: (305) 982-6334
Email: goldbergj@sec.gov

March 8, 2023

Respectfully submitted

By: /s/ Jeffrey B. Goldberg
Jeffrey B. Goldberg
Counsel
Fla. Bar No. 0118689
Direct Dial: (305) 982-6334
Email: goldbergj@sec.gov

Attorney for Plaintiff
**Securities and Exchange Commission**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300