United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 23-20719-Civ-Scola<br>) |
| BKCoin Management, LLC, and others, Defendants. | )<br>)<br>) |

### Order Authorizing Liquidation

    This matter came before the Court upon the filing of Michael I. Goldberg's (the "Receiver") Expedited Ex Parte Motion Seeking Entry of an Order Authorizing Liquidation. (Mot., ECF No. 32). The Court, having found that the Receiver has made a sufficient and proper showing in support of the relief requested, and noting the agreement of Plaintiff, Securities and Exchange Commission, to the relief requested herein, it is therefore **ORDERED** and **ADJUDGED** as follows:

    1.    The Motion is **granted**. (**ECF No. 32**.)

    2.    The Receiver may, in his business judgment and in accordance with this Court's directive to preserve Receivership Property, determine that the most prudent action would be to liquidate cryptocurrency within the Receivership Estates and convert such assets into United States dollars.

    3.    Any third party in possession of Receivership Property in the form of cryptocurrency assets is hereby ordered to liquidate or transfer any such assets on an immediate basis upon written request to do so by the Receiver.

    4.    This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on March 13, 2023.

_____
Robert N. Scola, Jr.
United States District Judge