United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 23-20719-Civ-Scola<br>) |
| BKCoin Management, LLC, and others, Defendants. | )<br>)<br>) |

### Order

This matter came before the Court upon certain Interested Parties' (Jeffrey Ghitman, The Ghitman Family Trust, Joseph Lifschutz, Joseph Kifschutz Living Trust, Kevin Henderson, The Henderson Family Trust, New World Markets, LLC, and GH Holdings, LLC; collectively, the "SMA Investors") filing of a response to Michael I. Goldberg's (the "Receiver") Expedited Ex Parte Motion Seeking Entry of an Order Authorizing Liquidation. (Resp., ECF No. 34; Mot., ECF No. 32). In light of the SMA Investors' response, the Court **vacates** its prior order authorizing liquidation. (**ECF No. 33**.)

An evidentiary hearing is set before this Court in the United States Courthouse located at the Wilkie D. Ferguson, Jr., U.S. Courthouse, 400 North Miami Avenue, Miami, Florida, 33128, Courtroom 12-3, on **March 17, 2023, at 10:00 A.M.**, for one hour, at which time the Court will address the SMA Investors' objections to the motion to liquidate. Further, the Plaintiff Securities and Exchange Commission and the Receiver shall respond to the SMA Investors' objections later than **12:00 P.M. on March 15, 2023**.

**Done and ordered** in Miami, Florida, on March 13, 2023.

_____
Robert N. Scola, Jr.
United States District Judge