UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20719-RNS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| BKCOIN MANAGEMENT, LLC and MIN WOO KANG a/k/a "KEVIN" KANG, | : |
| Defendants, and | : |
| BKCOIN CAPITAL, LP, BK OFFSHORE FUND, LTD., BKCOIN MULTI-STRATEGY MASTER FUND, LTD., BKCOIN MULTI-STRATEGY FUND, LP, BKCOIN MULTI-STRATEGY FUND LTD., AND BISON DIGITAL LLC, | : |
| Relief Defendants. | : |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR ORDER BARRING INTERVENTION**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Order Barring Intervention, (DE \_\_\_\_), filed on March 15, 2023. Having considered the Motion, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's Motion is GRANTED. Jeffrey Ghitman, The Ghitman Family Trust, Joseph Lifschutz, Joseph Lifschutz Living Trust, Kevin Henderson, The Henderson Family Trust, New World Markets, LLC, and GH Holdings, LLC are barred from intervening in this matter.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ____ day of _____, 2023.

_____

UNITED STATES DISTRICT JUDGE