**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

     Plaintiff,

vs.                               Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.

_____/

**RECEIVER'S SUPPLEMENT TO MOTION SEEKING ENTRY OF AN ORDER**
**AUTHORIZING LIQUIDATION AND RESPONSE TO LIMITED OBJECTION**

     Michael I. Goldberg, court-appointed receiver ("Receiver") of Defendant BKCoin

Management, LLC and Relief Defendants BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin

Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy

Fund, Ltd., and Bison Digital LLC (collectively "Receivership Entities"), files this *Supplement to*

*the Receiver's Motion Seeking Entry of an Order Authorizing Liquidation and Response to Limited*

*Objection* (the "Supplement"). In support of this Supplement, the Receiver states as follows:

**Introduction**

     Through the pending Motion to Liquidate, the Receiver seeks the Court's authorization to

liquidate receivership property in the form of cryptocurrency held at Standard Custody (defined

below). In this Supplement, the Receiver provides a detailed breakdown of the cryptocurrency

housed at Standard Custody by "vault" and by digital asset type (Bitcoin, Ethereum, USD Coin,

and Solana). The Receiver also identifies the source of all cryptocurrency transferred into Standard

Custody since his appointment as the State-Court Receiver.[1]

---

[1] Prior to the commencement of this instant proceeding, the Receiver was serving as the state-court appointed receiver
(the "State-Court Receiver") over the Receivership Entities in a case styled *BKCoin Management LLC v. BK Coin*
*Multi-Strategy Fund, Ltd. et al* , Case No.: 2022-20760-CA-01 pending in the Eleventh Judicial Circuit in and for
Miami-Dade County, Florida.

To be clear, none of the cryptocurrency currently housed at Standard Custody was located in vaults titled in the name of the Objecting SMA Investors at the time of the State-Court Receiver's appointment. Likewise, none of the cryptocurrency currently housed at Standard Custody was transferred by the Receiver from accounts titled in the name of any SMA Investors. And while the Receiver has worked with and will continue to work with all investors, including the Objecting SMA Investors (defined below), in an effort to provide clarity on the identity and ownership of all Receivership Property, to date the Receiver has failed to uncover any segregated accounts titled in the name of the Objecting SMA Investors. Simply put, based upon the Receiver's analysis to date, the cryptocurrency held at Standard Custody was purchased with funds commingled in the Receivership Entities' digital asset accounts and is not segregated or traceable to any particular investor.

A forensic analysis of the Receivership Entities is ongoing. Liquidation of Receivership Property, however should not be contingent upon or delayed by a convoluted and time-consuming unwinding of what may be non-existent segregated accounts. As detailed herein, other courts examining this issue have concluded that allowing various investors seeking to trace and reclaim specific assets as originating with them is an inappropriate equitable remedy under circumstances such as this involving multiple investors and commingled funds. This situation is made even more dire when the volatility of the banking and cryptocurrency market is considered. Equity and the Court's Order of Appointment thus supports granting the Motion as clarified by this Supplement.

### **Background**

1.      This action was commenced on February 23, 2023 by the filing of a *Complaint for Injunctive and Other Relief*  ( "Complaint") (ECF No. 1) by the United States Securities and Exchange Commission ("SEC").

69273543;2

2.      On February 24, 2023, the Court entered an *Order Appointing Receiver* ( "Order of Appointment") (ECF No. 1).

3.      The Order of Appointment charges the Receiver with using reasonable efforts to:

> determine the nature, location and value of all property interests of the Receivership Defendants and Relief Defendants, including, but not limited to, monies, funds, securities, cryptocurrencies, crypto assets, credits, effects, goods, chattels, lands, premises, leases, claims, rights and other assets, together with all rents, profits, dividends, interest or other income attributable thereto, of whatever kind, which the Receivership Defendants and Relief Defendants own, possess, have a beneficial interest in, or control directly or indirectly ("Receivership Property" or, collectively, the "Receivership Estates").

Order of Appointment, ¶ 6 (A).

4.      The Order of Appointment likewise provides that the Receiver shall "take such action as necessary and appropriate for the preservation of Receivership Property or to prevent the dissipation or concealment of Receivership Property." Order of Appointment, ¶ 6 (G).

5.      To facilitate the Receiver's duties, the Order of Appointment authorizes the Receiver to "without further Order of this Court, transfer, compromise, or otherwise dispose of any Receivership Property, other than real estate, in the ordinary course of business, on terms and in the manner the Receiver deems most beneficial to the Receivership Estate, and with due regard to the realization of the true and proper value of such Receivership Property." (ECF No. 8, ¶ 35).

6.      In the interest of transparency and in light of the turbulence of last week's banking and cryptocurrency markets, the Receiver filed an *Expedited Ex Parte Motion Seeking Entry of an Order Authorizing Liquidation* ("Motion to Liquidate") on March 10, 2023. (ECF No. 32).

7.      The Court granted the Motion to Liquidate on March 13, 2023, finding that the Receiver had made a sufficient and proper showing in support of the relief requested (the "Liquidation Order") (ECF No. 33).

8.      Shortly thereafter, interested parties Jeffrey Ghitman, The Ghitman Family Trust, Joseph Lifschutz, Joseph Lifschutz Living Trust, Kevin Henderson, the Henderson Family Trust, New World Markets, LLC, and GH Holdings, LLC (collectively, the "Objecting SMA Investors")[2] filed their *Limited Objection to Receiver's Expedited Ex Parte Motion Seeking Entry of an Order Authorizing Liquidation* ("Limited Objection") (ECF No. 34).

9.      The Limited Objection objects to the Motion to Liquidate on the purportedly limited basis that the Receiver does not raise or address "cryptocurrency assets held in those Accounts ***owned by the SMA Investors***." Limited Objection, ¶ 3 (emphasis in the original).  The Limited Objection asserts that the "issue of ownership of SMA Investors' cryptocurrency assets has not been decided by the Receiver of [sic] by this Court" and requests that the Court conduct an evidentiary hearing on the "limited issue of whether the assets identified in the Motion include cryptocurrency assets owned by the SMA Investors" Limited Objection, ¶¶ 3 and 7.

10.      The Court subsequently vacated the Liquidation Order and scheduled an evidentiary hearing to address the Limited Objection to the Receiver's Motion to Liquidate. See (ECF No. 35.)

## **Supplement and Response to Limited Objection**

11.      As a threshold matter, the Order of Appointment authorizes the Receiver to liquidate Receivership Property. Through the pending Motion to Liquidate the Receiver seeks to do just that—liquidate Receivership Property, held in the form of cryptocurrency (the "Cryptocurrency") currently housed at Standard Custody & Trust Company, LLC ("Standard

---

[2] The eight Objecting SMA Investors represent four separately managed accounts ("SMAs"). Those accounts are titled in the names of: (1) the Ghitman Family Trust ("Ghitman Trust") with Jeffrey Ghitman as trustee; (2) the Henderson Family Trust ("Henderson Trust") with Paul Henderson as trustee; (3) GH Holdings, an entity owned 47.5% each by the Ghitman Trust and Henderson Trust, with the remaining 5% owned by Kevin Henderson; and (4) the Lifschutz Living Trust ("Lifschutz Trust") with Joseph Lifschutz as trustee.

Custody"), a limited liability company organized as a trust company under New York banking laws, which operates as a digital asset depository institution not affiliated with any cryptocurrency exchanges.

12.     The Standard Custody account is titled in the name of Receivership Entity, BKCoin Management LLC. The one account in turn possesses 7 "vaults", or designated depository wallets, with the such vault names (reflected in the chart below) established by the Receivership Defendants prior to the appointment of the State-Court Receiver.

13.     The below chart provides a breakdown of Cryptocurrency by vault and by digital asset type (Bitcoin, Ethereum, USD Coin, and Solana) as of the filing of the Motion to Liquidate:

| Crypto Vaults at Standard Custody (by Vault Name) | | | | |
|---|---|---|---|---|
| # | Vault Name | Token | Amount | Spot Value (3/14/23) |
| 1 | BKCoin Multi-Strategy Master | None | - | $0.00 |
| 2 | BKCoin Multi-Strat Master FTX | USDC | 686,193.751872 | $686,193.75 |
| | | ETH | 0.033 | $55.51 |
| 3 | BK Offshore Ltd FTX Quant Funding | None | - | $0.00 |
| 4 | DeFi | ETH | 0.0373 | $62.85 |
| 5 | GP (Management LLC) | BTC | 59.047686 | $1,437,233.09 |
| | | ETH | 490.565788 | $826,353.16 |
| 6 | Legacy – Class C | BTC | 3.2198 | $78,370.61 |
| | | SOL | 1,999.997975 | $40,939.96 |
| 7 | MXP - SMAs | None | - | $0.00 |
| | | | Total | $3,069,208.93 |

14.     The Cryptocurrency transferred into Standard Custody by the Receiver originated from:

a.     BitGo Prime (44 BC and 420 ETH from an account titled in the name of BK Offshore Fund, Ltd.);

b.     Gemini Trust Company (47.3373 ETH from an account titled in the name of BKCoin Capital, LP);

     c.     Deribit: (15.00864995 BTC and 23.104872 ETH from an account titled in the name of BK Offshore Fund, Ltd.); and

     d.     Bittrex (0.03803643 BTC and 0.11361606 ETH from an account titled in the name of  BKCoin Capital, LP).

15.     None of the above detailed Cryptocurrency was located in accounts titled in the name of any of the Objecting SMA Investors at the time of the State-Court Receiver's appointment. Likewise, none of the above detailed Cryptocurrency was subsequently transferred by the Receiver from accounts owned by the SMA Investors.

16.     Furthermore, notwithstanding any representations made to the Objecting SMA Investors' by former principals of the Receivership Entities, to date the Receiver has failed to uncover any digital assets titled in the name of the Objecting SMA Investors. Nor have the Objecting SMA Investors been able to provide any information or documents evidencing the creation, existence, or maintenance of any such accounts.

17.     Instead the documentation sought from and provided by the Objecting SMA Investors to the Receiver and corresponding research to date evidences the following:

     a.     The Henderson Trust invested a total of $300,000 in cash, not cryptocurrency, with such funds being transmitted from Paul Henderson directly to BKCoin Management LLC's operating account ending in 5478. At least $148,829.30 of this was then transferred from account 5478 to BK Offshore, Ltd. bank account ending in 5445.[3]

---

[3] The Admission Form(s) and corresponding bank statements are attached hereto and incorporated herein as **Exhibit A**.

b.    GH Holdings invested a total of $425,000 in cash, not cryptocurrency, with such funds being transmitted from Paul Henderson directly to BKCoin Management LLC's operating account ending in 5478. [4]

c.    The Lifschutz Trust invested $1,000,000 in cash, not cryptocurrency, with such funds being transmitted from Joseph Lifschutz directly to BKCoin Management LLC's operating account ending in 5478.[5]

18.    A forensic analysis of the Receivership Entities and their activities is ongoing. Liquidation of Receivership Property should not be delayed or contingent upon an unwinding of alleged  non-existent segregated accounts. Other investors, the majority of whom are anxious for liquidation, must not be made to bear the burden of the Objecting SMA Investor's desire to continue to play the volatile cryptocurrency market.

19.    Furthermore, even if the Objecting SMA Investor's investments in cryptocurrency assets were able to be traced to  segregated SMA accounts, other courts examining this issue in the construct of receivership liquidations and distributions have found that allowing various investors seeking to trace and reclaim specific assets as originating with them to be an inappropriate equitable remedy under circumstances such as this involving multiple investors and commingled accounts, assets, and funds. *See S.E.C. v. Elliott,* 953 F.2d 1560, 1566 (11th Cir. 1992), *rev'd in part on other grounds*, 998 F. 2d 922 (11th Cir. 1993).

20.    A receiver's liquidation and distribution system can be based on either a *pro rata* distribution to each investor or a traced asset calculation based on each investor's segregated account. The traced asset option has generally been disfavored in federal equity receivership cases

---

[4]The Admission Form(s) and corresponding bank statements are attached hereto and incorporated herein as **Exhibit B**.

[5]The Admission Form(s) and corresponding bank statements are attached hereto and incorporated herein as **Exhibit C**.

because it permits one claimant to recover at the expense of another merely because the former

has the good fortune of being able to trace his or her funds. *See generally C.F.T.C. v. Equity

Financial Group LLC*, 2005 U.S. Dist. LEXIS 20001 at * 78 (D.N.J. 2005); *Liberte Capital Group

v. Capwill*, 229 F. Supp. 2d 799, 804-805 (N.D. Ohio 2002). As the court in *Elliott* explained:

> To allow any individual to elevate his position over that of other
> investors similarly 'victimized' by asserting claims for restitution
> and/ or reclamation of specific assets based upon equitable theories
> of relief such as fraud, misrepresentation, theft, etc. would create
> inequitable results, in that certain investors would recoup 100% of
> their investment while others would receive substantially less…[I]n
> the context of this receivership, the remedy of restitution to various
> investors seeking to trace and reclaim specific assets as originating
> with them is disallowed as an inappropriate equitable remedy.

*Elliott*, 953 F. 2d at 1569.

21.     Even in cases where the tracing method could otherwise be employed but would

result in relief for some, but not all, parties, courts have tended to apply a *pro rata* approach. *See

e.g. S.E.C v. Forex Asset Management, LLC,* 242 F. 3d 325, 331 (5th Cir. 2001) (district court did

not abuse its discretion in approving a *pro rata* distribution plan even though the party's assets

were held by the defrauder in a segregated account); *U.S. v. Durham*, 86 F. 3d 70, 73 (5th Cir.

1996) (although tracing could have been permissible under the circumstances of this case, the

court, in exercising its discretionary authority in equity, was not obliged to apply tracing); *U.S. v.

Vanguard*, 6 F. 3d 222, 226-28 (4th Cir. 1993) (rejecting tracing argument based on the equitable

nature and purpose of a court supervising a federal equity receivership which has the power to

deny remedies as inimical to receivership purposes even though those remedies might be warranted

under controlling law).

22.     Moreover, it has been held that tracing methods should not be utilized under

circumstances involving multiple claimants and commingled funds. *See Equity Financial Group*

*LLC*, 2005 U.S. Dist. LEXIS 20001 at * 82; *See also S.E.C. v. Credit Bancorp, Ltd.,* 290 F.3d 80, 88–89 (2d Cir. 2002) ("Courts have favored *pro rata* distribution of assets where, as here, the funds of the defrauded victims were commingled and where victims were similarly situated with respect to their relationship to the defrauders.").

23.     Since this case involves multiple investors and commingled funds (see generally State-Court Receiver's First Interim Report), a *pro rata* liquidation scheme is the most equitable method, and a traced asset calculation based on each investor's segregated account is both impossible (as no such accounts have yet been located) and inequitable.

24.     What the Objecting SMA Investors really seek is an injunction preventing the Receiver from utilizing his business judgment and liquidating the risky cryptocurrency.  However, the Objecting SMA Investors entire position is simply based on their factually unsupported argument that the cryptocurrency the Receiver seeks to liquidate is somehow traceable to their specific investment and therefore they are entitled to preference over all other investors.  However, the Objecting SMA Investors have not and cannot meet the burden of proof required for them to obtain injunctive relief both because they cannot factually trace their invested funds to the cryptocurrency at issue, and most importantly, even if they could, the caselaw discussed above forecloses the relief they seek.[6]

25.     Finally, the Receiver merely seeks to liquidate the subject cryptocurrency to eliminate the downside risk of an extremely volatile market in completely speculative

---

[6] *All Care Nursing Service, Inc. v. Bethesda Memorial Hospital, Inc. et al.,* 887 F.2d 1535, 1537 (1989) A district court may grant injunctive relief if the movant shows (1) a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered unless the injunction issues; (3) that the threatened injury to the movant outweighs whatever damage the proposed injunction may cause the opposing party, and (4) that if issued the injunction would not be adverse to the public interest. Id. "A preliminary injunction is an extraordinary and drastic remedy not to be granted unless the movant clearly establishes the `burden of persuasion' as to the four requisites." *United States v. Jefferson County*, 720 F.2d 1511, 1519 (11th Cir.1983) (quoting *Canal Authority v. Callaway*, 489 F.2d 567, 572 (5th Cir.1974)).

cryptocurrency.  The Receiver intends to place the proceeds of the liquidated cryptocurrency in trust pending further order of the Court with respect to a plan of liquidation.  Accordingly, the Objecting SMA Investors will have another opportunity to assert their claims at the time the Receiver proposes the plan of liquidation.  However, to force all the other creditors to bear the risk of the speculative cryptocurrency market while the Objecting SMA Investors undergo their own forensic analysis is simply not appropriate unless the Objecting SMA Investors are required to post a bond protecting the receivership estate from the potential decrease in value of the subject cryptocurrency.

### Conclusion

26.     For all of the foregoing reasons, the Receiver requests that the Court enter an order granting the Motion as clarified by this Supplement, overruling the Limited Objection, confirming the Receiver's authority to liquidate the Cryptocurrency held at Standard Trust, and granting any such other and further relief as the Court may deem just and proper.

Dated March 15, 2023                     Respectfully submitted,

By: */s/ Catherine Kretzschmar*
Catherine Kretzschmar, Esq.
Florida Bar Number: 85843
catherine.kretzschmar@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Wednesday, March 15, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: *<u>/s/ Catherine Kretzschmar</u>*
Catherine D. Kretzschmar, Esq.

# EXHIBIT "A"



**Capital Contribution**
**Jay Paul Henderson SMA**

BKCoin Management LLC
38 E 37th Street #11
New York, NY 10016
Tel: +1.646.600.5182
Email: ir@bkcoincpaital.com
      *Attention:* Investor Relations

    **RE: Client Capital Contribution**


<u>**ADMISSIONS FORM**</u>


<u>**Separately Managed Account Name:**</u> Jay Paul Henderson **"Henderson SMA"**


<u>**Investor Details:**</u>

| | |
|---|---|
| Name/s \| Entity Name | Jay Paul Henderson "Henderson SMA" |
| Telephone | ██████████ |
| Email Address | ██████████ |


<u>**Banking Details:**</u>

| | |
|---|---|
| Name of Account Holder | Paul Henderson |
| Name of Bank | ██████ |
| Account Type/Number | ██████████ |
| Routing Number | █████ |
| SWIFT Number | |
| Physical Address | ██████████ |


<u>**Crypto Wallet Details:**</u>

| | |
|---|---|
| Crypto Type | Bitcoin |
| Crypto Wallet Address (*Recipient*) | |
| Crypto Wallet Address (*Sender*) | |

**BKCOIN MANAGEMENT LLC**
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

1



**New Admission/Contribution:**

The undersigned submits the following capital contribution into the **Henderson SMA:**
        Bitcoin 1.03                  .

*==Please, provide a copy of the wire-transfer or TxID to BKCoin Management LLC via e-mail upon==*
*==execution==*.

**Henderson SMA**

*By:* _____

Name: Jay Paul Henderson

*Title:* _____Investor_____

Date: _____02/25/2021_____

**BKCOIN MANAGEMENT LLC**
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

2



**Capital Contribution**
**Jay Paul Henderson SMA**

BKCoin Management LLC
38 E 37th Street #11
New York, NY 10016
Tel: +1.646.600.5182
Email: ir@bkcoincpaital.com
        *Attention:* Investor Relations

**RE: Client Capital Contribution**

<u>**ADMISSIONS FORM**</u>

<u>**Separately Managed Account Name:**</u> Jay Paul Henderson **"Henderson SMA"**

<u>**Investor Details:**</u>

| | |
|---|---|
| Name/s \| Entity Name | Jay Paul Henderson |
| Telephone | ██████████ |
| Email Address | ███████████████ |

<u>**Banking Details:**</u>

| | |
|---|---|
| Name of Account Holder | Paul Henderson |
| Name of Bank | ██████████ |
| Account Type/Number | ████████████ |
| Routing Number | ████████ |
| SWIFT Number | |
| Physical Address | ███████████████████ |

<u>**Crypto Wallet Details:**</u>

| | |
|---|---|
| Crypto Type | Bitcoin |
| Crypto Wallet Address (*Recipient*) | |
| Crypto Wallet Address (*Sender*) | |

**BKCOIN MANAGEMENT LLC**
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

1



**New Admission/Contribution:**

The undersigned submits the following capital contribution into the **Henderson SMA**:
_____Bitcoin 1.994_____.

*Please, provide a copy of the wire-transfer or TxID to BKCoin Management LLC via e-mail upon execution.*

**Henderson SMA**

*By:* _____
Name: _____Jay Paul Henderson_____
*Title:* _____Investor_____
Date: _____03/01/2021_____

**BKCOIN MANAGEMENT LLC**
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

2



**Capital Contribution**
**Jay Paul Henderson SMA**

BKCoin Management LLC
1101 Brickell Ave S-800
Miami, FL 33131
Tel: +1.786.623.4656
Email: ir@bkcoincpaital.com
    *Attention:* Investor Relations

**RE: Client Capital Contribution**

## ADMISSIONS FORM

**Separately Managed Account Name:** Jay Paul Henderson **"Henderson SMA"**

**Investor Details:**

| | |
|---|---|
| Name/s \| Entity Name | Jay Paul Henderson |
| Telephone | ██████████ |
| Email Address | ██████████ |

**Banking Details:**

| | |
|---|---|
| Name of Account Holder | Jay Paul Henderson |
| Name of Bank | ██████████ |
| Account Type/Number | ██████████ |
| Routing Number | ██████████ |
| SWIFT Number | |
| Physical Address | ██████████ |

**Crypto Wallet Details:**

| | |
|---|---|
| Crypto Type | Bitcoin |
| Crypto Wallet Address (*Recipient*) | |
| Crypto Wallet Address (*Sender*) | |

BKCOIN MANAGEMENT LLC
1101 BRICKELL AVE. S-800 MIAMI, FL 33131
O: +1(786) 623-4656 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

1



**New Admission/Contribution:**

The undersigned submits the following capital contribution into the **Henderson SMA**:

_____5 BTC_____.

<mark>*Please, provide a copy of the wire-transfer or TxID to BKCoin Management LLC via e-mail upon execution.*</mark>

Henderson SMA

By: _~signature~_____

Name: Jay Paul Henderson

Title: Investor

Date: 07/20/2021

BKCOIN MANAGEMENT LLC
1101 BRICKELL AVE. S-800 MIAMI, FL 33131
O: +1(786) 623-4656 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

2

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page                1 of 2

Account Number:        ******5478
Date                        02/26/21

## STATEMENT SUMMARY AS OF          02/26/21

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| FINTECH HEDGE FUND | XXXXXX5478 | .00 | 374,086.34 |

| BKCOIN MANAGEMENT LLC | FINTECH HEDGE FUND | ACCT | ******5478 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 2/01/21 | 104,174.30 | |
| Deposits / Misc Credits | 6 | 1,580,485.05 | |
| Withdrawals / Misc Debits | 9 | 1,310,573.01 | |
| ** Ending Balance | 2/28/21 | 374,086.34 ** | |
| Service Charge | | .00 | |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| | | |
| 2/23 | 50,000.00 | L02NH0025H6AR0WQ ORIG:JAY PAUL HENDERSON |
| 2/24 | 175,000.00 | L02OC5309GABTE89 ORIG:GH HOLDINGS LLC |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| | | |

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          2 of 2

Account Number:     ******5478
Date                02/26/21

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|



## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/02 | 1,104,174.30 | 2/11 | 1,303,977.13 | 2/24 | 1,232,357.13 |
| 2/04 | 1,325,699.35 | 2/12 | 1,289,977.13 | 2/25 | 374,086.34 |
| 2/05 | 1,308,977.13 | 2/18 | 1,285,977.13 | | |
| 2/10 | 1,308,977.13 | 2/23 | 1,057,357.13 | | |

 Silvergate

BKCOIN MANAGEMENT LLC
38 E 37TH ST # 11
NEW YORK NY 10016-3008

Page          1 of 2

Account Number:      ******5478
Date                 03/31/21

## STATEMENT SUMMARY AS OF          03/31/21

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| FINTECH HEDGE FUND | XXXXXX5478 | .00 | 1,448,177.36 |

| BKCOIN MANAGEMENT LLC | FINTECH HEDGE FUND | ACCT | ******5478 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

|  |  |  |  |
|---|---|---|---|
| Beginning Balance | 3/01/21 | 374,086.34 | |
| Deposits / Misc Credits | 3 | 5,100,000.00 | |
| Withdrawals / Misc Debits | 14 | 4,025,908.98 | |
| ** Ending Balance | 3/31/21 | 1,448,177.36 ** | |
| Service Charge | | .00 | |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 3/01 | 100,000.00 | L031G30462PA7QSE |
| | | ORIG:JAY PAUL HENDERSON |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          2 of 2

Account Number:       ******5478
Date                  03/31/21

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|



## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 629,881.79 | 3/05 | 1,495,953.03 | 3/17 | 1,462,944.03 |
| 3/02 | 2,129,881.79 | 3/09 | 1,485,953.03 | 3/19 | 1,458,594.03 |
| 3/04 | 2,029,895.74 | 3/10 | 1,475,944.03 | 3/22 | 1,448,177.36 |

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          1 of 2

Account Number:      ******5478
Date                 07/30/21

## STATEMENT SUMMARY AS OF          07/30/21

| Account Name | Account Number | Balance |
|---|---|---|
| FINTECH HEDGE FUND | XXXXXX5478 | 3,182.84 |

| BKCOIN MANAGEMENT LLC | FINTECH HEDGE FUND | ACCT | ******5478 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 7/01/21 | 3,762.14 | |
| Deposits / Misc Credits | 6 | 228,416.67 | |
| Withdrawals / Misc Debits | 9 | 228,995.97 | |
| ** Ending Balance | 7/31/21 | 3,182.84 ** | |
| Service Charge | | .00 | |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 7/19 | 150,000.00 | L07JL56266BBJ8YP |
| | | ORIG:JAY PAUL HENDERSON |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 7/20 | 148,829.30 | Ref 2011123 to Dep 5090025445 |

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          2 of 2

Account Number:      ******5478
Date                 07/30/21

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/02 | 3,762.14 | 7/14 | 2,012.14 | 7/30 | 3,182.84 |
| 7/07 | 42,762.14 | 7/19 | 152,012.14 | | |
| 7/08 | 3,762.14 | 7/20 | 3,182.84 | | |

**Silvergate**

BK OFFSHORE FUND LTD.
SEN ACCOUNT
38 E 37TH ST # 11
NEW YORK NY 10016-3008

Page                1 of 2

Account Number:     ******5445
Date                07/30/21

## STATEMENT SUMMARY AS OF        07/30/21

| Account Name | Account Number | Balance |
|---|---|---|
| SILVERGATE EXCH NET ACCT | XXXXXX5445 | 52,917.44 |

| BK OFFSHORE FUND LTD. | SILVERGATE EXCH NET ACCT | ACCT | ******5445 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| | Beginning Balance | 7/01/21 | 7,776.31 |
| | Deposits / Misc Credits | 7 | 1,092,103.55 |
| | Withdrawals / Misc Debits | 9 | 1,046,962.42 |
| ** | Ending Balance | 7/31/21 | 52,917.44 ** |
| | Service Charge | | .00 |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 7/20 | 148,829.30 | Ref 2011123 from Dep 5090025478 |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 7/20 | 148,829.30 | Ref 2011123 to Dep 5090013656 |

 Silvergate

**BK OFFSHORE FUND LTD.**
**SEN ACCOUNT**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          2 of 2

Account Number:        ******5445
Date                07/30/21

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/07 | 8,643.19 | 7/19 | 8,643.19 | 7/21 | 8,643.19 |
| 7/09 | 8,643.19 | 7/20 | 8,643.19 | 7/22 | 52,917.44 |

# EXHIBIT "B"



**Capital Contribution**
**GH Holdings LLC**

BKCoin Management LLC
38 E 37th Street #11
New York, NY 10016
Tel: +1.646.600.5182
Email: ir@bkcoincpaital.com
        *Attention:* Investor Relations

**RE: Client Capital Contribution**

## ADMISSIONS FORM

**Separately Managed Account Name:** **GH Holdings LLC SMA**

**Investor Details:**

| | |
|---|---|
| Name/s \| Entity Name | GH Holdings LLC |
| Telephone | ████████ |
| Email Addre | ████████ |

**Banking Details:**

| | |
|---|---|
| Name of Account Holder | GH Holdings LLC |
| Name of Bank | ████ |
| Account Type/Number | ████████4 |
| Routing Number | ████ |
| SWIFT Number | |
| Physical Address | |

**Crypto Wallet Details:**

| | |
|---|---|
| Crypto Type | Bitcoin |
| Crypto Wallet Address (*Recipient*) | |
| Crypto Wallet Address (*Sender*) | |

**BKCOIN MANAGEMENT LLC**
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

1



**New Admission/Contribution:**

The undersigned submits the following capital contribution into the **GH Holdings LLC SMA:** _____5.24 bitcoin_____.

*Please, provide a copy of the wire-transfer or TxID to BKCoin Management LLC via e-mail upon execution.*

**GH Holdings LLC SMA**

*By:* _____
Name: _____
*Title:* _____
Date: ___11/24/2020_____

Paul Henderson

11/24/2020

BKCOIN MANAGEMENT LLC
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

2



**Capital Contribution**
**GH Holdings LLC**

BKCoin Management LLC
38 E 37th Street #11
New York, NY 10016
Tel: +1.646.600.5182
Email: ir@bkcoincpaital.com
      *Attention:* Investor Relations

**RE: Client Capital Contribution**

**<u>ADMISSIONS FORM</u>**

**<u>Separately Managed Account Name:</u>** GH Holdings LLC SMA

**<u>Investor Details:</u>**

| Name/s \| Entity Name | GH Holdings LLC |
|---|---|
| Telephone | ████████ |
| Email Address | ████████ |

**<u>Banking Details:</u>**

| Name of Account Holder | GH Holdings LLC |
|---|---|
| Name of Bank | ████████ |
| Account Type/Number | ████ |
| Routing Number | ████ |
| SWIFT Number | |
| Physical Address | |

**<u>Crypto Wallet Details:</u>**

| Crypto Type | bitcoin |
|---|---|
| Crypto Wallet Address (*Recipient*) | |
| Crypto Wallet Address (*Sender*) | |

**BKCOIN MANAGEMENT LLC**
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

1



**New Admission/Contribution:**

The undersigned submits the following capital contribution into the **GH Holdings LLC SMA:** _____3.77 BTC_____.

==*Please, provide a copy of the wire-transfer or TxID to BKCoin Management LLC via e-mail upon execution.*==

**GH Holdings LLC SMA**



*By:* _____
Name: Jeffrey Ghitman
*Title:* Member
Date: 1-7-21

BKCOIN MANAGEMENT LLC
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

2



## Capital Contribution
## GH Holdings LLC

BKCoin Management LLC
38 E 37th Street #11
New York, NY 10016
Tel: +1.646.600.5182
Email: ir@bkcoincpaital.com
        *Attention:* Investor Relations

### RE: Client Capital Contribution

### <u>ADMISSIONS FORM</u>

**<u>Separately Managed Account Name:</u>** GH Holdings LLC SMA

**<u>Investor Details:</u>**

| | |
|---|---|
| Name/s \| Entity Name | GH Holdings LLC |
| Telephone | ████████████ |
| Email Address | ████████████ |

**<u>Banking Details:</u>**

| | |
|---|---|
| Name of Account Holder | |
| Name of Bank | |
| Account Type/Number | |
| Routing Number | |
| SWIFT Number | |
| Physical Address | |

**<u>Crypto Wallet Details:</u>**

| | |
|---|---|
| Crypto Type | Bitcoin & Ethereum |
| Crypto Wallet Address (*Recipient*) | |
| Crypto Wallet Address (*Sender*) | |

**BKCOIN MANAGEMENT LLC**
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

1



**New Admission/Contribution:**

The undersigned submits the following capital contribution into the **GH Holdings LLC SMA:** Bitcoin 2.17 & Ethereum 45 .

==*Please, provide a copy of the wire-transfer or TxID to BKCoin Management LLC via e-mail upon execution.*==

**GH Holdings LLC SMA**

*By:* _____
Name: Jeffrey Ghitman
*Title:* Member
Date: 02/25/2021

BKCOIN MANAGEMENT LLC
38 E 37TH STREET #11, NEW YORK, NY 10016
O: +1(646) 600-5182 / O: +1(646) 666-0966
WWW.BKCOINCAPITAL.COM

2

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          1 of 2

Account Number:  *****5478
Date                    11/30/20

Effective December 14, 2020, our La Jolla Business Banking Center is
moving to Suite 300 on floor 3! We're still at our existing address at
4250 Executive Square, La Jolla, CA 92037, and our same great team
and services are here to assist you.
To better serve you, we're also transitioning to an appointment only
process. To schedule your appointment, call (858) 202-0528 or
(800) 478-8117 or email BCAppointments@silvergate.com.
We look forward to seeing you in our new space this December!

## STATEMENT SUMMARY AS OF 11/30/20

| Account Name | Account Number | Balance |
|---|---|---|
| FINTECH HEDGE FUND | XXXXXX5478 | 165,555.51 |

| BKCOIN MANAGEMENT LLC | FINTECH HEDGE FUND | ACCT | *****5478 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 11/01/20 | | 434,399.36 |
| Deposits / Misc Credits | | 4 | 111,099.27 |
| Withdrawals / Misc Debits | | 7 | 379,943.12 |
| ** Ending Balance | 11/30/20 | | 165,555.51** |
| Service Charge | | | 799.00 |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| | | |
| 11/24 | 100,000.00 | K0BOK4837CHWDVPX |
| | | ORIG:GH HOLDINGS LLC |
| | | |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page        2 of 2

Account Number:  ******5478
Date                    11/30/20

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|---------------------|
| 11/25 | 99,817.23 | Ref 3300912 to Dep 5090025445 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/02 | 430,399.36 | 11/18 | 166,079.93 | 11/25 | 170,562.97 |
| 11/12 | 429,600.36 | 11/19 | 164,079.93 | 11/30 | 165,555.51 |
| 11/17 | 165,280.93 | 11/24 | 265,480.20 | | |

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          1 of 2

Account Number:  *****5478
Date                    01/29/21

## STATEMENT SUMMARY AS OF 01/29/21

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| FINTECH HEDGE FUND | XXXXXX5478 | .00 | 104,174.30 |

| BKCOIN MANAGEMENT LLC | FINTECH HEDGE FUND | ACCT | *****5478 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 1/01/21 | 291,679.67 |
| Deposits / Misc Credits | 1 | 150,000.00 |
| Withdrawals / Misc Debits | 9 | 337,505.37 |
| ** Ending Balance | 1/31/21 | 104,174.30** |
| Service Charge | | 799.00 |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 1/07 | 150,000.00 | L017H0005OO2C22M ORIG:GH HOLDINGS LLC |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| 1/07 | 149,480.50 | Ref 0071136 to Dep 5090025460 |

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          2 of 2

Account Number:   ******5478
Date                    01/29/21

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/07 | 141,133.30 | 1/14 | 133,834.30 | 1/28 | 104,174.30 |
| 1/08 | 138,633.30 | 1/22 | 115,174.30 | | |
| 1/12 | 137,834.30 | 1/25 | 108,174.30 | | |

# Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          1 of 2

Account Number:          ******5478
Date                          02/26/21

## STATEMENT SUMMARY AS OF          02/26/21

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| FINTECH HEDGE FUND | XXXXXX5478 | .00 | 374,086.34 |

| BKCOIN MANAGEMENT LLC | FINTECH HEDGE FUND | ACCT | ******5478 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 2/01/21 | 104,174.30 | |
| Deposits / Misc Credits | 6 | 1,580,485.05 | |
| Withdrawals / Misc Debits | 9 | 1,310,573.01 | |
| ** Ending Balance | 2/28/21 | 374,086.34 ** | |
| Service Charge | | .00 | |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| 2/23 | 50,000.00 | L02NH0025H6AR0WQ ORIG:JAY PAUL HENDERSON |
| 2/24 | 175,000.00 | L02OC5309GABTE89 ORIG:GH HOLDINGS LLC |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page           2 of 2

Account Number:      ******5478
Date                      02/26/21

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|



## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/02 | 1,104,174.30 | 2/11 | 1,303,977.13 | 2/24 | 1,232,357.13 |
| 2/04 | 1,325,699.35 | 2/12 | 1,289,977.13 | 2/25 | 374,086.34 |
| 2/05 | 1,308,977.13 | 2/18 | 1,285,977.13 | | |
| 2/10 | 1,308,977.13 | 2/23 | 1,057,357.13 | | |

# EXHIBIT "C"



## Capital Contribution
## Joseph Lifschutz Living Trust

BKCoin Management LLC
1101 Brickell Ave S-800
Miami, FL 90005
Tel: +1(786) 623-4656
        +1(646) 600-5182
Email: ir@bkcoincpaital.com
        *Attention:* Investor Relations

### RE: Additional Capital Contribution to Joseph Lifschutz Living Trust SMA

### ADMISSIONS FORM

**Separately Managed Account Name:** Joseph Lifschutz Living Trust "Lifschutz SMA"

**Investor Details:**

| | |
|---|---|
| Name/s \| Entity Name | Joseph Lifschutz |
| Telephone | ███████████ |
| Email Address | ███████████████ |

**Banking Details:**

| | |
|---|---|
| Name of Account Holder | Joseph Lifschutz Living Trust |
| Name of Bank | ██████████████ |
| Account Type/Number | ████████████████ |
| Routing Number | █████████ |
| SWIFT Number | |
| Physical Address | ███████████████████████ |

**Crypto Wallet Details:**

| | |
|---|---|
| Crypto Type | N/A |
| Crypto Wallet Address (*Recipient*) | N/A |
| Crypto Wallet Address (*Sender*) | N/A |



**New Admission/Contribution:**

The undersigned submits the following capital contribution into the Lifschutz SMA:

<u>USD 1,000,000.00</u>.

==*Please, provide a copy of the wire-transfer or TxID to BKCoin via e-mail upon execution.*==

**Mr. Joseph Lifschutz**

By:

Name: Joseph

Title: Investor // Trustee

Date: 04.06.2021

**I/I Silvergate**

BKCOIN MANAGEMENT LLC
38 E 37TH ST # 11
NEW YORK NY 10016-3008

Page            1 of 2

Account Number:      ******5478
Date                    04/30/21

## STATEMENT SUMMARY AS OF        04/30/21

| Account Name | Account Number | Interest Paid In 2020 | Balance |
|---|---|---|---|
| FINTECH HEDGE FUND | XXXXXX5478 | .00 | 24,601.29 |

| BKCOIN MANAGEMENT LLC | FINTECH HEDGE FUND | ACCT | ******5478 |
|---|---|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| | Beginning Balance | 4/01/21 | 1,448,177.36 |
| | Deposits / Misc Credits | 5 | 4,880,000.00 |
| | Withdrawals / Misc Debits | 11 | 6,303,576.07 |
| ** | Ending Balance | 4/30/21 | 24,601.29 ** |
| | Service Charge | | .00 |

## Deposits and Other Credits

| Date | Amount | Activity Description |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 4/06 | 1,000,000.00 | L046L15156VIGIKQ ORIG:JOSEPH LIFSCHUTZ LIVING TRUST |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

 Silvergate

**BKCOIN MANAGEMENT LLC**
**38 E 37TH ST # 11**
**NEW YORK NY 10016-3008**

Page          2 of 2

Account Number:      ******5478
Date               04/30/21

## Debits and Other Withdrawals

| Date | Amount | Activity Description |
|------|--------|----------------------|



## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/02 | 248,177.36 | 4/08 | 1,217,705.82 | 4/21 | 1,271,427.96 |
| 4/05 | 222,807.16 | 4/09 | 1,267,705.82 | 4/22 | 65,017.96 |
| 4/06 | 1,240,335.02 | 4/12 | 1,258,955.82 | 4/28 | 24,601.29 |