

**Carolina Acosta**
Senior Litigation Counsel
Legal Division
(773) 550-0183
cacosta@cboe.com

March 14, 2023

<u>Via Mail</u>
Hon. Robert N. Scola
United States District Court
For the Southern District of Florida
Wilkie D. Ferguson, Jr,
United States Courthouse
400 North Miami Avenue
Room 12-3
Miami, Florida 33128

Re:  *SEC v. BKCoin Management, LLC et al.*, No. 1:23-cv-20719 (RNS)

Dear Judge Scola,

This letter serves as a certificated statement in compliance with the Order Appointing Receiver ("Receiver Order") issued by this Court on February 24, 2023, and served to Cboe Clear Digital, LLC (f/k/a Eris Clearing, LLC) ("CCD") on March 10, 2023, by Akerman LLP, the Receiver Counsel.

On Monday, February 27, 2023, CCD froze the below three (3) accounts for relief defendant, BKCoin, Capital, LP, after receiving on this same day an Asset Freeze order issued by this Court. On March 2, 2023, CCD notified the SEC the freeze of the accounts.

CCD will maintain the freeze on these accounts and cooperate expeditiously in providing information, transferring funds, assets, and accounts to the Receiver and Receiver Counsel per the Receiver Order until further order of this Court.

| Account Code | Account Name | Account Type | Total USD Value[1] |
|---|---|---|---|
| BKC001 | BKCoin Capital LP | Trading | $27,718.4153196442 |
| BKC300 | BKCoin Capital LP | Collateral | $0 |
| BKCFRB | BKCoin Capital LP | Fee Rebates | $55.186722262 |

\* \* \* \* \*

---

[1]  This value is the total USD value of the cryptocurrencies in the accounts as of the close of business on the date of receipt of the Receiver Order, March 10, 2023.



If you need additional information, please contact me at (773) 550-0183 or at cacosta@cboe.com.

Regards,

Carolina Acosta

cc:     Rosalind Ward (SEC) wardro@sec.gov
        Pascale Guerrier (SEC) guerrierp@sec.gov
        Jenny Golding (Cboe) jgolding@cboe.com
        Nataliya Manina (Cboe) nmanina@cboe.com
        Joseph McGlawn (Cboe) jcmglawn@cboe.com
        Catherine Kretzschmar (Receiver Counsel) catherine.kretzschmar@akerman.com
        Katie Johnson (Receiver Counsel) katie.johnson@akerman.com