UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20719-Civ-Scola

Securities and Exchange Commission,

    Plaintiff,

v.

BK Coin Management, LLC and others,

    Defendants.
_____/

### NOTICE OF WITHDRAWAL OF INTERESTED PARTIES, SMA INVESTORS' LIMITED OBJECTION TO RECEIVER'S EXPEDITED EX PARTE MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING LIQUIDATION

Interested Parties, Jeffrey Ghitman, The Ghitman Family Trust, Joseph Lifschutz, Joseph Lifschutz Living Trust, Kevin Henderson, The Henderson Family Trust, New World Markets, LLC, and GH Holdings, LLC (collectively, the "SMA Investors"), by and through undersigned counsel, hereby give notice of withdrawal of their *Limited Objection to Receiver's Expedited Ex Parte Motion Seeking Entry of an Order Authorizing Liquidation* [DE 34] as the Parties have resolved the issues and will be submitting an Agreed Order for the Court's consideration. The SMA Investors reserve all rights to appear as parties in interest in this case.

Respectfully submitted on March 15, 2023

**DGIM Law, PLLC**
*Counsel for the SMA Investors*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

*/s/ Jonathan Groth*
Jonathan Groth, Esq.
Florida Bar No. 102648
jonathan@dgimlaw.com

Daniel Y. Gielchinsky, Esq.<br>
Florida Bar No. 97646<br>
dan@dgimlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this March 15, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

<i>/s/ Jonathan Groth</i><br>
Jonathan Groth