United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) |
| v. | ) ) Case No. 23-20719-Civ-Scola ) |
| BKCoin Management, LLC, and others, Defendants. | ) ) ) |

**Order Authorizing Liquidation of Cryptocurrency**

  This matter came before the Court upon the filing of Michael I. Goldberg's (the "Receiver") *Expedited Ex Parte Motion Seeking Entry of an Order Authorizing Liquidation* (Mot., ECF No. 32.). The Court, having reviewed the Motion, the SMA Investors' *Limited Objection to Receiver's Expedited Ex Parte Motion Seeking Entry of an Order Authorizing Liquidation* ("Limited Objection") [ECF No. 34], and the *Receiver's Supplement to the Receiver's Motion Seeking Entry of an Order Authorizing Liquidation and Response to Limited Objection* [ECF No. 39] (the "Supplement"), and noting the agreement of the SMA Investors to the relief requested in the Motion as clarified by the Supplement and subsequent withdrawal of the Limited Objection (ECF No. 41), finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore **ORDERED** and **ADJUDGED** as follows**:**

  1. The Motion is **granted**. (**ECF No. 32**.)

  2. The Receiver may, in his business judgment and in accordance with this Court's directive to preserve Receivership Property, determine that the most prudent action would be to liquidate the Cryptocurrency[1] identified in attached **Exhibit A** and convert such Cryptocurrency into United States dollars.

  3. Any third party in possession of the Cryptocurrency is hereby directed and ordered to cooperate in all respects with the Receiver, to liquidate or transfer any such Cryptocurrency on an immediate basis upon written request of the Receiver, and to comply with the instructions provided by the Receiver.

  4. The evidentiary hearing scheduled for Friday, March 17, 2023, at 10:00 a.m. is hereby **canceled.**

  5. This Court shall retain jurisdiction of this matter for all purposes.

---

[1] All capitalized terms take on the meaning ascribed to them in the Motion.

**Done and ordered** in Miami, Florida, on March 16, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

**[EXHIBIT A ON THE FOLLOWING PAGE]**

# EXHIBIT A

| # | Crypto Vaults at Standard Custody (by Vault Name) | | |
|---|---|---|---|
|   | **Vault Name** | **Token** | **Amount** |
| 1 | BKCoin Multi-Strategy Master | None | - |
| 2 | BKCoin Multi-Strat Master FTX | USDC | 686,193.751872 |
|   |   | ETH | 0.033 |
| 3 | BK Offshore Ltd FTX Quant Funding | None | - |
| 4 | DeFi | ETH | 0.0373 |
| 5 | GP (Management LLC) | BTC | 59.047686 |
|   |   | ETH | 490.565788 |
| 6 | Legacy – Class C | BTC | 3.2198 |
|   |   | SOL | 1,999.997975 |
| 7 | MXP - SMAs | None | - |