UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC, and
MIN WOO KANG a/k/a "KEVIN" KANG,

        Defendants, and

BKCOIN CAPITAL, LP, et al.,

        Relief Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW, Defendant MIN WOO KANG, noticing this Honorable Court that the undersigned attorney is entering an appearance on Defendant's behalf in the above captioned case.

Respectfully submitted,

AKRIVIS LAW GROUP, PLLC

By:   /s/ *Walter Norkin*
       Walter M. Norkin, Esq.
       FL Bar No. 1022653
       One SE Third Avenue, Ste. 2120
       Miami, Florida 33131
       Telephone: 305-359-6399
       Email: wnorkin@akrivislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2023, the undersigned electronically filed the foregoing document, Defendant's Notice of Appearance, with the Clerk of the Court using CM/ECF.

*/s/ Walter Norkin*
Walter Norkin