**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  vs.

BKCOIN MANAGEMENT, LLC and MIN WOO
KANG a/k/a "KEVIN" KANG,

        Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

        Relief Defendants.

**MOTION TO APPEAR *PRO HAC VICE***
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael Robotti of the law firm of Ballard Spahr LLP, 1675 Broadway, 19th Floor, New York, NY 10019, 212-223-0200, for purposes of appearance as co-counsel on behalf of Min Woo Kang a/k/a Kevin Kang in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael Robotti to receive electronic filings in this case, and in support thereof states as follows:

    1.    Michael Robotti is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar and the United States Court of Appeals

for the Second Circuit, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.

2. Movant, Walter Norkin, Esquire, of the law firm of Akrivis Law Group PLLC, One Southeast Third Avenue, Suite 2120, Miami, Florida 33131, 305-359-6399, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael Robotti has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael Robotti, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael Robotti at email address: robottim@ballardspahr.com.

WHEREFORE, Walter Norkin, moves this Court to enter an Order for Michael Robotti, to appear before this Court on behalf of Min Woo Kang a/k/a Kevin Kang, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael Robotti.

Date: March 17, 2023        Respectfully submitted,

_____
Walter Norkin
Fla Bar ID # 1022653
wnorkin@akrivislaw.com
Akrivis Law Group PLLC
One Southeast Third Avenue, Suite 2120
Miami, Florida 33131
Telephone: 305-359-6399
*Attorneys for Min Woo Kang a/k/a Kevin Kang*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC and MIN WOO
KANG a/k/a "KEVIN" KANG,

        Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

        Relief Defendants.

## **CERTIFICATION OF MICHAEL ROBOTTI**

Michael Robotti, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar and the United States Court of Appeals for the Second Circuit, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

*/s/ Michael Robotti*

Michael Robotti

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC and MIN WOO
KANG a/k/a "KEVIN" KANG,

        Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

        Relief Defendants.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael Robotti, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED.   Michael Robotti, may appear and participate in this action on

behalf of Min Woo Kang a/k/a Kevin Kang.  The Clerk shall provide electronic notification of all electronic filings to Michael Robotti, at robottim@ballardspahr.com.

  DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March, 2023.

_____
The Hon. Robert N. Scola
United States District Judge

Copies furnished to: All Counsel of Record