**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:23-cv-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC and MIN WOO
KANG a/k/a "KEVIN" KANG,

        Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

        Relief Defendants.

**DEFENDANT KEVIN KANG'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO REQUEST FOR SWORN ACCOUNTING**

Defendant Kevin Kang, by and through his undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby files his *Unopposed* Motion for Extension of Time to respond to the Court's Order Granting Plaintiff Securities and Exchange Commission's (the "SEC") *Ex Parte* Emergency Motion for Asset Freeze and Other Relief (the "SEC Asset Order") [Dkt No. 9]. Defendant Kang requests an extension to March 31, 2023, to respond to Section II of the SEC Asset Order. In support of this Motion, Defendant Kang states:

1. On February 24, 2023, the Court granted the SEC Asset Order [Dkt No. 9].
2. In Section II of the SEC Asset Order, the Court granted the SEC's request for a sworn accounting by Mr. Kang within fifteen days of the issuance of the SEC Asset Order. *Id.* at 3-4.

3. On March 2, 2023, the Court directed that the docket in this matter be unsealed [Dkt. No. 10].

4. Defendant Kang respectfully requests an extension to March 31, 2023, for his response to Section II of the SEC Asset Order.

5. Enlargements of time are permitted with good cause by the Federal Rule of Civil Procedure 6(b). Such enlargements of time are liberally granted absent a showing of bad faith or undue prejudice. *See, e.g.*, *Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017).

6. The extension of time is necessary given that the Order was not unsealed and publicly available on the docket until March 6, 2023, and because counsel recently sought clarification on certain issues from the SEC, which raised additional considerations for Defendant Kang.

7. Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Kang has demonstrated good cause to extend the time to respond to Section II of the SEC Asset Order. Moreover, no party will be prejudiced by this relief requested in this Motion, and the Motion is not filed for the purposes of delay.

8. Defendant Kang's counsel conferred with the SEC with respect to the relief sought in this Motion. The SEC has agreed to the extension to March 31, 2023.

9. A proposed Order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Defendant Kang respectfully requests the Court enter an Order granting the extension of time for Defendant Kang to respond to Section II of the SEC Asset Order, up to and including March 31, 2023.

## **CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Celia Cohen, counsel for Defendant Kang, conferred with the SEC regarding the relief requested herein. They do not oppose the requested extension of time until March 31, 2023, to respond to Section II of the SEC Asset Order.

Date: March 17, 2023                     Respectfully submitted,

                                        _____
                                        Walter Norkin
                                        Fla Bar ID # 1022653
                                        wnorkin@akrivislaw.com
                                        Akrivis Law Group PLLC
                                        One Southeast Third Avenue
                                        Suite 2120
                                        Miami, Florida 33131
                                        Telephone: 305-359-6399
                                        *Attorneys for Min Woo Kang a/k/a Kevin Kang*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on or about March 17, 2023, a true and accurate copy of Defendant Kang's Motion for Extension of Time was served on counsel of record via the CM/ECF system.

Date: March 17, 2023          Respectfully submitted,

                                              Walter Norkin
                                              Fla Bar ID # 1022653
                                              wnorkin@akrivislaw.com
                                              Akrivis Law Group PLLC
                                              One Southeast Third Avenue
                                              Suite 2120
                                              Miami, Florida 33131
                                              Telephone: 305-359-6399
                                              *Attorneys for Min Woo Kang a/k/a Kevin Kang*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC and MIN WOO
KANG a/k/a "KEVIN" KANG,

        Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

        Relief Defendants.

## ORDER GRANTING DEFENDANT KEVIN KANG'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO REQUEST FOR SWORN ACCOUNTING

THIS CAUSE having come before the Court on the Motion for an Extension of Time to Respond to Request for Sworn Accounting (the "Motion"). This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Defendant Kang is granted an extension of time up to and including March 31, 2023, to respond to Section II of the Court's Order Granting Plaintiff Securities

and Exchange Commission's *Ex Parte* Emergency Motion for Asset Freeze and Other Relief [Dkt No. 9].

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March, 2023.

_____<br>
The Hon. Robert N. Scola<br>
United States District Judge

Copies furnished to: All Counsel of Record