UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20719-Civ-Scola

Securities and Exchange Commission,

    Plaintiff,

v.

BK Coin Management, LLC and others,

    Defendants.
_____/

### NOTICE OF WITHDRAWAL OF NOTICES OF APPEARANCE

Notice is hereby given that the undersigned counsel for the SMA Investors withdraw their *Notice of Appearance and Request for Service* [DE 18, 36], without prejudice to their ability to seek leave to intervene or otherwise lawfully participate in these proceedings in the future.

Respectfully submitted on March 28, 2023.

    **DGIM Law, PLLC**
    *Counsel for the SMA Investors*
    2875 NE 191st Street, Suite 705
    Aventura, FL 33180
    Phone: (305) 763-8708

    */s/ Daniel Y. Gielchinsky*
    Jonathan Groth, Esq.
    Florida Bar No. 102648
    jonathan@dgimlaw.com
    Daniel Y. Gielchinsky, Esq.
    Florida Bar No. 97646
    dan@dgimlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 28, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

<i>/s/ Daniel Y. Gielchinsky</i><br>
Daniel Y. Gielchinsky