UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20719-RNS

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| **BKCOIN MANAGEMENT, LLC and** | : |
| **MIN WOO KANG a/k/a "KEVIN" KANG,** | : |
| | : |
| Defendants, and | : |
| | : |
| **BKCOIN CAPITAL, LP,** | : |
| **BK OFFSHORE FUND, LTD.,** | : |
| **BKCOIN MULTI-STRATEGY** | : |
| **MASTER FUND, LTD.,** | : |
| **BKCOIN MULTI-STRATEGY FUND, LP,** | : |
| **BKCOIN MULTI-STRATEGY FUND LTD., AND** | : |
| **BISON DIGITAL LLC,** | : |
| | : |
| Relief Defendants. | : |
| | : |

**SECURITIES AND EXCHANGE COMMISSION'S
NOTICE OF WITHDRAWAL OF MOTIONS**

The Securities and Exchange Commission ("Commission") withdraws its Motion to Strike the Notices of Appearance of Jonathan Groth, Esq. and Daniel Gielchinsky, Esq. (the "Attorneys") on behalf of SMA Investors who are not parties to this action [DE 43], and the Commission's Motion for Order Barring Intervention by the putative intervenors (collectively "the Motions"). [DE 38].

On March 28, 2023, the Attorneys filed a Notice of Withdrawal of Notices of Appearance [DE 52]. In light of this filing, the Commission withdraws the Motions without prejudice of renewal in the event of any future attempt by the putative intervenors to intervene in this action.

1

|  |  |
|---|---|
| March 29, 2023 | Respectfully submitted, |

By: /s/ Pascale Guerrier
Pascale Guerrier
Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov

Alexander H. Charap, Esq.
Senior Counsel
SDFL Special Bar No. A5502711
Direct Dial:  (305) 416-6228
Email:  charapal@sec.gov

Jeffrey B. Goldberg, Esq.
Counsel
Fla. Bar No. 0118689
Direct Dial (305) 982-6334
Email: goldergj@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146