UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                                Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## RECEIVER'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF AKERMAN LLP AS GENERAL COUNSEL TO THE RECEIVER EFFECTIVE AS OF FEBRUARY 24, 2023

    Michael I. Goldberg (the "Receiver"), as Receiver in the above-captioned case, respectfully submits this *ex parte* application (the "Application") seeking entry of an order authorizing the employment of the law firm Akerman LLP ("Akerman" and "Applicant"), effective as of February 24, 2023, to act as his general counsel. In support of the Application, the Receiver states as follows:

    1.    On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4).[1]

    2.    On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Relief Defendants.

    3.    The Receivership Order provides that the Receiver is authorized to solicit persons and entities ("Retained Personnel") to assist him in carrying out his duties and responsibilities,

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

subject to the approval of the Court. *See* Receivership Order, ¶¶ 56 -57.

4. The Receiver submits it is necessary to employ attorneys at Akerman, relying primarily on Catherine Kretzschmar, to assist him as counsel in performing ordinary and necessary legal services required in the general administration of this case. Ms. Kretzschmar is well qualified to practice before this court and to represent the Receiver as she specializes in bankruptcy and reorganizations, federal receiverships, creditors rights, and litigation of fraudulent transfers. Mr. Goldberg and his team will also utilize more junior attorneys with lower billing rates to perform the majority of the legal work whenever possible. Accordingly, the Receiver believes retention of Akerman to be in the best interests of the Receivership Estate.

5. Further, to the best of the Receiver's knowledge, Applicant does not hold or represent any interest adverse to the Receiver or the Receivership Estate. In the event that Receiver or Applicant learns of any potential conflicts, immediate notification will be provided to the Court.

6. Subject to Section XIII of the Receivership Order and the Court's approval, the Receiver proposes to significantly discount his current $960 hourly rate and instead charge $550 an hour.[2] Applicant will also discount the billing rates for all of it professionals by 15%, thus making Ms. Kretzschmar's rate $465 an hour.

**WHEREFORE**, the Receiver, in accordance with Section XIII of the Receivership Order, respectfully requests this Court enter an Order authorizing the retention of Applicant as general counsel, effective as of February 24, 2023, under the terms and conditions set forth herein, and for such other and further relief as the Court deems necessary and appropriate. A proposed order is attached hereto as Exhibit "A."

---

[2] This represents a 43% discount from what the Receiver charges private clients and a 27% discount of the $750 hourly rate he charged in the prior state court action.

69500370;1

Respectfully submitted this Friday, April 14, 2023.

By: */s/ Michael I. Goldberg*
Michael I. Goldberg, Esq.
Florida Bar Number: 886602
**AKERMAN LLP**
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224
Primary: michael.goldberg@akerman.com
Secondary: charlene.cerda@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Michael I. Goldberg*
Michael I. Goldberg, Esq.

69500370;1

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

    Plaintiff,

vs.                                               Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**ORDER APPROVING RECEIVER'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF AKERMAN LLP AS GENERAL COUNSEL TO THE RECEIVER EFFECTIVE AS OF FEBRUARY 24, 2023**

    This matter came before the Court upon the filing of the *Receiver's Ex Parte Application for Employment of Akerman LLP as General Counsel for Receiver, Effective as of February 24, 2023* (the "Application") [ECF No. ___]. Upon the representations that employment of Akerman is necessary and would be in the best interests of the receivership estate, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore

    **ORDERED** and **DECREED:**

    1.    The Application is **APPROVED**.

    2.    Pursuant to Section XIII of the Receivership Order, the Receiver is authorized to employ Akerman on an hourly fee basis as general counsel to the Receiver, subject to the terms and conditions set forth and described in the Application.

    3.    This Court shall retain jurisdiction of this matter for all purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of April, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record

69500370;1