UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                                      Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

### RECEIVER'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF YIP ASSOCIATES AS ACCOUNTING AND TAX PROFESSIONALS EFFECTIVE AS OF APRIL 1, 2023

Michael I. Goldberg (the "Receiver"), as Receiver in the above-captioned case, respectfully submits this *ex parte* application (the "Application") seeking entry of an order authorizing the employment of the law firm YIP Associates ("YIP" and "Applicant"), effective as of April 1, 2023, to act as his accounting and tax professionals. In support of the Application, the Receiver states as follows:

1. On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4).[1]

2. On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Relief Defendants.

3. The Receivership Order provides that the Receiver is authorized to solicit persons

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

and entities ("Retained Personnel") to assist him in carrying out his duties and responsibilities, subject to the approval of the Court. *See* Receivership Order, ¶¶ 56-57.

4. The Receiver submits it is necessary to employ the accounting and tax professionals at YIP Associates, relying primarily on Maria M. Yip and Hal Levenberg, to assist him in performing ordinary and necessary accounting, forensic accounting, and tax services required in the general administration of this case. Yip Associates is certified as a minority-owned and women-owned firm (M/WBE) that specializes in forensic accounting, financial investigations, and receiverships. Ms. Yip herself is a Florida certified public accountant (CPA), certified fraud examiner (CFE), certified insolvency and restructuring advisor (CIRA) and is certified in financial forensics (CFF). Ms. Yip will rely primarily on Mr. Levenberg, CIRA, CFE, a Partner at Yip Associates with over fifteen (15) years of experience in forensic accounting within the context of bankruptcy, fraud investigations, and litigation support. Ms. Yip, Mr. Levenberg, and their team will also utilize more junior professionals with lower billing rates to perform the majority of the work whenever possible. Accordingly, the Receiver believes retention of YIP Associates to be in the best interests of the Receivership Estate.

5. Further, to the best of the Receiver's knowledge, YIP Associates does not hold or represent any interest adverse to the Receiver or the Receivership Estate. In the event that Receiver or Applicant learns of any potential conflicts, immediate notification will be provided to the Court.

6. Subject to Section XIII of the Receivership Order and the Court's approval, YIP Associates have agreed to discount the billing rates for all of it professionals by 15%. Mr. Levenberg, who will be performing the majority of the work, has agreed to further reduce his hourly rate from $450 an hour to $375 an hour.

**WHEREFORE**, the Receiver, in accordance with Section XIII of the Receivership Order, respectfully requests this Court enter an Order authorizing the retention of Applicant as accounting and tax professionals effective as of April 1, 2023, under the terms and conditions set forth herein, and for such other and further relief as the Court deems necessary and appropriate. A proposed order is attached hereto as Exhibit "A."

Respectfully submitted this Friday, April 14, 2023.

> By: */s/ Michael I. Goldberg*
> Michael I. Goldberg, Esq.
> Florida Bar Number: 886602
> **AKERMAN LLP**
> Las Olas Centre II, Suite 1800
> 201 East Las Olas Boulevard
> Fort Lauderdale, FL  33301-2999
> Phone: (954) 463-2700
> Fax: (954) 463-2224
> Primary: michael.goldberg@akerman.com
> Secondary: charlene.cerda@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

> By: */s/ Michael I. Goldberg*
> Michael I. Goldberg, Esq.

**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                                        Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

### ORDER APPROVING RECEIVER'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF YIP ASSOCIATES AS ACCOUNTING AND TAX PROFESSIONALS EFFECTIVE AS OF APRIL 1, 2023

This matter came before the Court upon the filing of the *Receiver's Ex Parte Application for Employment of YIP Associates as Accounting and Tax Professionals, Effective as of April 1, 2023* (the "Application") [ECF No. ___]. Upon the representations that employment of YIP Associates is necessary and would be in the best interests of the receivership estate, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore

    **ORDERED** and **DECREED:**

    1.    The Application is **APPROVED**.

    2.    Pursuant to Section XIII of the Receivership Order, the Receiver is authorized to employ YIP Associates on an hourly fee basis as general counsel to the Receiver, subject to the terms and conditions set forth and described in the Application.

    3.    This Court shall retain jurisdiction of this matter for all purposes.

    **DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of April, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record