UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.   Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**RECEIVER'S *EX PARTE* MOTION TO EXTEND
DEADLINE TO FILE SWORN STATEMENTS AND ACCOUNTING**

    Michael I. Goldberg (the "Receiver"), as Receiver in the above-captioned case, respectfully submits this *ex parte* motion (the "Motion") seeking entry of an order extending the deadline to file sworn statements and accounting. In support of his Motion, the Receiver states as follows:

    1.    On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4). [1]

    2.    On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Relief Defendants.

    3.    The Receivership Order provides, in relevant part that:

- Within ten (10) days of the entry of this Order, the Receivership Defendants and Relief Defendants shall file with the Court and serve upon the Receiver and the Commission a sworn statement, listing: (a) the identity, location and estimated value of all Receivership Property; (b) all employees (and job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of the Receivership Defendants and Relief Defendants; and, (c) the names, addresses and amounts of claims

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

of all known creditors of the Receivership Defendants and Relief Defendants (the "<u>Sworn Statement</u>"). Receivership Order, ¶ 8.

- Within thirty (30) days of the entry of this Order, the Receivership Defendants and Relief Defendants shall file with the Court and serve upon the Receiver and the Commission a sworn statement and accounting, with complete documentation, covering the period from October 1, 2018 (the "<u>Sworn Statement and Accounting</u>"):

    A. Of all Receivership Property, wherever located, held by or in the name of the Receivership Defendants and Relief Defendants, or in which any of them, directly or indirectly, has or had any beneficial interest, or over which any of them maintained or maintains or exercised or exercises control, including, but not limited to: (a) all securities, investments, funds, real estate, automobiles, jewelry and other assets, stating the location of each; and (b) any and all accounts, including all funds held in such accounts, with any bank, brokerage or other financial institution held by, in the name of, or for the benefit of any of them, directly or indirectly, or over which any of them maintained or maintains or exercised or exercises any direct or indirect control, or in which any of them had or has a direct or indirect beneficial interest, including the account statements from each bank, brokerage or other financial institution;

    B. Identifying every account at every bank, brokerage or other financial institution: (a) over which Receivership Defendants and Relief Defendants have signatory authority; and (b) opened by, in the name of, or for the benefit of, or used by, the Receivership Defendants and Relief Defendants;

    C. Identifying all credit, bank, charge, debit or other deferred payment card issued to or used by each Receivership Defendant, including but not limited to the issuing institution, the card or account number(s), all persons or entities to which a card was issued or with authority to use a card, the balance of each account or card as of the most recent billing statement, and all statements for the last twelve months;

    D. Of all assets received by any of them from any person or entity, including the value, location, and disposition of any assets so received;

    E. Of all funds received by the Receivership Defendants and Relief Defendants, and each of them, in any way related, directly or indirectly, to the conduct alleged in the Commission's Complaint. The submission must clearly identify, among other things, all investors, the securities they purchased, the date and amount of their investments, and the current location of such funds;

    G. Of all expenditures exceeding $1,000 made by any of them, including those made on their behalf by any person or entity; and

    H. Of all transfers of assets made by any of them.

Receivership Order, ¶ 9.

4. The Receivership Defendants and Relief Defendants maintained little to no formal books and records, conducting business in a largely decentralized manner with no physical business premises. Furthermore, to date the former principal of the Receivership Entities, Defendant, Min Woo Kang a/k/a/ "Kevin" Kang has provided minimal assistance to the Receiver in identifying even basic information, such as the identity of accountants employed by the Receivership Entities.

5. Notwithstanding the foregoing, the Receiver and his counsel at Akerman have made substantial progress in obtaining books and records from third party sources, including, but not limited to (i) investors; (ii) financial institutions; (iii) fund administrators; (iv) cryptocurrency exchanges; and (v) digital asset custodians. The Receiver has provided such information to his accounting professionals YIP Associates, and they are in the process of working with Akerman and the Receiver in the preparation of an initial Sworn Statement and Sworn Statement and Accounting.

6. The Receiver therefore requests that the Court extend the deadlines contained in paragraphs 8 and 9 of the Receivership Order through and including **May 1, 2023**, at which point the Receiver can file the initial Sworn Statement and Sworn Statement and Accounting together with his First Interim Status Report.

7. A proposed order granting this Motion is attached hereto and incorporated herein as **Exhibit A**.

WHEREFORE, the Receiver respectfully requests this Court grant the *Receiver's Ex Parte Motion to Extend Deadline to File Sworn Statements and Accounting* and any such other relief as this Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that the Receiver has conferred with counsel for the SEC, which consents to the relief requested herein.

Dated April 18, 2023              Respectfully submitted,

By: */s/ Catherine Kretzschmar*
Catherine Kretzschmar, Esq.
Florida Bar Number: 85843
catherine.kretzschmar@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Tuesday, April 18, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: */s/ Catherine Kretzschmar*
    Catherine D. Kretzschmar, Esq.

## EXHIBIT A

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.    Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

### ORDER APPROVING RECEIVER'S *EX PARTE EX PARTE* MOTION TO EXTEND DEADLINE TO FILE SWORN STATEMENTS AND ACCOUNTING

This matter came before the Court upon the filing of the *Receiver's Ex Parte Motion to Extend Deadline to File Sworn Statements and Accounting* (the "Motion") [ECF No. ___]. Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore

**ORDERED** and **DECREED:**

1. The Motion is **GRANTED**.

2. The deadline to file the Sworn Statement[2] and a Sworn Statement and Accounting are hereby extended through and including May 1, 2023.

3. This Court shall retain jurisdiction of this matter for all purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of April, 2023.

                                                          _____
                                                          ROBERT N. SCOLA, JR.
                                                          UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record

---

[2] Capitalized terms shall take on the meaning ascribed to them in the Motion unless otherwise defined herein.