United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, <br><br> v. <br><br> BKCoin Management, LLC, and others, Defendants. | ) ) ) ) ) ) ) ) ) Case No. 23-20719-Civ-Scola |

### Order Authorizing Employment of Akerman LLP as General Counsel to the Receiver

This matter came before the Court upon the filing of the *Receiver's Ex Parte Application for Employment of Akerman LLP as General Counsel for Receiver, Effective as of February 24, 2023*. (the "Application," ECF No. 56.) Upon the representations that employment of Akerman LLP is necessary and would be in the best interests of the receivership estate, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore **ORDERED** and **ADJUDGED** as follows**:**

1. The Application is **approved**. (**ECF No. 56**.)
2. Pursuant to Section XIII of the Receivership Order, the Receiver is authorized to employ Akerman LLP on an hourly fee basis as general counsel to the Receiver, subject to the terms and conditions set forth and described in the Application.
3. This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on April 19, 2023.

_____
Robert N. Scola, Jr.
United States District Judge