United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) |
| v. | ) ) Case No. 23-20719-Civ-Scola ) |
| BKCoin Management, LLC, and others, Defendants. | ) ) ) |

### Order Authorizing Employment of YIP Associates as Accounting and Tax Professionals

This matter came before the Court upon the filing of the *Receiver's Ex Parte Application for Employment of YIP Associates as Accounting and Tax Professionals, Effective as of April 1, 2023*. (the "Application," ECF No. 57.) Upon the representations that employment of YIP Associates is necessary and would be in the best interests of the receivership estate, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore **ORDERED** and **ADJUDGED** as follows**:**

1. The Application is **approved**. (**ECF No. 57**.)
2. Pursuant to Section XIII of the Receivership Order, the Receiver is authorized to employ YIP Associates on an hourly fee basis as accounting and tax professionals to the Receiver, subject to the terms and conditions set forth and described in the Application.
3. This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on April 19, 2023.

_____
Robert N. Scola, Jr.
United States District Judge