# EXHIBIT "A"

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2022061400474002001EAAEC |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 5

**Document ID:** 2022061400474002  **Document Date:** 05-03-2022  **Preparation Date:** 06-14-2022
**Document Type:** DEED
**Document Page Count:** 4

| PRESENTER: | RETURN TO: |
|---|---|
| ENTERPRISE TITLE AGENCY, INC<br>393 JERICHO TPKE STE 208<br>MINEOLA, NY 11501 | ENTERPRISE TITLE AGENCY, INC - ETA-7137<br>393 JERICHO TPKE STE 208<br>MINEOLA, NY 11501 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 857 | 1106 Entire Lot | 3A | 76 MADISON AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_____ or DocumentID_____ or _____Year____Reel_Page_____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| JARED MESZNIK<br>C/O:. GOLDBERG CORWIN LLP, 60 EAST 42ND STREET, SUITE 1420<br>NEW YORK, NY 10165 | BK OFFSHORE FUND LTD<br>76 MADISON AVENUE, UNIT 3A<br>NEW YORK, NY 10016 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 34,485.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $9,680.00 + $30,250.00 = $ | 39,930.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 57.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   06-23-2022 12:34
City Register File No.(CRFN):
**2022000248973**

*Annette M Hill*
*City Register Official Signature*

<u>Bargain and Sale Deed, with Covenant against Grantor's Acts</u>

THIS INDENTURE, made the __3rd__ day of __May__, two thousand and __twenty-two__

BETWEEN
JARED MESZNIK, having an address at 212 West 95th Street, Apt. 10A, New York, New York 10025
party of the first part, and

BK OFFSHORE FUND LTD, having an address at 38 East 37th Street, Suite 11, New York, New York 10016

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars, and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the part of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, County, City and State of New York, commonly known as 76 Madison Avenue, Unit 3A, New York, New York, all as more particularly described on Schedule "A" annexed hereto and made part hereof.

Being and intended to be the same premises conveyed to the party of the first part by deed dated 11/29/2010 recorded 12/23/2010 in CRFN 2010000431387.

Said Unit is intended for residential use only.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.



*First American Title*™

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written. In presence of:

IN PRESENCE OF:

*Gladwyn P. Small* [signature]

*Jared Mesznik* [signature]
*By Paul M. C.* [signature]
Jared Mesznik as agent
By Paul M. Corwin, Esq., As Agent
By PoA dated 5/03/2022 and to be duly recorded simultaneously herein.



*First American Title*™

**First American Title Insurance Company**

**Policy No.** 5011436-0272319e
**Title No.** ETA-7137-22-NY

## SCHEDULE A
## DESCRIPTION OF PREMISES

The Residential Condominium Unit (the "Unit") in the Condominium known as The 76 Madison Avenue Condominium (the "Condominium"), comprised of the land described on Schedule A hereto and by this reference made a part hereof (the "Land") and the building known by the number 76-78 Madison Avenue, New York, New York, (the "Building"), said Unit being designated and described as Unit No. 3A in that certain declaration dated July 17, 2006 and accepted for recording on December 12, 2006, made by the Grantor under Article 9-B of the Real Property Law of the State of New York (The "Condominium Act"), establishing a plan for Condominium ownership of the Building and the Land upon which the Building is situated, which declaration was recorded in the Office of the Register of the City of New York, County of New York, (the "City Registers Office"), on January 19, 2007 as CRFN 2007000037572 (such declaration and any amendments thereto being referred to hereinafter collectively, as the "Declaration"); said Unit also being designated as Tax Lot 1106 in Block 857 on the Tax Map of the Real Property Assessment Department of the City of New York for the Borough of Manhattan and on the Floor Plans of the Building (the "Floor Plans"), certified by John Certa, Architect filed in the Real Property Assessment Department of the City of New York on December 12, 2006, as Condominium Plan No. 1636 and also filed in the City Registers Office, County of New York on January 19, 2007, under CRFN 2007000037573.

TOGETHER with an undivided 3.41% interest in the Common Elements (as such term is defined in the Declaration) appurtenant to the Unit.

ALL that certain plot piece or parcel of land, situate, lying and being in the City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of Madison Avenue with the southerly side of 28th Street;

THENCE southerly along the westerly side of Madison Avenue, 49 feet 7 inches;

THENCE westerly parallel with 28th Street and partly through a party wall, 95 feet;

THENCE northerly parallel with Madison Avenue, 49 feet 7 inches to the southerly side of 28th Street;

THENCE easterly along the southerly side of 28th Street, 95 feet to the point or place of BEGINNING.

Page 1 of 1

TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS TAKEN IN NEW YORK STATE

| | |
|---|---|
| State of New York, County of NEW YORK ss:<br><br>On the 3rd day of May, in the year 2022,<br>before me, the undersigned, personally appeared<br>JARED MESZNIK ,<br>personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.<br><br>_____Gladys P. Small_____<br>(signature and office of individual taking acknowledgment)<br>Notary Public, State of New York<br>Registration #01SM6142698<br>Qualified In Kings County<br>Commission Expires March 20, 2026 | State of New York, County of ss:<br><br>On the day of May, in the year 2022,<br>before me, the undersigned, personally appeared<br>_____,<br>personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.<br><br>_____<br>(signature and office of individual taking acknowledgment) |

TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS TAKEN OUTSIDE NEW YORK STATE

| | |
|---|---|
| State of , County of ss:<br><br>On the day of , in the year ,<br>before me, the undersigned, personally appeared<br>_____,<br>personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the _____<br>(insert City or other political subdivision, and State or Country or other place the acknowledgment was taken).<br><br>_____<br>(signature and office of individual taking acknowledgment) | State of , County of ss:<br><br>On the day of , in the year ,<br>before me, the undersigned, personally appeared<br>_____,<br>personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the _____<br>(insert City or other political subdivision, and State or Country or other place the acknowledgment was taken).<br><br>_____<br>(signature and office of individual taking acknowledgment) |

| | |
|---|---|
| **BARGAIN AND SALE DEED WITH COVENANTS**<br><br>JARED MESZNIK<br>TO<br>BK OFF SHORE FUND LTD.<br><br>Title No.: ETA-7137-22-NY | COUNTY: NEW YORK<br>TOWN/CITY: NEW YORK<br><br>PROPERTY ADDRESS:    76 MADISON AVENUE, UNIT 3A<br>                     NEW YORK, NEW YORK 10016<br><br>SECTION:<br><br>BLOCK: 857<br><br>LOT: 1106 |

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2022061400474002001S646D |

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2022061400474002      Document Date: 05-03-2022      Preparation Date: 06-14-2022
**Document Type:** DEED

| **ASSOCIATED TAX FORM ID:**      2022050200044 |
|---|

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | | |
|---|---|---|---|
| C1. County Code | | C2. Date Deed Recorded | ___/___/___ Month Day Year |
| C3. Book OR | | C4. Page | |
| C5. CRFN | | | |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

### PROPERTY INFORMATION

1. **Property Location**: 76 | MADISON AVENUE 3A | MANHATTAN | 10016
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. **Buyer Name**: BK OFFSHORE FUND LTD
   LAST NAME / COMPANY | FIRST NAME

   LAST NAME / COMPANY | FIRST NAME

3. **Tax Billing Address**: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY | FIRST NAME

   STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 1 # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. **Deed Property Size**: ___ X ___ OR ___ •___
   FRONT FEET | DEPTH | ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. **Seller Name**: MESZNIK | JARED
   LAST NAME / COMPANY | FIRST NAME

   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - A ✔ One Family Residential
   - B ☐ 2 or 3 Family Residential
   - C ☐ Residential Vacant Land
   - D ☐ Non-Residential Vacant Land
   - E ☐ Commercial
   - F ☐ Apartment
   - G ☐ Entertainment / Amusement
   - H ☐ Community Service
   - I ☐ Industrial
   - J ☐ Public Service

### SALE INFORMATION

10. **Sale Contract Date**: 3 / 23 / 2022

11. **Date of Sale / Transfer**: 5 / 3 / 2022

12. **Full Sale Price**: $ 2,420,000
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. **Indicate the value of personal property included in the sale**: 

14. Check one or more of these conditions as applicable to transfer:
    - A ☐ Sale Between Relatives or Former Relatives
    - B ☐ Sale Between Related Companies or Partners in Business
    - C ☐ One of the Buyers is also a Seller
    - D ☐ Buyer or Seller is Government Agency or Lending Institution
    - E ☐ Deed Type **not** Warranty or Bargain and Sale (Specify Below)
    - F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    - G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    - H ☐ Sale of Business is Included in Sale Price
    - I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    - J ✔ None

### ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

15. **Building Class**: R 4

16. **Total Assessed Value (of all parcels in transfer)**: 292,465

17. **Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))
    MANHATTAN 857 1106

2022050200044201O1

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | 5/3/22 | | BUYER'S ATTORNEY | |
|---|---|---|---|---|
| *[signature]* | | | | |
| BUYER SIGNATURE | DATE | LAST NAME | | FIRST NAME |

76 MADISON AVENUE   UNIT 3A

| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER | |
|---|---|---|---|---|---|
| NEW YORK | NY | 10016 | *Jared Mesznik by Paul M. [illegible] as agent* | | 5-3-2022 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | | DATE |

SELLER

2022050200044201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York  
County of New York } SS.:

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at __76 MADISON AVENUE__, __3A__, Street Address Unit/Apt.

__MANHATTAN__ Borough, New York, __857__ Block __1106__ Lot (the "Premises");

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

JARED MESSNIK  
Name of Grantor (Type or Print)  
Jared Messnik  
by Paul M. To as agent  
Signature of Grantor

BK Offshore Fund Ltd by Kevin Kang  
Name of Grantee (Type or Print)  
manager  
Signature of Grantee

Sworn to before me this __3rd__ day of __May__ 20__22__  
GLADWYN P. SMALL  
Notary Public, State of New York  
Registration #01SM6142698  
Qualified In Kings County  
Commission Expires March 20, 20__26__

Sworn to before me this __3rd__ day of __May__ 20__22__  
VASILIOS DOULOUMBAKAS  
Notary Public, State of New York  
No. 01DO6073126  
Qualified in Kings County  
Commission Expires April 15, 2026

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2022050200044101