**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SECURITIES AND EXCHANGE COMMISSION,   Case No. 1:23-cv-20719-RNS

      Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC and MIN WOO KANG a/k/a "KEVIN" KANG,

      Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

      Relief Defendants.

## DEFENDANT KEVIN KANG'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Kevin Kang, by and through his undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby files his *Unopposed* Motion for Extension of Time to respond to the Securities and Exchange Commission's (the "SEC") Complaint. Dkt. No. 1. On March 8, 2023, the SEC entered Defendant Kang's waiver of service, which contained an agreed-upon date of May 5, 2023 for Defendant's response to the Complaint. Dkt. No. 29. Defendant Kang requests an extension to June 5, 2023 to respond to the Complaint. In support of this Motion, Defendant Kang states:

1. On February 23, 2023, the SEC filed its Complaint. Dkt. No. 1.
2. On March 2, 2023, the Court directed that the docket in this matter be unsealed. Dkt. No. 10.

3. On March 8, 2023, the SEC entered Defendant Kang's waiver of service, which contained an agreed-upon date of May 5, 2023 for Defendant's response to the Complaint. Dkt. No. 29.

4. Defendant Kang respectfully requests an extension to June 5, 2023, for his response to the Complaint.

5. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). Such enlargements of time are liberally granted absent a showing of bad faith or undue prejudice. *See, e.g.*, *Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017).

6. The extension of time is necessary for Defendant Kang to properly prepare a response to the Complaint given the issues that have arisen in this case. *See, e.g.*, Dkt. No. 54.

7. Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Kang has demonstrated good cause to extend the time to respond to the Complaint. Moreover, no party will be prejudiced by this relief requested in this Motion, and the Motion is not filed for the purposes of delay.

8. Defendant Kang's counsel conferred with the SEC with respect to the relief sought in this Motion. The SEC is unopposed to the extension to June 5, 2023.

9. A proposed Order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Defendant Kang respectfully requests the Court enter an Order granting the extension of time for Defendant Kang to respond to the Complaint, up to and including June 5, 2023.

**CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Celia Cohen, counsel for Defendant Kang, conferred with the SEC regarding the relief requested herein. They do not oppose the requested extension of time until June 5, 2023, to respond to the Complaint.

Date: April 26, 2023              Respectfully submitted,

_____

Celia Cohen (*pro hac vice*)
cohenc@ballardspahr.com
Michael Robotti (*pro hac vice*)
robottim@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212-223-0200
Facsimile: 212-223-1942

Walter Norkin
Fla Bar ID # 1022653
wnorkin@akrivislaw.com
Akrivis Law Group PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
Telephone: 305-359-6399

*Attorneys for Min Woo Kang a/k/a Kevin Kang*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on or about April 26, 2023, a true and accurate copy of Defendant Kang's Motion for Extension of Time was served on counsel of record via the CM/ECF system.

Date: April 26, 2023                       Respectfully submitted,

*/s/ Celia Cohen*

Celia Cohen (*pro hac vice*)
cohenc@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212-223-0200
Facsimile: 212-223-1942

*/s/ Walter Norkin*

Walter Norkin
Fla Bar ID # 1022653
wnorkin@akrivislaw.com
Akrivis Law Group PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
Telephone: 305-359-6399

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SECURITIES AND EXCHANGE COMMISSION,    Case No. 1:23-cv-20719-RNS

    Plaintiff,

  vs.

BKCOIN MANAGEMENT, LLC and MIN WOO
KANG a/k/a "KEVIN" KANG,

    Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

    Relief Defendants.

## ORDER GRANTING DEFENDANT KEVIN KANG'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE having come before the Court on the Motion for an Extension of Time to Respond to the Complaint (the "Motion"). This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Defendant Kang is granted an extension of time up to and including June 5, 2023 to respond to the Complaint. Dkt. No. 1.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of April 2023.

                                                                                                                                    _____
The Hon. Robert N. Scola
United States District Judge

Copies furnished to: All Counsel of Record