United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) |
| v. | ) ) Case No. 23-20719-Civ-Scola ) |
| BKCoin Management, LLC, and others, Defendants. | ) ) ) |

### Order Authorizing Receiver to Enter into Listing Agreement

This matter came before the Court upon the filing of Michael I. Goldberg's, the Court appointed receiver (the "Receiver") *Ex Parte Motion for Authorization to Enter into an Exclusive Listing Agreement for the Sale of 76 Madison Avenue, Apartment 3A, New York, New York, 10016.* (the "Motion," ECF No. 63.) Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Motion is **granted**. (**ECF No. 63**.)
2. The Receiver is authorized to enter into the *Exclusive Right of Sale Listing Agreement* with Justin Rubenstein of Compass RE NY, LLC d/b/a Compass, for the listing, marketing, and sale of 76 Madison Avenue, Apartment 3A, New York, New York, 10016. A copy of the agreement is attached as Exhibit B to the Motion.
3. Any third party in possession of the Cryptocurrency is hereby directed and ordered to cooperate in all respects with the Receiver, to liquidate or transfer any such Cryptocurrency on an immediate basis upon written request of the Receiver, and to comply with the instructions provided by the Receiver.
4. This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on April 27, 2023.

_____
Robert N. Scola, Jr.
United States District Judge