UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                            Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## RECEIVER'S SWORN STATEMENT

Michael I. Goldberg, the Court-appointed receiver (the "Receiver"), hereby files this sworn statement; the information contained herein is provided on an interim basis and will be supplemented on a final basis through an accounting once a thorough forensic analysis is completed.

## Background

1. On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4).[1]

2. On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Relief Defendants.

3. The Receivership Order instructs the Receivership Defendants and Relief Defendants to file with the Court and serve upon the Receiver and the Commission a sworn

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

1

statement, listing: (a) the identity, location and estimated value of all Receivership Property; (b) all employees (and job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of the Receivership Defendants and Relief Defendants; and, (c) the names, addresses and amounts of claims of all known creditors of the Receivership Defendants and Relief Defendants (the "Sworn Statement"). Receivership Order, ¶ 8.

4. The Receivership Defendants and Relief Defendants maintained little to no formal books and records, conducting business in a largely decentralized manner with no physical business premises. Furthermore, to date the former principal of the Receivership Entities, Defendant, Min Woo Kang a/k/a/ "Kevin" Kang has provided minimal assistance to the Receiver.

5. As such the Receiver and his professionals at Akerman have been forced to obtain books and records from third party sources, including, but not limited to (i) investors; (ii) financial institutions; (iii) fund administrators; (iv) cryptocurrency exchanges; and (v) digital asset custodians.

6. The Receiver thus obtained the information reported in the below Sworn Statement in the course of his ongoing investigation; the information is therefore provided on an interim basis and is thus subject to change as additional information is obtained and a thorough forensic analysis completed.

## Sworn Statement

7. The Receivership Defendants and Relief Defendants are required to provide the identity, location and estimated value of all Receivership Property. The Receiver, in an effort to discharge this obligation on behalf of the Receivership Defendants and Relief Defendants, therefore identifies the below itemization of Receivership Property as of the filing of this Sworn Statement:

| Summary of Cash Assets Transferred to Receivership Estate[2] | | |
|---|---|---|
| **Where held** | **Entity** | **Amount** |
| BitGo Prime[3] | BK Offshore Fund LTD | $125,978.45 |
| | *Subtotal* | *$125,978.45* |
| Circle | BKCoin Multi-Strategy Master Fund LTD (-9315) | $2,168.00 |
| | BK Offshore Fund LTD (-7629) | $3,532.00 |
| | *Subtotal* | *$5,700.00* |
| Bittrex | BKCoin Capital LP | $675.00 |
| | *Subtotal* | *$675.00* |
| Gemini | BKCoin Capital LP | $32,192.48 |
| | *Subtotal* | *$32,192.48* |
| Silvergate Bank | BKCoin Multi-Strategy Master Fund Ltd. (-5270) | $1,769,665.75 |
| | BKCoin Multi-Strategy Fund Ltd. (-7060) | $17,822.71 |
| | BKCoin Multi-Strategy Fund Ltd. (-7409) | $1,000.00 |
| | BKCoin Management LLC (-5478) | $1,479.99 |
| | BKCoin Capital LP (-5452) | $8,525.53 |
| | BK Offshore Fund LTD (-5445) | $1,585.17 |
| | BK Offshore Fund LTD (-5437) | $726.45 |
| | BK Offshore Fund LTD (-5429) | $6,521.27 |
| | *Subtotal* | *$1,807,776.87* |
| TD Bank | BKCoin Management LLC (-9821) | $2,214.22 |
| | *Subtotal* | *$2,214.22* |
| Signature Bank | BKCoin Capital LP | $7,311.41 |
| | BK Offshore Fund LTD | $10,000.00 |
| | *Subtotal* | *$17,311.41* |
| | **Grand Total** | **$1,991,398.43** |

| Summary of All Cryptocurrency Assets | | | |
|---|---|---|---|
| **Entity** | **Token** | **Quantity** | **USD Spot Value (Noon EST – 5/1)** |
| GP (BKCoin Management LLC) | ETH | - | - |
| | BTC | 4.85 | 136,679.76 |
| | | *Subtotal* | *$136,679.76* |
| BKCoin Capital LP | ETH* | 47.46 | $87,092.21 |
| | BCH | 108.23 | $12,627.26 |
| | LTC | 149.66 | $12,984.56 |
| | BTC** | 3.47 | $97,792.07 |

---

[2] These amounts have been transferred to the Receiver's segregated trust account.
[3] BitGo Prime liquidated the collateral it held as part of a loan agreement with BK Offshore Fund, generating $125,978.45 of net excess collateral. This amount has been transferred to the Receiver's segregated trust account.

70213800;1

|  |  |  |  |
|---|---|---|---|
|  | SOL* | 2,000.00 | $43,780.00 |
|  | HBAR | 10,183,195.70 | $617,101.66 |
|  |  | *Subtotal* | *$871,377.75* |
| Master Fund | ETH* | 0.03 | $60.47 |
|  | USDC* | 686,193.75 | $686,193.75 |
|  |  | *Subtotal* | *$686,254.23* |
| BK Offshore Fund | ETH** | 447.60 | $821,362.50 |
|  | BTC** | 105.03 | $2,959,829.31 |
|  | USDT | 230,408.24 | $230,408.24 |
|  | BNB | 29.17 | $9,626.66 |
|  | XVG | 1,036,748.80 | $2,483.35 |
|  | LSK | 0.02 | $0.02 |
|  | SXP | 2.25 | $1.21 |
|  | WBTC | 0.01 | $420.47 |
|  | VTHO | 2,649.73 | $3.65 |
|  | ALGO | 312.87 | $55.74 |
|  | DOGE | 49,480.16 | $3,908.93 |
|  | BUSD | 0.33 | $0.33 |
|  | BTTC | 5,981,098.90 | $3.59 |
|  | NFT | 60,414.31 | $1,021.61 |
|  | ETHW | 4.50 | $8,249.42 |
|  | MASK | 0.07 | $0.33 |
|  | DOT | 99.90 | $580.42 |
|  | ENJ | 699.30 | $16,755.23 |
|  | LINK | 99.90 | $717.28 |
|  | LUNA | 24.81 | $31.51 |
|  | LUNC | 79.92 | $0.01 |
|  | SOL | 14.99 | $328.02 |
|  |  | *Subtotal* | *$4,055,787.81* |
| DeFi (Non-Receivership Entity) | ETH | 0.04 | $44.75 |
|  |  | *Subtotal* | *$44.75* |
| *already transferred to Standard Custody* *partially transferred |  | **Grand total** | **$5,750,099.55** |
|  |  | *Total including DeFi* | *$5,750,144.30* |

| Summary of All Real Property | | |
|---|---|---|
| **Entity** | **Address** | **Estimated Value** |
| BKCoin Offshore Fund, Ltd. | 76 Madison Avenue, Apartment 3A, New York, New York, 10016 | $2,400,00.00 |
| | Total | $2,400,00.00 |

| Summary of Other Property | | |
|---|---|---|
| **Entity** | **Address** | **Estimated Value** |
| Bison Digital LLC | $351,000 Skybridge Kraken Subscription | unknown market value |
| | $250,000 worth of Digital Prime DLCC class A units | unknown market value |
| | $100,000 worth of "I Got It" common stock | unknown market value |
| | $100,000 investment in Margin.Io | unknown market value |
| | $100,000 RareMint SAFT (Simple Agreement Future Token) | unknown market value |
| | $75,000 subscription in Arca NFT Fund | unknown market value |
| | $50,000 SAFE token (Deepwater VATNFORN Corp.) | unknown market value |
| | $50,000 in preferred series A stock in TheTie | unknown market value |
| | $50,000 in series B stock in CoinRoutes | unknown market value |
| | Total | unknown market value |

70213800;1

8. The Receivership Defendants and Relief Defendants are required to provide the employees (and job titles thereof), other personnel, attorneys, accountants and any other agents or contractors of the Receivership Defendants and Relief Defendants. The Receiver in an effort to discharge this obligation on behalf of the Receivership Defendants and Relief Defendants therefore identifies the below individuals (identified as of the filing of this Sworn Statement):

a. <u>Min Woo Kang a/k/a/ "Kevin" Kang</u>: founder, managing member and ultimate beneficial owner of all Receivership Entities
b. <u>Carlos Betancourt</u>: founder, managing member and ultimate beneficial owner of all Receivership Entities
c. <u>John Annesser, Esq.</u>: former counsel for BKCoin Management, LLC
d. <u>Adriano Caloiaro</u>: Chief Technology Officer of BKCoin Capital
e. <u>Peter Dzuba, Esq.</u>: 2.5% ownership interest in BKCoin Management LLC, legal counsel
f. <u>Brandon Esposito</u>: 2.5% ownership interest in BKCoin Management LLC
g. <u>Greg Grinberg</u> Former Chief Restructuring Officer
h. <u>Leanna Haakons</u>: Director of Business Development and Investor Relations for BKCoin Capital
i. <u>Paul Magahis</u>: President of BKCoin Capital
j. <u>James M. Soldavini, CPA</u>: Accountant for BKCoin Management LLC, BKCoin Capital LP, and Bison Digital, LLC
k. <u>Mark Treinkman</u>: Head of Quantitative Trading for BKCoin Capital
l. <u>Kevin Valentine</u>: Advisor at BKCoin Capital

9. The Receivership Defendants and Relief Defendants are required to list names, addresses and amounts of claims of all known creditors of the Receivership Defendants and Relief Defendants. The Receiver, in an effort to discharge this obligation on behalf of the Receivership Defendants and Relief Defendants, has prepared a list of comprehensive list of all known investors for receipt and review by the SEC. The Receiver does not concede that each investor identified has or will have an enforceable claim against the Receivership Estate, as that issue that will be established only through a formal claims process before this Court. Such list will be served on the SEC in conjunction with the filing of this Sworn Statement.

70213800;1

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on May 1, 2023.

Michael I. Goldberg, Receiver

70213800;1