**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

     Plaintiff,

vs.                                     Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**RECEIVER'S UNOPPOSED MOTION**
**TO EXTEND DEADLINE TO FILE LIQUIDATION PLAN**

     Michael I. Goldberg (the "Receiver"), Receiver in the above-captioned case, respectfully

submits this *Unopposed Motion to Extend Deadline to File Liquidation Plan* (the "Motion"). In

support of the Motion, the Receiver states as follows:

     1.     On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed

its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its

*Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4). [1]

     2.     On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the

"Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over

the Relief Defendants.

     3.     The Receivership Order authorizes, empowers, and directs the Receiver "to develop

a plan for the fair, reasonable, and efficient recovery and liquidation of all remaining, recovered,

and recoverable Receivership Property (the "Liquidation Plan")." Receivership Order, ¶ 50.

     4.     The Appointment Order requires the Receiver to file the Liquidation Plan or before

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang
(a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore
Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy
Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

70600032;1

May 25, 2023. *Id.* at ¶ 51.

5.      Due to the amount and unique nature of the Receivership Property, the Receiver requires additional time to prepare a liquidation plan for the Receivership Estate.

6.      Accordingly, the Receiver requests an extension of this deadline by an additional 90 days and asks that the Liquidation Plan be due on or before August 23, 2023. The Receiver has conferred with the SEC who has no objection to this request.

WHEREFORE, Receiver, Michael Goldberg, by and through his undersigned counsel respectfully requests that this Court entered an Order granting this Motion and extending the deadline to file the Liquidation Plan by 90 days and any such other relief as this Court deems just and proper. A proposed order for the Court's consideration is attached as Exhibit A.

## LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that the Receiver has conferred with counsel for the SEC, which consents to the relief requested herein.

Dated May 24, 2023                         Respectfully submitted,

By: */s/ Catherine Kretzschmar*
Catherine Kretzschmar, Esq.
Florida Bar Number: 85843
catherine.kretzschmar@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Wednesday, May 24, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: *<u>/s/ Catherine Kretzschmar</u>*
      Catherine D. Kretzschmar, Esq.

**<u>EXHIBIT A</u>**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

      Plaintiff,

vs.                                                        Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**[PROPOSED] ORDER GRANTING RECEIVER'S UNOPPOSED MOTION**
**<u>FOR EXTENSION OF TIME TO FILE LIQUIDATION PLAN</u>**

This matter came before the Court upon the filing of the *Unopposed Motion to Extend Deadline to File Liquidation Plan* (the "Motion") [ECF No. ___].  Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore

**ORDERED** and **DECREED:**

1.      The Motion is **GRANTED**.

**2.**      The Receiver shall file the Liquidation Plan on or before August 23, 2023.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of May, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record

70600032;1