UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                                      Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**RECEIVER'S SWORN ACCOUNTING**

      Michael I. Goldberg, the Court-appointed receiver (the "Receiver"), hereby files this sworn accounting; the information contained herein is provided on an interim basis and will be supplemented as appropriate once a thorough forensic analysis is completed.

**Background**

      1.      On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4).[1]

      2.      On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Relief Defendants.

      3.      The Receivership Order instructs the Receivership Defendants and Relief Defendants to file with the Court and serve upon the Receiver and the Commission a sworn accounting, with complete documentation, detailing the following period from October 1, 2018

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

through the date of the commencement of the receivership (the "Accounting"):

    A. Of all Receivership Property, wherever located, held by or in the name of the Receivership Defendants and Relief Defendants, or in which any of them, directly or indirectly, has or had any beneficial interest, or over which any of them maintained or maintains or exercised or exercises control, including, but not limited to: (a) all securities, investments, funds, real estate, automobiles, jewelry and other assets, stating the location of each; and (b) any and all accounts, including all funds held in such accounts, with any bank, brokerage or other financial institution held by, in the name of, or for the benefit of any of them, directly or indirectly, or over which any of them maintained or maintains or exercised or exercises any direct or indirect control, or in which any of them had or has a direct or indirect beneficial interest, including the account statements from each bank, brokerage or other financial institution;

    B. Identifying every account at every bank, brokerage or other financial institution: (a) over which Receivership Defendants and Relief Defendants have signatory authority; and (b) opened by, in the name of, or for the benefit of, or used by, the Receivership Defendants and Relief Defendants;

    C. Identifying all credit, bank, charge, debit or other deferred payment card issued to or used by each Receivership Defendant, including but not limited to the issuing institution, the card or account number(s), all persons or entities to which a card was issued or with authority to use a card, the balance of each account or card as of the most recent billing statement, and all statements for the last twelve months;

    D. Of all assets received by any of them from any person or entity, including the value, location, and disposition of any assets so received;

    E. Of all funds received by the Receivership Defendants and Relief Defendants, and each of them, in any way related, directly or indirectly, to the conduct alleged in the Commission's Complaint. The submission must clearly identify, among other things, all investors, the securities they purchased, the date and amount of their investments, and the current location of such funds;

    F. Of all expenditures exceeding $1,000 made by any of them, including those made on their behalf by any person or entity; and

    G. Of all transfers of assets made by any of them.

Receivership Order, ¶ 9.

4. The Receivership Defendants and Relief Defendants maintained little to no formal books and records, conducting business in a largely decentralized manner with no physical

business premises. Furthermore, to date the former principal of the Receivership Entities, Defendant, Min Woo Kang a/k/a/ "Kevin" Kang has provided minimal assistance to the Receiver.

5. Accordingly, the Receiver and his professionals at Akerman and Yip & Associates have been forced to obtain financial documents and information from third party sources, including, but not limited to (i) investors; (ii) financial institutions; (iii) fund administrators; (iv) cryptocurrency exchanges; and (v) digital asset custodians and reconstruct the Receivership Entities' books and records.

6. The Receiver thus obtained the information reported in the below Sworn Accounting in the course of his ongoing investigation; the information is therefore provided on an interim basis and is thus subject to change as additional information is obtained and a thorough forensic analysis is completed.

## Sworn Accounting

7. The Receivership Defendants and Relief Defendants are required to provide an accounting of all Receivership Property, wherever located, held by or in the name of the Receivership Defendants and Relief Defendants, or in which any of them, directly or indirectly, has or had any beneficial interest, or over which any of them maintained or maintains or exercised or exercises control, including, but not limited to: (a) all securities, investments, funds, real estate, automobiles, jewelry and other assets, stating the location of each; and (b) any and all accounts, including all funds held in such accounts, with any bank, brokerage or other financial institution held by, in the name of, or for the benefit of any of them, directly or indirectly, or over which any of them maintained or maintains or exercised or exercises any direct or indirect control, or in which any of them had or has a direct or indirect beneficial interest, including the account statements from each bank, brokerage or other financial institution. Receivership Order, ¶ 9 (a).

8. The Receiver, in an effort to discharge this obligation on behalf of the Receivership Defendants and Relief Defendants, identifies the below itemization of Receivership Property located as of the date of filing of this Sworn Accounting:[2]

| Summary of Cash Assets Transferred to Receivership Estate[3] | | |
|---|---|---|
| **Where held** | **Entity** | **Amount** |
| BitGo Prime[4] | BK Offshore Fund LTD | $125,978.45 |
| | *Subtotal* | *$125,978.45* |
| Circle | BKCoin Multi-Strategy Master Fund LTD | $2,168.00 |
| | BK Offshore Fund LTD | $3,532.00 |
| | *Subtotal* | *$5,700.00* |
| Bittrex | BKCoin Capital LP | $675.00 |
| | *Subtotal* | *$675.00* |
| Gemini | BKCoin Capital LP | $32,192.48 |
| | *Subtotal* | *$32,192.48* |
| Silvergate Bank | BKCoin Multi-Strategy Master Fund Ltd. | $1,769,665.75 |
| | BKCoin Multi-Strategy Fund Ltd. | $17,822.71 |
| | BKCoin Multi-Strategy Fund Ltd. | $1,000.00 |
| | BKCoin Management LLC | $1,479.99 |
| | BKCoin Capital LP | $8,525.53 |
| | BK Offshore Fund LTD | $1,585.17 |
| | BK Offshore Fund LTD | $726.45 |
| | BK Offshore Fund LTD | $6,521.27 |
| | *Subtotal* | *$1,807,776.87* |
| TD Bank | BKCoin Management LLC | $2,214.22 |
| | *Subtotal* | *$2,214.22* |
| Signature Bank | BKCoin Capital LP | $7,311.41 |
| | BK Offshore Fund LTD | $10,000.00 |
| | *Subtotal* | *$17,311.41* |
| | **Grand Total** | **$1,991,398.43** |

---

[2] An unredacted list will be served upon the SEC in conjunction with this filing.

[3] Cash balances remain at the following financial institutions: BlockFi (BK Offshore Fund – $16,631.13); FTX Trading (BK Offshore Fund – $74,949.44); Interactive Brokers (BKCoin Capital LP – $117.77); and Kraken (BK Offshore Fund – $231.88).

[4] BitGo Prime liquidated the collateral it held as part of a loan agreement with BK Offshore Fund, generating $125,978.45 of net excess collateral. This amount has been transferred to the Receiver's segregated trust account.

70703492;1

| Summary of All Real Property | | |
|---|---|---|
| **Entity** | **Address** | **Estimated Value** |
| BKCoin Offshore Fund, Ltd. | 76 Madison Avenue, Apartment 3A, New York, New York, 10016 | $2,400,00.00 |
| | *Total* | *$2,400,00.00* |

| Summary of All Cryptocurrency Assets | | | |
|---|---|---|---|
| **Financial Institution** | **Receivership Entity** | **Crypto Balance** | |
| **Binance** | BK Offshore Fund | BTC: 0.00918844<br>ETH: 4.4955<br>USDT: 230,408.240193<br>SOL: 14.985<br>ETHW: 4.49552<br>BNB: 29.17346498<br>MASK: 0.074305<br>WBTC: 0.014920<br>BUSD: 0.32761<br>DOGE: 49,480.156811<br>NFT: 60,414.307925<br>ALGO: 312.865132<br>XVG: 1036748.80<br>LSK: 0.02490<br>SXP: 2.24962212<br>DOT: 99.90000000<br>LUNC: 79.920<br>LINK: 99.90<br>VTHO: 2,649.72671572<br>BTTC: 5,981,098.90<br>ENJ: 699.30<br>LUNA: 24.80917478<br>**Futures Balance:**<br>USDT: 104,073.67657374 | **Margin Balance:**<br>MATIC: 0.06729284<br>NEAR: 0.06429111<br>BTC: 1.34865168<br>ONE: 0.08052732<br>MANA: 0.98400206<br>ROSE: 0.06010913<br>SOL: 0.00314133<br>DAR: 0.0940<br>BNB: 0.00001893<br>ETH: 0.00003882<br>NEO: 0.00614998<br>LRC: 0.55621764<br>VET: 0.08410262<br>USDT: 20,109.806357<br>BNX: 0.00017591<br>DASH: 0.00035865<br>LTC: 0.00051489<br>CRV: 0.07305969<br>ALICE: 0.00796073<br>LINK: 0.00779002<br>FIL: 0.00897096<br>GALA: 0.19073618<br>BAT: 0.68012375 |
| **BlockFi** (in bankruptcy) | BK Offshore Fund | BTC: 0.00056626<br>ETH: 2.03351546 | GUSD: 14,168.553567 |
| **Cboe Digital** | BKCoin Capital LP | BTC: 0.25304<br>BCH: 108.23054448 | LTC: 149.66064 |
| **Celsius Network** (in bankruptcy) | Identified on schedules by Mr. Betancourt and Mr. Kangs' names | **Earn Account:**<br>AAVE: 0.000000000000001<br>ADA: 0.0000000219406<br>BTC: 0.00094052568<br>BUSD: 0.00000000052287<br>CEL: 1.14914843929174 | **Custody Account:**<br>AAVE: 0.0000042191294826<br>ADA: 0.0023735033178358<br>BTC: 0.0000000962928713<br>BUSD: 0.001220877332952<br>CEL: 0.0002045742766921<br>COMP: 0.00000896000892 |

70703492;1

| | | | |
|---|---|---|---|
| | | COMP: 0.000000000000001<br>ETH: 0.0000000000001645<br>LINK: 0.000000000000001<br>PAX: 0.0000000000093827<br>SNX: 0.0000000000032517<br>UNI: 0.000000000000014<br>USDC: 1.046063 | ETH: 0.0000003035409643<br>LINK: 0.000068476948206<br>PAX: 0.0134818377060445<br>SNX: 0.0006558687622947<br>UNI: 0.0000442585094346<br>USDC: 0.002379412153255 |
| **Delta Exchange** | BK Offshore Fund | DETO: 854 | |
| **FTX Trading** (in bankruptcy) | Multi-Strategy Master Fund Ltd | USDT: 0.0000000075388725 | |
| | BK Offshore Fund | BTC: 0.0115662253075486<br>USDT: 10,770.4214367904<br>MOB: 300,605.91912 | |
| **Galaxy Digital** | BKCoin Management LLC | BTC: 4.85 | |
| **Hedera** | BKCoin Capital LP | HBAR: 10,183,195.6904716 | |
| **Matrixport** | BK Offshore Fund | BTC: 46.009858 | |
| **OKx** | Multi-Strategy Master Fund Ltd | USDT: 98.99 | |
| **Standard Custody** (identified by vault name) | BKCoin Multi-Strat Master FTX | USDC: 686,193.75<br>ETH: 0.033 | |
| | DeFi | ETH: 0.0373 | |
| | GP (Management LLC) | BTC: 59.047686<br>ETH: 490.565788 | |
| | Legacy – Class C | BTC: 3.2198<br>SOL: 1,999.99 | |

| Summary of Other Property | | |
|---|---|---|
| **Entity** | **Address** | **Estimated Value** |
| Bison Digital LLC | $351,000 Skybridge Kraken Subscription | unknown market value |
| | $250,000 Digital Prime DLCC class A units | unknown market value |
| | $100,000 "I Got It" common stock | unknown market value |
| | $100,000 investment in Margin.io | unknown market value |
| | $100,000 RareMint SAFT | unknown market value |
| | $75,000 subscription in Arca NFT Fund | unknown market value |
| | $50,000 SAFE token | unknown market value |
| | $50,000 preferred series A stock in The Tie | unknown market value |
| | $50,000 in series B stock in CoinRoutes | unknown market value |
| *Total* | | *unknown market value* |

9. The Receivership Defendants and Relief Defendants are required to identify every account at every bank, brokerage or other financial institution: (a) over which Receivership Defendants and Relief Defendants have signatory authority; and (b) opened by, in the name of, or for the benefit of, or used by, the Receivership Defendants and Relief Defendants. Receivership Order, ¶ 9 (b).

10. The Receiver in an effort to discharge this obligation on behalf of the Receivership Defendants and Relief Defendants, hereby identifies the below accounts located as of the date of the filing of this Sworn Accounting.[5]

| Receivership Entity/Account Number by Financial Institution ||
|---|---|
| **Banks** ||
| Bank of America | BKCoin Management LLC |
|  | BKCoin Capital LP |
| JPMorgan Chase | BKCoin Capital LP |
| Signature Bank | BKCoin Capital LP |
|  | BK Offshore Fund Ltd |
| Silvergate Bank | BKCoin Management LLC |
|  | BKCoin Capital LP |
|  | BKCoin Capital LP |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | Multi-Strategy Master Fund Ltd |
|  | Multi-Strategy Master Fund Ltd |
|  | Multi-Strategy Fund LP |
|  | Multi-Strategy Fund LP |
|  | Multi-Strategy Fund Ltd |
|  | Multi-Strategy Fund Ltd |
|  | Bison Digital LLC |
|  | Bison Digital LLC |
|  | Bison Digital LLC |
| State Street Bank & Trust | Multi-Strategy Fund LP |
|  | Multi-Strategy Fund Ltd |
| TD Bank | BKCoin Management LLC |
|  | BKCoin Capital LP |
|  | Bison Digital LLC |
| **Cryptocurrency** ||
| Abra | BKCoin Capital LP |
| B2C2 | BK Offshore Fund Ltd |
| Binance | BK Offshore Fund Ltd |

---

[5] An unredacted list will be served upon the SEC in conjunction with this filing.

70703492;1

|  | BK Offshore Subaccount |
|  | BK Offshore Subaccount |
|  | BK Offshore Subaccount |
|  | BK Offshore Subaccount |
|  | BK Offshore Subaccount |
|  | BK Offshore Subaccount |
| BitGo | BK Offshore Fund Ltd |
| Bittrex | BKCoin Capital LP |
|  | Unknown - Affiliated with BKCoin Capital LP |
| BlockFi | BK Offshore Fund Ltd |
| BlockFills | BK Offshore Fund Ltd |
|  | BKCoin Capital LP |
|  | Multi-Strategy Master Fund Ltd |
| Cboe Digital | BKCoin Capital LP |
|  | BKCoin Capital LP |
|  | BKCoin Capital LP |
| Celsius Network | BKCoin Capital LP |
| Circle | BK Offshore Fund Ltd |
|  | Multi-Strategy Master Fund Ltd |
| Coinbase | BKCoin Capital LP |
|  | Unknown - Opened by |
| Delta Exchange | BK Offshore Fund Ltd |
|  | Multi-Strategy Master Fund Ltd |
| Deribit | Multi-Strategy Master Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
| DV Chain | Bison Digital LLC |
|  | BK Offshore Ltd |
| FalconX | BK Offshore Fund Ltd |
|  | Multi-Strategy Master Fund Ltd |
| FTX Trading | BK Offshore Fund Ltd |
|  | Multi-Strategy Master Fund Ltd |
| Galaxy Digital | BKCoin Capital LP |
|  | Bison Digital LLC |
|  | BKCoin Management LLC |
|  | Multi-Strategy Master Fund Ltd |
| Gemini | BKCoin Capital LP |

|  |  |
|---|---|
|  | Multi-Strategy Master Fund Ltd |
| Hedera | BKCoin Capital LP |
| Kraken | BKCoin Capital LP |
|  | BKCoin Capital LP |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
|  | BK Offshore Fund Ltd |
| Matrixport (see Deribit) | BK Offshore Fund Ltd |
| Okx | BK Offshore Fund Ltd |
|  | Multi-Strategy Master Fund Ltd |
| Paradigm | BK Offshore Fund Ltd |
| PrimeTrust | BKCoin Capital LP |
|  | Bison Digital LLC |
|  | Bison Digital LLC |
|  | BK Offshore Fund Ltd |
|  | BKCoin Capital LP |
|  | Bison Digital LLC |
|  | BK Offshore Fund Ltd |
| Standard Custody & Trust Co. | BKCoin Management LLC |
| **Trading** | |
| Interactive Brokers | BKCoin Capital LP |

11. The Receivership Defendants and Relief Defendants are required to identify all credit, bank, charge, debit or other deferred payment cards issued to or used by each Receivership Defendant, including but not limited to the issuing institution, the card or account number(s), all persons or entities to which a card was issued or with authority to use a card, the balance of each account or card as of the most recent billing statement, and all statements for the last twelve months. Receivership Order, ¶ 9(c).

12. The Receiver, in an effort to discharge this obligation on behalf of the Receivership Defendants and Relief Defendants, hereby identifies the following credit, bank, charge, debit or other deferred payment cards located as of the date of the filing of this Sworn Accounting.[6]

---

[6] Copies of all available statements will be made available to the SEC in conjunction with this filing,

| Cards Issued by Financial Institutions | | | |
|---|---|---|---|
| **Type of Card** *Unknown if cards issued* | **Receivership Entity** | **Issued To/Authorized User** | **Balance as of Most Recent Billing Statement** |
| Credit Card | BKCoin Capital LP | Kevin M Kang | ($51.65) |
| Credit Card | BKCoin Capital LP | Kevin M Kang | Balance rolled over to -9696 card in July 2021 |
| Credit Card | BKCoin Capital LP | Paul Magahis | Unknown |
| Checking* | BKCoin Management LLC | - | 0.00 - Account Closed |
| Credit Card | BKCoin Capital LP | Kevin M Kang | 0.00 - Account Closed |
| Checking* | BKCoin Capital LP | - | 0.00 - Account Closed |
| Checking* | BKCoin Management LLC | - | 0.00 - Account Closed |
| Checking* | BKCoin Capital LP | - | - |
| Checking* | Bison Digital LLC | - | - |

13.     The Receivership Defendants and Relief Defendants are required to provide an accounting of all assets received by any of them from any person or entity, including the value, location, and disposition of any assets so received. Receivership Order, ¶ 9 (d). The Receiver and his professionals have prepared such an accounting based upon the information available to the Receiver as of the date of the filing of this Sworn Accounting. This accounting will be served on the SEC in conjunction with the filing of this Sworn Accounting.

14.     The Receivership Defendants and Relief Defendants are required to provide an accounting of all funds received by the Receivership Defendants and Relief Defendants, and each of them, in any way related, directly or indirectly, to the conduct alleged in the Commission's Complaint. The submission is to clearly identify, among other things, all investors, the securities they purchased, the date and amount of their investments, and the current location of such funds. Receivership Order, ¶ 9 (e). The Receiver and his professionals have prepared such an accounting based upon the information available to the Receiver as of the date of the filing of this Sworn

70703492;1

Accounting. This accounting will be served on the SEC in conjunction with the filing of this Sworn Accounting.

15. The Receivership Defendants and Relief Defendants are required to provide an accounting of all expenditures exceeding $1,000 made by any of them, including those made on their behalf by any person or entity. Receivership Order, ¶ 9 (f). The Receiver and his professionals have prepared such an accounting based upon the information available to the Receiver as of the date of the filing of this Sworn Accounting. This accounting will be served on the SEC in conjunction with the filing of this Sworn Accounting.

16. The Receivership Defendants and Relief Defendants are required to provide an accounting of all transfers of assets made by any of them. Receivership Order, ¶ 9 (g). The Receiver and his professionals have prepared such an accounting based upon the information available to the Receiver as of the date of the filing of this Sworn Accounting. This accounting will be served on the SEC in conjunction with the filing of this Sworn Accounting.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on June 1, 2023.

_____
Michael I. Goldberg, Receiver

70703492;1