United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, <br><br> v. <br><br> BKCoin Management, LLC, and others, Defendants. | ) <br> ) <br> ) <br> ) Case No. 23-20719-Civ-Scola <br> ) <br> ) <br> ) |

### Order

This matter is before the Court upon the filing of Michael I. Goldberg's (the "Receiver") Ex Parte Motion for Authorization to Enter into Coinbase Agreements. (Mot., ECF No. 76.) Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. Accordingly, it is

**Ordered** and **Adjudged** as follows:

1. The Motion is **granted**. (**ECF No. 76**.)
2. The Receiver is authorized but not instructed to enter into the Coinbase Institutional Client Agreement and the Coinbase Prime Broker Agreement. Copies of the agreements are attached as Composite Exhibit A to the Motion. (ECF No. 76-1.)
3. This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on May 31, 2023.

_____
Robert N. Scola, Jr.
United States District Judge