UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BKCOIN MANAGEMENT, LLC and MIN WOO KANG a/k/a "KEVIN" KANG,<br><br>Defendants, and<br><br>BKCOIN CAPITAL, LP,<br>BK OFFSHORE FUND, LTD.,<br>BKCOIN MULTI-STRATEGY MASTER FUND, LTD.,<br>BKCOIN MULTI-STRATEGY FUND, LP,<br>BKCOIN MULTI-STRATEGY FUND LTD., AND<br>BISON DIGITAL LLC,<br><br>Relief Defendants. | Case No. 1:23-cv-20719-RNS |

## DEFENDANT KEVIN KANG'S ANSWER

Defendant Kevin Kang ("Defendant"), by his attorneys, Ballard Spahr LLP, for his Answer to the Securities and Exchange Commission's ("SEC") Complaint [Dkt. No. 1], states:

1. Defendant is aware of an investigation by the United States Attorney's Office for the Southern District of Florida involving substantially similar factual issues as are set forth in the Complaint.

2. Accordingly, on the advice of counsel, Defendant respectfully declines to answer the allegations set forth in the Complaint, based on his rights under the Fifth Amendment to the United States Constitution.

3. Defendant reserves the right to amend this Answer upon the resolution of any

criminal investigation or related proceedings.

New York, New York
Date: June 5, 2023               Respectfully submitted,

*[signature: Celia A. Cohen]*

Celia Cohen (*pro hac vice*)
cohenc@ballardspahr.com
Michael Robotti (*pro hac vice*)
robottim@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212-223-0200
Facsimile: 212-223-1942


*/s/ Walter Norkin*

Walter Norkin
Fla Bar ID # 1022653
wnorkin@akrivislaw.com
Akrivis Law Group PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
Telephone: 305-359-6399

*Attorneys for Min Woo Kang a/k/a Kevin Kang*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on or about June 5, 2023, a true and accurate copy of Defendant Kang's Answer was served on counsel of record via the CM/ECF system.

Date: June 5, 2023                Respectfully submitted,

                                        */s/ Walter Norkin*

                                        Walter Norkin
                                        Fla Bar ID # 1022653
                                        wnorkin@akrivislaw.com
                                        Akrivis Law Group PLLC
                                        One Southeast Third Avenue
                                        Suite 2120
                                        Miami, Florida 33131
                                        Telephone: 305-359-6399