United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff,<br><br>v.<br><br>BKCoin Management, LLC, and others, Defendants. | )<br>)<br>)<br>)  Case No. 23-20719-Civ-Scola<br>)<br>)<br>) |

### Order Authorizing Sale of 76 Madison Avenue, Apartment 3A, New York, New York, 10016 and Granting Related Relief

This matter came before the Court upon the filing by Michael I. Goldberg, the Court appointed receiver (the "Receiver"), of the Receiver's *Unopposed Motion for Entry of an Order: (I) Authorizing the Sale of 76 Madison Avenue, Apartment 3A, New York, New York, 10016; and (II) Granting Related Relief*. (Mot., ECF No. 87.) Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Motion is **granted**. (**ECF No. 87**.)
2. The Receiver is authorized to sell the receivership estate's rights, title, and interest in and to 76 Madison Avenue, Apartment 3A, New York, New York, 10016 (the "Property") by private sale to Jasper Lau "As Is" for $2,230,000 pursuant to the Contract for Sale, together with all Riders thereto (the "Contract"). A copy of the Contract is attached to the Motion as Composite Exhibit B.
3. The Receiver is further authorized to execute any documents and take any actions reasonably necessary to consummate the transactions contemplated therein.
4. Upon receipt of the consideration set forth in the Contract, and delivery of any documents called for in the Contract by the Receiver, the sale shall stand as confirmed, without further Order of the Court.
5. The Receiver is authorized to employ Kwast Law, PLLC as New York transactional real estate counsel on a flat fee basis with the $4,500 fee to be paid from cash on hand without further order of the Court.
6. Upon closing of the sale, the Receiver is authorized to remit payment to Compass RE NY, LLC d/b/a Compass pursuant to the terms of the Court approved Listing Agreement without further order of the Court.
7. This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on August 8, 2023.

_____
Robert N. Scola, Jr.
United States District Judge