**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

     Plaintiff,

vs.                                                                 Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.

_____/

**RECEIVER'S UNOPPOSED MOTION**
**TO EXTEND DEADLINE TO FILE LIQUIDATION PLAN**

Michael I. Goldberg (the "Receiver"), as Receiver in the above-captioned case, respectfully submits this *Unopposed Motion to Extend Deadline to File Liquidation Plan* (the "Motion"). In support of his Motion, the Receiver states as follows:

1.     On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4). [1]

2.     On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Relief Defendants.

3.     The Receivership Order authorizes, empowers, and directs the Receiver "to develop a plan for the fair, reasonable, and efficient recovery and liquidation of all remaining, recovered, and recoverable Receivership Property (the "Liquidation Plan")." Receivership Order, ¶ 50. The current deadline for the Receiver to file the Liquidation Plan is August 23, 2023. *See* ECF No 75.

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

72370519;1

4.      The Receiver and his professionals are in the process of completing a thorough forensic analysis of the activities of the Receivership Entities as well as all Receivership Property. The forensic analysis, once complete, will reconcile all remaining, recovered, and recoverable Receivership Property, and will also identify any and all investors with the requisite standing to participate in the Liquidation Plan process.

5.      This case is not a straightforward liquidation in which the Receiver can easily calculate the amount of each investor's claim and simply propose a *pro-rata* distribution of available funds to such net losers. Rather, this case involves multiple investment funds with different investors involving numerous transfers of money among those funds that were subsequently distributed to investors. The analysis is further complicated by the fact that some distributions to investors were based on accurate market values of cryptocurrency while other distributions were based on what appear to be fraudulent valuations simply made up by the Receivership Entities' management. Therefore, the Receiver is undertaking a forensic analysis to determine which distributions were valid versus those which were fraudulent in order for the Receiver to accurately compute investor's claims and propose a proper plan of distribution. Until this forensic analysis is completed, the Receiver has no way of knowing how much each investor is owed, if anything.

6.      Accordingly, the Receiver requires additional time to prepare a Liquidation Plan for the Receivership Estate. The Receiver has conferred with the SEC who has no objection to this request.

7.      The Receiver therefore respectfully requests that the Court extend the deadline to file the Liquidation Plan, as detailed in paragraph 50 of the Receivership Order through and including **December 21, 2023**.

72370519;1

8.      A proposed order granting this Motion is attached hereto and incorporated herein as **Exhibit A**.

WHEREFORE, the Receiver, Michael Goldberg, respectfully requests this Court enter an order granting this Motion and extending the deadline to file the Liquidation Plan by 120 days and any such other relief as this Court deems just and proper.

**LOCAL RULE 7.1 CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that the Receiver has conferred with counsel for the SEC, which consents to the relief requested herein.

Dated August 23, 2023                    Respectfully submitted,

By: */s/ Catherine Kretzschmar*
Catherine Kretzschmar, Esq.
Florida Bar Number: 85843
catherine.kretzschmar@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Wednesday, August 23, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: */s/ Catherine Kretzschmar*
Catherine D. Kretzschmar, Esq.

72370519;1

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

     Plaintiff,

vs.                                       Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION**
**TO EXTEND DEADLINE TO FILE LIQUIDATION PLAN**

This matter came before the Court upon the filing of the Receiver, Michael I. Goldberg's

*Unopposed Motion to Extend Deadline to File Liquidation Plan* (the "Motion") [ECF No. ___].

Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper

showing in support of the relief requested. It is therefore

     **ORDERED** and **DECREED:**

     1.     The Motion is **GRANTED**.

     2.     The deadline to file the Liquidation Plan is hereby extended through and including

December 21, 2023.

     3.     This Court shall retain jurisdiction of this matter for all purposes.

     **DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of August, 2023.

                            _____
                            ROBERT N. SCOLA, JR.
                            UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record

72370519;1