UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-20719-Civ-SCOLA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| Plaintiff, | : |
| v. | : |
| **BKCOIN MANAGEMENT, LLC** and **MIN WOO KANG a/k/a "KEVIN" KANG,** | : |
| Defendants, and | : |
| **BKCOIN CAPITAL, LP,** **BK OFFSHORE FUND, LTD.,** **BKCOIN MULTI-STRATEGY MASTER FUND, LTD.,** **BKCOIN MULTI-STRATEGY FUND, LP,** **BKCOIN MULTI-STRATEGY FUND, LTD., AND** **BISON DIGITAL LLC,** | : |
| Relief Defendants. | : |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
UNOPPOSED MOTION FOR ENTRY OF PERMANENT INJUNCTION
AND OTHER RELIEF AGAINST DEFENDANT BKCOIN MANAGEMENT, LLC
AND RELIEF DEFENDANTS**

Plaintiff Securities and Exchange Commission (the "Commission") moves for entry of a Judgment of Permanent Injunction and Other Relief (the "Judgment") against Defendant BKCoin Management LLC ("BKCoin Management"), and Relief Defendants BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (collectively the "Receivership Defendants"). By the attached Consent (Exhibit A hereto), the Court-appointed Receiver has consented to entry of the attached proposed Judgment (Exhibit B hereto) on behalf of the

Receivership Defendants. Entry of the proposed Judgment will only leave pending the issues of disgorgement and prejudgment interest against the Receivership Defendants, and the issue of civil penalties against the Defendant BKCoin Management. Accordingly, the Commission respectfully requests that the Court enter the attached proposed Judgment.

**LOCAL RULE 7.1 CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that the Commission has conferred with counsel for the Receiver, who consents to the relief requested herein.

August 31, 2023

Respectfully submitted,

By: */s/ Pascale Guerrier*
Pascale Guerrier
Trial Counsel
Fla. Bar No. 22590
Direct Dial: (305) 982-6301
Email: guerrierp@sec.gov

Alexander H. Charap, Esq.
Senior Counsel
SDFL Special Bar No. A5502711
Direct Dial: (305) 416-6228
Email: charapal@sec.gov

Jeffrey B. Goldberg, Esq.
Counsel
Fla. Bar No. 0118689
Direct Dial (305) 982-6334
Email: goldergj@sec.gov

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4146

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2023, I electronically filed the foregoing document using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Pascale Guerrier*
Pascale Guerrier

## SERVICE LIST

Counsel for Min Woo Kang a/k/a Kevin Kang:

Celia Cohen (pro hac vice)
cohenc@ballardspahr.com
Michael Robotti (pro hac vice)
robottim@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212-223-0200
Facsimile: 212-223-1942

and

Walter Norkin
Fla Bar ID # 1022653
wnorkin@akrivislaw.com
Akrivis Law Group PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
Telephone: 305-359-6399

Counsel for Receiver, Michael I. Goldberg, Esq.:

Catherine Kretzschmar, Esq.
Florida Bar Number: 85843
catherine.kretzschmar@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
AKERMAN LLP
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224