UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                             Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.

_____/

**RECEIVER'S MOTION TO EXTEND DEADLINE
TO FILE THE FIRST APPLICATION FOR PROFESSIONAL
COMPENSATION THROUGH AND INCLUDING SEPTEMBER 22, 2023**

    Michael I. Goldberg, the Court appointed receiver (the "Receiver") in the above-captioned case, respectfully submits this *Motion to Extend Deadline to File the First Application for Professional Compensation through and including September 22, 2023* (the "Motion"). In support of this Motion, the Receiver states as follows:

**Background**

    1.      On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4).[1]

    2.      On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Defendants and Relief Defendants.

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

3.      The Receivership Order provides that the Receiver is authorized to solicit persons and entities ("Retained Personnel") to assist him in carrying out his duties and responsibilities, subject to the approval of the Court.  Receivership Order, ¶¶ 56 -57.

4.      The Receiver has retained Akerman LLP as his legal counsel and YIP & Associates as forensic and general accountants.

5.      The Receiver and Retained Personnel are entitled to reasonable compensation and expense reimbursement from the Receivership Estates as described in the *Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission* agreed to by the Receiver. Receivership Order, ¶ 57. Such compensation requires prior approval of the Court. *Id.*

6.      The Receivership Order provides that "the Receiver and Retained Personnel shall apply to the Court for compensation and expense reimbursement from the Receivership Estates" the ("Fee Applications").  Receivership Order, ¶ 58.

## Relief Requested

7.      Through this Motion, the Receiver requests the Court enter an order: (i) extending the deadline for the Receiver and his Retained Personnel to file the First Fee Application through and including September 22, 2023; and (ii) granting such further relief as is just and equitable.

## Support for Relief Requested

8.      The Receiver and his Retained Professionals require an extension of time through and including September 22, 2023 in order to prepare, finalize, and file the First Fee Application.

9.      The Receiver and the Retained Personnel have been inundated with the process of obtaining, securing, and liquidating all assets and documents of the Receivership Entities. The Receiver and Retained Personnel are likewise in the process of completing a thorough forensic

analysis of the activities of the receivership entities as well as all receivership property. The forensic analysis, once complete, will reconcile all remaining, recovered, and recoverable receivership property, and will also identify any and all investors with the requisite standing to participate in the claim process.

10.     As the Court is aware, this case is not a straightforward liquidation in which the Receiver can easily calculate the amount of each investor's claim and simply propose a *pro-rata* distribution of available funds to such net losers. Rather, this case involves multiple investment funds with different investors involving numerous transfers of money among those funds that were subsequently distributed to investors. The analysis is further complicated by the fact that some distributions to investors were based on accurate market values of cryptocurrency while other distributions were based on what appear to be fraudulent valuations simply made up by the Receivership Entities' management.

11.     The Receiver has therefore prioritized locating and liquidating all cryptocurrency and obtaining the necessary information to complete the much needed forensic analysis. The Receiver is mindful of his obligations as to the filing of Fee Application, however, and is in the process of preparing, finalizing, and filing the First Fee Application. The Receiver therefore respectfully requests an extension of time through and including September 22, 2023 in order to fulfill such obligations.

12.     No party will be prejudiced by the Court granting the relief requested herein.

13.     Pursuant to Local Rule 7.1(a)(1)(J), is it not necessary to incorporate a memorandum of law into a motion for extension of time when good cause is set forth in the motion. For the reasons set forth herein, good cause exists to extend the deadline to file the Receiver's First Fee Application through and including September 22, 2023.

14.     A proposed order extending the deadline is attached hereto as **Exhibit A**.

WHEREFORE, the Receiver respectfully requests this Court enter an Order granting the

*Motion to Extend Deadline to File the First Application for Professional Compensation through*

*and including September 22, 2023*  and any such other relief as this Court deems just and proper.

### LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that the Receiver has

conferred with counsel for the SEC, which consents to the relief requested herein.

Dated September 13, 2023                  Respectfully submitted,

By: */s/ Catherine Kretzschmar*
Catherine Kretzschmar, Esq.
Florida Bar Number: 85843
catherine.kretzschmar@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this

Wednesday, September 13, 2023 via the Court's notice of electronic filing on all CM/ECF

registered users entitled to notice in this case.

By: */s/ Catherine Kretzschmar*
Catherine D. Kretzschmar, Esq