UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                              Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION TO EXTEND DEADLINE TO FILE THE FIRST APPLICATION FOR PROFESSIONAL COMPENSATION THROUGH AND INCLUDING SEPTEMBER 22, 2023

This matter came before the Court upon the filing of the *Motion to Extend Deadline to File the First Application for Professional Compensation through and including September 22, 2023* (the "Motion") [ECF No. ---]. Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore

**ORDERED** and **DECREED:**

1. The Motion is **GRANTED**.

2. The deadline for the Receiver and his Retained Professionals[1] to file the First Fee Application is extended through and including September 22, 2023.

3. This Court shall retain jurisdiction of this matter for all purposes.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of September, 2023.

                                                          _____
                                                          **ROBERT N. SCOLA, JR.**
                                                          **UNITED STATES DISTRICT COURT JUDGE**

Copies to:
Counsel of Record

---

[1] Capitalized words take on the meaning ascribed to them in the Motion unless otherwise defined herein.

72696714;1