United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 23-20719-Civ-Scola |
| BKCoin Management, LLC, and others, Defendants. | ) ) ) | |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Receiver's motion for fees and expenses (**ECF No. 95**) to United States Magistrate Judge Jonathan Goodman for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered** in Miami, Florida, on October 2, 2023.

_____
Robert N. Scola, Jr.
United States District Judge