**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

 Plaintiff,

vs.              Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**RECEIVER'S NOTICE OF FILING STANDARDIZED FUND ACCOUNTING REPORT**

 NOTICE IS HEREBY GIVEN that undersigned counsel hereby files the Standardized Fund Accounting Report (the "SFAR") on behalf of Michael I. Goldberg, Court-appointed receiver (the "Receiver") of Defendant, BKCoin Management, LLC and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC. The SFAR is attached hereto as Exhibit **A**.

  Dated October 10, 2023    Respectfully submitted,

              By: */s/ Katie Johnson*_____
              Catherine Kretzschmar, Esq.
              Florida Bar Number: 85843
              catherine.kretzschmar@akerman.com
              Katie Johnson, Esq.
              Florida Bar Number: 1040357
              katie.johnson@akerman.com
              **AKERMAN LLP**
              201 East Las Olas Boulevard, Suite 1800
              Fort Lauderdale, FL  33301-2999
              Phone: (954) 463-2700
              Fax: (954) 463-2224

73160868;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Tuesday, October 10, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: */s/ Katie Johnson*
     Katie Johnson, Esq.

# EXHIBIT A

73160868;1

Standardized Fund Accounting Report for
Michael I. Goldberg as Receiver for BKCoin Management, LLC et al. - Cash Basis Receivership
Civil Court Docket No. 23-20719-Civ-Scola
Reporting Period: 02/24/2023 to 06/30/2023

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Line 1** Beginning Balance (As of 02/24/2023): | | | $ - |
| *Increases in Fund Balance:* | | | |
| **Line 2** Business Income | | | |
| **Line 3** Cash and Cash Equivalents* | 4,240,112.29 | | |
| **Line 4** Interest/Dividend Income | | | |
| **Line 5** Business Asset Liquidation | 3,177,617.46 | | |
| **Line 6** Personal Asset Liquidation | | | |
| **Line 7** Third-Party Litigation Income | | | |
| **Line 8** Miscellaneous - Other | | | |
| Total Funds Available (Lines 1 - 8): | | 7,417,729.75 | 7,417,729.75 |
| *Decreases in Fund Balance:* | | | |
| **Line 9** Disbursements to Investors | | | |
| **Line 10** Disbursements for Receivership Operations | | | |
| Line 10a Disbursements to Receiver or Other Professionals | | | |
| Line 10b Business Asset Expenses | 85.00 | | |
| Line 10c Personal Asset Expenses | | | |
| Line 10d Investment Expenses | | | |
| Line 10e Third-Party Litigation Expenses | | | |
| 1. Attorney Fees | | | |
| 2. Litigation Expenses | | | |
| *Total Third-Party Litigation Expenses* | | | |
| Line 10f Tax Administrator Fees and Bonds | | | |
| Line 10g Federal and State Tax Payments | | | |
| Total Disbursements for Receivership Operations | | 85.00 | |
| **Line 11** Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a Distribution Plan Development Expenses: | | | |
| 1. Fees: | | | |
| Fund Administrator | | | |
| Independent Distribution Consultant (IDC) | | | |
| Distribution Agent | | | |
| Consultants | | | |
| Legal Advisers | | | |
| Tax Advisers | | | |
| 2. Administrative Expenses | | | |
| 3. Miscellaneous | | | |
| *Total Plan Development Expenses* | | | |
| Line 11b Distribution Plan Implementation Expenses: | | | |
| 1. Fees: | | | |
| Fund Administrator | | | |
| IDC | | | |
| Distribution Agent | | | |
| Consultants | | | |
| Legal Advisers | | | |
| Tax Advisers | | | |
| 2. Administrative Expenses | | | |
| 3. Investor Identification: | | | |
| Notice/Publishing Approved Plan | | | |
| Claimant Identification | | | |
| Claims Processing | | | |
| Web Site Maintenance/Call Center | | | |
| 4. Fund Administrator Bond | | | |
| 5. Miscellaneous | | | |
| 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| *Total Plan Implementation Expenses* | | | |
| Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| **Line 12** Disbursements to Court/Other: | | | |
| Line 12a Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b Federal Tax Payments | | | |
| Total Disbursements to Court/Other: | | | |
| Total Funds Disbursed (Lines 9 - 11): | | | 85.00 |
| **Line 13** Ending Balance (As of 06/30/2023) | | | $ 7,417,644.75 |
| **Line 14** Ending Balance of Fund - Net Assets: | | | |
| Line 14a Cash & Cash Equivalents | | | 7,417,644.75 |
| Line 14b Investments | | | |
| Line 14c Other Assets or Uncleared Funds | | | |
| Total Ending Balance of Fund - Net Assets | | | $ 7,417,644.75 |

Standardized Fund Accounting Report for
Michael I. Goldberg as Receiver for BKCoin Management, LLC et al. - Cash Basis Receivership
Civil Court Docket No. 23-20719-Civ-Scola
Reporting Period: 02/24/2023 to 06/30/2023

| OTHER SUPPLEMENTAL INFORMATION: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| | *Line 15a Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| | *Line 15b Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | |
| | *Line 15c Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| | *Line 16a Investment Expenses/CRIS Fees* | | | |
| | *Line 16b Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period* | | | |
| Line 18b | *# of Claims Received Since Inception of Fund* | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | | | |

Receiver:
By: _____ (signature)
Michael Goldberg (printed name)
Receiver (title)
Date: 10/9/23

**Note:**

*Cash and Cash Equivalents include cryptocurrency held at various cryptocurrency exchanges and/or projects as of June 30, 2023. The total value of these cryptocurrencies, as of June 30, 2023, is shown below for each of the exchanges:

  Binance: $315,728.67
  Cboe Clear Digital: $56,917.36
  Coinbase: $0.02
  Deribit/Matrixport: $1,401,771.20
  Galaxy: $147,896.02
  Hedera: $516,288.02
  Kraken: $231.88
  Unknown: $28.18