UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                                           Case No. 23-20719-CIV-SCOLA

BKCOIN MANAGEMENT, LLC and
other Defendants,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Andrea S. Hartley, Esq. of Akerman LLP hereby files this Notice of Appearance on behalf of Michael I. Goldberg, as Court-Appointed Receiver of Defendant, BKCoin Management, LLC and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC in the above-captioned matter, and requests that all notices, pleadings, motions, applications, and other documents filed and/or served in this case be sent to the following address:

Andrea S. Hartley, Esq.
**AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
Email: andrea.hartley@akerman.com

Dated: October 12, 2023

Respectfully submitted,

**AKERMAN LLP**
**Counsel for Michael I. Goldberg**
**Court-Appointed Receiver**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: */s/ Andrea S. Hartley*
    Andrea S. Hartley, Esq.
    Florida Bar No.: 864234
    Email: andrea.hartley@akerman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 12, 2023, via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: */s/ Andrea S. Hartley*
    Andrea S. Hartley, Esq.