UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                        Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR REMOVAL FROM SERVICE LIST FOR CATHERINE DOUGLAS KRETZSCHMAR

    Undersigned counsel, pursuant to S.D. Fla. L. R. 11.1(d)(3), respectfully moves this Court for the entry of an Order withdrawing the appearance of Catherine Douglas Kretzschmar, Esq., as counsel of record for Michael I. Goldberg, Court-appointed Receiver (the "Receiver") of Defendant, BKCoin Management, LLC and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC. Ms. Kretzschmar is leaving Akerman LLP effective October 6, 2023, and therefore requests entry of an Order authorizing her withdrawal and removal from the Court's service list, and from the list of recipients registered to receive electronic notifications in this case. Nothing with respect to the withdrawal of Ms. Kretzschmar will effect Akerman LLP's or its lawyers' appearance for the Receiver.

    WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order allowing Catherine Douglas Kretzschmar to withdraw as counsel of record for the Receiver and removing her from the service list for this action.

73172020;1

Dated: October 12, 2023

Respectfully submitted,

**AKERMAN LLP**
201 E. Las Olas Boulevard – Suite 1800
Fort Lauderdale, FL 33301
Phone:  (954) 463-2700
Fax:  (954) 463-2224

By:  /s/ *Catherine D. Kretzschmar*
Catherine D. Kretzschmar, Esq.
Florida Bar Number:  85843
Email:  catherine.kretzschmar@akerman.com
*Counsel for Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on Thursday, October 12, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: */s/ Catherine D. Kretzschmar*
Catherine D. Kretzschmar, Esq.

73172020;1