UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

BKCOIN MANAGEMENT, LLC and
MIN WOO KANG a/k/a "KEVIN" KANG,

    Defendants, and

BKCOIN CAPITAL, LP,
BK OFFSHORE FUND, LTD.,
BKCOIN MULTI-STRATEGY
MASTER FUND, LTD.,
BKCOIN MULTI-STRATEGY FUND, LP,
BKCOIN MULTI-STRATEGY FUND LTD., AND
BISON DIGITAL LLC,

    Relief Defendants.

## INTERIM JOINT STATUS REPORT

In accordance with the Court's Scheduling Order of July 11, 2023 [D.E. 85], Plaintiff Securities and Exchange Commission (the "Commission"), and Defendants BKCoin Management, LLC ("BKCoin"), Min Woo Kang a/k/a "Kevin" Kang ("Kang"), and Relief Defendants BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP and BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC (all funds and BKCoin collectively, the "Receivership Entities")[1] (the "Parties"), have conferred and file their Interim Joint Status Report, as follows:

---

[1] On February 24, 2023 the Court appointed Michael I. Goldberg as Receiver over the Receivership Entities. [D.E.8, 17].

1

On February 23, 2023, the Commission filed its *Complaint for Injunctive and Other Relief* against Kang and the Receivership Entities. The Complaint alleges that (1) Defendants raised nearly $100 million from at least 55 fund investors purportedly for the primary purpose of investing in crypto assets, (2) Defendants disregarded the structure of the funds, commingled investor assets, and used more than $3.6 million to make Ponzi-like payments to fund investors, and (3) Kang misappropriated investor funds for his personal benefit, among other claims.

**a) Have all defendants been served? If not, state the reasons.**

All defendants have been served.

**b) Have all defendants responded to the complaint? If not, state the reasons.**

All defendants have filed their answer or response to the Complaint. [D.E. 67, 80].

**c) If this is a class action, has a motion for class certification been filed? If so, what is its status?**

N/A

**d) Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?**

The parties have not yet agreed on or selected a mediator. The parties expect to engage a mediator within the timeline provided by the Court's Scheduling Order.

**e) Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (e.g., ongoing, impasse, etc.) and the relative prospects for resolution through informal means.**

On September 7, 2023, the Court entered a Judgment of Permanent Injunction and Other Relief by consent against the Receivership Entities. [D.E. 92]. As to the Receivership Entities, entry of

the Judgment only leaves pending the issues of disgorgement and prejudgment interest against the Receivership Entities, and the issue of civil penalties against BKCoin.

**f) Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.**

Commission

Discovery is ongoing. The Commission has issued subpoenas to third parties regarding Kang's crypto asset trading activities and plans to issue additional subpoenas regarding this subject and other relevant matters. The Commission also intends to take the deposition of persons believed to have information concerning the claims and defenses in this case, including but not limited to former and current employees of BKCoin.

Kevin Kang

Discovery is ongoing.

Receivership Entities

Discovery is ongoing. The Receiver has issued subpoenas to third parties regarding accounts and assets held in the name of or for the benefit of Receivership Entities.

**g) Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.**

The parties will continue to attempt to reach a resolution to this case.

October 17, 2023

Respectfully submitted,

| | |
|---|---|
| */s/* Pascale Guerrier | */s/* Celia Cohen |
| Pascale Guerrier | Celia Cohen (pro hac vice) |
| Trial Counsel | cohenc@ballardspahr.com |
| Florida Bar No. 22590 | Michael Robotti (pro hac vice) |
| (305) 982-6301 | robottim@ballardspahr.com |
| Email: guerrierp@sec.gov | Ballard Spahr LLP |
| | 1675 Broadway |
| Alexander H. Charap | 19th Floor |
| Senior Counsel | New York, NY 10019-5820 |
| Florida Bar No. A5502711 | Telephone: 212-223-0200 |
| (305) 416-6228 | Facsimile: 212-223-1942 |
| Email: charapal@sec.gov | |
| | Walter Norkin |
| Jeffrey Goldberg | Fla Bar ID # 1022653 |
| Counsel | wnorkin@akrivislaw.com |
| Florida Bar No. 0118689 | Akrivis Law Group PLLC |
| (305) 982-6334 | One Southeast Third Avenue |
| Email: sumal@sec.gov | Suite 2120 |
| | Miami, Florida 33131 |
| *Attorneys for Plaintiff* | Telephone: 305-359-6399 |
| SECURITIES AND EXCHANGE COMMISSION | |
| 801 Brickell Avenue, Suite 1950 | *Attorneys for Defendant Min Woo Kang a/k/a* |
| Miami, Florida 33131 | *Kevin Kang* |

/s/ Andrea S. Hartley
Andrea S. Hartley, Esq.
Florida Bar Number: 864234
andrea.hartley@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com
AKERMAN LLP
The Main Las Olas, Suite 1800
201 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

*Attorneys for Michael I. Goldberg, Esq.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

*s/Pascale Guerrier*
Pascale Guerrier
