UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                                    Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

### RECEIVER'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF COHERENT ECONOMICS AS FORENSIC CRYPTOCURRENCY PROFESSIONALS EFFECTIVE AS OF OCTOBER 25, 2023

Michael I. Goldberg (the "Receiver"), as Receiver in the above-captioned case, respectfully submits this *ex parte* application (the "Application") seeking entry of an order authorizing the employment of the consulting firm Coherent Economics ("Coherent" and "Applicant"), effective as of October 25, 2023, to act as his forensic cryptocurrency professionals. In support of the Application, the Receiver states as follows:

1. On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4).[1]

2. On February 24, 2023, the Court entered its *Order of Appointment* (ECF 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over the Relief Defendants.

3. The Receivership Order provides that the Receiver is authorized to solicit persons and entities ("Retained Personnel") to assist him in carrying out his duties and responsibilities,

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

73371783;1

subject to the approval of the Court. *See* Receivership Order, ¶¶ 56 -57.

4. The Receiver submits it is necessary to employ the forensic cryptocurrency professionals at Coherent, relying primarily on Dan William and Prateek Shah, to assist him in performing forensic cryptocurrency tracing and accounting in order to properly compute creditor claims, to support potential litigation contemplated by the Receiver, as well as to provide the Court with the required reporting in the administration of this case.

5. Coherent is a consulting firm with a team of professional economists, accountants, statisticians, consultants, and data analysts. Coherent's Fintech and Cryptocurrency group provides expertise in financial investigations and forensic blockchain analysis, including tracing cryptocurrency tokens across multiple exchanges. Mr. William is a certified public accountant (CPA) and former Supervisory Special Agent with the Federal Bureau of Investigations with extensive experience in leading complex investigations into asset tracing and blockchain forensic analysis. Mr. Shah is also a certified public accountant (CPA) and expert in forensic blockchain analysis with extensive experience in analyzing blockchain data for issuances and trades of cryptocurrency assets. Mr. William, Mr. Shah, and their team will also utilize more junior professionals with lower billing rates to perform the majority of the work whenever possible. Accordingly, the Receiver believes retention of Coherent to be in the best interests of the Receivership Estate.

6. Further, to the best of the Receiver's knowledge, Coherent does not hold or represent any interest adverse to the Receiver or the Receivership Estate. In the event that Receiver or Applicant learns of any potential conflicts, immediate notification will be provided to the Court.

7. Subject to Section XIII of the Receivership Order and the Court's approval, Coherent has agreed to discount the billing rates for all of its professionals by 20%, thus making Mr. William's rate $520 an hour and Mr. Shah's rate $476 an hour.

73371783;1

**WHEREFORE**, the Receiver, in accordance with Section XIII of the Receivership Order, respectfully requests this Court enter an Order authorizing the retention of Applicant forensic cryptocurrency professionals effective as of October 25, 2023, under the terms and conditions set forth herein, and for such other and further relief as the Court deems necessary and appropriate. A proposed order is attached hereto as Exhibit "A."

Respectfully submitted this Wednesday, October 25, 2023.

    By: */s/ Michael I. Goldberg*
    Michael I. Goldberg, Esq.
    Florida Bar Number: 886602
    **AKERMAN LLP**
    Las Olas Centre II, Suite 1800
    201 East Las Olas Boulevard
    Fort Lauderdale, FL  33301-2999
    Phone: (954) 463-2700
    Fax: (954) 463-2224
    Primary: michael.goldberg@akerman.com
    Secondary: charlene.cerda@akerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

    By: */s/ Michael I. Goldberg*
        Michael I. Goldberg, Esq.

73371783;1

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                    Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**ORDER APPROVING RECEIVER'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF COHERENT ECONOMICS AS FORENSIC CRYPTOCURRENCY PROFESSIONALS EFFECTIVE AS OF OCTOBER 25, 2023**

This matter came before the Court upon the filing of the *Receiver's Ex Parte Application for Employment of Coherent Economics as Forensic Cryptocurrency Professionals, Effective as of October 25, 2023* (the "Application") [ECF No. ___]. Upon the representations that employment of Coherent Economics is necessary and would be in the best interests of the receivership estate, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore

    **ORDERED** and **DECREED:**

    1.    The Application is **APPROVED**.

    2.    Pursuant to Section XIII of the Receivership Order, the Receiver is authorized to employ Coherent Economics on an hourly fee basis as general counsel to the Receiver, subject to the terms and conditions set forth and described in the Application.

    3.    This Court shall retain jurisdiction of this matter for all purposes.

    **DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of October, 2023.

                                                       _____
                                                       ROBERT N. SCOLA, JR.
                                                       UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record

73371783;1