UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                                Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

## RECEIVER'S MOTION TO EXTEND DEADLINE TO FILE THIRD QUARTERLY STATUS REPORT BY SEVEN DAYS

Michael I. Goldberg, the Court appointed receiver (the "Receiver") in the above-captioned case, respectfully submits this *Motion to Extend Deadline to File Third Quarterly Status Report By Seven Days* (the "Motion"). In support of this Motion, the Receiver states as follows:

1. On February 23, 2023, the Securities and Exchange Commission (the "SEC") filed its *Complaint for Injunctive and Other Relief* (ECF No. 1) (the "Complaint") together with its *Motion and Memorandum of Law for Appointment of Receiver* (ECF No. 4).[1]

2. On February 24, 2023, the Court entered its *Order of Appointment* (ECF No. 8) (the "Receivership Order") granting the SEC's motion and appointing Mr. Goldberg as Receiver over Defendant BKCoin Management LLC and Relief Defendants.

3. The Receivership Order provides, among other things, that within 30 days after the end of each calendar quarter, the Receiver shall file a detailed report for this Court (the "Quarterly Status Report") that is to be served on all parties. Receivership Order, ¶ 52.

---

[1] The Complaint seeks relief against BKCoin Management LLC and one of its managing members, Min Woo Kang (a/k/a "Kevin Kang") (the "Defendants") and against BKCoin Management LLC, BKCoin Capital, LP, BK Offshore Fund, Ltd, BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP., BKCoin Multi-Strategy Fund, Ltd., and Bison Digital LLC (the "Relief Defendants").

73397967;1

4. The Quarterly Status Report is to contain the following information to the best of the Receiver's knowledge for the reporting period:

(A) A summary of the operations of the Receiver; (B) [t]he amount of cash on hand, the amount and nature of accrued administrative expenses, and the amount of unencumbered funds in the estate; (C) [a] schedule of all the Receiver's receipts and disbursements (attached as Exhibit A to the Quarterly Status Report), with one column for the quarterly period covered and a second column for the entire duration of the receivership; (D) [a] description of all known Receivership Property, including approximate or actual valuations, anticipated or proposed dispositions, and reasons for retaining assets where no disposition is intended; (E) [a] description of liquidated and unliquidated claims held by the Receivership Estate, including the need forensic and/or investigatory resources; approximate valuations of claims; and anticipated or proposed methods of enforcing such claims (including likelihood of success in: (i) reducing the claims to judgment; and, (ii) collecting such judgments); (F) [a] list of all known creditors with their addresses and the amounts of their claims; (G) [t]he status of Creditor Claims Proceedings, after such proceedings have been commenced; and, (H) [t]he Receiver's recommendations for a continuation or discontinuation of the receivership and the reasons for the recommendations.

*Id.* ¶ 53.

5. The deadline for filing the Receiver's Third Quarterly Status Report is Monday, October 30, 2023.

6. Through this Motion, the Receiver and his professionals respectfully request an additional seven days to file the Third Quarterly Status Report, through and including **Monday, November 6, 2023**.

7. The additional time is necessary due to the extra burdens on the Receiver's professionals with the recent substitution of counsel as well as with the preparation of an extensive document production to the parties.

8. This extension is sought in good faith and no parties will be prejudiced by the Court granting the relief requested herein.

9. Pursuant to Local Rule 7.1(a)(1)(J), it is not necessary to incorporate a memorandum of law into a motion for extension of time when good cause is set forth in the

motion. For the reasons set forth herein, good cause exists to extend the deadline to file the Third Quarterly Status Report by seven days to November 6, 2023.

10. A proposed order extending the deadline is attached hereto as **Exhibit A**.

WHEREFORE, the Receiver respectfully requests this Court enter an Order granting the *Motion to Extend Deadline to File Third Quarterly Status Report By Seven Days* and any such other relief as this Court deems just and proper.

### LOCAL RULE 7.1 CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that the Receiver has conferred with counsel for the SEC, which consents to the relief requested herein.

Dated October 27, 2023

Respectfully submitted,

By: */s/ Katherine A. Johnson*
Andrea S. Hartley, Esq.
Florida Bar Number: 864234
andrea.hartley@akerman.com
Katie Johnson, Esq.
Florida Bar Number: 1040357
katie.johnson@akerman.com

**AKERMAN LLP**
201 East Las Olas Blvd, Suite 1800
Fort Lauderdale, FL  33301-2999
Phone: (954) 463-2700
Fax: (954) 463-2224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Friday, October 27, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

By: /s/ *Katherine A. Johnson*
Katherine A. Johnson, Esq

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Securities and Exchange Commission,

    Plaintiff,

vs.                                                                             Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**ORDER GRANTING RECEIVER'S MOTION TO EXTEND DEADLINE TO**
**FILE THIRD QUARTERLY STATUS REPORT BY SEVEN DAYS**

       This matter came before the Court upon the filing of Receiver Michael I. Goldberg's (the "Receiver") *Motion to Extend Deadline to File Third Quarterly Status Report By Seven Days* (the "Motion") [ECF No. __]. Upon review of the Motion, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore:

       **ORDERED** and **DECREED:**

       1.       The Motion is **GRANTED**.

       2.       The deadline for the Receiver to file the Third Quarterly Status Report[1] is extended through and including November 6, 2023.

       3.       This Court shall retain jurisdiction of this matter for all purposes.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of October, 2023.

                                                      _____
                                                      ROBERT N. SCOLA, JR.
                                                      UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel of Record

---

[1] Capitalized words take on the meaning ascribed to them in the Motion unless otherwise defined herein.

73397967;1