United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 23-20719-Civ-Scola<br>) |
| BKCoin Management, LLC, and others, Defendants. | )<br>)<br>) |

### Order Approving Receiver's Ex Parte Application for Employment of Coherent Economics as Forensic Cryptocurrency Professionals

This matter is before the Court upon the filing of the Receiver's Ex Parte Application for Employment of Coherent Economics as Forensic Cryptocurrency Professionals, Effective as of October 25, 2023 (the "Application"). (**ECF No. 102**.)  Upon the representations that employment of Coherent Economics is necessary and would be in the best interests of the receivership estate, the Court finds that the Receiver has made a sufficient and proper showing in support of the relief requested. It is therefore Ordered that:

1. The Application is **approved**.
2. Pursuant to Section XIII of the Receivership Order, the Receiver is authorized to employ Coherent Economics on an hourly fee basis as general counsel to the Receiver, subject to the terms and conditions set forth and described in the Application.
3. This Court shall retain jurisdiction of this matter for all purposes.

**Done and ordered** in Miami, Florida, on November 1, 2023.

_____
Robert N. Scola, Jr.
United States District Judge