# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BKCOIN MANAGEMENT, LLC and MIN WOO KANG a/k/a "KEVIN" KANG,<br><br>Defendants, and<br><br>BKCOIN CAPITAL, LP,<br>BK OFFSHORE FUND, LTD.,<br>BKCOIN MULTI-STRATEGY<br>MASTER FUND, LTD.,<br>BKCOIN MULTI-STRATEGY FUND, LP,<br>BKCOIN MULTI-STRATEGY FUND LTD., AND<br>BISON DIGITAL LLC,<br><br>Relief Defendants. | Case No. 1:23-cv-20719-RNS |

## DECLARATION OF CELIA A. COHEN

I, Celia A. Cohen, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney licensed to practice law in the State of New York and before this Court. I am a partner with the law firm of Ballard Spahr LLP ("Ballard"), and I am counsel for Defendant Kevin Kang in the above-captioned matter. I am personally familiar with the facts set forth herein. I make this declaration in support of Mr. Kang's Motion for a limited lift of the stay of litigation against the Receiver, BKCoin Management, LLC, and BKCoin Capital LP or in the alternative, for an order requiring the Receiver to advance and indemnify Defendant Kang.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the First Amended and Restated Limited Partnership Agreement between BKCoin Management LLC and BKCoin Capital LP, dated August 28, 2020 (the "Amended LP Agreement").

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the Demand for Indemnification and Advancement to Mr. Goldberg.

4. Attached to this declaration as **Exhibit C** is a true and correct copy of the Receiver's Denial of the Demand for Indemnification and Advancement.

5. Attached to this declaration as **Exhibit D** is a true and correct copy of the first amended complaint filed in *Canto v. BKCoin Mgmt., LLC*, No. 1:22-cv-08858-JPO (S.D.N.Y.), Dkt. No. 28.

6. Attached to this declaration as **Exhibit E** is a true and correct copy of the complaint filed in *SEC v. BKCoin Mgmt., LLC,* No. 1:23-cv-20719-RNS (S.D.F.L.), Dkt. No. 1.

Dated: November 7, 2023
New York, New York

_____
Celia A. Cohen