UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-20719-RNS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

BKCOIN MANAGEMENT, LLC, and
MIN WOO KANG a/k/a "KEVIN" KANG,

    Defendants, and

BKCOIN CAPITAL, LP, et al.,

    Relief Defendants.

_____/

## NOTICE OF STRIKING

COMES NOW, Defendant MIN WOO KANG, noticing this Honorable Court that the Defendant is striking and re-filing Defendant's MOTION for a Limited Lift of the Stay of Litigation or in the Alternative For an Order Requiring Receiver to Advance and Indemnify Defendant Kang [DE 107]. Though the documents themselves contain no errors, the undersigned erroneously checked an extra box when filing the motion, creating the appearance that BKCoin Management, LLC, was joining in the motion and that undersigned represented that entity. The Clerk of Court has advised that filing this notice and then re-filing the documents will fix that error.

    Respectfully submitted,

    AKRIVIS LAW GROUP, PLLC

    By:   /s/ *Walter Norkin*
         Walter M. Norkin, Esq.
         FL Bar No. 1022653
         One SE Third Avenue, Ste. 2120
         Miami, Florida 33131
         Telephone: 305-359-6399
         Email: wnorkin@akrivislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2023, the undersigned electronically filed the foregoing document, Defendant's Notice of Striking, with the Clerk of the Court using CM/ECF.

*/s/ Walter Norkin*
Walter Norkin