UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>BKCOIN MANAGEMENT, LLC and MIN WOO KANG a/k/a "KEVIN" KANG,<br><br>Defendants, and<br><br>BKCOIN CAPITAL, LP,<br>BK OFFSHORE FUND, LTD.,<br>BKCOIN MULTI-STRATEGY<br>MASTER FUND, LTD.,<br>BKCOIN MULTI-STRATEGY FUND, LP,<br>BKCOIN MULTI-STRATEGY FUND LTD., AND<br>BISON DIGITAL LLC,<br><br>Relief Defendants. | Case No. 1:23-cv-20719-RNS |

**DEFENDANT KEVIN KANG'S NOTICE OF MOTION FOR A LIMITED LIFT OF THE STAY OF LITIGATION AGAINST THE RECEIVER, BKCOIN MANAGEMENT, LLC, AND BKCOIN CAPITAL LP OR IN THE ALTERNATIVE, FOR AN ORDER REQUIRING THE RECEIVER TO ADVANCE AND INDEMNIFY DEFENDANT KANG**

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Motion for a Limited Lift of the Stay of Litigation Against the Receiver, BKCoin Management, LLC, and BKCoin Capital LP or in the Alternative, For an Order Requiring the Receiver to Advance and Indemnify Defendant Kang, and (ii) Declaration of Celia A. Cohen, dated November 2, 2023, and the exhibits attached thereto, Defendant Kevin Kang, by and through his undersigned counsel, will and hereby does move this Court, before the Honorable Robert N. Scola, Jr., United States District Judge, in Courtroom 12-3 at the United States District

Court, 400 North Miami Avenue, Miami, Florida 33128 on a date and time to be designated by the Court, for an Order, granting Defendant Kang's Motion for a Limited Lift of the Stay of Litigation Against the Receiver, BKCoin Management, LLC, and BKCoin Capital LP or in the Alternative, For an Order Requiring the Receiver to Advance and Indemnify Defendant Kang, and for such other and further relief as this Court may deem just and proper.

New York, New York
Date: November 7, 2023              Respectfully submitted,

Celia Cohen (*pro hac vice*)
cohenc@ballardspahr.com
Michael Robotti (*pro hac vice*)
robottim@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212-223-0200
Facsimile: 212-223-1942


*/s/ Walter Norkin*

Walter Norkin
Fla Bar ID # 1022653
wnorkin@akrivislaw.com
Akrivis Law Group PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
Telephone: 305-359-6399

*Attorneys for Min Woo Kang a/k/a Kevin Kang*

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Celia Cohen, counsel for Defendant Kang, has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in this motion and has been unable to do so.

New York, New York
Date: November 7, 2023

Respectfully submitted,

Celia Cohen (*pro hac vice*)
cohenc@ballardspahr.com
Michael Robotti (*pro hac vice*)
robottim@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212-223-0200
Facsimile: 212-223-1942

Walter Norkin
Fla Bar ID # 1022653
wnorkin@akrivislaw.com
Akrivis Law Group PLLC
One Southeast Third Avenue
Suite 2120
Miami, Florida 33131
Telephone: 305-359-6399

*Attorneys for Min Woo Kang a/k/a Kevin Kang*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or about November 7, 2023 a true and accurate copy of Defendant Kang's Motion for a Limited Lift of the Stay of Litigation Against the Receiver, BKCoin Management, LLC, and BKCoin Capital LP or in the Alternative, For an Order Requiring the Receiver to Advance and Indemnify Defendant Kang was served on counsel of record via the CM/ECF system.

New York, New York
Date: November 7, 2023                Respectfully submitted,

Celia Cohen (*pro hac vice*)
cohenc@ballardspahr.com
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 212-223-0200
Facsimile: 212-223-1942