United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) |
| v. | ) Case No. 23-20719-Civ-Scola ) |
| BKCoin Management, LLC, and others, Defendants. | ) ) ) |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Defendant Kevin Kang's motion for a limited lift of the stay of litigation against the Receiver or, in the alternative, for an order requiring the Receiver to advance and indemnify Kang (**ECF No. 109**) to United States Magistrate Judge Jonathan Goodman for either an order or a report and recommendations, consistent with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of the Local Magistrate Judge Rules.

**Done and ordered** in Miami, Florida, on November 13, 2023.

_____
Robert N. Scola, Jr.
United States District Judge