UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

vs.                                            Case No. 23-20719-Civ-SCOLA

BK Coin Management, LLC
and other Defendants.
_____/

**RECEIVER'S NOTICE OF FILING STANDARDIZED FUND ACCOUNTING REPORT**

NOTICE IS HEREBY GIVEN that undersigned counsel hereby files the Standardized Fund Accounting Report (the "SFAR") on behalf of Michael I. Goldberg, Court-appointed receiver (the "Receiver") of Defendant, BKCoin Management, LLC and Relief Defendants, BKCoin Capital, LP, BK Offshore Fund, Ltd., BKCoin Multi-Strategy Master Fund, Ltd., BKCoin Multi-Strategy Fund, LP, BKCoin Multi-Strategy Fund Ltd., and Bison Digital LLC. The SFAR is attached hereto as Exhibit **A**.

Dated November 14, 2023                Respectfully submitted,

                                                  By: */s/ Katie Johnson*
                                                  Catherine Kretzschmar, Esq.
                                                  Florida Bar Number: 85843
                                                  catherine.kretzschmar@akerman.com
                                                  Katie Johnson, Esq.
                                                  Florida Bar Number: 1040357
                                                  katie.johnson@akerman.com
                                                  **AKERMAN LLP**
                                                  201 East Las Olas Boulevard, Suite 1800
                                                  Fort Lauderdale, FL  33301-2999
                                                  Phone: (954) 463-2700
                                                  Fax: (954) 463-2224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this Tuesday, November 14, 2023 via the Court's notice of electronic filing on all CM/ECF registered users entitled to notice in this case.

> By: */s/ Katie Johnson*
> Katie Johnson, Esq.

# EXHIBIT A

73652632;1

Standardized Fund Accounting Report for
Michael I. Goldberg as Receiver for BKCoin Management, LLC et al. - Cash Basis Receivership
Civil Court Docket No. 23-20719-Civ-Scola
Reporting Period: 07/01/2023 to 09/30/2023

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 07/01/2023): | $ 7,417,644.75 | | $ 7,417,644.75 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Cash Equivalents | 80,297.76 | | |
| Line 4 | Interest/Dividend Income | 13,856.21 | | |
| Line 5 | Business Asset Liquidation | 200,831.25 | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | 85.00 | | |
| | Total Funds Available (Lines 1 - 8): | | 7,712,714.97 | 7,712,714.97 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | | 10,000.00 | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | 5,610.00 | | |
| | Total Third-Party Litigation Expenses | | 5,610.00 | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | Total Disbursements for Receivership Operations | | 15,610.00 | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisers | | | |
| |    Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 - 11): | | | 15,610.00 |
| Line 13 | Ending Balance (As of 09/30/2023) | | | $ 7,697,104.97 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents* | | | 7,697,104.97 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund - Net Assets | | | $ 7,697,104.97 |

Standardized Fund Accounting Report for
Michael I. Goldberg as Receiver for BKCoin Management, LLC et al. - Cash Basis Receivership
Civil Court Docket No. 23-20719-Civ-Scola
Reporting Period: 07/01/2023 to 09/30/2023

| OTHER SUPPLEMENTAL INFORMATION: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     IDC | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     IDC | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisers | | | |
| |     Tax Advisers | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | |
| Line 16b | *Federal Tax Payments* | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period* | | | |
| Line 18b | *# of Claims Received Since Inception of Fund* | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | | | |

Receiver:

By: _____
      (signature)

Michael I. Goldberg
(printed name)

Receiver
(title)

Date: 11/14/2023

**Note:**
*Cash and Cash Equivalents include cryptocurrency held at various cryptocurrency exchanges and/or projects as of September 30, 2023. The total value of these cryptocurrencies, as of September 30, 2023, is shown below for each of the exchanges:

| | |
|---|---|
| Binance: $416,324.35 | Deribit/Matrixport: $1,240,472.91 |
| BlockFi: $17,581.50 | FTX Trading: $164,391.28 |
| Cboe Clear Digital: $42,009.35 | Galaxy: $130,878.00 |
| Celsius Network: $21.54 | Hedera: $507,123.15 |
| Coinbase: $0.02 | Kraken: $231.88 |
| Delta Exchange: $26.16 | OKx: $98.99 |