United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, <br><br> v. <br><br> BKCoin Management, LLC, and others, Defendants. | ) ) ) ) ) ) ) ) ) Case No. 23-20719-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

Third-party Alejandro Canto's renewed motion to intervene and lift the stay of litigation against Carlos Betancourt (ECF No. 135) was referred to United States Magistrate Judge Jonathan Goodman. (ECF No. 140). Judge Goodman has issued a report, recommending that the Court grant Canto's renewed motion. (R. & R., ECF No. 161.) No objections to the report have been filed, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 161**). The Court **grants** Alejandro Canto's renewed motion to intervene and lift the stay of litigation against Carlos Betancourt (**ECF No. 135**). Canto therefore is authorized to intervene for the limited purpose of requesting that the receivership stay be lifted. The stay is partially lifted so that Canto may pursue the lawsuit in federal district court in New York against Betancourt.

**Done and ordered** in Miami, Florida on June 13, 2024.

_____
Robert N. Scola, Jr.
United States District Judge