United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, <br><br> v. <br><br> BKCoin Management, LLC, and others, Defendants. | ) ) ) ) ) ) ) ) ) ) | Case No. 23-20719-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

The Receiver's fifth interim omnibus application for allowance and payment of fees and expenses for April 1, 2024 to June 20, 2024 (ECF No. 189) was referred to United states Magistrate Judge Jonathan Goodman for a report and recommendation. (ECF No. 190.) On October 22, 2024, Judge Goodman issued a report, recommending that the Receiver's motion be granted in full. (R&R, ECF No. 194.) The parties have not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 194**). The Court **grants** the Receiver's fifth omnibus application for allowance and payment of fees and expenses for April 1, 2024 to June 20, 2024 (**ECF No. 189**).

The receiver is hereby authorized to pay the requested $104,487.45 in fees and expenses.

**Done and ordered**, at Miami, Florida, on November 6, 2024.

_____
Robert N. Scola, Jr.
United States District Judge