United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, <br><br> v. <br><br> BKCoin Management, LLC, and others, Defendants. | ) ) ) ) ) Case No. 23-20719-Civ-Scola ) ) ) ) |

### Order Adopting Magistrate Judge's Report and Recommendations

The Receiver's sixth interim omnibus application for allowance and payment of fees and expenses for July 1, 2024 to September 30, 2024 (ECF No. 197) was referred to United States Magistrate Judge Enjoliqué A. Lett for a report and recommendations. (ECF No. 198.) On June 26, 2025, Judge Lett issued a report, recommending that the Receiver's motion be granted in full. (R&R, ECF No. 232.) The parties have not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Lett's report, the record, and the relevant legal authorities. The Court finds Judge Lett's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Lett's report and recommendation (**ECF No. 232**). The Court **grants** the Receiver's sixth omnibus application for allowance and payment of fees and expenses for July 1, 2024 to September 30, 2024 (**ECF No. 197**).

The receiver is hereby authorized to pay the requested $132,256.81 in fees and expenses.

**Done and ordered**, at Miami, Florida, on July 14, 2025.

_____
Robert N. Scola, Jr.
United States District Judge