United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) |
| v. | ) ) Case No. 23-20719-Civ-Scola ) |
| BKCoin Management, LLC, and others, Defendants. | ) ) ) |

### Order Adopting Magistrate Judge's Report and Recommendations

The Receiver's eighth interim omnibus application for allowance and payment of fees and expenses for January 1, 2025, to March 31, 2025 (ECF No. 223) was referred to United States Magistrate Judge Enjoliqué A. Lett for a report and recommendations. (ECF No. 224.) On July 3, 2025, Judge Lett issued a report, recommending that the Receiver's motion be granted in full. (R&R, ECF No. 234.) The parties have not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Lett's report, the record, and the relevant legal authorities. The Court finds Judge Lett's report and recommendation cogent and compelling and thus **affirms and adopts** Judge Lett's report and recommendation (**ECF No. 234**). The Court **grants** the Receiver's eighth omnibus application for allowance and payment of fees and expenses for January 1, 2025 to March 31, 2025 (**ECF No. 223**).

The receiver is hereby authorized to pay the requested **$113,033.64** in fees and expenses.

**Done and ordered**, in Miami, Florida, on August 15, 2025.

_____
Robert N. Scola, Jr.
United States District Judge